UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 09 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS | § § § § |
| VS. | § § |
| CITY OF HARLINGEN, TEXAS | § § |
| AND | § § |
| R.D. MOORE AND | § § |
| JIM SHEOPNER | § |

CIVIL ACTION NO. _____  B-98-162

## APPLICATION TO PRACTICE PRO HAC VICE

To the Honorable __**Hilda G. Tagle**__, Judge of the District Court for the Southern District of Texas, Brownsville Division.

Comes now Michael Greenberg and represents this his application for permission to practice pro hac vice, and in support hereof respectfully shows:

1. That he wishes to file a civil action representing Plaintiffs, Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas.

2. That he is a member in good standing of the State Bar of Texas and the State Bar of Hawaii.

3. That he is a member in good standing of the following courts:

   a. United States Supreme Court;

   b. United States Court of Appeals – Fifth Circuit;

   c. United States District Court for the Northern District of Texas;

   d. United States District Court for the Western District of Texas.

Wherefore, Michael Greenberg of the Bar of Texas, prays that he be admitted pro hac vice on behalf of Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas.

Dated this 9th day of November, 1998.

Michael Greenberg
LAW OFFICES OF RICHARD PEÑA
Barton Oaks Plaza II
901 s. Mopac, Suite 325
Austin, Texas 78746
(512)327-6884 – Telephone
(512)327-8354 – Facsimile
State Bar No. 08388000