5

United States District Court
Southern District of Texas
ENTERED

DEC 11 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN, TEXAS, ET AL | { | |

ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME
WITHIN WHICH TO FILE ANSWER AND OTHER RESPONSIVE PLEADINGS

BE IT REMEMBERED that on this the 11 day of December, 1998, came in hand DEFENDANTS' UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO FILE ANSWER AND OTHER RESPONSIVE PLEADINGS, and the Court is of the opinion that same should be granted.

IT IS, THEREFORE, ORDERED, to the extent necessary that the time for Defendants to file an answer and any responsive motions is enlarged and extended until December 14, 998.

SIGNED this the 11 day of December, 1998, at Brownsville, Texas.

_____
JUDGE PRESIDING