UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 22 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| ARTURO GUILLERMO SALINAS § <br> AND ELISA HERNANDEZ HERRERA § <br> SALINAS § <br> § <br> VS. § <br> § CIVIL ACTION NO. B-98-162 <br> CITY OF HARLINGEN, TEXAS § <br> § <br> AND § <br> § <br> R.D. MOORE AND § <br> § <br> JIM SHEOPNER § | |

### PLAINTIFF'S MOTION FOR CONTINUANCE TO OBTAIN DEPOSITIONS IN RESPONSE TO DEFENDANTS RULE 12b 6 MOTIONS TO DISMISS/RULE 56 MOTION FOR SUMMARY JUDGMENT

Plaintiff's move the Court to continue Defendants' Motions to Dismiss/Motions for Summary Judgment and for cause for the following reasons:

1. Defendants' and their employees are in control of facts surrounding the killing of Plantiff's deceased;

2. Defendants' filed an Answer on December 14, 1998;

3. Plaintiff's have not had an opportunity to obtain any discovery or to take deposition of any persons; and

4. Plaintiff's move the Court to Continue Defendants' Motions to Dismiss/Motions for Summary Judgment until after the close of discovery in order to obtain deposition and other discovery in opposition to Defendants' Motions.

MOTION FOR SUMMARY JUDGMENT
December 17, 1998
Page - 2 -

Respectfully submitted,

*[signature: Michael Greenberg]*

Michael Greenberg
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza II
901 s. Mopac, Suite 325
Austin, Texas 78746
(512)327-6884 – Telephone
(512)327-8354 – Facsimile
State Bar No. 08388000

## CERTIFICATE OF CONFERENCE

Plaintiffs certify that this Motion has been faxed to Tom Lockhart, counsel for Defendant in an attempt to resolve this dispute and that the parties have not been able to reach an agreement.

*[signature: Michael Greenberg]*

MICHAEL GREENBERG

# AFFIDAVIT

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TRAVIS** | § |

On this 17th day of December, 1998 ART SALINAS appeared before me and, upon his oath stated as follows:

> "My name is ART SALINAS. I have personal knowledge of the facts contained within the Motion for Summary Judgment, and they are true and correct based on my personal knowledge."

_____
ART SALINAS

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this the 18 day of December, 1998, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

6/19/99
_____
COMMISSION EXPIRES

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above-instrument has been mailed to all counsel or record who are entitled to notice pursuant to Rule 21a, Texas Rules of Civil Procedure as follows:

```
Tom Lockhart
ADAMS & GRAHAM, LLP
222 E. Van Buren, West Tower
Harlingen, Texas  78550
```
**VIA FACSIMILE (956)428-2954**

on this the 21st day of December, 1998

*[signature]*
MICHAEL GREENBERG

4

# LAW OFFICES OF
# RICHARD PENA, P.C.
SINCE 1976
BARTON OAKS PLAZA TWO
901 SOUTH MOPAC, SUITE 325 AUSTIN, TEXAS 78746-5747

512/327-6884    FAX 512/327-8354

MICHAEL GREENBERG
ADMITTED IN TEXAS AND HAWAII

December 21, 1998

United States District Court
Southern District of Texas
RECEIVED
DEC ~~16~~ 22 1998
Michael N. Milby, Clerk of Court

**LONE STAR OVERNIGHT**

Mr. Michael Milby
UNITED STATES DISTRICT CLERK
500 E. 10th St., Room 234
Brownsville, Texas  78520

    Re: <u>Cause No. B-98-162;</u>
        <u>Arturo Guillermo Salinas, et al. vs. City of Harlingen,</u>
        <u>et al.</u>

Dear Mr. Milby:

    Enclosed please find the original and 2 copies of Plaintiff's **Motion for Continuance to Obtain Depositions in Response to Defendants Rule 12b 6 Motions to Dismiss/Rule 56 Motion for Summary Judgment.**

    Please acknowledge that you have received and filed the material listed above by placing your official file mark on the enclosed copy of this document and returning it to us at your earliest convenience.

    A copy of this letter and the attachment are being properly served upon all counsel of record who are entitled to notice.

    As always, thank you for your attention to this matter.

Sincerely,

*Phoebe Ornelas*

Phoebe Ornelas
Legal Assistant to
MICHAEL GREENBERG

/po
Enclosure
cc: Tom Lockhart
    Via Facsimile (956)428-2954

| HARLINGEN | MCALLEN | BROWNSVILLE |
|---|---|---|
| Jefferson Plaza | Crosspointe Center | Corporate Suites |
| 1822 West Jefferson | 4417 N. McColl Rd. | 302 Kings Highway |
| Harlingen, Texas 78550 | McAllen, Texas 78504 | Brownsville, Texas 78521 |
| (956) 428-0881 | (956) 972-1825 | (956) 548-2550 |
| fax (956) 412-3839 | fax (956) 972-1019 | fax (956) 544-6829 |