UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 02 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Salinas

versus

City of Harlingen

CIVIL ACTION 98-162

## Order Resetting Conference

The pretrial *initial* conference set __3-18-99__, has been reset to: __3-17-99__,

at __10:30__ A.m.

Signed on __February 2__, 1998 [9], at Brownsville, Texas.

---

Hilda G. Tagle
United States District Judge