IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS | § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS | § § | |
| AND | § § | |
| R. D. MOORE AND JIM SHEOPNER | § § | |

## DESIGNATION OF CHANGE IN ATTORNEY IN CHARGE

COMES NOW Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas, Plaintiffs, and announce to the court and counsel for all parties a change in designation of counsel of attorney in charge pursuant to Rule 2, F.R.C.P. Hereafter, the following attorneys are designated as "Attorneys in Charge":

> BROADUS A. SPIVEY
> SPIVEY & AINSWORTH, PC.
> 48 East Avenue
> Austin, TX 78701
> 512/474-6061
> 512/474-1605 (fax)
> State Bar No. 18955000

Present counsel and Plaintiffs will remain active participants along with Broadus A. Spivey and his associates, Price Ainsworth and Francis Y. Pan.

Respectfully submitted,

BROADUS A. SPIVEY
SPIVEY & AINSWORTH, PC.
48 East Avenue
Austin, TX 78701
512/474-6061
512/474-1605 (fax)

By /s/ Broadus A. Spivey
Broadus A. Spivey
State Bar No. 18955000

ATTORNEYS FOR PLAINTIFF

It is presented to the Court and all counsel of record that this change in designation of attorney in charge is approved and the Plaintiffs by the undersigned who has previously been designated attorney in charge.

Respectfully submitted:

/s/ Michael Greenberg
MICHAEL GREENBERG
Attorney for Plaintiffs Gilbert M. Rodriguez, Megan Suzanne Rodriguez, Stephen L. Williams and Robyn S. Williams
Texas Bar No. 08388000

Law Offices of Richard Pena
Barton Oaks Plaza
901 Mopac, Suite 325
Austin, Texas 78746
(512) 327-6884
(512) 327-8354 - Fax