18

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
MAR 17 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino    ☑ Spencer |
| DATE | 3 — 17 — 99 |
| TIME | 11:20 a.m. — 12:15 a.m. |
| | 2:17 p.m. — 3:15 p.m. |
| CIVIL ACTION | B — 98 — 162 |
| STYLE | Salinas versus City of Harlingen, et al |

**DOCKET ENTRY**

(HGT) ☑ Hearing; _____ day ☑ Bench or ☐ Jury Trial    (Rptr. Breck Record)

Broadus Spivey _____ for ☑ Ptf. # _____ ☐ Deft. # _____
Tom Lockhart _____ for ☒ Ptf. # _____ ☑ Deft. # _____
Walter Passmore _____ for ☐ Ptf. # _____ ☑ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:
_____

☑ Motions taken under advisement: Dkt No: 7 & 8
☐ Order to be entered.
☐ Miscellaneous review set: 2 weeks (3-30-99)
☑ Rulings orally rendered on: Granted Dkt No 16
    — Granted Dkt No 2
    — Plaintiff's counsel withdrew Dkt No 9