United States District Court
Southern District of Texas
ENTERED

MAR 23 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO G. SALINAS, ET AL | { |
| V. | { CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS, ET AL | { |

ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO
FILE PLAINTIFFS' AMENDMENT TO THE FIRST COMPLAINT

BE IT REMEMBERED that on this the _____ day of _____, 1999, came to be considered PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDMENT TO THE FIRST COMPLAINT and upon consideration of same, the Court is of the opinion that it should be granted, subject to the conditions that said Amended Complaint shall be treated as subject to and attacked by Defendants' (1) prior Motion to Dismiss Under Rule 12 (B)(6); (2) Individual Defendants' Motion to Dismiss Under Fed.R.Civ.Pr. 12(b)(6) Based on Qualified Immunity; and (3) Defendants' Supplement to Motions to Dismiss Under Rule 12(b)(c).

IT IS, THEREFORE, ORDERED that Plaintiffs are granted leave to file Plaintiffs' Amendment to the First Complaint, which Amended Complaint shall be subject to the objections in Defendants' Motion to Dismiss Under Fed.R.Civ.Pr. 12(b)(6), Individual Defendants' Motions to Dismiss Under Fed.R.Civ.Pr. 12(b)(6) Based on Qualified Immunity, and Defendants' Supplement to Motions to Dismiss Under Rule 12(b)(6).

SIGNED FOR ENTRY this the ___ day of _____, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

---

ADAMS & GRAHAM, L.L.P.
ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDMENT TO THE FIRST COMPLAINT
[10-jp]; D:\WP51A\FILES\H-1023\SALINAS\ORDER.006;  Page 2 of 2 Pages