22

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ SALINAS | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS | { | A JURY IS DEMANDED |
| AND | { | |
| R.D. MOORE AND JIM SCHEOPNER | { | |

## ORDER GRANTING LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFFS' AMENDMENT TO THE FIRST COMPLAINT ON OR BEFORE MARCH 29, 1999

**WHEREAS**, the Court has considered the Unopposed Motion to Extend Deadline

for Defendants Filing Answer to Plaintiffs' Amendment to the First Complaint and is of

the opinion that such relief should be GRANTED;

**IT IS SO ORDERED.**

**SIGNED FOR ENTRY** this the _____ day of _____, 1999, at

Brownsville, Texas.

_____
JUDGE PRESIDING