27

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
JUL 1 6 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Arturo Guillermo Salinas, §
 et al §
versus §
 § CIVIL ACTION B-98-162
 §
City of Harlingen §

### Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   _____07-30_____, 1999

   at __11:00__ A.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas  78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on __15th July__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge