28

United States District Court
Southern District of Texas
FILED

JUL 2 3 1999

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ARTURO G. SALINAS, ET AL      {
                              {
V.                            {      CIVIL ACTION NO. B-98-162
                              {
CITY OF HARLINGEN, TEXAS, ET AL  {

AGREED MOTION TO CONTINUE HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs and Defendants, and file this their **AGREED MOTION TO CONTINUE HEARING** and would respectfully show the Court as follows:

I. Certificate of Conference

Counsel for Plaintiffs and Defendants have conferred and they are agreed to the requested relief.

II.

On January 16, 1999, lead counsel for Plaintiffs and Defendants received the Court's notification of a hearing in the above referenced case for July 30, 1999 at 11:00 a.m.

Mr. Spivey, Plaintiffs' lead counsel, has a previously scheduled hearing on a motion for summary judgment in state court in Northern Texas on July 30th. He intended to be personally present at that hearing to argue for his client. Mr. Lockhart, Defendants' lead attorney, has a family vacation scheduled that week; it has been planned for almost a year.

## III.

The parties respectfully request the Court reset the hearing. Counsel would be available the following week for a hearing if said date was convenient to the Court.

WHEREFORE, PREMISES CONSIDERED, the parties request the Court reschedule the hearing set for July 30, 1999 for a later date.

Respectfully submitted,

By: _____ *By Permission*
BROADUS A. SPIVEY
Admission ID No. ____
Texas State Bar No. 18955000
SPIVEY & AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701-4320
512/474-6061; FAX: 512/474-1605
Attorney for Plaintiffs, ARTURO G. SALINAS, et al

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHOEPNER

WALTER J. PASSMORE
Admissions ID No. 2264
State Bar No. 15560400
PASSMORE, WALKER & TWENHAFEL, L.L.P.
P. O. Drawer 3766
McAllen, TX 78502-3766
956/687-6225; FAX: 956/686-1276
Individual Counsel for Defendant, R.D. MOORE



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN, TEXAS, ET AL | { | |

### ORDER ON AGREED MOTION TO CONTINUE HEARING

BE IT REMEMBERED that on this the _____ day of July, 1999, came to be considered the parties' **AGREED MOTION TO CONTINUE HEARING**, and the Court is of the opinion that same should be granted.

IT IS, THEREFORE, ORDERED that the Pretrial Conference set for July 30, 1999 is reset for the _____ day of _____, 1999, at _____ o'clock _____.m. The remaining terms of the Order Setting Hearing shall remain in effect.

SIGNED this the _____ day of July, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING