# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
AUG 1 2 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Letty Garza |
| **LAW CLERK** | ☐ Trevino   ■ Spencer |
| **DATE** | 08 / 12 / 99 |
| **TIME** | 3:09 p.m. — 5:00 p.m. |
| **CIVIL ACTION** | B / 98 / 162 |
| **STYLE** | SALINAS *versus* CITY OF HARLINGEN |

**DOCKET ENTRY**

(HGT)  ■ **Motion** Hearing;         (Rptr.  Breck Record  )

Price Ainsworth         for    ■ Ptf. #  Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas

Tom Lockhart            for    ■ All Defendants:
        1.    City of Harlingen
        2.    R.D. Moore
        3.    Jim Schoepner

Walter Passmore        for    ■ All Defendants.  See above.

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:    ☐ all pending motions;    ■ these topics:
    1.   Dkt. No. 7
    2.   Dkt. No. 8

■   Motions taken under advisement:
    1.   Dkt. No. 7
    2.   Dkt. No. 8

☐   Order to be entered.

■   Miscellaneous review set: 8/27/99.

- Rulings orally rendered on:

    1. Court orders parties to brief issue of whether Defendant R. D. Moore was acting under color of law on 7/7/98.

    2. Court orders parties to brief the special relationship exception in relation to law enforcement officers.

- Comments:

    1. Attorney Lockhart WITHDRAWS Defendants' Objections to Plaintiffs' Response [Dkt. No. 31] based on Answorth's representations that:

        a. the City of Harlingen did NOT summon the Border Patrol Agents on 7/7/98; and that

        b. Answorth's client is not asking the Court to consider Jose Rubio, Jr.'s Affidavit for the 12(b)(6) motions currently before the Court.

ClibPDF - www.fastio.com