37

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED, that on March 2, 2000, the Court **ORDERED** the Plaintiffs in this matter to file a reply pursuant to Federal Rule of Civil Procedure 7(a). The reply is to specifically respond to the Defendants' assertion of qualified immunity in their motion to dismiss [Dkt. No. 8]. The reply is to be filed by March 20, 2000 at 12:00 p.m. This deadline will be strictly enforced, and the reply will be stricken if it is not filed in a timely manner.

DONE at Brownsville, Texas, this ___2___ day of March 2000.

Hilda G. Tagle
United States District Judge