38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 3 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Salinas, et al, | § |
| Plaintiffs, | § § § |
| v. | §  CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § |
| Defendants. | § § |

ORDER

BE IT REMEMBERED, that on March 2, 2000, the Court **ORDERED** the Plaintiffs in this matter to clarify Plaintiffs' Response to Defendants' Motion to Dismiss and Supporting Brief [Dkt. No. 23] by March 6, 2000 at 12:00 p.m. The response states: "Since Defendants' filing of their Motion to Dismiss, Plaintiffs, with leave of court, have amended their Complaint, and Plaintiffs are not presently asserting any cause of action for use of "excessive force" as predicated on the Eight Amendment." Dkt. No. 23, p. 10. The Plaintiffs' Original Complaint specifically refers to ~~both~~ the Fourth Amendment of the United States Constitution, but makes no mention of the Eighth Amendment. It is therefore not clear to the Court whether the Plaintiff meant to refer to the Fourth or Eighth Amendment in the above cited sentence.

DONE at Brownsville, Texas, this ___2___ day of March 2000.

Hilda G. Tagle
United States District Judge