United States District Court
Southern District of Texas
FILED

JUL 0 8 2002

Michael N. Milby
Clerk of Court

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

NO. _____

---

JON ALAN ASHCRAFT
PETITIONER/APPELLEE
VS.
JANIE COCKRELL
RESPONDENT/APPELLEE

---

APPEAL FROM THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
MISC. NO. B-98-031

---

**NOTICE OF APPEAL**

TO THE HONORABLE JUDGE(S) OF SAID COUTY:

COMES NOW, Jon Alan Ashcraft, Pro Se , Hereinafter, Appellant presents his "Notice of Appeal" in the above-numbered case and hereby appeals to the United States Court of Appeals for the 5th Circuit for the denial of Appellant's Application for Writ of Habeas Corpus entered in Misc. No. B-98-031 on the day May 25, 2002 filed June 04, 2002.

RESPECTFULLY SUBMITTED THIS 4TH DAY OF JULY 2002.

_Jon Alan Ashcraft_
Jon Alan Ashcraft