IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § | |
| Defendants. | § | |
| **AND** | | |
| Gilberto M. Rodriguez, et al, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-98-163 |
| City of Harlingen, et al, | § | |
| Defendants. | § | |
| **AND** | | |
| Raul Rodriguez, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-99-70 |
| City of Harlingen, et al, | § | |
| Defendants. | § | |

**ORDER OF CONSOLIDATION OF B-98-162 AND B-98-163 FOR ALL PURPOSES, AND B-98-162, B-98-163, AND B-99-70 FOR ALL PRE-TRIAL MATTERS**

BE IT REMEMBERED, that on May 9, 2000, the Court **GRANTED** the Plaintiffs' Agreed Motion to Consolidate and Motion to Consolidate for Discovery [Dkt. No. 44]

1

pursuant to Federal Rule of Civil Procedure 42(a). All three cause numbers – B-98-162, B-98-163 and B-99-70 – are consolidated under Civil Action No. B-98-162 for purposes of discovery and all pre-trial matters. In addition, Civil Action Nos. B-98-162 and B-98-163 are consolidated for all purposes, including trial, under cause number B-98-162.

The Plaintiffs are **ORDERED** to advise the Court of which attorney will act as lead counsel in all pretrial matters on or before May 19, 2000.

DONE at Brownsville, Texas, this __10__ day of May 2000.

_____
Hilda G. Tagle
United States District Judge

2