4-6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS | § | |
| AND ELISA HERNANDEZ HERRERA | § | |
| SALINAS, et al | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-162, 163 |
| | § | |
| | § | JURY DEMANDED |
| CITY OF HARLINGEN, TEXAS | § | |
| | § | |
| AND | § | |
| | § | |
| R.D. MOORE AND | § | |
| JIM SHEOPNER | § | |

## MOTION TO INTERVENE IN THE DEPOSITIONS

Leave of Court first having been granted, Alice Carlson and Steve Carlson, are expectant Plaintiffs in these consolidated cases, and Ms. Carlson is presently an Amicus in these case(s), she would like through her attorney Ronaldo S. Lozano to attend depositions scheduled between 9:00a.m and 5:00p.m. on both May 18th & 19th, 2000 in the defendants law office in Harlingen, Texas and would further show:

### I.

Pursuant to Rule 27, we find due to unavailability of the movant, that this relief we seek is necessary and *immediate*  Movants intend to file their own petition today or the next business day. In the meantime, we have good reason to believe the deposition of former Police Chief Sheopner is ongoing. Any further delay, in this sought for relief with this Court, is causing irreparable harm to the interests of the Carlson'. Alice Carlson took a brief respite from these environs and her departure was prior to any information about when these depositions were going to transpire. It should be noted that this Court had earlier admonished lead defense counsel, Tom Lockhart, to furnish Mr. Lozano with all

documents pertinent to this case and for yet *another* time since this directive was conveyed to him, he chose to ignore it. By the time undersigned counsel was apprised of this situation his client was unavailable.

II.

Neither surprise nor prejudice may be asserted by defendants since they had told or inferred to Broadus Spivey, lead counsel in this case, that Mr. Lozano could attend the deposition last week. Tom Lockhart, also knew, last week that confirmation about these arrangements was sought. Further, on May 15, 2000 Ronaldo S. Lozano and Tom Lockhart forged the significant contours forming the basis for Mr. Lozano's attendance at the depositions (originally 4 rather than 2 days ).

Haste is paramount, because after some equivocation, it became clear yesterday evening, that Mr. Lockhart would welsh on an accord; in which his desires were the ones primarily satisfied. He cites Rule 615 as his basis, however, he recognizes he has no evidence to present to this Court that indicates Ronaldo S. Lozano will be a witness. Since, our conference efforts are at an **increasingly** relevant impasse, movant has no alternative but to seek the Court's intervention. Defense attorneys are available for a conference call, if necessary, at (956)428-7495.

**Wherefore,** movants seek an immediate ruling from this Court, permitting them and their attorney to attend the ongoing depositions at Adams & Graham as observers, or if the Court decides as direct interrogators.

Ronaldo S. Lozano
Fed. ID 14048
TBN: 12648010
360 E. Hwy. 77, Suite 1
San Benito, TX 78586-5214
(956)399-9663
(956)399-8285

**ATTORNEY FOR AMICUS**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 18TH day of May, 2000 via HAND DELIVERY AND FAX.

Ronaldo Lozano