47

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs | § § § | |
| v. | § | CIVIL CAUSE NO. 98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 18, 2000, the Court **DENIED** the Motion to Intervene in the Depositions filed on May 18, 2000, by Alice and Steve Carlson.

DONE at Brownsville, Texas, this the 18th day of May 2000.

Hilda G. Tagle
United States District Court Judge