IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT 48
OF TEXAS BROWNSVILLE DIVISION

Cause No. 98 CV 00162

98 cv 00163

United States District Court
Southern District of Texas
FILED
MAY 1 8 2000
Michael N. Milby
Clerk of Court

Arturo Guillermo Salinas, et al     v.  City of Harlingen, et al.

Gilberto Rodriguez, et al.     v.  City of Harlingen, et al.


## Motion to take Deposition

Alice Carlson, an expectant party in these consolidated cases, and presently an Amicus curiae in these cases, would like to be an observer at depositions commencing at 9:00 A.M. this morning in Harlingen, Texas at Adams + Graham, further she would show.

I.

Due to unavailability the movant has

which will be the _initial_ discovery in this matter, will have begun. This will cause irreparable harm to the interests of the movant. Haste is paramount, for she was set to be in the depositions as of this May 15, 2000, when an agreement was made between Tom Lockhart and Ron Lozano. Last night it became clear the previous accord would not be honored. Due to the exigency of this matter Ms. Carlson would seek an immediate ruling.

## II

The defense attorney's who object are available by conference call, to

[AT 428-7495]

decides in the alternative that she not propound questions to the deponents, of course she will not, or if the Court is inclined to permit questions by her, she will accede to the Court's determination. Also; Ron Lozano is not a witness.

## Prayer

Wherefore, the following cited reasons Alice Carlson requests that this Court grant her the permission to attend these depositions of May 18th & May 19th, 2000.

Ronaldo S. Lozano
Ronaldo S. Lozano
TBN: 12648010
360 E. Hwy. 77, Ste. 1

# ORDER
## GRANTING PERMISSION TO
## OBSERVE DEPOSITIONS

BE IT REMEMBERED that on the _____ day of May, 2000, came to be considered expectant party and Amicus Alice Carlson's Motion to take Deposition as an intervenor and the Court is of the opinion that said Motion is good and should be sustained.

IT is therefore ORDERED that Ronaldo S. Lozano, attorney for Alice Carlson be permitted to observe and _____ the depositions at Adams & Graham on May 18th & 19th, 2000, on these matters.

## Certificate of Service

A true copy of the foregoing document will be either faxed or hand delivered to the attorneys of record simultaneously with the filing of this document or on the morning of same.

Ronaldo S. Lozano
Ronaldo S. Lozano