49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
**ENTERED**

MAY 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs | § § § | |
| v. | § | CIVIL CAUSE NO. 98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on May 18, 2000, the Court **STRUCK** the Motion to Take Deposition filed by Alice Carlson this morning. The motion does not comply with Local Rules 2(C), 3(D), 3(H), and 6(A).

DONE at Brownsville, Texas, this the 18th day of May 2000.

_____
Hilda G. Tagle
United States District Court Judge