5¿
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 9 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED | |
| VS. | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS R.D. MOORE AND JIM SCHEOPNER | |
| **AND** | |
| ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS | |
| VS. | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS R.D. MOORE AND JIM SCHEOPNER | |

### AGREED MOTION TO DISMISS

1. Plaintiffs Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez, and Stephen L. Williams and wife, Robyn S. Williams, surviving beneficiary of the deceased, and Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas, and defendants the City of Harlingen, Texas, R.D. Moore, and Jim Schoepner move for dismissal with prejudice of all direct (but not derivative) federal and state claims the plaintiffs have or may have had against individual defendants R. D. Moore and Jim Schoepner.

1

2.  The parties have entered into a stipulation of dismissal in order to enable discovery to go forward on the remaining lawsuit, and to that end have stipulated and hereby advise the court that the parties have agreed that that portion of the court=s Orders of March 31, 2000, which grant the individual motions of defendants Moore and Schoepner to dismiss under Federal Rules of Civil Procedure 12(b)(6) based on qualified immunity shall be final for all purposes.

WHEREFORE, in view of the foregoing, movants pray that the court enter an Order of Dismissal, dismissing all claims against individual defendants R. D. Moore and Jim Schoepner, with prejudice.

Respectfully Submitted:

By: /s/ Broadus Spivey
Broadus Spivey
TSB# 18955000
SPIVEY & AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701
512-474-6061
Fax: 512-474-1605
ATTORNEYS FOR GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED, ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS

By: /s/ Tom Lockhart
Tom Lockhart
Admissions ID #2257
TSB# 12473500
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956-428-7495
FAX: 956-428-2954
ATTORNEY IN CHARGE FOR CITY OF HARLINGEN, R. D. MOORE, and JIM SCHEOPNER

By: /s/ Walter J. Passmore
Walter J. Passmore
Admissions ID# 2264
TSB# 15560400
PASSMORE, WALKER & TWENHAFEL
P. O. Drawer 3766
McAllen, TX 78502-3766
956-687-6225
FAX: 956-686-1276
INDIVIDUAL COUNSEL FOR R. D. MOORE

3