IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on May 22, 2000, the Court **STRUCK** the Agreed Motion to Dismiss filed jointly in Civil Action Numbers B-98-162 and B-98-163, and the Agreed Motion to Dismiss filed in Civil Action Number B-99-70 on May 19, 2000. The three related cases were consolidated on May 10, 2000 for all pretrial proceedings per Court order. Therefore, all pretrial motions should be filed only under Civil Action Number B-98-162.

In addition, if the Plaintiffs wish to refile their motion, they are **ORDERED** to specify the claims they wish to dismiss, or simply state that they wish to dismiss all pending claims against the individual Defendants in their individual capacities. The stricken motions discuss 42 U.S.C. § 1983 claims alleged against the individual Defendants in their individual capacities. The aforementioned claims were dismissed through the Court's order of March 31, 2000. Since these claims were already dismissed, the Court cannot enter a second order to the same effect.

DONE at Brownsville, Texas, this ____ day of May 2000.

_____
Hilda G. Tagle
United States District Judge