United States District Court
Southern District of Texas
FILED

JUN 2 8 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § § | |
| Plaintiffs, | | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants | § | |
| AND | § § | |
| Gilberto M. Rodriguez, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants, | § § | |
| AND | § § | |
| Raul Rodriguez, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | § § § | |
| Defendants. | § | |

**FIRST AMENDED AGREED MOTION TO DISMISS**

1. Plaintiffs Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez, and Steven L. Williams and wife, Robyn S. Williams, surviving beneficiaries of the deceased, and Arturo Guillermo Salinas and Elisa Hernandez

Herrera Salinas, Raul Rodriguez, and defendants the City of Harlingen, Texas, R. D. Moore, and Jim Schoepner, move for dismissal with prejudice of all of plaintiffs' pending claims against the individual defendants in their individual capacities. The parties do not hereby seek dismissal of claims (if any) which may lie against the City of Harlingen, derivative of the conduct of the individual defendants R. D. Moore and Jim Schoepner.

2. The parties have entered into a stipulation of dismissal in order to enable discovery to go forward on the remaining lawsuit, and to that end have stipulated between plaintiffs and defendants that the plaintiffs' pending claims against the individual defendants R. D. Moore and Jim Schoepner in their individual capacities would not be prosecuted.

WHEREFORE, in view of the foregoing, Movants pray that the Court enter an Order of Dismissal, dismissing all pending claims against individual defendants R. D. Moore and Jim Schoepner in their individual capacities, with prejudice.

Respectfully Submitted,

By: /s/ Tom Lockhart
Tom Lockhart
Admissions ID #2257
TSB# 12473500
ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956-428-7495
Fax: 956-428-2954
ATTORNEY IN CHARGE FOR CITY OF HARLINGEN, R. D. MOORE, and JIM SCHOEPNER

By: /s/ Walter J. Passmore
Walter J. Passmore
Admissions ID# 2264

2

TSB# 15560400
PASSMORE, WALKER & TWENHAFEL
P. O. Drawer 3766
McAllen, TX 78502-3766
956-687-6225
Fax: 956-686-1276
**INDIVIDUAL COUNSEL FOR R. D. MOORE**

By: *Broadus Spivey*
Broadus Spivey
TSB# 18955000    Admissions ID # 11146
SPIVEY & AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701
512-474-6061
Fax: 512-474-1605
**ATTORNEYS FOR GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED, ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS**

By: _____
Ramon Garcia
Admissions ID# 3936
TSB# 07641800
Sonia I. Lopez
Admissions ID# 23501
TSB# 24003862
LAW OFFICE OF RAMON GARCIA, P.C.
222 W. University Drive
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825
**ATTORNEYS FOR RAUL RODRIGUEZ**

        TSB# 15560400
        PASSMORE, WALKER & TWENHAFEL
        P. O. Drawer 3766
        McAllen, TX 78502-3766
        956-687-6225
        Fax: 956-686-1276
INDIVIDUAL COUNSEL FOR R. D. MOORE


By:_____
        Broadus Spivey
        TSB# 18955000 ADMISSIONS ID #11146
        SPIVEY & AINSWORTH, P.C.
        48 East Avenue
        Austin, TX 78701
        512-474-6061
        Fax: 512-474-1605
ATTORNEYS FOR GILBERTO M.
RODRIGUEZ, INDIVIDUALLY AND ON
BEHALF OF HIS MINOR DAUGHTER,
MEGAN SUZANNE RODRIGUEZ, AND
STEPHEN L. WILLIAMS AND WIFE
ROBYN S. WILLIAMS, SURVIVING
BENEFICIARIES OF THE DECEASED,
ARTURO GUILLERMO SALINAS AND
ELISA HERNANDEZ HERRERA SALINAS


By: /s/ Ramon Garcia
        Ramon Garcia
        Admissions ID# 3936
        TSB# 07641800
        Sonia I. Lopez
        Admissions ID# 23501
        TSB# 24003862
        LAW OFFICE OF RAMON GARCIA, P.C.
        222 W. University Drive
        Edinburg, TX 78539
        956-383-7441
        Fax: 956-381-0825
ATTORNEYS FOR RAUL RODRIGUEZ

FIRST AMENDED AGREED MOTION TO DISMISS

By: /s/ Broadus Spivey
Broadus Spivey
TSB# 18955000   ADMISSION ID# 11146
SPIVEY & AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701
512-474-6061
Fax: 512-474-1605
ATTORNEYS FOR GILBERTO M.
RODRIGUEZ, INDIVIDUALLY AND ON
BEHALF OF HIS MINOR DAUTHTER,
MEGAN SUZANNE RODRIGUEZ, AND
STEPHEN L. WILLIAMS AND WIFE
ROBYN S. WILLIAMS, SURVIVING
BENEFICIARIES OF THE DECEASED,
ARTURO GUILLERMO SALINAS AND
ELISA HERNANDEZ HERRERA SALINAS

FIRST AMENDED AGREED MOTION TO DISMISS

By: _____
Ramon Garcia
Admissions ID# 3936
TSB# 07641800
Sonia I. Lopez
Admissions ID# 23501
TSB# 24003862
LAW OFFICE OF RAMON GARCIA, P.C.
222 W. University Drive
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825
ATTORNEYS FOR RAUL RODRIGUEZ