IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS<br>AND ELISA HERNANDEZ HERRERA<br>SALINAS | § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS | § § | JURY DEMANDED |
| AND | § § | |
| R.D. MOORE AND JIM SHOEPNER | § § | |
| and | § § | |
| GILBERTO M. RODRIGUEZ,<br>INDIVIDUALLY AND ON BEHALF OF<br>HIS MINOR DAUGHTER, MEGAN<br>SUZANNE RODRIGUEZ, AND<br>STEPHEN L. WILLIAMS AND WIFE,<br>ROBYN S. WILLIAMS, SURVIVING<br>BENEFICIARIES OF THE DECEASED | § § § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS | § § | |
| AND R.D. MOORE AND<br>JIM SHOEPNER | § § § | |
| and | § § | |
| RAUL RODRIGUEZ | § § | |
| V. | § § | CIVIL ACTION NO. C-099-070 |
| CITY OF HARLINGEN, R.D. MOORE<br>AND JIM SHEOPNER | § § | |

## INTERVENORS' MOTION FOR LEAVE TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, Intervenors Samuel Montemayor, Heron L. Vidales, Robert Rodriguez, Jesus R. Villanueva, Pedro Vela and Alberto R. Garcia, Intervenors in the above styled and numbered cause, and file this, their Motion for Leave to Appear Pro Hac Vice for admission of attorney Sean F. O'Neill pro hac vice, and in support of same would show the Court as follows:

I.

Plaintiffs filed their lawsuit on or about July 6, 2000, to recover damages arising out of an incident which occurred on or about July 7, 1998.

II.

Sean F. O'Neill is a member of the law firm of O'Neill & Balega, P.C. Mr. O'Neill's current address is 900 Isom Road, Suite 220, San Antonio, Texas 78216. Mr. O'Neill was admitted to the State Bar of Texas in May, 1984 and is a member in good standing.

III.

Mr. O'Neill has been selected by Intervenors to act as their attorneys of record in the above-captioned cause and therefore this Motion is made to permit him to practice in this Court pro hac vice.

WHEREFORE, Plaintiffs pray that this Court enter an Order allowing Sean F. O'Neill to practice pro hac vice before this Court in every manner and capacity as an attorney-at-law for the purpose of this proceeding, and that his appearance be entered as attorney-in-charge for the Intervenors.

ClibPDF - www.fastio.com

Respectfully submitted,

O'NEILL & BALEGA, P.C.
900 Isom Road, Suite 220
San Antonio, Texas 78216
Telephone: (210) 344-4455
Facsimile: (210) 344-4902

By: _____
SEAN F. O'NEILL
State Bar No. 15288150

ATTORNEY-IN-CHARGE FOR
INTERVENOR PLAINTIFFS, Samuel
Montemayor, Heron L. Vidales, Robert
Rodriguez, Jesus R. Villanueva, Pedro
Vela and Alberto R. Garcia

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copying of the foregoing has been sent by certified mail, return receipt requested mail on this the 10th day of July, 2000.

Broadus A. Spivey
Spivey & Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701

Michael Greenberg
Law Offices of Richard Pena
Barton Oaks Plaza
901 Mopac, Suite 325
Austin, Texas 78746.

Sonia Lopez
Law Offices of Ramon Garcia,
222 West University Drive
Edinburg, Texas 78539

Tom Lockhart
Adams & Graham, L.L.P.
222 East Van Buren
West Tower
Harlingen, Texas 78550

Walter J. Passmore
Passmore, Walker & Twenhafel, L.L.P.
2424 North 10th, Suite 200
McAllen, Texas 78502

_____
SEAN F. O'NEILL

## CERTIFICATE OF CONFERENCE

This is to certify that I, Sean F. O'Neill, attorney for Intervenors in the above referenced cause have spoken with Broadus Spivey, attorney in charge for Plaintiffs and he is not opposed to Intervenors' Motion. I have attempted to speak with Sonia Lopez, Law Offices of Ramon Garcia, attorneys for Plaintiff Raul Rodriguez and Tom Lockhart, attorney in charge for Defendants and the above counsel were not available to discuss Intervenors' Motion. I will continue to attempt contact with Ms. Lopez and Mr. Lockhart and amend this Certificate of Conference accordingly once I have ascertained their approval or opposition.

_____
SEAN F. O'NEILL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS AND ELISA HERNANDEZ HERRERA SALINAS | § § § § | |
| V. | § § | |
| CITY OF HARLINGEN, TEXAS | § § § | CIVIL ACTION NO. B-98-162 |
| AND | § § | JURY DEMANDED |
| R.D. MOORE AND JIM SHOEPNER | § § § | |
| and | § § | |
| GILBERTO M. RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR DAUGHTER, MEGAN SUZANNE RODRIGUEZ, AND STEPHEN L. WILLIAMS AND WIFE, ROBYN S. WILLIAMS, SURVIVING BENEFICIARIES OF THE DECEASED | § § § § § § § § § | |
| V. | § § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS | § § § | |
| AND R.D. MOORE AND JIM SHOEPNER | § § § | |
| and | § § | |
| RAUL RODRIGUEZ | § § § | |
| V. | § § | CIVIL ACTION NO. C-099-070 |
| CITY OF HARLINGEN, R.D. MOORE AND JIM SHEOPNER | § § § | |

## ORDER GRANTING INTERVENORS' MOTION FOR LEAVE TO APPEAR PRO HAC VICE

On this _____ day of July, 2000, came on to be heard Intervenors' Motion for

Leave to Appear Pro Hac Vice seeking the admission pro hac vice of Sean F. O'Neill to the Bar of this Court for the purpose of representing Intervenors in this matter. After considering this Motion the Court is of the opinion that it should be GRANTED.

It is therefore, ORDERED, ADJUDGED and DECREED that Intervenors' Motion for Leave to Appear Pro Hac Vice should be granted in all respects and that Sean F. O'Neill should be allowed to practice pro hac vice before this Court in every manner and capacity as an attorney-at-law for the purpose of this proceeding, and that his appearance be entered as attorney-in-charge for the Plaintiffs.

DATED this ___ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE