IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 4 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| City of Harlingen, et al, | § § | |
| Defendants | § § | |
| AND | § § | |
| Gilberto M. Rodriguez, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| City of Harlingen, et al, | § § | |
| Defendants, | § § | |
| AND | § § | |
| Raul Rodriguez, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

**NOTICE OF REPRESENTATION**

The undersigned Walter J. Passmore of the firm of Passmore, Walker & Twenhafel, L.L.P., P. O. Drawer 3766, McAllen, Texas 78502, has been retained to represent Jim Schoepner, individually, in the above captioned litigation. Copies of notices from the court and pleadings

filed by counsel should be mailed to the following address: Walter J. Passmore, Passmore, Walker & Twenhafel, L.L.P., P. O. Drawer 3766, McAllen, Texas 78502-3766.

Respectfully Submitted:

By: _____
Walter J. Passmore
Admissions ID# 2264
TSB# 15560400
ATTORNEY FOR JIM SCHOEPNER,
INDIVIDUALLY
P. O. Drawer 3766
McAllen, TX 78502-3766
956-687-6225
Fax: 956-686-1276

OF COUNSEL:
PASSMORE, WALKER & TWENHAFEL, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the method(s) indicated to the Attorney(s) of record on this the _12th_ day of July, 2000, as follows:

| | |
|---|---|
| Tom Lockhart<br>ADAMS & GRAHAM, L.L.P.<br>P. O. Drawer 1429<br>Harlingen, TX 78551-1429 | *VIA REGULAR MAIL* |
| Broadus Spivey<br>SPIVEY & AINSWORTH, P.C.<br>48 East Avenue<br>Austin, TX 78701 | *VIA CMRRR 7099 3220 0001 4236 0914* |
| Ramon Garcia<br>Sonia I. Lopez<br>LAW OFFICE OF RAMON GARCIA, P.C.<br>222 W. University Drive<br>Edinburg, TX 78539 | *VIA CMRRR 7099 3220 0001 4236 0921* |
| Sean O'Neill<br>O'NEILL & BALEGA, P.C.<br>900 Isom Road<br>Suite 220<br>San Antonio, TX 78216 | *VIA CMRRR 7099 3220 0001 4236 0938* |

_____
Walter J. Passmore

J:\DATA2\SHARED2\WJP\MOORE\SCHOEPNR\PLEADING\NOTICE REP