UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| Arturo Guillermo Salinas, et al, | § | |
| --- | --- | --- |
| Plaintiffs | § | |
| v. | § | CIVIL CAUSE NO. 98-162 (consolidated) |
| City of Harlingen, et al, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on July 31, 2000, the Court **STRUCK** Samuel Montemayor, Heron L. Vidales, Robert Rodriguez, Jesus R. Villanueva, Pedro Vela, and Alberto R. Garcia's Motion to Intervene and Memorandum in Support of Motion to Intervene [Dkt. No. 55] and Complaint in Intervention [Dkt. No. 56]. The Court is unable to determine whether the potential intervenors have a right to intervene based on the stricken motion [Dkt. No. 55] and complaint in intervention [Dkt. No. 56].

If these individuals wish the Court to consider their motion to intervene, they must file an amended motion by August 15, 2000 that specifically states how they were injured and the role they played in the incident in question. In addition, the motion must contain a certificate of conference that indicates whether each Plaintiff and Defendant are opposed or unopposed to the motion.

DONE at Brownsville, Texas, this the 31st day of July 2000.

Hilda G. Tagle
United States District Court Judge