61

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 01 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL CAUSE NO. 98-162 (consolidated) |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

**ORDER DISMISSING INDIVIDUAL DEFENDANTS**

BE IT REMEMBERED, that on July 31, 2000, the Court **GRANTED** the Parties' First Amended Agreed Motion to Dismiss [Dkt. No. 54]. All claims alleged against the individual Defendants, R.D. Moore and Jim Scheopner, in their individual capacities are dismissed with prejudice. This order does not affect the Plaintiffs' claims against the remaining Defendant, the City of Harlingen, that are based on R.D. Moore and Jim Scheopner's conduct.

DONE at Brownsville, Texas, this the 31st day of July 2000.

Hilda G. Tagle
United States District Court Judge