6̃5̃

United States District Court
Southern District of Texas
FILED

**AUG 1 1 2000**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | |
| Plaintiffs, | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| v. | { | |
| | { | |
| City of Harlingen, et al., | { | |
| | { | |
| Defendants | { | |
| | { | |
| **AND** | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| Plaintiffs, | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al, | { | |
| | { | |
| Defendants, | { | |
| | { | |
| **AND** | { | |
| | { | |
| Raul Rodriguez, | { | |
| | { | |
| Plaintiff, | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al. | { | |
| | { | |
| Defendants. | { | |

---

CHJPDF - www.fsxio.com

## SUPPLEMENT TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN ("Harlingen")**, and files this Supplement to its Motion for Summary Judgment and in support thereof would show the Court as follows:

### I.

Harlingen summary judgment evidence included Exhibits A-F, which were excerpts from the depositions of witnesses taken during the period of May 18 - May 23. Four of the depositions included the notarized signature of the witnesses with Errata pages.[1] At the time of filing the Motion for Summary Judgment on July 28, 2000, counsel for Harlingen had not received signed Errata sheets for the other two depositions (Ronald K. Saenz and George A. Hupp - Exhibits A and C). These depositions had been forwarded by the Court reporter to the witnesses on June 1, 2000 with indicated deliveries on June 1, 2000 and June 7, 2000, respectively. (See attached cover letters and documentation of receipts.)

### II.

On August 10, 2000, counsel for Harlingen received from the court reporter the attached Errata sheet with the notarized signature of George A. Hupp dated July 24, 2000 (Exhibit C-1). Although the 30 days allowed for review and changing the deposition [FRCP 30(e)] had elapsed

---

1   Michael Riley, Orlando Sanchez, James Joseph Scheopner and R.D. Moore. (Exhibits B, D, E, and F)

prior to the notarized signing of the Errata sheet, Harlingen is filing this Errata sheet (Exhibit C-1) to be attached to Exhibit C to the Motion for Summary Judgment, for the Court's review and consideration, if the Court deems such appropriate.

Respectfully submitted,

By:     TOM LOCKHART
        Admissions ID No. 2257
        Texas State Bar No. 12473500
        ROGER W. HUGHES
        Admissions ID No. 5950
        Texas State Bar No. 10229500
        ADAMS & GRAHAM, L.L.P.
        P.O. Drawer 1429
        Harlingen, Texas  78551-1429
        956/428-7495; FAX: 956/428-2954
        Attorney-in-Charge for Defendants, CITY
        OF HARLINGEN, TEXAS; R.D. MOORE
        and JIM SCHEOPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this ___11___ day of August 2000, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                VIA CMRRR# 7099 3220 0001 0358 1273
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas  78701-4320

Mr. Richard Pena                              VIA CMRRR# 7099 3220 0001 0358 1280
**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas  78746-5747

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia                              VIA CMRRR# 7099 3220 0001 0358 1297
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas  78539

Attorney of record for Defendants, R.D. Moore and Jim Scheopner,
in Their Individual Capacities:

Mr. Walter J. Passmore                              VIA REGULAR MAIL
**PASSMORE, WALKER & TWENHAFEL, L.L.P.**
P. O. Drawer 3766
McAllen, Texas  78502-3766


TOM LOCKHART

# BRYANT & STINGLEY, INC.
## CERTIFIED COURT REPORTERS
4900 North 10th Street
Building A, Suite 3
McAllen, Texas 78504

McAllen Office
(956) 618-2366 Fax: (956) 618-0087
E-Mail: bryantandstingley@prodigy.net

Harlingen Office
(945) 428-0755 Fax: (956) 428-7133
E-mail:brysting@ix.netcom.com

In  Texas: (800) 462-0253

June 1, 2000

Ronald K. Saenz
964 E. Harrison
Personnel Department/ 2nd Floor
Brownsville, Texas 78521

Via PDQ:  527627

RE:    CIVIL ACTION NO. B-98-162
       ARTURO GUILLERMO SALINAS, ET AL. VS. CITY OF HARLINGEN, ET AL.
       IN THE UNITED STATES DISTRICT COURT FOR  THE SOUTHERN
       DISTRICT OF TEXAS BROWNSVILLE DIVISION

Dear  Mr. Saenz:

Enclosed please find your original deposition transcript taken on May 23, 2000.
Please read the transcript carefully, and if you wish to make any changes or corrections, list them on
the Changes and Signature Page of the deposition, stating the reasons therefor.

