United States District Court
Southern District of Texas
FILED

AUG 2 3 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { { | CIVIL ACTION NO. B-98-162 |
| v. | { { | |
| City of Harlingen, et al., | { { | |
| AND | { { | |
| Gilberto M. Rodriguez, et al. | { { | |
| v. | { { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | { { | |
| AND | { { | |
| Raul Rodriguez, | { { | |
| v. | { { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

**DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE IN SUPPORT OF MOTION TO CONTINUE THE SUBMISSION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN ("Harlingen")**, and files this its Reply to Plaintiffs' Response in Support of Motion to Continue the Submission of Defendant's Motion for Summary Judgment and in support thereof would show the Court as follows:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 23 day of August 2000, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | Via CMRRR# 7099 3400 0014 6896 5528 |
| Mr. Richard Pena<br>**LAW OFFICES OF RICHARD PENA, P.C.**<br>Barton Oaks Plaza Two<br>901 MoPac, Suite 325<br>Austin, Texas 78746-5747 | Via CMRRR# 7099 3400 0014 6896 5511 |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | Via CMRRR# 7099 3400 0014 6896 5504 |

Attorney of record for Defendants, R.D. Moore and Jim Scheopner,
in Their Individual Capacities:

| | |
|---|---|
| Mr. Walter J. Passmore<br>**PASSMORE, WALKER & TWENHAFEL, L.L.P.**<br>P. O. Drawer 3766<br>McAllen, Texas 78502-3766 | VIA REGULAR MAIL |

_____
TOM LOCKHART

## I.

In Plaintiffs' Response to Defendant's Reply to Plaintiffs' Motion to Continue the Submission of Defendant's Motion for Summary Judgment, Plaintiffs again fail to focus upon the requirements of FRCP 56(f). Specifically, Plaintiffs continue to fail to establish that they cannot oppose the grounds of Harlingen's Motion for Summary Judgment because of undeveloped discovery which cannot be proved by affidavit. The Motion for Summary Judgment is based upon the law enforcement team being fully informed at the scene.

**WHEREFORE, PREMISES CONSIDERED**, Defendant CITY OF HARLINGEN prays this Court deny Plaintiffs' Motion to Continue the Submission of Defendant's Motion for Summary Judgment or grant such other and further relief to which Defendant may show itself entitled to receive.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER