74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al., | { | |
| | { | |
| AND | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al, | { | |
| | { | |
| AND | { | |
| | { | |
| Raul Rodriguez, | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al. | { | |

## EMERGENCY, EXPEDITED MOTION TO QUASH DEPOSITIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** ("Harlingen"), and files this its EMERGENCY, EXPEDITED MOTION TO QUASH DEPOSITIONS and would show the Court as follows:

# I.

# CERTIFICATE OF CONFERENCE

Tom Lockhart has conferred with Ms. Sonia Lopez on August 25, 2000, and no resolution of this discovery dispute has been reached. Counsel for the proposed individual Defendants does not oppose the motion.

# II.

# STATUS OF CASE AND ISSUES

Pending are the following motions:

1) Sheriffs' Deputies Amended Motion to Intervene and Amended Complaint in Intervention; and

2) Motions to Dismiss Intervention on Qualified Immunity.

The parties have not had their Rule 26(f) conference and have done all discovery to date by agreement. Until the Court rules on the intervention, the individual Defendants do not know if they are parties and should participate in discovery.

Plaintiffs have noticed three depositions for next week. They should be quashed because leave of Court has not been obtained and Harlingen's counsel is not available. The discovery should be postponed until the intervention is decided.

# III.

# FACTUAL BACKGROUND

The parties have not yet held their Rule 26(f) scheduling conference and on August 22, 2000, Defendant Harlingen's attorney, Mr. Tom Lockhart, stated it was premature until resolution of the pending intervention issue. Exh. 1.

On August 24, 2000, counsel for the City of Harlingen received the attached notices of deposition. Exh. 2, 3, & 4. Counsel for Plaintiff Raul Rodriguez has noticed the following videotaped depositions:

| Person | Date | Time |
|---|---|---|
| Larry Moore | August 28, 2000 | 9:00 a.m. |
| Patsy Moore | August 28, 2000 | 1:00 p.m. |
| Melody Matlock | August 29, 2000 | 9:00 a.m. |

Ms. Matlock is a Harlingen employee. Patsy Moore's (Defendant Moore's wife) deposition has a subpoena duces tecum. Mrs. Moore's subpoena duces tecum is extensive. It requires she produce 20 rifles and handguns listed on the "Gun Inventory" (Exh. 5); she cannot transport them to the deposition. Larry Moore is Defendant Moore's son.

Plaintiffs' counsel did not contact Mr. Lockhart to discuss mutually agreeable dates before issuing the deposition notices.

Harlingen's counsel, Mr. Tom Lockhart, is not reasonably available.[1] He is currently scheduled to begin a three-day complex business arbitration on August 30, 2000, and has scheduled August 28 and 29, 2000, to prepare witnesses and his client.

## IV.

## ARGUMENT AND AUTHORITIES

The deposition notices should be quashed for several reasons.

---

[1] Tom Lockhart is the only attorney presently familiar enough with the facts to participate in the depositions.

First, Fed.R.Civ.P. 30(a)(2)(C) requires Plaintiffs obtain leave of court to take a deposition before the time specified in Rule 26(d) unless the party is expected to leave the United States and be unavailable. Rule 26(d) provides no discovery may be had before the parties have met and conferred as required by Rule 26(f), except by agreement. The parties have taken all prior depositions by agreement on mutually agreeable dates.

Second, the notice is not reasonable. Rule 30(b)(1) requires reasonable notice. Three and a half days is not sufficient reasonable notice to prepare for these depositions.

Third, the pending motion to intervene by several Cameron County Sheriffs Deputies has made it unclear whether the individual Defendants Scheopner and Moore are to be rejoined in this suit as parties. If the intervention is granted then there is a pending Rule 12(b) Motion on Qualified Immunity which precludes discovery against the individual Defendants until resolution.

Fourth, counsel for Defendant Harlingen is not reasonably available.

**WHEREFORE, PREMISES CONSIDERED,** City of Harlingen prays the deposition notices attached as exhibits be quashed and that the Court order that they not be taken until after the Rule 26(f) conference, which should take place after the Court denies the intervention issue or if the Court allows intervention until such time as the Court rules on the Rule 12(b) Qualified Immunity Motion. Defendant pleads for all such further relief at law or in equity to which Defendant may show itself entitled to receive.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing document was forwarded on this 25th day of August 2000, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                   Via Facsimile: 512-474-1605
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701-4320

Mr. Richard Pena                           <u>Via Facsimile: 512-327-8354</u>
**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Ms. Sonia Lopez                             <u>Via Facsimile: 956-381-0825</u>
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

Attorney of record for Defendant, R.D. MOORE, in His Individual Capacity:

Mr. Walter J. Passmore                   <u>Via Facsimile: 956-686-1276</u>
**PASSMORE, WALKER & TWENHAFEL, L.L.P.**
P. O. Drawer 3766
McAllen, Texas 78502-3766

_____
TOM LOCKHART

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP ADAMS & GRAHAM, L.L.P.

