75

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

12:25 pm AUG 2 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al., | { | |
| AND | { | |
| Gilberto M. Rodriguez, et al. | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al, | { | |
| AND | { | |
| Raul Rodriguez, | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

## ORDER QUASHING DEPOSITIONS

**WHEREAS**, the Court has considered Defendant's Emergency, Expedited Motion to Quash Depositions and is of the opinion that it should be GRANTED.

**IT IS THEREFORE ORDERED:**

1) the deposition notices are quashed;
2) no discovery be taken by any party until ~~after a Rule 26(f) conference, which shall take place within ten (10) days of~~ either: _further order of the Court_

a) the denial of the motion to intervene; or

b) if the intervention is granted then the Court's ruling on the individual Defendants' Rule 12(b) Motions on Qualified Immunity.

**DONE** at Brownsville, Texas, this 25 day of August, 2000.

_____
Hilda G. Tagle
United States District Judge