76

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Arturo G. Salinas §
Plaintiff(s), §
§
v. §  CIVIL ACTION NO. B- 98-162
§
City of Harlinger, Et al §
Defendant(s). §

## ORDER STRIKING FILINGS

BE IT REMEMBERED, that on **August 28, 2000** the Court **STRUCK** the filing entitled _Plaintiffs' Response to Defendant's Reply to Plaintiffs' Motion to Continue_ because it did not comply with one or more of the following Local Rules: _the Submission of Defendant's Motion for Summary Judgment [Dkt. No. 70]._

1. \_\_\_\_ Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_ Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. ✓ One or more of the following are not included beneath the attorney's signature:
   (a)   state bar number; or
   ⓑ   Southern District of Texas Federal Bar Number; or
   (c)   office address including zip code; or
   (d)   telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_ A copy of the filing was not provided (LR 5.2).

5. \_\_\_\_ No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4).

6. \_\_\_\_ No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2).

7. \_\_\_\_ Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_ A separate proposed order was not attached (LR 7.1, CrLR 12.2).

DONE at Brownsville, Texas, this __28__ day of _August, 2000_

Hilda G. Tagle
United States District Judge