

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS, ET AL | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § | |
| AND | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § | |
| AND | § | |
| RAUL RODRIGUEZ, | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS

TO THE HONORABLE JUDGE TAGLE, U.S. DISTRICT COURT:

COME NOW Plaintiffs, RAUL RODRIGUEZ, ARTURO GUILLERMO SALINAS, ET AL., and GILBERTO M. RODRIGUEZ, ET AL., and file this its MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS and would respectfully show this Court the following:

### I.
### Factual Background

For approximately one year and five months from the date Plaintiffs filed suit in this cause, Plaintiffs were unable to engage in discovery. In May 2000, Plaintiffs were finally given an opportunity to schedule some depositions. However, on July 28, 2000, Defendant City Of Harlingen prematurely filed Defendant's Motion for Summary

Judgment. In response, Plaintiffs' filed a Motion to Continue the Submission of Defendant's Motion for Summary Judgment and requested that Defendant produce certain documents and that depositions in this matter be scheduled.[1] After failing to respond to Plaintiffs' continued requests for documents and depositions,[2] Plaintiffs were forced to file Notices of Depositions for Patsy Moore, Larry Moore, and Melody Matlock.

On August 25, 2000, Defendant filed an Emergency Expedited Motion to Quash Depositions and stated that Plaintiffs' deposition notices should be quashed because (1) a Rule 26(f) scheduling conference had not been held and (2) Plaintiffs' counsel had not contacted Mr. Lockhart to discuss mutually agreeable dates before issuing the deposition notices. However, as demonstrated in Exhibits G and H,[3] Plaintiffs already held a Rule 26(f) conference with Defendant. Moreover, Plaintiffs did, in fact, attempt to confer with Defendant's counsel on deposition dates.[4] However, no deposition dates were provided.

## II.
## Argument and Authorities

Federal Rule of Civil Procedure 26(a) requires each party to disclose certain information without request. Federal Rule of Civil Procedure 37 authorizes the court to compel disclosure and award appropriate sanctions for a party's failure to make the

---

[1] *See* Exhibits "A","B" ,"C", and "D" attached hereto and incorporated by reference herein for all points and purposes.

[2] *See* Exhibits "E" and "F" attached hereto and incorporated by reference herein for all points and purposes.

[3] Exhibits "G" and "H" attached hereto and incorporated by reference herein for all points and purposes.

[4] *See* Exhibits "A","B" ,"C", and "D" attached hereto and incorporated by reference herein for all points and purposes.

required disclosures. Fed. R. Civ. P. 37(a)(2)(4). The court should grant Plaintiffs' Motion to Compel Defendant's to make disclosures because on July 8, 1999, and March 5, 1999, Plaintiffs Raul Rodriguez, Arturo Guillermo Salinas, et al, and Gilberto Rodriguez, et al, and Defendant City of Harlingen held their Rule 26(f) scheduling conferences.[5] Accordingly, the parties submitted a Joint Discovery/Case Management Plan. In Raul Rodriguez' Joint Discovery/Case Management Plan, Defendant provided that it proposed "making initial disclosures within (30) days after resolution of Defendants' Rule 12(b)(6) Motion.[6] On March 21, 2000, this Honorable Court issued an order on Defendants' Motion to Dismiss. However, to date, Defendant City of Harlingen has failed to file their Initial Disclosures as provided by Federal Rule of Civil Procedure 26(a). It is imperative that Defendant be compelled to immediately make their Initial Disclosures; otherwise, Plaintiffs will continue to be unable to engage in discovery, prosecute their case, and respond to Defendant's Motion for Summary Judgment.

Additionally, Plaintiffs request Defendant be compelled to provide available dates in which to schedule depositions in this matter. Plaintiffs' are entitled to schedule depositions in this matter pursuant to Federal Rule of Civil Procedure 26(d) because Plaintiff Raul Rodriguez and Defendant City of Harlingen already met and conferred as required by Rule 26(f).

Finally, on August 24, 2000, Plaintiffs requested that deposition on written questions be issued to the Custodian of Records for Cameron County Sheriff's Office

---

[5] See Exhibits "G" and "H" attached hereto and incorporated by reference herein for all points and purposes.

[6] See Exhibit "I" attached hereto and incorporated by reference herein for all points and purposes.

and Southwestern Bell Wireless. This request was issued prior to this Court's ruling on August 25, 2000. Since then, Defendant City of Harlingen is requesting that Plaintiffs cancel the aforementioned notices.[7] Once again, it is imperative that Plaintiffs be allowed to obtain information regarding Defendant's knowledge of the impending danger that ultimately led to the death of two United States Border Patrol Agents and serious injuries to a Cameron County Sheriff's Deputy.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court compel Defendant City of Harlingen to comply with the rules and make its initial disclosures, and further, provide Plaintiffs with dates in which to schedule depositions in this matter. Plaintiffs plead for all such further relief at law or in equity to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
(210) 383-7441
210) 381-0825 (FAX)

By: _____
RAMON GARCIA
State Bar No. 07641800
Federal Id. No. 3936

Of Counsel

SONIA I. LOPEZ
State Bar No. 24003862
Federal Id. No. 23501

**ATTORNEYS FOR PLAINTIFF RAUL RODRIGUEZ**

---

[7] *See* **Exhibit "J"** attached hereto and incorporated by reference herein for all points and **purposes.**

BROADUS A. SPIVEY
SPIVEY & AINSWORTH
48 East Avenue
Austin, Texas 78701-4320

RICHARD PENA
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747

ATTORNEYS FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL, AND
GILBERTO M. RODRIGUEZ, ET AL

## CERTIFICATE OF CONFERENCE

I certify that on August 29, 2000, Ms. Marynel Trevino conferred with Mr. Roger Hughes and he indicated that they would oppose Plaintiffs' Motion to Compel Depositions.

_____
SONIA I. LOPEZ

## CERTIFICATE OF SERVICE

I, Sonia I. Lopez, do hereby certify that on this the 29th day of August, 2000, a true and correct copy of the above and foregoing Plaintiffs' Motion to Compel Disclosures and Depositions was sent by Certified, United States Mail, Return Receipt Requested To:

HON. TOM LOCKHART
ROGERS W. HUGHES
ADAMS & GRAHAM, L.L.P.
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429

_____
SONIA I. LOPEZ

## VERIFICATION

STATE OF TEXAS         §
                       §
COUNTY OF HIDALGO      §

On this day Sonia I. Lopez appeared before me, the undersigned notary public, and after I administered an oath to her, upon her oath, she said she read Plaintiffs' Motion to Compel Disclosures and Depositions, and that Plaintiffs' Motion to Compel Disclosures and Depositions and the attached exhibits are within her personal knowledge and are true and correct.

_____
Sonia I. Lopez

SWORN TO and SUBSCRIBED before me by Sonia Lopez on August 29th, 2000.

_____
Notary Public in and for the State of Texas

MARIANELA TREVINO
MY COMMISSION EXPIRES
March 27, 2003

PLAINTIFFS' MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS Page - 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS, ET AL | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § | |
| AND | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § | |
| AND | § | |
| RAUL RODRIGUEZ, | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL. | § | |

## ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS

On _____, _____, the court considered Plaintiffs Motion to Compel Disclosures and Depositions. After considering the motion and the response, the court Grants the motion and orders Defendant to make full disclosure of all information required by Federal Rule of Civil Procedure 26(a)(1) within two weeks of this Order and to immediately schedule Depositions in this matter.

SIGNED on _____,2000.

_____
U.S. DISTRICT JUDGE