8²

United States District Court
Southern District of Texas
FILED

SEP 1 / 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al., | { | |
| | { | |
| **AND** | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al, | { | |
| | { | |
| **AND** | { | |
| | { | |
| Raul Rodriguez, | { | |
| | { | |
| v. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN ("Harlingen")**, and files this its RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCLOSURES AND DEPOSITIONS and in support thereof would show the Court as follows:

## I.

Yesterday evening, after conclusion of an arbitration session, Defendant's counsel, Tom Lockhart, first saw Plaintiffs' Motion to Compel Disclosures and Depositions with enclosures. Tom Lockhart realized that there were misstatements in the Emergency, Expedited Motion to Quash Depositions. Specifically, there had been telephonic Rule 26(f) meetings in these cases (pre-consolidation) on March 2 and 3, 1999 and July 8, 1999, respectively and Plaintiffs' counsel in previous correspondence had requested dates for depositions.

## II.

By way of explanation and not excuse (because there is no excuse for these misstatements) when Plaintiffs faxed the notices of depositions on August 24, 2000, Tom Lockhart was in transit from Austin to San Antonio where he was spending the night and then flying to Harlingen on Friday morning (August 25) to drive to McAllen for a mediation. Through telephonic and fax communications on Thursday evening and Friday morning, Tom Lockhart prepared the Emergency, Expedited Motion to Quash Depositions for signature by Roger Hughes and filing with the Court by noon on Friday, August 25, 2000.

## III.

When Tom Lockhart prepared this Motion he was focused on his August 22, 2000 letter to Plaintiffs' counsel (Exhibit "1") and communications regarding the scheduling of a Rule 26(f) meeting and he forgot that in fact there had been pre-consolidation Rule 26(f) meetings in the respective cases in which the parties requested leave to file a Discovery Plan after final resolution of the Defendants' Rule 12(b) Motions.

### IV.

Tom Lockhart is fully responsible and accountable for these mistakes and whatever consequences flow from them.

### V.

Harlingen does oppose Plaintiffs' motion on the bases that there is a pending Motion to Intervene by several Cameron County Sheriffs' deputies which makes it unclear whether the individual Defendants, Scheopner and Moore, are to be rejoined in the suit as parties and if intervention is granted then resolution of the pending Rule 12(b)(6) Motion of Qualified Immunity is necessary before discovery is had.

**WHEREFORE, PREMISES CONSIDERED**, HARLINGEN prays discovery be stayed until after a new Rule 26(f) conference is held, following the Court's denial of intervention or if the Court allows intervention, following the Court's ruling on the Rule 12(b)(6) Qualified Immunity Motion.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendants, CITY OF HARLINGEN, TEXAS; R.D. MOORE and JIM SCHEOPNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 1st day of September, 2000, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | Via Fax No. 512-474-1605 |
| Mr. Richard Pena<br>**LAW OFFICES OF RICHARD PENA, P.C.**<br>Barton Oaks Plaza Two<br>901 MoPac, Suite 325<br>Austin, Texas 78746-5747 | Via Fax No. 512-327-8354 |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | Via Fax No. 956-381-0825 |

Attorney of record for Defendants, R.D. Moore and Jim Scheopner,
in Their Individual Capacities:

| | |
|---|---|
| Mr. Walter J. Passmore<br>**PASSMORE, WALKER & TWENHAFEL, L.L.P.**<br>P. O. Drawer 3766<br>McAllen, Texas 78502-3766 | Via Fax No. 956-686-1276 |

_____
TOM LOCKHART

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP ADAMS & GRAHAM, L.L.P.

**TOM LOCKHART**
Partner

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL (956) 428-7495   FAX (956) 428-2954
www.adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

August 22, 2000

Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**

Via Fax No. 956/381-0825

**RE:   Civil Action No. B-98-162**
     **Arturo Guillermo Salinas, et al. v. City of Harlingen, et al.**
     **Civil Action No. B-98-163**
     **Gilberto Rodriguez, et al. v. City of Harlingen, et al.**
     **Civil Action No. B-99-070**
     **Raul Rodriguez v. City of Harlingen, et al.**
     **Our File No.       :     H-1023**

Dear Sonia:

I assume that you have received a copy of Francis Pan's letter to me of August 18. In it, he suggests a meeting for purposes of scheduling discovery, including initial disclosures. It does appear that a Rule 26(f) meeting, with development of a proposed discovery plan, including a deposition and written discovery schedule and initial disclosures, is the appropriate way to proceed. However, Intervenors' Amended Motion to Intervene and First Amended Complaint in Intervention were filed on August 17, 2000. We will be filing pleadings opposing such intervention. Until the issue of this pending attempted intervention has been resolved, it would be premature to schedule a Rule 26(f) meeting.

Sincerely yours,

**ADAMS & GRAHAM, L.L.P.**

*[signature]*

TOM LOCKHART

TL/mm

cc:   Mr. Francis Pan              Via Fax No. 512/474-1605
      Mr. Richard Pena             Via Fax No. 512/327-8354
      Mr. Walter J. Passmore       Via Fax No. 956/686-1276

**EXHIBIT 1**

[8]; C:\files\H1023\Lopez.005