83

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL ACTION NO. B-98-162 (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

## ORDER

It has come to the Court's attention that there is no scheduling order in place for this consolidated case. Therefore, the Court **ORDERS** the Parties to the three consolidated cases to meet and hold a Federal Rule of Civil Procedure 26(f) conference. The Parties are **ORDERED** to submit a Joint Discovery/Case Management Plan and a proposed scheduling order that complies with this Court's Chamber Rules by October 4, 2000.

DONE at Brownsville, Texas, this 14th day of September 2000.

Hilda G. Tagle
United States District Judge