United States District Court
Southern District of Texas
RECEIVED       FiLe
OCT 2 4 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS, ET AL | § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § § | |
| AND | § § | |
| GILBERTO M. RODRIGUEZ, ET AL | § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL., | § § | |
| AND | § § | |
| RAUL RODRIGUEZ, | § § | |
| V. | § § | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs ARTURO GUILLERMO SALINAS, ET AL., GILBERTO M. RODRIGUEZ, ET AL., and RAUL RODRIGUEZ hereby make the following initial disclosures in the above cause:

### A.
### Individuals with Discoverable Information

1.    Name, address, (work and home), telephone number (work and home) of individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings include:

A.  **Plaintiffs:**

   Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Suzanne Rodriguez; and Stephen L. Williams and Wife Robyn S. Williams, Surviving Beneficiaries of the Deceased; Susan Lynn Rodriguez

   Arturo Guillermo Salinas, Elisa Hernandez Herrera Salinas, and Ricardo Salinas

   Raul Rodriguez

B.  **Defendants:**

   City of Harlingen
   R.D. Moore
   Jim Scheopner

C.  **United States Border Patrol Agents involved in the shooting incident:**

   Jose E. Garza
   Chief United States Border Patrol Agent
   McAllen Sector
   McAllen, Texas 78503

   Edward Kelly
   United States Border Patrol Agent
   McAllen Sector
   McAllen, Texas 78503

   George A. Hupp
   Tucson INS Investigations
   P. O. Box 17221
   Tucson, AZ 85731

   Michael James Riley
   United States Border Patrol Agent
   108 E. Campeche,
   South Padre Island, Texas 78597
   Susan Rodriguez partner;

Orlando Sanchez
Senior United States Border Patrol Agent
1713 W. 4th #4
Weslaco, Texas 78596

Hector Gonzalez
Supervisor United States Border Patrol Agent
Harlingen, Texas 78550

Daniel Diaz
United States Border Patrol Agent
Harlingen, Texas 78550

Douglas L. Spielman
Supervisory United States Border Patrol Agent
Harlingen, Texas 78550

D. **Harlingen Police Department individuals involved in the shooting incident:**

Chief Jim Scheopner
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787
Involved in assigning the gun used in the shooting and at the scene of the shooting.

Ralph Dwayne (R.D.) Moore
Rt. 1, Box 297
2 miles S. Gamble Rd.
San Benito, Texas 78586
Ernest Moore's father, Harlingen Police Officer, involved in the shooting incident and provided gun involved in the shooting to his son.

Miguel P. Garcia
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550;
Involved in the shooting incident

Shawn Ray Foist
Patrol Sergeant
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550;
Involved in the shooting incident

Capt. Joseph Vasquez
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787;
Involved in assigning the gun used in the shooting.

Lt. E. Leal,
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787;
Custodian of the 911 tapes.

Gail Jones,
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787;
911 manager or dispatcher supervisor.

Melody Matlock,
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787
Dispatcher.

Gilbert Gonzalez,
Harlingen Police Department
1102 S. Commerce
Harlingen, Texas 78550
(956) 427-8787;
Evidence custodian for Harlingen Police Department.

E. **Cameron County Sheriff's Department individuals involved in the shooting incident:**

Javier Reyna,
Cameron County Sheriff's Department Investigator
954 E. Harrison
Brownsville, Texas  78520

Gilbert Briones
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas  78520

Tomas Mares, Jr.
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Raul E. Rodriguez
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Willie Alvarez
Cameron County Sheriff Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Pedro Vela
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Jesus Raphael Villanueva
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Jorge Delgado
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Aaron Luis Vidales
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Cody Mitchell
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Ronald K. Saenz
Cameron County Sheriff's Department
954 E. Harrison
Brownsville, Texas 78520

Samuel Montemayor
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Alberto Ricardo Garcia
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Robert Rodriguez
Cameron County Sheriff's Department Deputy
954 E. Harrison
Brownsville, Texas 78520

Chris (last name unknown)
Dispatcher for the Cameron County Sheriff's Department

F. **Others:**

Antonio Medina
Rt. 1, Box 50
San Benito, Texas 78586
(956) 399-2976
Ernest Moore

Doel Nicholas Anders
422 E. Caffery,
Pharr, Texas 78577
Employed with Ballenger Construction Company

David Rey Sosa
7201 N. 33rd St.
McAllen, Texas 78501
Ernest Moore

Albert Daniel Perry
Rt.1, Box 227
Stuart Place Rd.
Harlingen, Texas 78550
Ernest Moore

Robert Wayne Reed, Jr.
Rt. 8 Box 777
Levens Rd.
Harlingen, Texas 78550
Ernest Moore

PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES p6

Jason Walence
902 S. Loop 499
Apt. # E-7
Harlingen, Texas 78550
Ernest Moore

Larry Dwayne Moore
Rt. 1, Box 297
2 miles S. Gamble Rd.
San Benito, Texas 78586
Brother of Ernest Moore

Patsy Gail Moore
1604 Preston Trail
Harlingen, Texas 78550
Mother of Ernest Moore and at shooting incident.

