88

United States District Court
Southern District of Texas
FILED

OCT 2 6 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al., | { | |
| | { | |
| AND | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al, | { | |
| | { | |
| AND | { | |
| | { | |
| Raul Rodriguez, | { | |
| | { | |
| v. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

## DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, **CITY OF HARLINGEN**, pursuant to Fed. R. Civ. P., Rule 26(a)(1), makes the following initial disclosures:

**(A)    Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Suzanne Rodriguez; and Stephen L. Williams and Wife Robyn S. Williams, Surviving Beneficiaries of the Deceased<br><br>Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas<br><br>Raul Rodriguez | Plaintiffs |
| Jim Scheopner<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas  78550<br>(956) 427-8787 | Operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| R.D. Moore<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas  78550<br>(956) 427-8787 | Ernest Moore, operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| Patsy Moore<br>1604 Preston Trail<br>Harlingen, Texas  78552 | Ernest Moore and shooting incident. |
| Capt. Joseph Vasquez<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas  78550<br>(956) 427-8787 | Operation of Harlingen Police Department and assignment of subject rifle. |
| Mike Garcia<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas  78550<br>(956) 427-8787 | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Shawn Foist<br>Alabama<br>(256) 543-7011 | Shooting incident. |
| Antonio Medina<br>Rt. 1, Box 50<br>San Benito, Texas 78586<br>(956) 399-2976 | Ernest Moore. |
| David Ray Sosa<br>7201 N. 33rd St.<br>McAllen, Texas | Ernest Moore. |
| Israel Pacheco<br>Texas Rangers Company "D"<br>1414 Bicentennial<br>McAllen, Texas | Shooting incident. |
| Texas Ranger Rodolfo C. Jaramillo<br>Texas Rangers Company "D"<br>US 77 Sunshine Strip<br>Harlingen, Texas | Shooting incident. |
| Rolando Castenda<br>Texas Rangers Company "D"<br>5 Boca Chica, Ste. #16<br>Brownsville, Texas | Shooting incident. |
| Agent Chris Gregorsky<br>Agent Bob Marshall<br>Federal Bureau of Investigations<br>McAllen, Texas | Shooting incident. |
| Agent Mario Martinez<br>Agent Freddy Vela<br>Agent John Wood<br>Federal Bureau of Investigation<br>1700 Paredes Line Rd.<br>Brownsville, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Michael James Riley<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Orlando Sanchez<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| George A. Hupp<br>Tucson INS Investigations<br>P. O. Box 17221<br>Tucson, AZ  85731 | Shooting incident. |
| Daniel Diaz<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Douglas L. Spielman<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Edward Kelly<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Hector Gonzalez<br>Supervisor<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Jose E. Garza<br>Chief U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Dr. Marion Lawler, Jr.<br>2310 N. Ed Carey Drive<br>Harlingen, Texas 78550<br>(956) 425-5144 | Treating physician of Raul Rodriguez. |
| Ronald K. Saenz<br>Personnel & Safety Risk Office<br>964 E. Harrison<br>Brownsville, Texas 78520 | Shooting incident. |
| Javier Reyna, CCSD Investigator<br>Tomas Mares, CCSD Deputy<br>Raul Rodriguez, CCSD Deputy<br>Willie Alvarez, CCSD Deputy<br>Pedro Vela, CCSD Deputy<br>Jesus Rafael Villanueva, CCSD Deputy<br>Gilbert Briones, CCSD Deputy<br>Jorge Delgado, CCSD Deputy<br>Aaron Luis Vidales, CCSD Deputy<br>Cody Mitchell, CCSD Deputy<br>Samuel Montemayor, CCSD Deputy<br>Alberto Ricardo Garcia, CCSD Deputy<br>Robert Rodriguez, CCSD Deputy<br>Cameron County Sheriff's Department<br>954 E. Harrison St.<br>Brownsville, Texas | Shooting incident. |

**(B)** **A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

    1)    Defendant refers Plaintiffs to Scheopner deposition Exhibits Nos. 1-27 (list enclosed) to the extent, if any, such documents and photographs are relevant to disputed factual allegations;

    2)    Defendant refers to its production made by letters from defense counsel to Plaintiffs' counsel dated June 13, June 22 and July 13, 2000, with enclosures, to the extent, if any, such documents are relevant to disputed factual allegations;

3)      Defendant also refers to the inspection of the subject gun by Plaintiffs' counsel and expert in Austin on July 6, 2000 at the DPS headquarters, to the extent, if any, such is relevant to disputed factual allegations;

4)      Defendant encloses copies of the following:

        a)      July 7, 1998 billing records for Harlingen Police Department issued mobile phones;

        b)      Valley Morning Star newspaper article dated July 13, 1998;

        c)      Documents and photographs from the Cameron County Sheriff's Department investigative file.[1]

5)      The guns and the gun vault located at the Moore residence on July 7, 1998, which are currently located at the residence of R.D. Moore at 1064 Preston Trail, Harlingen, Texas. Specifically the guns are listed in the attached Inventory List with the exception of Nos. 2 and 3.

**(C)      Computation of any category of damages claimed by the disclosing party.**

None.

**(D)      Insurance agreement.**

See enclosed.

---

[1] All documents obtained by defense counsel (through Open Records Request) are being produced although some are duplicitous of earlier production and some are not relevant to disputed factual allegations.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendant,
CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing document was forwarded on this 23rd day of October 2000, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey | Via Fax No. 512/474-1605 (w/o enclosures) and |
| **SPIVEY & AINSWORTH, P.C.** | CMRRR# 7099 3400 0014 6896 5443 (w/enclosures) |
| 48 East Avenue | |
| Austin, Texas 78701-4320 | |

Mr. Richard Pena                                          Via Regular Mail (w/o enclosures)
**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas  78746-5747

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Ms. Sonia Lopez                                           Via Fax No. 956/381-0825 (w/o enclosures)
**LAW OFFICES OF RAMON GARCIA, P.C.**      and CMRRR# 7099 3400 0014 6896 5436
222 West University Drive                                                      (w/enclosures)
Edinburg, Texas  78539

_____
TOM LOCKHART