91

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 14 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

Arturo Guillermo Salinas, et al. §
Gilberto M. Rodriguez, et al. §
*versus* Raul Rodriguez §
City of Harlingen, et al. §
§

CIVIL ACTION B- 98-162

## Scheduling Order

1. Trial: Estimated time to try: __7-10__ days.     ☐ Bench    ☒ Jury

2. New parties must be joined by:     __12/01/00__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     __02/28/01__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:     __04/30/01__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************* The court will provide these dates. *************************

6. Dispositive Motions will be filed by:     __5/30/01__

7. Joint pretrial order is due:     __7/18/01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:     __8/2/01__

9. Jury Selection is set for 9:00 a.m. on:     __8/6/01__

The case will remain on standby until tried.

Signed __February 14__, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

Scheduling Order--Page Two

_____
Counsel for _____

_____
Counsel for _____

_____
Counsel for _____

*[signature]* Tom Rockhart
Fed. I.D. No. 2257
Counsel for Defendant City of Harlingen

_____
Counsel for _____

_____
Counsel for _____

Case 1:98-cv-00162   Document 91   Filed in TXSD on 02/14/2001   Page 3 of 4

10/03/00  09:20 FAX 5124741605        SPIVEY & AINSWORTH, PC        5124741605         ☐002
SEP 22 '00  04:41PM ADAMS  GRAHAM, LLP  ATTORNEYS                OCT 03 '00  09:21AM

*Scheduling Order—Page Two*

_____   _____
Broadus Spivey by Tommie Pan by permission
Counsel for *Plaintiffs Arturo G*        Counsel for _____
*Salinas, et al. and Gilberto*
*M. Rodriguez, et al.*

_____   _____
Counsel for _____        Counsel for _____


_____   _____
Counsel for _____        Counsel for _____

*Scheduling Order—Page Two*

[signature] Fed I.D. NO. 3936

Counsel for PLAINTIFF RAUL RODRIGUEZ

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____