92

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
FEB 23rd 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Arturo Guillermo Salinas, et al, § § Plaintiffs § § v. § § City of Harlingen, et al, § § Defendants. § | CIVIL CAUSE NO. 98-162 (consolidated) |

## ORDER

BE IT REMEMBERED, that on February 22, 2001, the Court **STRUCK** Alice Carlson's Motion to Consolidate [Dkt. No. 85]. A motion to consolidate should be filed in the lawsuit brought by the movant, not in the lawsuit with which the movant seeks to have her case consolidated.

DONE at Brownsville, Texas, this the 22nd day of February 2001.

Hilda G. Tagle
United States District Court Judge