

COPY

United States District Court
Southern District of Texas
FILED
MAR 1 5 2001
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO SALINAS, ET AL. | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| CITY OF HARLINGEN, TEXAS, ET AL. | § | |

### RENEWED MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO THE CAMERON COUNTY SHERIFF AND MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE CUSTODIAN OF RECORDS FOR THE CAMERON COUNTY SHERIFF'S DEPARTMENT, by and through their attorney, and files these objections to and motion to quash, subpoena duces tecum served October 31, 2000, directed to the Custodian of Records for Cameron County Sheriff's Department, and shows this Honorable Court the following:

### BACKGROUND

On or about October 31, 2000, the Respondent Raul Rodriguez caused to be delivered to the Cameron County Sheriff's Department a Subpoena Duces Tecum directed to the custodian of records for the Cameron County Sheriff's Department. In response, Movant filed a Motion To Quash Subpoena. (See Court's document No. 89.) The subpoena sets a date and time of instanter of compliance, and directs the custodian of records to produce and permit inspection and copying of the following: "All records, including but not limited to: 911 tapes, dispatch records, reports, officer's notes, officer's supplemental records, documents or any other tangible item relating to the incident that occurred July 07, 1998 involving the Sheriff's Department, the U. S. Border Patrol and the Brownsville

1

Police Department." Movant objects to such subpoena duces tecum and moves that the court quash the subpoena duces tecum, or, alternatively, moves for a protective order for the following reasons.

1. Movant is not a party to this litigation and has been involuntarily drawn into federal court pursuant to this subpoena. Cameron County was a party in related litigation, Cause No. B-00-71, Carlson v. City of Harlingen, but the County was dismissed from the case on October 4, 2000. *See attached Exhibit A, Order Dismissing County*.

2. On or about July, 2000, as a result of a decision by the office of Texas Attorney General pursuant to a request under the Texas Public Information Act, Mr. Tom Lockhart, attorney for Defendant City of Harlingen was provided with the investigative file the subject of this subpoena by the Sheriff's office and allowed to copy its contents. Subsequently Mr. Lockhart provided all the parties copies of the documents and photographs obtained from the Sheriff's investigative file in Defendant's Initial Disclosures. *See attached Exhibit B, Copy of two transmittal letters and Defendant's Initial Disclosures, at Page 6 (B)(4)(c)*. The 911 tapes were also made available and were copied by Mr. Lockhart's office. Since the documents and tapes the subject of the subpoena have already been provided to a party to this case and subsequently to the requestor through the discovery process, petitioner respectfully submits that the subpoena is moot, unnecessary and an undue burden to petitioner.

3. On January 1, 2001 a new sheriff and new administration took over the Cameron County Sheriff's office. Those changes include a new Custodian of Records and moving the closed files to a new location. The custodian of records for the Sheriff's

2

office is presently unable to locate the file the subject of this motion. *See attached Exhibit C, Affidavit of the Custodian of Records for the Cameron County Sheriff's Office.*

WHEREFORE premises considered Movant prays that this Court quash the subpoena duces tecum or grant a protective order consistent with the assertions of Movant in this motion; and that the Court grant Movant such other further relief, general or special to which Movant may be entitled at law or in equity.

Respectfully submitted,

YOLANDA DE LEÓN
COUNTY (CRIMINAL DISTRICT) ATTORNEY

Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
Telephone: 956/544-0849
Fax: 956/550-7204

BY: _____
Francisco J. Martinez
Assistant County Attorney
Texas State Bar No. 13141900
Federal Admission No. 17477
ATTORNEY FOR MOVANT

## CERTIFICATE OF CONFERENCE

This is to certify that efforts to resolve this discovery dispute have been attempted by telephone discussion with the attorney for the party seeking to subpoena the documents in question, without resolution.

Francisco J. Martinez

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing motion, and proposed order accompanying the same has been served upon Ms. Sonia I. Lopez attorney for respondent forwarding same by "fax" transmission, and by mailing a copy of same by United States mail, certified mail, return receipt requested, on the 15TH day of MARCH, 2001.

