96

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO GUILLERMO SALINAS, ET AL | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| CITY OF HARLINGEN, ET AL., | § | |
| | § | |
| AND | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| CITY OF HARLINGEN, ET AL., | § | |
| | § | |
| AND | § | |
| | § | |
| RAUL RODRIGUEZ, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| CITY OF HARLINGEN, ET AL. | § | |

## PLAINTIFFS' RESPONSE TO THE RENEWED MOTION TO QUASH SUBPOENA DUCES TECUM DIRECTED TO THE CAMERON COUNTY SHERIFF AND MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE TAGLE, U.S. DISTRICT COURT:

COME NOW Plaintiffs, Raul Rodriguez, Arturo Guillermo Salinas, et al., and Gilberto M. Rodriguez, et al., and file this Response to the Renewed Motion to Quash Subpoena Duces Tecum Directed to the Cameron County Sheriff and Motion for Protective Order and would respectfully show this Court the following:

### I.

For approximately one year and five months from the date Plaintiffs filed suit in this cause, Plaintiffs were unable to engage in discovery. To date, almost three years after the incident in question, Plaintiffs are still being prevented from obtaining a copy of the documents involving the investigation conducted by the Cameron County

Sheriff's Department into the Rio Hondo and San Benito shootings. Four individuals were killed and one Cameron County Sheriff's Deputy was severely injured and Plaintiffs are unlawfully being impeded from conducting discovery and gaining full knowledge of the facts involving this horrible and tragic event.

Plaintiffs have attempted on more than one occasion to obtain the documents and tangible items in the possession of the Cameron County Sheriff's Department. In fact, Plaintiffs made a request to obtain these documents before Defendant's were allowed to inspect documents in the possession of the Cameron County Sheriff's Department. On September 1, 2000, Cameron County Sheriff's Department was served with Plaintiffs' request. On October 2, 2000, Defense counsel was *given* the right to inspect the documents in the County's possession without the need for a subpoena. (emphasis added). However, Plaintiffs were told that the only method of obtaining these documents would be if a subpoena was filed. Two subpoenas have since then been filed and Plaintiffs' request have been quashed.

There is absolutely no factual or legal basis for Plaintiffs' request to be quashed. The only reason being offered now for requesting that Plaintiffs' request be quashed is the District Attorney's misleading statement that Plaintiffs have already been provided with this information by Defense counsel, Mr. Tom Lockhart.

First of all, there are no assurances that the documents produced by Tom Lockhart in connection with this cause are all of the documents in the custody, control, and possession of the Cameron County Sheriff's Department. No affidavit by Mr. Tom Lockhart was offered as proof to this Court that 1) all documents in the possession of the Cameron County Sheriff's Department were copied by Mr. Tom Lockhart and 2) that Mr. Lockhart provided a copy of all of these documents to Plaintiffs. In fact, in a recent conversation with Mr. Lockhart, he indicated that he could not swear under oath

that he had copied all of the documents and that all of the documents had been produced to the Plaintiffs in the Initial Disclosures.

Second, and quite surprising, is that Defense counsel was given an opportunity to review the documents and tangible items in the possession of the Cameron County Sheriff's Department. Plaintiffs were not and are not being afforded the same professional courtesy. Instead, Plaintiffs request to obtain these documents have been thwarted by the frivolous and groundless motions that have been filed by Cameron County District Attorney, Mr. Francisco Martinez.

Finally, most disturbing is that Defense counsel was given an opportunity to take the *original* documents in the possession of the Cameron County Sheriff's Department to his office and were kept there until April 17, 2001. *See* Exhibit "A". Original documents were released to Defense counsel, but Plaintiffs cannot be even offered the right to inspect and copy the originals in their possession.

Plaintiffs are unlawfully and unjustifiably being prejudiced by not being able to obtain copies of all documents and tangible items in the custody, control, and possession of the Cameron County Sheriff's Department. Accordingly, the District Attorney's renewed Motion should be denied.

Once again, it is imperative that Plaintiffs be allowed to obtain information regarding Defendant's knowledge of the impending danger that ultimately led to the death of two United States Border Patrol Agents and serious injuries to a Cameron County Sheriff's Deputy.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Court deny the Renewed Motion to Quash Subpoena Duces Tecum Directed to the Cameron County Sheriff and Motion for Protective Order. Plaintiffs plead for all such further relief at law or in equity to which Plaintiffs may show themselves justly

entitled.

