97

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 3 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL CAUSE NO. 98-162 (consolidated) |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on April 30, 2001, the Court **DENIED** the Renewed Motion to Quash Subpoena Duces Tecum Directed to the Cameron County Sheriff and Motion for Protective Order [Dkt. No. 95].

DONE at Brownsville, Texas, this the 30th day of April 2001.

Hilda G. Tagle
United States District Court Judge