```
                                                              United States District Court
                                                              Southern District of Texas
                                                                      FILED
          IN THE UNITED STATES DISTRICT COURT                  MAY 3 1 2001
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION                        Michael N. Milby
                                                              Clerk of Court
```

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al. | { | |
| | { | |
| **AND** | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al. | { | |
| | { | |
| **AND** | { | |
| | { | |
| Raul Rodriguez | { | |
| | { | |
| v. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

### SUPPLEMENTATION OF DEFENDANT'S RULE 26(a) INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, **CITY OF HARLINGEN**, pursuant to the Federal Rules, supplements its Initial Disclosures made on October 23, 2000 as follows:

(A)   Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Suzanne Rodriguez; and Stephen L. Williams and Wife Robyn S. Williams, Surviving Beneficiaries of the Deceased<br><br>Arturo Guillermo Salinas and Elisa Hernandez Herrera Salinas<br><br>Raul Rodriguez | Plaintiffs |
| Jim Scheopner<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| R.D. Moore<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Ernest Moore, operation of Harlingen Police Department, assignment of subject rifle and shooting incident. |
| Patsy Moore<br>1604 Preston Trail<br>Harlingen, Texas 78552 | Ernest Moore and shooting incident. |
| Capt. Joseph Vasquez<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Operation of Harlingen Police Department and assignment of subject rifle. See also deposition containing observations and opinions. |
| Mike Garcia<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, Texas 78550<br>(956) 427-8787 | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Shawn Foist<br>Alabama<br>(256) 543-7011 | Shooting incident. |
| Antonio Medina<br>Rt. 1, Box 50<br>San Benito, Texas 78586<br>(956) 399-2976 | Ernest Moore. |
| David Ray Sosa<br>7201 N. 33rd St.<br>McAllen, Texas | Ernest Moore. |
| Israel Pacheco<br>Texas Rangers Company "D"<br>1414 Bicentennial<br>McAllen, Texas | Shooting incident. |
| Texas Ranger Rodolfo C. Jaramillo<br>Texas Rangers Company "D"<br>US 77 Sunshine Strip<br>Harlingen, Texas | Shooting incident. |
| Rolando Castenda<br>Texas Rangers Company "D"<br>5 Boca Chica, Ste. #16<br>Brownsville, Texas | Shooting incident. |
| Agent Chris Gregorsky<br>Agent Bob Marshall<br>Federal Bureau of Investigations<br>McAllen, Texas | Shooting incident. |
| Agent Mario Martinez<br>Agent Freddy Vela<br>Agent John Wood<br>Federal Bureau of Investigation<br>1700 Paredes Line Rd.<br>Brownsville, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Michael James Riley<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Orlando Sanchez<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| George A. Hupp<br>Tucson INS Investigations<br>P. O. Box 17221<br>Tucson, AZ  85731 | Shooting incident. |
| Daniel Diaz<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Douglas L. Spielman<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Edward Kelly<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Hector Gonzalez<br>Supervisor<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |
| Jose E. Garza<br>Chief U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas | Shooting incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Dr. Marion Lawler, Jr.<br>2310 N. Ed Carey Drive<br>Harlingen, Texas 78550<br>(956) 425-5144 | Treating physician of Raul Rodriguez. |
| Ronald K. Saenz<br>Personnel & Safety Risk Office<br>964 E. Harrison<br>Brownsville, Texas 78520 | Shooting incident. |
| Javier Reyna, CCSD Investigator<br>Tomas Mares, CCSD Deputy<br>Raul Rodriguez, CCSD Deputy<br>Willie Alvarez, CCSD Deputy<br>Pedro Vela, CCSD Deputy<br>Jesus Rafael Villanueva, CCSD Deputy<br>Gilbert Briones, CCSD Deputy<br>Jorge Delgado, CCSD Deputy<br>Aaron Luis Vidales, CCSD Deputy<br>Cody Mitchell, CCSD Deputy<br>Samuel Montemayor, CCSD Deputy<br>Alberto Ricardo Garcia, CCSD Deputy<br>Robert Rodriguez, CCSD Deputy<br>Cameron County Sheriff's Department<br>954 E. Harrison St.<br>Brownsville, Texas 78520<br>(956) 550-7290 | Shooting incident. |
| Joe LaBeau<br>City Hall of Midlothian<br>104 West Avenue E.<br>Midlohian, Texas 76065<br>(972) 775-3481 | Activities after incident. |
| Natalie Flores Prim<br>410 Tanglewood Drive<br>Pensacola, FL 32503<br>(850) 438-4088 | Activities after incident. |

