*99*

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| v. | { | |
| | { | |
| City of Harlingen, et al. | { | |
| | { | |
| AND | { | |
| | { | |
| Gilberto M. Rodriguez, et al. | { | |
| | { | |
| v. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| City of Harlingen, et al. | { | |
| | { | |
| AND | { | |
| | { | |
| Raul Rodriguez | { | |
| | { | |
| v. | { | |
| | { | CIVIL ACTION NO. B-98-162 |
| City of Harlingen, et al. | { | |

## DEFENDANT, CITY OF HARLINGEN'S, DESIGNATION OF EXPERTS

TO: **PLAINTIFFS, Arturo Guillermo Salinas, et al; Gilberto M. Rodriguez, et al. and Raul Rodriguez**, by and through their attorneys of record:

Mr. Broadus A. Spivey
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701

Ms. Sonia Lopez
**LAW OFFICE OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

ADAMS & GRAHAM, L.L.P.
DEFENDANT, CITY OF HARLINGEN'S, DESIGNATION OF EXPERTS
[8]; C:\FILES\H-1023\DISCOVERY\DESIGNATION.001

Page 1

Defendant, **CITY OF HARLINGEN**, has not retained or specially employed any witness to provide expert testimony and does not have an employee regularly involved in giving expert testimony. However, to the extent necessary, Defendant, **CITY OF HARLINGEN**, gives notice to Plaintiffs that it intends to offer expert and lay opinion testimony from the following witnesses:

1.  **Captain Joseph Bennett Vasquez:**

    Captain Vasquez's deposition given on May 14, 2001 contains a complete statement of all of his opinions to be expressed and the bases and reasons therefore; the data or other information considered by him in forming the opinions; and his qualifications. (Exhibit "A" is the signed, notarized Errata page to such deposition.)

2.  **Ronald K. Saenz:**

    Defendant City of Harlingen reserves the right to offer at trial the opinions expressed by this witness in his deposition given on May 23, 2000.

3.  **George A. Hupp:**

    Defendant City of Harlingen reserves the right to offer at trial the opinions expressed by this witness in his deposition given on May 23, 2000.

4.  **Javier Reyna:**

    Defendant City of Harlingen reserves the right to offer at trial the opinions expressed by Javier Reyna in the Case Report prepared by him. (Exhibit "B" is an Investigative Records Affidavit with the Case Report.)

5.  **Rodolfo C. Jaramillo:**

    Defendant City of Harlingen reserves the right to offer at trial the opinions expressed by Rodolfo C. Jaramillo in the REPORTS OF INVESTIGATION prepared by him. (Exhibit "C" is an Investigative Records Affidavit with the REPORTS OF INVESTIGATION and Scale Drawings.)

6.  **Dr. DeWitt S. Davenport:**

    (a) Defendant City of Harlingen reserves the right to offer at trial the opinions of Dr. Davenport contained in the Autopsy Report on Susan L. Rodriguez.

    (b)    Defendant City of Harlingen reserves the right to offer at trial the opinions of Dr. Davenport contained in the Autopsy Report on Ricardo Salinas.

7. **Dr. Marion R. Lawler, Jr.:**

Defendant City of Harlingen reserves the right to offer at trial the opinions of Dr. Lawler contained in the Cardiovascular Associates of Harlingen medical records on Raul Rodriguez (Exhibit "D").

8. **Dr. Christopher Hansen:**

Defendant City of Harlingen reserves the right to offer at trial the opinions of Dr. Hanson contained in the Cardiovascular Associates of Harlingen medical records on Raul Rodriguez (Exhibit "D").

9. **Dr. Bliss W. Clark:**

Defendant City of Harlingen reserves the right to offer at trial the opinions of Dr. Bliss W. Clark's medical records on Raul Rodriguez (Exhibit "E").

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954
Attorney-in-Charge for Defendant,
CITY OF HARLINGEN, TEXAS

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 31st day of May, 2001, to the following counsel of record and interested parties:

---

Attorneys-of-record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | **Via CMRRR# 7000 1670 0013 4635 2425** |

Attorney-of-record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | **Via CMRRR# 7000 1670 0013 4635 2418** |

_____
TOM LOCKHART

---