Case 1:98-cv-00162   Document 102   Filed in TXSD on 07/02/2001   Page 1 of 11

/02

United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS. | § | |

**SUPPLEMENTATION OF PLAINTIFFS, ARTURO GUILLERMO SALINAS',
ET AL. AND GILBERTO M. RODRIGUEZ', ET AL. RULE 26 (a)
INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Arturo Guillermo Salinas, et al. and Gilberto M. Rodriguez, et al.,

pursuant to Fed. R. Civ. P. 26(e), supplement their Initial Disclosures made on October

24, 2000 as follows:

**(A) Individuals likely to have discoverable information relevant to disputed facts**

**alleged with particularity in the pleadings:**

| Name | Knowledge |
|---|---|
| **Plaintiffs** | |
| Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Suzanne Rodriguez | Plaintiff and husband of Susan Lynn Rodriguez, deceased |
| Stephen L. Williams and Wife, Robyn S. Williams | Plaintiffs and parents of Susan Lynn Rodriguez, deceased |
| Arturo Guillermo Salinas and Wife, Elisa Hernandez Herrera Salinas | Plaintiffs and parents of Ricardo Guillermo Salinas, deceased |
| **Defendant** | |
| City of Harlingen | Defendant |
| **Cameron County Sheriff's Department** | |
| Javier Reyna, CCSD Investigator<br>Gilbert Briones, CCSD Deputy<br>Tomas Mares, Jr., CCSD Deputy<br>Raul E. Rodriguez, CCSD Deputy<br>Willie Alvarez, CCSD Deputy<br>Pedro Vela, CCSD Deputy<br>Jesus Rafael Villanueva, CCSD Deputy<br>Jorge Delgado, CCSD Deputy<br>Aaron Luis Vidales, CCSD Deputy<br>Cody Mitchell, CCSD Deputy<br>Samuel Montemayor, CCSD Deputy<br>Alberto Ricardo Garcia, CCSD Deputy<br>Robert Rodriguez, CCSD  Patrol Deputy<br>Raul E. Rodriguez, CCSD Corporal<br>Rene Borrego, CCSD Chief Dispatcher<br>Domingo, Diaz, CCSD Investigator<br>John Frizzell, CCSD Investigator<br>Ernesto Gonzalez, CCSD Investigator<br>Rey Gonzalez, CCSD Deputy<br>Roman Garcia, CCSD Investigator<br>Alberto R. Garcia, CCSD Deputy Sheriff<br>Thomas Mares, CCSD Deputy<br>Pete Ramirez, CCSD Deputy<br>Javier Reyna, CCSD Investigator<br>Willie Alverez, CCSD Deputy<br>Domingo Diaz, CCSD Investigator<br>Ronald K. Saenz, CCSD Sr. Sgt. | Shooting incident. |

| | |
|---|---|
| Cameron County Sheriff's Dept.<br>954 E. Harrison<br>Brownsville, TX 78520<br>956+550-7290 | |
| Chris Ladesma, CCSD Dispatcher<br>Cameron County Sheriff's Dept.<br>954 E. Harrison<br>Brownsville, TX 78520<br>956+550-7290 | Shooting incident. See also deposition containing observations and opinions. |
| Ronald K. Saenz, CCSD Deputy<br>954 E. Harrison<br>Brownsville, TX 78520 | Shooting incident. See also deposition containing observations and opinions. |
| Larry Dwayne Moore<br>City of Harlingen Police Dept.<br>1102 s. Commerce St.<br>Harlingen, TX 78550<br>956+427-8750 | Ernest Moore, shooting incident, and his activities on July 6 and 7, 1998. See also deposition containing observations and opinions. |
| **Federal Bureau of Investigation** | |
| David Church, FBI Speical Agent<br>Jorge Cisneros, FBI Agent<br>Roy De La Garza, FBI Special Agent<br>Stephen C. Hauck, FBI Special Agent<br>Kevin Stafford, DPS Special Agent<br>Freddie Vela, FBI Special Agent<br>Mark Williams, FBI Special Agent | Shooting incident. |
| Robert Carbido, Agent | Informed Jim Scheopner of the information Shawn Foist put on the internet. |
| Bob Marshall, Agent<br>Federal Bureau of Investigations<br>McAllen, TX | Shooting incident. |
| Chris Gregorsky, Agent<br>Federal Bureau of Investigations<br>McAllen, TX | Shooting incident. |
| John Wood, Agent<br>Federal Bureau of Investigations<br>1700 Paredes Line Rd.<br>Brownsville, TX | Shooting incident. |

