*103*

United States District Court
Southern District of Texas
FILED

JUL 0 5 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS. | § | |

**SUPPLEMENTATION OF PLAINTIFFS, ARTURO GUILLERMO SALINAS',
ET AL. AND GILBERTO M. RODRIGUEZ'S, ET AL. RULE 26 (a)
INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Arturo Guillermo Salinas, et al. and Gilberto M. Rodriguez, et al., pursuant to Fed. R. Civ. P. 26(e), supplement their Initial Disclosures to include the following expert witness:

Paul Ginsberg
Professional Audio Labatories, Inc.
7 Skylark Dr.
Spring Valley, NY 10977
845+354-2229

Mr. Ginsberg is a forensic audio expert. He will testify that when the digital audiotape in question was re-used the originally recorded information cannot be recovered.

It has become necessary to designate this expert at this late date in order to establish that there is no HPD's radio information before 7:00 p.m. on July 7, 1998 concerning the shootings that occurred in Rio Hondo and San Benito available in this case.

Respectfully Submitted,

**SPIVEY & AINSWORTH, P.C.**

48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By *[signature: Broadus A Spivey]*
Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

### CERTIFICATE OF SERVICE

I hereby certify that the original of the above and foregoing document was forwarded on this 20th day of June 25, 2001, to the following counsel of record and interested parties certified mail, return receipt requested:

Mr. Tom Lockhart                            **Via CMRRR# Z 372 476 391**
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

Mr. Roman Garcia                            **Via CMRRR# Z 372 476 412**
Ms. Sonia Lopez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
ATTORNEY FOR PLAINTIFF RAUL RODRIGUEZ

*[signature: Broadus A Spivey]*
Broadus A. Spivey