/0

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**JUL 0 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on July 5, 2001, the Court **INFORMED** the Defendants that if they wish the Court to consider a response to the Plaintiffs' Motion to Compel Defendant City of Harlingen to Produce the James Roberson Report [Dkt. No. 101] they must file one by Monday, July 9, 2001 at 12:00 p.m. This deadline will be strictly enforced.

DONE at Brownsville, Texas, this ___5th___ day of July 2001.

Hilda G. Tagle
United States District Judge