107

United States District Court
Southern District of Texas
ENTERED

JUL 11 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

Arturo Guillermo Salinas, et al,  §
　　　　　　　　　　　　　　§
　　　Plaintiffs,　　　　　　　§
　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　§   CIVIL ACTION NO. B-98-162
　　　　　　　　　　　　　　§   (consolidated with B-98-163 and B-99-70)
City of Harlingen, et al,　　　　§
　　　　　　　　　　　　　　§
　　　Defendants.　　　　　　§

## ORDER

BE IT REMEMBERED, that on July 11, 2001, the Court **INFORMED** Plaintiff Raul Rodriguez that if he wishes the Court to consider a response to Defendant's Second Motion for Summary Judgment [Dkt. No. 106], he must file one by 4:00 p.m. on Friday, July 13, 2001. It appears that the Plaintiffs' Response to Defendant's Second Motion for Summary Judgment [Dkt. No. 106] was filed on behalf of the Plaintiffs who are related to the decedent Border Patrol Agents and not on behalf of the Plaintiff Raul Rodriguez.

DONE at Brownsville, Texas, this 11th day of July 2001.

Hilda G. Tagle
United States District Judge