109

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-162 (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on July 11, 2001, the Court **ORDERED** the Defendant to provide the Court with a complete copy of the Robeson report or a detailed and comprehensive written explanation for why it appears that part of page 17 has been excised by Monday, July 16, 2001 at 12:00 p.m. The complete report or written explanation should be filed under seal with the Clerk's Office.

DONE at Brownsville, Texas, this 11th day of July 2001.



Hilda G. Tagle
United States District Judge