/11

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

# SEALED BY ORDER OF COURT
# (DKT. NO. 109)
# FOR IN-CAMERA INSPECTION

Civil Action No. B-98-162 (consolidated with B-98-163 and B-99-70)

ClibPDF - www.fastio.com