U.S. DISTRICT COURT
SOUTHERN DISTRICT T...
FILED

01 JUL 16 AM 9: 47

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |

## STIPULATION OF AUTHENTICATION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, **Arturo G. Salinas, et al.** and **Gilberto M. Rodriguez, et al.** and Defendant, **City of Harlingen**, and stipulate to the authentication of the following documents:

I.

Defendant's Second Motion for Summary Judgment Exhibit G, which is the "Gun List Inventory" (Scheopner's Deposition Exhibit No. 5).

## II.

Plaintiffs' Exhibits (referenced according to the exhibits letter attached to the Plaintiffs' Response to Defendant's Second Motion for Summary Judgment):

| EXHIBIT REF. | EXHIBITS |
|---|---|
| B. | Sylvia Pirtle's Sworn Statement (Scheopner's Deposition Exhibit 9-L) |
| D. | TCLEOSE § 211.104 Minimum Standards for Annual Firearms Proficiency |
| E. | Sgt. T. Hushen's Memo to Captain L. Rubio |
| I. | Shawn Foist's Sworn Statement (Scheopner's Deposition Exhibit 9-N) |
| J. | Shawn Foist's Sworn Statement (Scheopner's Deposition Exhibit 9-U) |
| K. | Calibre Press Street Survival Newsline No. 288 (Scheopner's Deposition Exhibit 22) |
| L. | Computer Printout (Melody Matlock's Deposition Exhibit 47) |
| N. | Albert Daniel Perry's Sworn Statement (Scheopner's Deposition Exhibit 9-E) |
| O. | Harlingen Police Department Departmental Directives - Excluding the 3 pages of the Arlington, Texas Police Department General Orders pages 209-5, 209-7, and 209-9, inadvertently included therein |
| P. | Memorandum for Jose E. Garza, Chief Patrol Agent, McAllen, Texas from Hector Gonzalez, San Benito shooting Report (Scheopner's Deposition Exhibit 9-DD) |
| Q. | Robert Rodriguez's Sworn Statement (Scheopner's Exhibit 9-CC) |
| W. | Labels of Tape Housing (Gale Lynn Jones' Deposition Exhibits 61-A and B, and 62-A and B) |

Z.  Raul Rodriguez's Sworn Statement (Scheopner's Deposition Exhibit 9-P)

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _____
Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS, ARTURO G. SALINAS, ET AL. and GILBERTO M. RODRIGUEZ, ET AL.**

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone:  956/428-7495
Telecopier: 956/428-2954

**ATTORNEY-IN-CHARGE FOR DEFENDANT, CITY OF HARLINGEN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 16th day of July, 2001, to the following counsel of record and interested parties:

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey            **Via CMRRR# 7000 1530 0006 3370 4124**
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas 78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

    Ms. Sonia Lopez                **Via CMRRR# 7000 1530 0006 3370 4117**
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas 78539

_____
TOM LOCKHART

```
                                                U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT TX
                                                      FILED
        IN THE UNITED STATES DISTRICT COURT  01 JUL 16 AM 9:4
            FOR THE SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION        MICHAEL N. MILBY, CLE
```

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |

### AFFIDAVIT OF RALPH DWAYNE MOORE

| | | |
|---|---|---|
| THE STATE | ) | |
| | : | **AFFIDAVIT** |
| OF TEXAS | ) | |

**BEFORE ME**, the undersigned Notary Public in and for the State of Texas, on this day personally appeared **RALPH DWAYNE MOORE**, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath, stated as follows:

"My name is **RALPH DWAYNE MOORE** and I am over the age of twenty-one (21) years, am in all respects competent to testify, have personal knowledge of the facts stated herein and the same are true and correct.

I gave my deposition in this case on May 19 and 23, 2000. The testimony that I gave concerning Exhibit 5 on p. 12, (l. 21) - p. 15, (l. 16) and p. 208, (l. 11) - p. 212, (l. 7) refers to the attached two-page Scheopner Exhibit No. 5 dated 05-18-00."

Further affiant sayeth not.

_____
RALPH DWAYNE MOORE

**SWORN TO AND SUBSCRIBED** before me, the undersigned authority, by the said **RALPH DWAYNE MOORE** on the 12th day of July, 2001, to certify which, witness my hand and seal of office.

MARIA S. MARTINEZ
Notary Public
State of Texas
Comm. Exp. 11-14-2004

_____
Notary public in and for
the State of Texas
Print Name: Maria S. Martinez
My Commission Expires: 11-14-2004

# GUN LIST INVENTORY

| | | |
|---|---|---|
| Ernest | 1. | Colt AR-15 Semi Auto 223 Cal. 2/20 round clips and 4/30 round. 350 rounds ammo. |
| Ernest | 2. | AK-47 Semi Auto 7.65 x 39 Cal. 2/5 round clips and 4/30 round. 500 rounds ammo. |
| City | 3. | Olympic Arms Semi Auto .223 same amount of clips as No. 1. Same ammo - (City weapon). |
| Ernest | 4. | SKS Semi Auto 7.65 x 39 Cal. 1/10 round clips - same amount as No. 2. |
| Ernest | 5. | M-1 Carbine Semi Auto 30 Cal. - 2/5 round clips and 2/30 round clips. 50 rounds ammo. |
| Ernest | 6. | Mossburg pump 12 ga. Shotgun riot type - 7 round magazine pistol grip. 50 rounds. |
| Ernest | 7. | Mauser Bolt Action Military 10 round magazine 8 mm Cal. 20 rounds ammo. |
| Ernest | 8. | Infield Bolt Action Military 10 rounds magazine 308 Cal. 20 rounds ammo. |
| R.D. | 9. | Remington 870 pump Shotgun - 12 gauge - 50 rounds ammo. |
| R.D. | 10. | Winchester lever Action w/scope - 30-30 Cal. 40 rounds ammo. |
| R.D. | 11. | Custom built Remington w/Mauser Bolt Action 6 mm Cal. w/scope - 50-60 rounds ammo. |
| R.D. | 12. | Remington Mod. 700 Bolt Action 22-250 Cal. w/scope. 100+ rounds ammo. |
| R.D. | 13. | Remington Single Shot Bolt Action. .22 Cal. 200 rounds ammo. |
| Ernest | 14. | Ruger Mod - 10-22 Semi Auto Rifle. 10 round clip. Ammo same as No. 13. |



Schespner
EXHIBIT NO. 5
5-18-00
Maureen Stingley

| | | |
|---|---|---|
| Ernest | 15. | and |
| Ernest | 16. | Two Mauser Mod. P-38 Pistols, Semi Auto 9 mm Cal. 2/8 round clips. 400 rounds ammo. |
| City | 17. | Mauser Semi Auto Pistol 7.65 Cal. 1/7 round clips. 20 rounds ammo. |
| Ernest | 18. | Luger Semi Auto Pistol 9 mm Cal. 2/8 round clips. Ammo same as Nos. 15 and 16. |
| Ernest | 19. | Smith and Wesson Semi Auto Pistol 9 mm Cal. with 3/15 round clips. Ammo as as Nos. 15, 16 and 18. |
| City | 20. | Berretta Mod 92 Semi Auto Pistol 9 mm Cal. with 3/15 round clips. Ammo same as Nos. 15, 16, 18 and 19. |