**PLEASE DO NOT MAKE ANY CHANGES OR CORRECTIONS ON THE TEXT OF
THE TRANSCRIPT.**

Once you have reviewed the transcript and made any necessary changes or corrections, please sign
before a Notary Public and return the transcript to our office on or before June 15, 2000, in the
enclosed self-addressed, stamped envelope.  For your convenience, we have a Notary Public on staff
in our Harlingen and McAllen offices.

If you have any questions, please contact our office.  Thank you for your cooperation in this matter.

Sincerely,

*BRYANT & STINGLEY, INC.*

Yadi Jauregui
Enclosures

cc:    Broadus A. Spivey
       Tom Lockhart
       Sonia Lopez

# PDQ DELIVERY SERVICE, INC.

701 E. 17 Sunshine Strip • San Benito, Texas 78586

(956) 361-1491 • 1-800-566-3742

DATE 6-1-00

527627

☒ BILL SHIPPER  ☐ CASH IN ADVANCE  ☐ COLLECT C.O.D. ONLY  ☐ THIRD PARTY  ☐ RUSH
☐ BILL RECIPIENT  ☐ COLLECT  ☐ SCHEDULED  ☒ REGULAR  ☐ PRIORITY

FROM (COMPANY NAME)
BRYANT & STINGLEY, INC.

TO (COMPANY NAME)
Ronald Saenz

ADDRESS
2010 E. Harrison

ADDRESS
964 E Harrison/Personnel Dept

CITY
Harlingen, Texas 78850

CITY
Brownsville Tx           2nd Floor

ORIGINAL

| PCS. | PACKAGING | DESCRIPTION AND MARKS | WEIGHT | AMOUNT |
|------|-----------|----------------------|--------|--------|
|  | CARTON | Original Depo |  | DELIVERY CHARGE |
|  | BUNDLE |  |  | DETENTION CHARGE |
|  | BAG |  |  | C.O.D. CHARGE |
|  | LOOSE |  |  | 80¢ PER 100 lbs. |
|  | ENVELOPE |  |  |  |

Not Responsible For Freight Claims After 72 Hrs.
Not Responsible For Concealed Damage

$ISI Declared Value
Unless Specified Here

C.O.D. AMOUNT

TOTAL CHARGES

SHIPPER (DELIVERY AND DELIVERY)
Jack Saureg w

RECEIVED BY (In good condition except as noted)

PRINT NAME

DRIVER

DRIVER

SOUTH TEXAS FORMS & DISTRIBUTORS (956) 968-0120 • WESLACO, TEXAS 78596

Deliv. 6-1-00
3:50 p.m.

Yzaguirre
signed

# BRYANT & STINGLEY, INC.
## CERTIFIED COURT REPORTERS
4900 North 10th Street
Building A, Suite 3
McAllen, Texas 78504

McAllen Office
(956) 618-2366 Fax: (956) 618-0087
E-Mail: bryantandstingley@prodigy.net

Harlingen Office
(945) 428-0755 Fax: (956) 428-7133
E-mail:brysting@ix.netcom.com

In  Texas: (800) 462-0255

June 1, 2000

George Hupp
P.O. Box 17221
Tucson, Arizona 85731

Via Certified Mail: Z 735 448 454

RE:     CIVIL ACTION NO. B-98-162
ARTURO GUILLERMO SALINAS, ET AL. VS. CITY OF HARLINGEN, ET AL.
IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS BROWNSVILLE DIVISION

Dear Mr. Hupp:

Enclosed please find your original deposition transcript taken on **May 22, 2000.**
Please read the transcript carefully, and if you wish to make any changes or corrections, list them on
the **Changes and Signature Page** of the deposition, stating the reasons therefor.

**PLEASE DO NOT MAKE ANY CHANGES OR CORRECTIONS ON THE TEXT OF
THE TRANSCRIPT.**

Once you have reviewed the transcript and made any necessary changes or corrections, please sign
before a Notary Public and return the transcript to our office on or before **June 15, 2000,** in the
enclosed self-addressed, stamped envelope. For your convenience, we have a Notary Public on staff
in our Harlingen and McAllen offices.