**TOM LOCKHART**
Partner

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL (956) 428-7495   FAX (956) 428-2954
www.adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

August 22, 2000

Ms. Sonia Lopez                                    Via Fax No. 956/381-0825
**LAW OFFICES OF RAMON GARCIA, P.C.**

Re:   Civil Action No. B-98-162
      Arturo Guillermo Salinas, et al. v. City of Harlingen, et al.
      Civil Action No. B-98-163
      Gilberto Rodriguez, et al. v. City of Harlingen, et al.
      Civil Action No. B-99-070
      Raul Rodriguez v. City of Harlingen, et al.
      Our File No.      :      H-1023

Dear Sonia:

I assume that you have received a copy of Francis Pan's letter to me of August 18. In it, he suggests a meeting for purposes of scheduling discovery, including initial disclosures. It does appear that a Rule 26(f) meeting, with development of a proposed discovery plan, including a deposition and written discovery schedule and initial disclosures, is the appropriate way to proceed. However, Intervenors' Amended Motion to Intervene and First Amended Complaint in Intervention were filed on August 17, 2000. We will be filing pleadings opposing such intervention. Until the issue of this pending attempted intervention has been resolved, it would be premature to schedule a Rule 26(f) meeting.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

TOM LOCKHART

TL/mm

cc:   Mr. Francis Pan            Via Fax No. 512/474-1605
      Mr. Richard Pena           Via Fax No. 512/327-8354
      Mr. Walter J. Passmore     Via Fax No. 956/686-1276

EXHIBIT 1

[8]: C:\files\H1023\Lopez.005

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO G. SALINAS, ET AL | § |
| V. | § |
| CITY OF HARLINGEN, TEXAS, ET AL; | § |
| and | § |
| GILBERTO M. RODRIGUEZ, ET AL | § CIVIL ACTION NO. B-98-162 |
| V. | § (For Discovery and Pretrial Matter Only) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § |
| and | § |
| RAUL RODRIGUEZ | § |
| V. | § |
| CITY OF HARLINGEN, TEXAS, ET AL. | § |

**PLAINTIFFS' NOTICE OF INTENT TO TAKE**
**ORAL AND VIDEOTAPE DEPOSITION OF LARRY MOORE**

TO:   LARRY MOORE, 535 N. Milam, San Benito, Texas, 78586.

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, Plaintiffs intend to take the oral deposition of LARRY MOORE on August 28, 2000, beginning at 9:00 a.m., at the Law Offices of Ramon Garcia, P.C, 222 West University, Edinburg, Texas 78539, to be used as evidence in the above entitled and numbered cause. Said deposition shall continue from day to day until completed and shall be taken before a certified shorthand reporter from the offices of Bryant & Stingley, Inc., 2010 E. Harrison, Harlingen, Texas 78550.

1

EXHIBIT 2

Respectfully submitted:

SONIA I. LOPEZ
LAW OFFICES OF RAMON GARCIA
222 West University Drive
Edinburg, Texas 78539
956/383-7441
956/381-0825 (fax)
Fed ID # 23501

BROADUS A. SPIVEY
SPIVEY & AINSWORTH
48 East Avenue
Austin, Texas 78701
512/474-6061
512/474-1605 (fax)

RICHARD PENA
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza Two
901 S. MoPac, Suite 325
Austin, Texas 78746-5747
512/327-6884
512/327-8354 (fax)

By: _____
    Sonia I. Lopez
    State Bar #24003862
    S. D. Federal ID # 23501

2

## CERTIFICATE OF SERVICE

I, SONIA I. LOPEZ, do hereby certify that on this 24th day of August, 2000, Plaintiff's Notice of Intent to Take Oral and Videotape Deposition of Larry Moore, was sent by via facsimile and regular mail to:

Hon. Tom Lockhart
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
SONIA I. LOPEZ

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO G. SALINAS, ET AL | § |
| V. | § |
| CITY OF HARLINGEN, TEXAS, ET AL; | § |
| and | § |
| GILBERTO M. RODRIGUEZ, ET AL | § CIVIL ACTION NO. B-98-162 |
| V. | § (For Discovery and Pretrial Matter Only) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § |
| and | § |
| RAUL RODRIGUEZ | § |
| V. | § |
| CITY OF HARLINGEN, TEXAS, ET AL. | § |

**PLAINTIFFS' NOTICE OF INTENT TO TAKE ORAL AND VIDEO TAPE DEPOSITION WITH SUBPOENA DUCES TECUM OF PATSY MOORE**

TO:   PATSY GAIL MOORE, 1604 Preston Trail, Harlingen, Texas.

PLEASE TAKE NOTICE that Plaintiffs intend to take the oral and video tape deposition of PATSY GAIL MOORE on August 28, 2000, beginning at 1:00 p.m., at the Law Offices of Ramon Garcia, P.C, 222 West University, Edinburg, Texas, 78539, to be used as evidence in the above entitled and numbered cause. Said deposition shall continue from day to day until completed and shall be taken before a certified shorthand reporter from the offices of Bryant & Stingley, Inc., 2010 E. Harrison, Harlingen, Texas 78550.

1

EXHIBIT 3

A Subpoena Duces Tecum shall issue requiring the witness to appear and produce at the time of said deposition the materials set forth on Exhibit "A", attached hereto and made a part thereof.

Respectfully submitted:

SONIA I. LOPEZ
LAW OFFICES OF RAMON GARCIA
222 West University Drive
Edinburg, Texas 78539
956/383-7441
956/381-0825 (fax)
Fed ID # 23501

BROADUS A. SPIVEY
SPIVEY & AINSWORTH
48 East Avenue
Austin, Texas 78701
512/474-6061
512/474-1605 (fax)

RICHARD PENA
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza Two
901 S. MoPac, Suite 325
Austin, Texas 78746-5747
512/327-6884
512/327-8354 (fax)

By: _____
    SONIA I. LOPEZ
    State Bar #24003862
    S. D. Federal ID # 23504

2

## CERTIFICATE OF SERVICE

I, SONIA I. LOPEZ, do hereby certify that on this 24th day of August, 2000, Plaintiff's Notice of Intent to Take Oral and Videotape Deposition With Subpoena Duces Tecum of Patsy Moore, was sent by via facsimile and regular mail to:

Hon. Tom Lockhart
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
SONIA I. LOPEZ

3