Joe Cisneros, Trooper
Texas Department of Public Safety
In charge of the 911 tapes relating to the murder in San Benito and Rio Hondo .

Robert Carbido
FBI Agent who informed Jim Scheopner the information Shawn Foist put on the internet .

Danny Carpenter
ATF Agent who did the trace on the guns used by Ernest Moore in the murder in San Benito and Rio Hondo

Sylvia Pyrtle
2609 Lotus
Harlingen, Texas 78550
Citizen who turned in the gun involved in the shooting to Harlingen Police Department for destruction.

Margie W. Cornwell, M.D.
Pathologist
P. O. Drawer 2588
Harlingen, Texas 78551

Israel Pacheco
Texas Rangers
1414 Bicentennial
McAllen, Texas
Investigated the shooting incident.

PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES p7

Texas Ranger Rodolfo C. Jaramillo
Texas Rangers
US 77 Sunshine Strip
Harlingen, Texas
Investigated the shooting incident.

Rolando Castaneda
Texas Rangers
5 Boca Chica, Ste. #16
Brownsville, Texas
Investigated the shooting incident.

Agent Chris Gregorsky
Federal Bureau of Investigations
McAllen, Texas
Investigated the shooting incident.

Agent Bob Marshall
Federal Bureau of Investigations
McAllen, Texas
Investigated the shooting incident.

Agent Mario Martinez
Federal Bureau of Investigations
1700 Paredes Line Rd.
Brownsville, Texas
Investigated the shooting incident.

Agent Freddy Vela
Federal Bureau of Investigations
1700 Paredes Line Rd.
Brownsville, Texas
Investigated the shooting incident.

Agent John Wood
Federal Bureau of Investigations
1700 Paredes Line Rd.
Brownsville, Texas
Investigated the shooting incident.

Dr. Marion Lawler, Jr.
2310 N. Ed. Carey Drive
Harlingen, Texas 78550
(956) 425-5144

PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES p8

# B.
# Relevant Documents and Tangible Things

2. Attached are copies of all documents, data compilations, and tangible things in Plaintiffs' possession, custody or control that Plaintiffs believe are relevant to disputed facts alleged with particularity in the pleadings.

A) Plaintiffs enclose copies of R.D. Moore's mobile phone number billing records for the month of July 1998. See Exhibit "A".

B) Susan Lynnn Rodriguez's Financial Documents and Vital Records:
   1. Recent payroll check stub;
   2. Federal Employee Retirement System benefit statement dated January 4, 1998;
   3. 1995, 1996 and 1997 U. S. Income Tax Returns for Susan and Gilberto Rodriguez;
   4. Birth Certificate;
   5. Marriage Certificate of Susan Lynn Rodriguez and Gilberto Rodriguez;
   6. Death Certificate

C) Birth Certificate of Megan Suzanne Rodriguez, daughter of Susan Lynn Rodriguez and Gilberto Rodriguez;

D) Ricardo Salinas' Financial Documents and Vital Records:
   7. Statement of Earning for several pay periods;
   8. Birth Certificate;
   9. Death Certificate;

E) Marriage Certificate of Ricardo Salinas' parents, Arturo Salinas and Elisa Herrera;

F) Those documents attached to the depositions of Jim Scheopner and R.D. Moore's deposition identified as Exhibits 1 through 28 and their subparts.

G) Those documents attached to Replies To Plaintiffs Arturo Salinas et al and Gilberto Rodriguez et al. Identified as Appendixes A through F.

H) Documents produced by Defendant to Plaintiffs.

### C.
### Information Related to Calculation of Damages

Plaintiffs are still in the process of evaluating these claim and will supplement.

### D.
### Insurance

Plaintiffs are unaware of any insurance agreement under in which any person carrying on an insurance business is expected to be liable to satisfy part or all of a judgment which is expected to be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 (Fax)

By: _____
RAMON GARCIA
State Bar No. 07641800
Federal ID # 3936
SONIA I. LOPEZ
State Bar No. 24003862
Federal ID # 23501
**ATTORNEYS FOR PLAINTIFF RAUL RODRIGUEZ**

PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES p10

BROADUS A. SPIVEY
SPIVEY & AINSWORTH
48 East Avenue
Austin, Texas 78701-4320

By: /s/ Broadus A. Spivey
BROADUS A. SPIVEY
State Bar No. 18955000
Federal Id. #11146

RICHARD PENA
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747

**ATTORNEYS FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL, AND
GILBERTO M. RODRIGUEZ, ET AL**

## CERTIFICATE OF SERVICE

I, SONIA I. LOPEZ, do hereby certify that on this the 24th day of October, 2000, a true and correct copy of the above and foregoing Plaintiffs' Rule 26(A) Initial Disclosures were sent by certified United States Mail, return receipt requested to:

Tom Lockhart          CMRRR 7000 0520 0024 3377 0947
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
SONIA I. LOPEZ