Francisco J. Martinez

Ms. Sonia I. Lopez
Law Offices of Ramon Garcia, P.C.
222 W. University Drive
Edinburg, Texas 78539
**CM/RRR # Z 271 578 076**

Mr. Broadus Spivey
Spivey & Ainsworth, P.C.
48 East Avenue
Austin, Texas 78701-4320
**CM/RRR #Z271 578 077**

Mr. Tom Lockhart
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551
**CM/RRR # Z 271 578 078**

Mr. Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747
**CM/RRR #Z 271 578 079**

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 5 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Carlson, | § | |
| Plaintiff | § | |
| v. | § | CIVIL CAUSE NO. 00-71 |
| City of Harlingen, et al, | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on October 4, 2000, the Court considered Plaintiff's Unopposed Motion to Dismiss Defendant Cameron County [Dkt. No. 38]. The Court **GRANTS** the motion and dismisses Defendant Cameron County with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Since Cameron County is no longer a party to this lawsuit, its motion to dismiss [Dkt. Nos. 20 and 21] is **MOOT**.

DONE at Brownsville, Texas, this the 4th day of October 2000.

_____
Hilda G. Tagle
United States District Court Judge



STATE'S EXHIBIT

United States District Court
Southern District of Texas
FILED

OCT 26 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al., | { | |
| | { | |
| AND | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al, | { | |
| | { | |
| AND | { | |
| | { | |
| Raul Rodriguez, | { | |
| | { | |
| v. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

**DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, CITY OF HARLINGEN, pursuant to Fed. R. Civ. P., Rule 26(a)(1), makes the following initial disclosures:

(A) **Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

STATE'S EXHIBIT

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Suzanne Rodriguez; and Stephen L. Williams and Wife Robyn S. Williams, Surviving Beneficiaries of the Deceased<br><br>Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas<br><br>Raul Rodriguez | Plaintiffs |
| Jim Scheopner<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| R.D. Moore<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Ernest Moore, operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| Patsy Moore<br>1604 Preston Trail<br>Harlingen, Texas 78552 | Ernest Moore and shooting incident. |
| Capt. Joseph Vasquez<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Operation of Harlingen Police Department and assignment of subject rifle. |
| Mike Garcia<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Shawn Foist<br>Alabama<br>(256) 543-7011 | Shooting incident. |
| Antonio Medina<br>Rt. 1, Box 50<br>San Benito, Texas 78586<br>(956) 399-2976 | Ernest Moore. |
| David Ray Sosa<br>7201 N. 33rd St.<br>McAllen, Texas | Ernest Moore. |
| Israel Pacheco<br>Texas Rangers Company "D"<br>1414 Bicentennial<br>McAllen, Texas | Shooting incident. |
| Texas Ranger Rodolfo C. Jaramillo<br>Texas Rangers Company "D"<br>US 77 Sunshine Strip<br>Harlingen, Texas | Shooting incident. |
| Rolando Castenda<br>Texas Rangers Company "D"<br>5 Boca Chica, Ste. #16<br>Brownsville, Texas | Shooting incident. |
| Agent Chris Gregorsky<br>Agent Bob Marshall<br>Federal Bureau of Investigations<br>McAllen, Texas | Shooting incident. |
| Agent Mario Martinez<br>Agent Freddy Vela<br>Agent John Wood<br>Federal Bureau of Investigation<br>1700 Paredes Line Rd.<br>Brownsville, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Michael James Riley<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Orlando Sanchez<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| George A. Hupp<br>Tucson INS Investigations<br>P. O. Box 17221<br>Tucson, AZ 85731 | Shooting incident. |
| Daniel Diaz<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Douglas L. Spielman<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Edward Kelly<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Hector Gonzalez<br>Supervisor<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Jose E. Garza<br>Chief U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Dr. Marion Lawler, Jr.<br>2310 N. Ed Carey Drive<br>Harlingen, Texas 78550<br>(956) 425-5144 | Treating physician of Raul Rodriguez. |
| Ronald K. Saenz<br>Personnel & Safety Risk Office<br>964 E. Harrison<br>Brownsville, Texas 78520 | Shooting incident. |
| Javier Reyna, CCSD Investigator<br>Tomas Mares, CCSD Deputy<br>Raul Rodriguez, CCSD Deputy<br>Willie Alvarez, CCSD Deputy<br>Pedro Vela, CCSD Deputy<br>Jesus Rafael Villanueva, CCSD Deputy<br>Gilbert Briones, CCSD Deputy<br>Jorge Delgado, CCSD Deputy<br>Aaron Luis Vidales, CCSD Deputy<br>Cody Mitchell, CCSD Deputy<br>Samuel Montemayor, CCSD Deputy<br>Alberto Ricardo Garcia, CCSD Deputy<br>Robert Rodriguez, CCSD Deputy<br>Cameron County Sheriff's Department<br>954 E. Harrison St.<br>Brownsville, Texas | Shooting incident. |