Respectfully submitted,

LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
(210) 383-7441
210) 381-0825 (FAX)

By: _____

RAMON GARCIA
State Bar No. 07641800
Federal Id. No. 3936

Of Counsel

SONIA I. LOPEZ
State Bar No. 24003862
Federal Id. No. 23501

**ATTORNEYS FOR PLAINTIFF RAUL
RODRIGUEZ**
BROADUS A. SPIVEY
SPIVEY & AINSWORTH
48 East Avenue
Austin, Texas 78701-4320

RICHARD PENA
LAW OFFICES OF RICHARD PENA
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 78746-5747

**ATTORNEYS FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL, AND
GILBERTO M. RODRIGUEZ, ET AL**

# CERTIFICATE OF SERVICE

I, Sonia I. Lopez, do hereby certify that on this the 19th day of April, 2001, a true and correct copy of the above and foregoing Plaintiffs' Response To The Renewed Motion To Quash Subpoena Duces Tecum Directed To The Cameron County Sheriff And Motion For Protective Order was sent by Certified, United States Mail, Return Receipt Requested To:

HON. TOM LOCKHART                    CM R/R/R 7000 0520 0024 9407 6187
ROGERS W. HUGHES
ADAMS & GRAHAM, L.L.P.
P.O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429

SONIA I. LOPEZ

# VERIFICATION

STATE OF TEXAS §
§
COUNTY OF HIDALGO §

On this day Sonia I. Lopez appeared before me, the undersigned notary public, and after I administered an oath to her, upon her oath, she said she read Plaintiffs' Response To The Renewed Motion To Quash Subpoena Duces Tecum Directed To The Cameron County Sheriff And Motion For Protective Order and the facts stated therein and the attached exhibits are within her personal knowledge and are true and correct.

_____
Sonia I. Lopez

SWORN TO and SUBSCRIBED before me by Sonia Lopez on April ___, 2001.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

LAW OFFICES OF

# ADAMS & GRAHAM, L.L.P.

AFFILIATED WITH HILL GILSTRAP RIGGS ADAMS & GRAHAM, L.L.P.

222 E. VAN BUREN, WEST TOWER
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551
TEL (956) 428-7495    FAX (956) 428-2954
adamsgraham.com

AFFILIATE OFFICES
AUSTIN
CHICAGO
DALLAS/FORT WORTH
LITTLE ROCK

TOM LOCKHART
Partner

April 17, 2001

Mr. Frank Martinez
Assistant District Attorney
Cameron County Courthouse
974 E. Harrison, 2nd Floor
Brownsville, TX 78520

Re:   Civil Action No. B-98-162
      Trial Date          :     08/06/01
      Our File No.        :     H-1023

Dear Frank:

In preparation for additional depositions in this case, I was reviewing the file materials here in our offices today and ran across the enclosed brown folder with my handwriting "Checked out Cameron County Sheriff's Dept.". I did not realize I had these original investigative file materials. They must have been given to me by Chief Gus Reyna for copying, when I went to the Sheriff's office on October 2, 2000 to inspect the file, pursuant to our Open Records request. In our Initial Disclosures dated October 23, 2000, I produced copies of these investigative file materials (including documents, prints of photos with negatives and laser copies of the photos without negatives[1]) to the Plaintiffs' attorneys of record Ms. Sonia Lopez and Mr. Broadus Spivey. However, I obviously failed to return the originals to Chief Reyna and forgot that I had them. I apologize for the inconvenience this has caused you and the Sheriff's Department.

I am hand delivering this folder with the original file materials to you today with this letter.

Sincerely yours,

ADAMS & GRAHAM, L.L.P.

TOM LOCKHART

TL/mm
Enclosure

---

[1]   The only photos I did not print or copy are in a rubber band and do not appear related to the Ernest Moore shootings.

[8]; C:\files\H1023\Attorneys.028

Mr. Frank Martinez
RE: Civil Action No. B-98-162
April 17, 2001
Page 2


cc:    (w/o enclosures)
       Mr. Broadus Spivey
       **SPIVEY & AINSWORTH, P.C.**
       48 East Avenue
       Austin, Texas  78701-4320

       Ms. Sonia Lopez
       **LAW OFFICES OF RAMON GARCIA, P.C.**
       222 West University Drive
       Edinburg, Texas  78539

[8]; C:\files\H1023\Attorneys.028

CutePDF - www.tesnu.com