| INDIVIDUAL(S) | SUBJECT OF INFORMATION |
|---|---|
| Dr. DeWitt S. Davenport<br>Pathology<br>P. O. Drawer 2588<br>Harlingen, Texas 78551<br>(956) 389-1100 | Autopsies on Ricardo Salinas and Susan L. Rodriguez. |
| Dr. Bliss W. Clark<br>1601 Treasure Hills Blvd.<br>Harlingen, Texas 78550<br>(956) 421-2663 | Treatment of Raul Rodriguez. |
| Dr. Christopher Hansen<br>2121 Pease<br>Harlingen, Texas 78550<br>(956) 428-4605 | Treatment of Raul Rodriguez. |
| Chris Ledesma<br>Dispatcher<br>Cameron County Sheriff Department<br>954 E. Harrison<br>Brownsville, Texas 78520<br>(956) 550-7290 | Shooting incident. |
| Melody Matlock<br>Harlingen EMS<br>1705 Vermont<br>Harlingen, Texas 78550<br>(956) 364-2711 | Shooting incident. |
| Larry Moore<br>City Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas 78550<br>(956) 427-8750 | His activities on July 6 and 7, 1998. |

(B) **A copy of, or a description by category and location of, all documents compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

1) Defendant refers Plaintiffs to Scheopner deposition Exhibits to the extent, if any, such documents and photographs are relevant to disputed factual allegations;

2) Defendant refers to its production made by letters from defense counsel to Plaintiffs' counsel dated June 13, June 22 and July 13, 2000, with enclosures, to the extent, if any, such documents are relevant to disputed factual allegations;

3) Defendant also refers to the inspection of the subject gun by Plaintiffs' counsel and expert in Austin on July 6, 2000 at the DPS headquarters, to the extent, if any, such is relevant to disputed factual allegations;

4) Defendant in its Initial Disclosures provided copies of the following:

   a) July 7, 1998 billing records for Harlingen Police Department issued mobile phones;

   b) Valley Morning Star newspaper article dated July 13, 1998;

   c) Documents and photographs from the Cameron County Sheriff's Department investigative file.[1]

5) The guns and the gun vault located at the Moore residence on July 7, 1998, which are currently located at the residence of R.D. Moore at 1064 Preston Trail, Harlingen, Texas. Specifically the guns are listed in the attached Inventory List with the exception of Nos. 2 and 3.

6) Defendant refers Plaintiffs to Exhibits B - E attached to Defendant's Designation of Experts.

7) Defendant refers Plaintiffs to Exhibits to depositions of George A. Hupp, Michael James Riley, Orlando Sanchez, Ronald K. Saenz, Captain Joseph Bennett Vasquez, Larry Dwayne Moore, Patsy Gail Moore, Melody Matlock, Gale Lynn Jones, Ralph Dwayne Moore, Miguel P. Garcia, Natalie F. Prim and Joe LaBeau.

---

1   All documents obtained by defense counsel (through Open Records Request) have been produced although some were duplicitous of earlier production and some were not relevant to disputed factual allegations.

---

8) Defendant refers to the enclosed Raul Rodriguez personnel and payroll records from the Cameron County Sheriff Department (Exhibit "F").

9) Defendant refers Plaintiffs to all other documents produced, formally or informally, by any party to this litigation, to the extent, if any, such are relevant to disputed factual issues.

**(C)　Computation of any category of damages claimed by the disclosing party.**

None.

**(D)　Insurance agreement.**

Defendant in its Initial Disclosures provided a copy of same.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendant,
CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing document was forwarded on this 31st day of May, 2001, to the following counsel of record and interested parties:

---

Attorneys-of-record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                     **Via CMRRR# 7000 1670 0013 4635 2425**
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas  78701-4320

Attorney-of-record for Plaintiff, RAUL RODRIGUEZ:

Ms. Sonia Lopez                           **Via CMRRR# 7000 1670 0013 4635 2418**
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas  78539


_____
TOM LOCKHART