| | |
|---|---|
| Mario Martinez, Agent<br>Federal Bureau of Investigations<br>McAllen, TX | Shooting incident. |
| Harlingen Police Department | |
| Daniel Diaz, HPD Canine Handler<br><br>Steve Mayer, HPD K-9 | |
| Jim Scheopner<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Operation of Harlingen Police Dept.,<br>assignment of subject rifle and shooting<br>incident.  See also deposition containing<br>observations and opinions. |
| Ralph Dwayne (R.D.) Moore<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+427-8787 | Ernest Moore and shooting incident.  See<br>also deposition containing observations<br>and opinions |
| Miguel P. Garcia<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Shooting incident |
| Capt. Joseph Bennett Vasquez<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Shooting incident and assigning the gun<br>used in the shooting.  See also deposition<br>containing observations and opinions. |
| Lt. E. Leal<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Shooting incident and custodian of the 911<br>tapes. |
| Gayle Jones<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Shooting incident, and 911 Manager or<br>dispatcher supervisor.  See also deposition<br>containing observations and opinions. |

| | |
|---|---|
| Gilbert Gonzalez<br>Harlingen Police Department<br>1102 S. Commerce<br>Harlingen, TX 78550<br>956+527-8787 | Shooting incident and evidence custodian for Harlingen Police Department. |
| Mike Garcia, HPD Sergeant | Shooting incident.  See also deposition containing observations and opinions. |
| **Texas Department of Public Safety** | |
| Linda Archer, DPS Comm. Operator<br>Gilbert Capuchina, DPS Sgt<br>Keith Gibson, DPS Crime Lab<br>Jill Kinkade, DPS Crime Lab<br>Kent Kinkade, DPS Forensic Photographer<br>Alex Madrigal, DPS Crime Lab<br>Joe Marchan, DPS Crime Lab<br>Orlando Ochoa, DPS Crime Lab<br>William M. Sorrow, DPS Firearms Examiner<br>Glenn Unnasch, DPS Crime Lab<br>Ramiro Valdez, DPS Crime Lab<br><br>Texas Dept. of Public Safety | Shooting incident. |
| Joe Cisneros, Trooper<br>Texas Dept. of Public Safety | In charge of the 911 tapes relating to the murder in San Benito and Rio Hondo. |
| **Texas Highway Patrol** | |
| George Elizondo, Corporal<br>Oscar Cruz, Corporal<br>Andy Maldonado, Trooper<br>Hector Ramos, Captain<br>Michael Taquard, Sergeant<br>Troy Wilson, Trooper<br>Henry Bentacourt, Sergeant<br><br>Texas Highway Patrol | Shooting incident. |
| **Texas Rangers** | |
| Israel Pacheco<br>Texas Rangers Company "D"<br>1414 Bicentennial<br>McAllen, TX | Shooting incident. |