If you have any questions, please contact our office. Thank you for your cooperation in this matter.

Sincerely,

*BRYANT & STINGLEY, INC.*

Yadi Jauregui
Enclosures

cc:     Broadus A. Spivey
Tom Lockhart
Sonia Lopez

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

Is your **RETURN ADDRESS** completed on the reverse side?

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

George Hupp
P.O. Box 17221
Tucson, Arizona
85731

4a. Article Number
Z 735 448 454

4b. Service Type
☐ Registered     ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
6 7 - 00

5. Received By: (Print Name)
X [signature]

6. Signature: (Addressee or Agent)
X [signature]

8. Addressee's Address (Only if requested and fee is paid)
[signature]

PS Form 3811, December 1994          Domestic Return Receipt

Thank you for using Return Receipt Service.

# EXHIBIT C-1

CutePDF – www.fastio.com

```
1        ERRATA SHEET/SIGNATURE PAGE

2    PAGE LINE  CHANGE                          REASON

3    _____SEE__PRINTED__SHEET_____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14      I, GEORGE A. HUPP, have read the foregoing
     transcript and hereby affix my signature that same is
15   true and correct, except as noted above.

16                          _____
                            GEORGE A. HUPP
17

18   THE STATE OF ARIZONA

19   COUNTY OF  Pima

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21   undersigned authority on this the  24   day of

22   July               , 2000.

23           PAMELA L. MILEY
             Notary Public - Arizona
24           Pima County          Notary Public in and for
             My Comm. Expires May 31, 2004
25                               The State of Texas Arizona
```

                    BRYANT & STINGLEY, INC.
      McAllen              Harlingen             Brownsville
   (956) 618-2366       (956) 428-0755        (956) 542-1020

# ERRATA SHEET/SIGNATURE PAGE

Page 11, line 3 (09:31):  The word "armory" is misspelled as "amory."

Page 13, lines 5-6 (09:34):  I'm not sure the sentence "We are only here to back up the deputies and give them a little extra muscle" should be in quotation marks.  I was essentially paraphrasing what she had said.  For example, I'm fairly certain she would not have used the word "muscle," although that's the gist of what she was saying.

Page 17, line 4 (09:39):  This is a minor point, but the word "we" should be in quotation marks.  I meant that I no longer work for the Border Patrol, so the word "we" no longer applies.

Page 31, line 11 (09:58):  I was probably mumbling, but I think I said "behavioral science."

Page 33, line 24 (10:02):  Technically, there's a decimal point between the fives in "556," although I probably did not enunciate that.  In other words, the millimeter designation "five five six" is written five (point) five six, or "5.56," just as the caliber "twenty two" is written ".22."

Page 34, line12 (10:03):  I'm certain I said "tumbling," rather than "tumult."

Page 39, line 20 (10:10):  I probably did say "hit us," but of course, none of the people I was with were shot.  I meant before they (the bullets) *went by* us.

Page 42, line 8 (10:13):  I said "spry," meaning agile and quick, rather than "spy."

Page 48, line 22 (10:23):  Should read "...calibers, *holds* 11 rounds..." not "Colts."  There were no Colt pistols out there that I'm aware of.

Page 54, line 5 (10:29):  A minor technicality which doesn't really change the meaning:  I should have said "aeromed tech," short for aeromedical evacuation technician, rather than "air med tech."

Page 54, line 23 (10:31):  Like the previous technicality, Air Force types call it "aeromed evac," instead of "air medevac."  However, the "medevac" transcribed on page 56 at line 21, and 57 at line 5, is exactly what I said (and meant).

Page 60, line 11 (10:38) and page 61, lines 2 and 6 (10:39-40):  I believe he spells his name Jared Savik.

Page 61, line 13 (10:40):  There should be an "a" in there, i.e., "he was *a* senior Border Patrol agent."

Page 67, line 24 (10:48):  I don't think I said "she" here.  It should read "— *we* had some brief words..."

    I, GEORGE A. HUPP, have read the foregoing transcript and hearby affix my signature that same is true and correct, except as noted above.

GEORGE A. HUPP

THE STATE OF ARIZONA

COUNTY OF PIMA

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this the _24_ day of _July_, 2000.

PAMELA L. MILEY
Notary Public - Arizona
Pima County
My Comm. Expires May 31, 2004

Notary Public in and for the State of Arizona