(B) A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

1) Defendant refers Plaintiffs to Schoopner deposition Exhibits Nos. 1-27 (list enclosed) to the extent, if any, such documents and photographs are relevant to disputed factual allegations;

2) Defendant refers to its production made by letters from defense counsel to Plaintiffs' counsel dated June 13, June 22 and July 13, 2000, with enclosures, to the extent, if any, such documents are relevant to disputed factual allegations;

3) Defendant also refers to the inspection of the subject gun by Plaintiffs' counsel and expert in Austin on July 6, 2000 at the DPS headquarters, to the extent, if any, such is relevant to disputed factual allegations;

4) Defendant encloses copies of the following:

   a) July 7, 1998 billing records for Harlingen Police Department issued mobile phones;

   b) Valley Morning Star newspaper article dated July 13, 1998;

   c) Documents and photographs from the Cameron County Sheriff's Department investigative file.[1]

5) The guns and the gun vault located at the Moore residence on July 7, 1998, which are currently located at the residence of R.D. Moore at 1064 Preston Trail, Harlingen, Texas. Specifically the guns are listed in the attached Inventory List with the exception of Nos. 2 and 3.

(C) **Computation of any category of damages claimed by the disclosing party.**

None.

(D) **Insurance agreement.**

See enclosed.

---

1 All documents obtained by defense counsel (through Open Records Request) are being produced although some are duplicitous of earlier production and some are not relevant to disputed factual allegations.

ADAMS & GRAHAM, L.L.P.
DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES
[S]: C:\FILES\1621\RULE26A.DIS

Page 6

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendant,
CITY OF HARLINGEN, TEXAS

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 23rd day of October 2000, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>SPIVEY & AINSWORTH, P.C.<br>48 East Avenue<br>Austin, Texas 78701-4320 | Via Fax No. 512/474-1605 (w/o enclosures) and<br>CMRRR# 7099 3400 0014 6896 5443 (w/enclosures) |

Mr. Richard Pena          Via Regular Mail (w/o enclosures)
LAW OFFICES OF RICHARD PENA, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Ms. Sonia Lopez          Via Fax No. 956/381-0825 (w/o enclosures)
LAW OFFICES OF RAMON GARCIA, P.C.    and CMRRR# 7099 3400 0014 6896 5436
222 West University Drive                         (w/enclosures)
Edinburg, Texas 78539

                                                       *[signature]*
                                                       TOM LOCKHART

LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.
AFFILIATED WITH HILL GILSTRAP ADAMS & GRAHAM, L.L.P.

222 E. VAN BUREN, WEST TOWER
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL (956) 428-7495    FAX (956) 428-2954
www.adamsgraham.com

**TOM LOCKHART**
Partner

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

October 23, 2000

Mr. Broadus Spivey                      <u>Via Fax No. 512/474-1605 and</u>
SPIVEY & AINSWORTH, P.C.                <u>CMRRR# 7099 3400 0014 6896 5443</u>
48 East Avenue
Austin, Texas 78701-4320

Ms. Sonia Lopez                         <u>Via Fax No. 956/381-0825 and</u>
LAW OFFICES OF RAMON GARCIA, P.C.       <u>CMRRR# 7099 3400 0014 6896 5436</u>
222 West University Drive
Edinburg, Texas 78539

Re:  Civil Action No. B-98-162
     Gilberto Rodriguez, et al. v. City of Harlingen, et al
     Arturo Guillermo Salinas, et al. v. City of Harlingen, et al.
     Raul Rodriguez, et al. v. City of Harlingen, et al.
     Our File No.    :    H-1023

Dear Folks:

Please find enclosed Defendant's Rule 26(a) Initial Disclosures which I am faxing to you. I am also placing a copy of the Initial Disclosures with the referenced enclosures in the mail today.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

TOM LOCKHART

TL/mm
Enclosures