| | |
|---|---|
| Texas Ranger Rodolfo C. Jaramillo<br>Texas Rangers Company "D"<br>US 77 Sunshine Strip<br>Harlingen, TX | Shooting incident. |
| Rolando Castaneda<br>Texas Rangers Company "D"<br>5 Boca Chica, Ste. #16<br>Brownsville, TX | Shooting incident. |
| **Treating Physicians of Raul Rodriguez** | |
| Dr. Marion Lawler, Jr.<br>2310 N. Ed. Carey Drive<br>Harlingen, TX 78550<br>956+425-5144 | Treating physician of Raul Rodriguez. |
| Dr. Christopher Hansen<br>2121 Pease<br>Harlingen, TX 78550<br>956+428-4605 | Treatment of Raul Rodriguez |
| Dr. Bliss W. Clark<br>1601 Treasure Hills Blvd.<br>Harlingen, TX 78550<br>956+421-2663 | Treatment of Raul Rodriguez. |
| **United States Border Patrol** | |
| J. P. Cronin, USBP Deputy Chief<br>Jose E. Garza, USBP Chief Patrol Agent<br>Ray M. Garza, USBP Assistant Chief<br>Hector Gonzalez, USBP Supervisory Agent<br>Luciano Gonzalez, USBP Mechanic<br>Edward Kelly, USBP Agent<br>Roberto Longoria, USBP Supervisory Agent<br>Eduardo Payan, USBP First Line Supervisor<br>J. Perry, USBP Deputy Chief<br>Santos Ramirez, USBP Intelligence Officer<br>Orlando Sanchez, USBP Senior Agent<br>Douglas L. Speilman, USBP Agent in Charge<br>Jerry Spruiell, USBP Supervisory Agent<br><br>United States Border Patrol | Shooting incident. |
| Jose E. Garza, Chief<br>United States Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas 78503 | Shooting incident. |

3163D.076-Supplementation of Plaintiffs'     Page 6
Rule 26(a) Initial Disclosures

| | |
|---|---|
| Edward Kelly, Agent<br>United States Border Patrol<br>McAllen Sector<br>McAllen, Texas 78503 | Shooting incident. |
| George A. Hupp<br>Tucson INS Investigations<br>P.O. Box 17221<br>Tucson, AZ 85731 | Shooting incident.  See also deposition containing observations and opinions. |
| Michael James Riley<br>US Border Patrol Agent<br>108 E. Campeche<br>South Padre Island, TX 78597 | Shooting incident.<br>Susan Rodriguez's partner.  See also deposition containing observations and opinions. |
| Orlando Sanchez<br>Senior US Border Patrol Agent<br>1713 W. 4th #4<br>Weslaco, TX 78596 | Shooting incident |
| Hector Gonzalez, Supervisor<br>Douglas L. Spielman, Supervisor<br>Daniel Diaz, Agent<br>US Border Patrol Agents<br>Harlingen, TX 78550 | Shooting incident. |
| **Other Witnesses** | |
| Danny Carpenter | ATF Agent who did the trace on the guns used by Ernest Moore in the murder in San Benito and Rio Hondo |
| Dr. Thomas Emmett Pirtle, III and wife,<br>Sylvia Pyrtle<br>2609 Lotus<br>Harlingen, TX 78550<br>956+425-7032 | The gun involved in the shooting. |
| Margie W. Cornwell, M.D.<br>P.O. Drawer 2588<br>Harlingen, TX 78551 | Pathologist |
| Antonio Medina<br>Rt. 1, Box 50<br>San Benito, TX 78586 | Ernest Moore |

| | |
|---|---|
| 956+399-2976 | |
| Doel Nicholas "Nick" Anders<br>422 E. Caffery<br>Pharr, TX 78577 | Ernest Moore |
| David Rey Sosa<br>720 N. 33rd St.<br>McAllen, TX 78501 | Ernest Moore |
| Albert Daniel Perry<br>Rt. 1, Box 227<br>Stuart Place Rd.<br>Harlingen, TX 78550 | Ernest Moore |
| Robert Wayne Reed, Jr.<br>Rt. 8 Box 777<br>Levens Rd.<br>Harlingen, TX 78550 | Ernest Moore |
| Jason Walence<br>902 S. Loop 499<br>Apt. #E-7<br>Harlingen, TX 78550 | Ernest Moore |
| Armando Corea | Ernest Moore |
| Shawn Ray Foist<br>509 County Rd. 163, 2A<br>Centre, Alabama 35960<br>256+543-7011 (work) | Shooting incident. |
| Melody Matlock<br>Harlingen EMS<br>1705 Vermont<br>Harlingen, TX 78550<br>956+364-2711 | Shooting incident.  See also deposition containing observations and opinions. |
| Patsy Gail Moore<br>1604 Preston Trail<br>Harlingen, TX 78550 | Mother of Ernest Moore, and shooting incident.  See also deposition containing observations and opinions. |
| Joe LaBeau<br>City Hall of Midlothian<br>104 West Avenue E.<br>Midlothian, TX 76065 | Activities after incident.  See also deposition containing observations and opinions. |

| | |
|---|---|
| 972+775-3481 | |
| Natalie Flores Prim<br>410 Tanglewood Drive<br>Pensacola, FL 32503<br>850+438-4088 | Activities after incident.  See also deposition containing observations and opinions. |
| Arnold Rodriguez<br>Former Human Resource Director, City of Harlingen | Report. |
| Victor Rodriguez | Harlingen Police Dept. |
| Robert Rodriguez<br>13850 Magnolia Way<br>Helotes, TX 78023<br>210+695-3471 | The gun involved in the shooting incident. |
| James Roberson | Report on the Harlingen Police Dept. |
| Dan Morin | Shooting incident |
| William Arthur Morin | Shooting incident at Rio Hondo house. |
| Donald Morin | Shooting incident at Rio Hondo house. |
| Jennifer Gwin Morin | Shooting incident at Rio Hondo house. |
| Julie Cox | Ernest Moore, and shooting incident. |
| Fedencio Jaramillo | Shooting incident at Rio Hondo house. |
| Michael D. Martinez | Shooting incident at Rio Hondo house. |
| Mr. & Mrs. Carlson<br>360 East Hwy. 77, Ste 1<br>San Benito, TX 78586-5214 | Ernest Moore and shooting incident. |
| Dennis M. Zamarron<br>113 W. Davis<br>Harlingen, TX<br>956+428-9120 | Shooting incident. |
| Jose Rubio, Jr.<br>214 West Cano St.<br>Edinburg, TX 78539 | Shooting incident. |

| | |
|---|---|
| 956+318-0900 (work) | |
| Dr. George Kirkham<br>3481 Lakeside Dr., #3306<br>Atlanta, GA 30345<br>404+239-9504 | Plaintiffs' Expert. |
| Phyllis R. Silverman, Ph.D.<br>MGH Institute of Health Professions<br>101 Merrimac St.<br>Boston, MA 02114<br>781-861-0368 | Plaintiffs' Expert |
| Dr. Laurie Fitzgerald<br>Colorado | 1996 Report. |
| Dr. DeWitt S. Davenport<br>Pathology<br>P.O. Drawer 2588<br>Harlingen, TX 78551<br>956+389-1100 | Autopsy Report on Susan L. Rodriguez and Autopsy Report on Ricardo G. Salinas |
| James Moran | Friend of Plaintiff, Gilbert M. Rodriguez. |
| Omar Lucio<br>Former HPD Captain | Shooting incident. |

Respectfully Submitted,

**SPIVEY & AINSWORTH, P.C.**

48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _Francis Pan_

Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

## CERTIFICATE OF SERVICE

I hereby certify that the original of the above and foregoing document was forwarded on this 20th day of June 21, 2001, to the following counsel of record and interested parties certified mail, return receipt requested:

Mr. Tom Lockhart                              **Via CMRRR# 7000 1670 0004 0279 7231**
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

Mr. Roman Garcia                              **Via CMRRR# 700 1670 0004 0279 7248**
Ms. Sonia Lopez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
ATTORNEY FOR PLAINTIFF RAUL RODRIGUEZ

_Francis Pan_

Francis Pan