*114*

United States District Court
Southern District of Texas
FILED

JUL 1 6 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS. | § | |

## RESPONSE TO COURT'S ORDER DATED JULY 11, 2001 FILED BY PLAINTIFFS ARTURO G. SALINAS, ET AL AND GILBERTO M. RODRIGUEZ, ET AL

TO THE HONORABLE JUDGE TAGLE, U.S. DISTRICT COURT:

Plaintiffs Arturo G. Salinas, et al and Gilberto M. Rodriguez, et al respectfully file this Response, pursuant to the Court's Order dated July 11, 2001, to clarify the authenticity of some exhibits attached to Defendant's Second Motion for Summary Judgment and Plaintiffs' Response to the Motion. Plaintiffs hereby inform the Court by the same sequence as follows:

(1) The signature pages for the depositions from which excerpts were derived are attached :
   Exhibit A  James Joseph Scheopner
   Exhibit C  Joseph Bennett Vasquez
   Exhibit F  Ralph Dwayne. Moore
   Exhibit H  Ronald K. Saenz
   Exhibit M  Miguel P. Garcia

Exhibit Y        Pasty Gail Moore
Exhibit BB       Joseph D. LaBeau.

(2)    The signature of Natalie Flores Prim for her deposition labeled as Exhibit AA is attached.

(3)    The authenticity of the following exhibits used during Jim Scheopner's deposition are stipulated by attorneys for Plaintiffs Arturo G. Salinas, et al and Gilberto M. Rodriguez, et al and for Defendant the City of Harlingen, Texas.

| EXHIBIT REF. | EXHIBITS |
|---|---|
| B. | Sylvia Pirtle's Sworn Statement [Scheopner's Deposition Exhibit 9-L] |
| I. | Shawn Foist's Sworn Statement [Scheopner's Deposition Exhibit 9-N] |
| J. | Shawn Foist's Sworn Statement [Scheopner's Deposition Exhibit 9-U] |
| K. | Calibre Press Street Survival Newsline No. 288 [Scheopner's Deposition Exhibit 22] |
| L. | Computer Printout [Melody Matlock's Deposition Exhibit 47] |
| N. | Albert Daniel Perry's Sworn Statement [Scheopner's Deposition Exhibit 9-E] |
| P. | Memorandum for Jose E. Garza, Chief Patrol Agent, McAllen, Texas from Hector Gonzalez, San Benito shooting Report [Scheopner's Deposition Exhibit 9-DD] |
| Q. | Robert Rodriguez's Sworn Statement [Scheopner's Deposition Exhibit 9-CC] |
| W. | Labels of Tape Housing [Gale Lynn Jones' Deposition Exhibits 61-A and B, and 62] |
| Z. | Raul Rodriguz's Sworn Statement [Scheopner's Deposition Exhibit 9-P] |

The stipulation will be filed by Mr. Tom Lockhart, Defendant's Attorney, on July 16, 2001. A copy of the stipulation is attached.

(4)    The authenticity of the following exhibits are stipulated by attorneys for Plaintiffs Arturo G. Salinas, et al and Gilberto M. Rodriguez, et al and for Defendant the City of Harlingen, Texas.

| EXHIBIT REF. | EXHIBITS |
|---|---|
| D. | TCLEOSE § 211.104 Minimum Standards for Annual Firearms Proficiency |

2

E.          Sgt T. Hushen's Memo to Captain L. Rubio

O.          Harlingen Police Department Departmental Directives -
            Excluding the 3 pages of the City of Arlington, Texas
            Police Department General Orders pages 209-5, 209-7, and
            209-9 inadvertently included therein.

The stipulation will be filed by Mr. Tom Lockhart, Defendant's Attorney, on July 16, 2001. A copy of the stipulation is attached.

(5)    An affidavit of the author of Exhibit R stating that he has personal knowledge and is competent to testify is attached.

(6)    The Court is correct that the verification sheet included in Exhibit T was meant to be included in Exhibit U, and vice versa. Additionally, the executed verification sheets are attached.

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX  78701
512+474-6061
512+474-1605 (fax)

By _____
      Broadus Spivey
      State Bar No. 00000076
      Federal I.D. No. 11146
      Price Ainsworth
      State Bar No. 00950300
      Federal I.D. No. 8065
      Francis Pan
      State Bar No. 15443300
      Federal I.D. No. 26385

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS FOR PLAINTIFFS**
**ARTURO G. SALINAS, ET AL and**
**GILBERTO M. RODRIGUEZ, ET AL**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on July 13, 2001, to all counsel of record and interested parties via facsimile and U.S. mail:

Mr. Tom Lockhart
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

Mr. Ramon Garcia
Ms. Sonia Lopez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, TX 78539

Broadus A. Spivey

# DOCUMENTS FOR (1)

The signature pages for the depositions from which excerpts were derived:

Exhibit A      James Joseph Scheopner
Exhibit C      Joseph Bennett Vasquez
Exhibit F      Ralph Dwayne. Moore
Exhibit H      Ronald K. Saenz
Exhibit M      Miguel P. Garcia
Exhibit Y      Pasty Gail Moore
Exhibit BB      Joseph D. LaBeau.

# Exhibit A

CVisPDF – www.fastio.com

*[handwritten top margin]*

136 - 24 - on S Padre Is that instead of ___ in the kitchen.
137 - 1 - No. instead of Jim my address at
137 - 6 - A instead of answer
157 - 12 -

see pages 4
3rd line through
315 line 9

# ERRATA SHEET/SIGNATURE PAGE - Volume 1

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 56 | 16 | .308 instead of .306 | |
| 57 | 1 | Same as above | |
| 79 | 6 | cultural instead of civil | |
| 88 | 11 | No instead of Yes | See my preceding answer & |
| 98 | 18 & 21 | Foist instead of Moore | my answers on pgs 95-96-100-318 |
| 102 | 24 | Property instead of problem | |
| 106 | 9 | Yes instead of No - See my answers on pages 169-171 | |
| 109 | 3 | House instead of car | |
| 114 | 22 | Foist instead of them | |
| 120 | 4 | Patrol instead of parole | |
| 120 | 24 | Local Government instead of Municipal | |
| 143 | 15 | Raul Carbalido instead of Robert Carbido | |
| 168 | 22 | Lieutenant instead of Sergeant | |
| 183 | 2 | add " I called the dispatcher to get R.O.'s home number, and " to first of answer. | |
| 183 | 6 | add same answer as line 2 page 183 corrected | |
| 183 | 11 | No instead of Yes | |
| 155 | 22 & 24 & 25 | Kester instead chester | |

I, JAMES JOSEPH SCHEOPNER, have read the foregoing transcript and hereby affix my signature that same is true and correct, except as noted above.

_____
JAMES JOSEPH SCHEOPNER

THE STATE OF TEXAS

COUNTY OF CAMERON

    SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this the ___19th___ day of ___June___, 2000.

MARIA S. MARTINEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. Nov. 14, 2000

_____
Notary Public in and for
The State of Texas

```
 1          ERRATA SHEET/SIGNATURE PAGE - Volume 2

 2     PAGE LINE  CHANGE                          REASON

 3     311   20    Same correction as made to line 2 page 183

 4     312   3     add to first of answer "To Assistant Chief Robert Archwood"

 5                 instead of "I believe"

 6     313   14    but instead of buy

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14       I, JAMES JOSEPH SCHEOPNER, have read the foregoing
       transcript and hereby affix my signature that same is
15     true and correct, except as noted above.

16
                        JAMES JOSEPH SCHEOPNER
17

18     THE STATE OF TEXAS

19     COUNTY OF CAMERON

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21     undersigned authority on this the  19th  day of

22     _____June_____, 2000.

23            MARIA S. MARTINEZ
              Notary Public
24            STATE OF TEXAS
              My Commission Exp. Nov. 14, 2000
25                         Notary Public in and for
                           The State of Texas
```

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956) 618-2366   (956) 428-0755    (956) 542-1020

# Exhibit C

ERRATA SHEET/SIGNATURE PAGE

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 29 | 13 | delete (ANTONIO) | |
| 41 | 4 | denoted TO donated | misspelled |
| 46 | 19 | Stern TO STurm | misspelled |
| 63 | 19 | Buzz To Buzzed | misspelled |
| 64 | 13 | Liability To Reliability | Correction |
| 69 | 13 & 14 | Grams to Grains | Correction |
| 84 | 17 | First To Second | Correction |
| 96 | 7 | Purchases To purposes | Correction |
| 99 | 15 | ER to ERT | Correction |
| 120 | 5 | Add after Quantico 1976 | Correction |
| 144 | 7 | Seminoff To Símonov | Correction |
| 147 | 25 | Add IN The 1980's | Addition |

I, JOSEPH BENNETT VASQUEZ, have read the foregoing transcript and hereby affix my signature that same is true and correct, except as noted above.

JOSEPH BENNETT VASQUEZ

THE STATE OF TEXAS

COUNTY OF CAMERON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this the ___29th___ day of May, 2001.

Maria S. Martinez
Notary Public in and for
The State of Texas

MARIA S. MARTINEZ
Notary Public
State of Texas
Comm. Exp. 11-14-2004

BRYANT & STINGLEY, INC.
McAllen          Harlingen        Brownsville
(956)618-2366    (956)428-0755    (956)542-1020

ORIGINAL

BRYANT & STINGLEY, INC.
RECEIVED
5-30-01
DATE

TN_ 575

ARTURO GUILLERMO SALINAS
VS.
CITY OF HARLINGEN, TX

# Exhibit F

CVisPDF – www.fesiva.com

```
 1        ERRATA SHEET/SIGNATURE PAGE - Volume 1

 2    PAGE LINE  CHANGE                          REASON

 3    59   3   I told the texas ranger I did not point to him

 4    _____ Clarification

 5    15   16   I don't know - Clarification

 6    54   4   Sgt. Garcia        —   Name wrong

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14       I, RALPH DWAYNE MOORE, have read the foregoing
      transcript and hereby affix my signature that same is
15    true and correct, except as noted above.

16                        Ralph Dwayne Moore
                      RALPH DWAYNE MOORE
17

18    THE STATE OF TEXAS

19    COUNTY OF CAMERON

20             SUBSCRIBED AND SWORN TO BEFORE ME, the

21    undersigned authority on this the   22nd   day of

22    ____June_____, 2000.

23       MARIA D. MARTINEZ
         Notary Public                    Maria D. Martinez
24       STATE OF TEXAS
         My Comm Exp Nov. 14, 2000
25                                    Notary Public in and for
                                      The State of Texas
```

```
 1        ERRATA SHEET/SIGNATURE PAGE - Volume 2

 2   PAGE LINE   CHANGE                        REASON
```

3  181  6,7,9,12,20    Larry was at home the "evening" of July 6th *earlier in the*

4  182  13,15    See page 222, line 2 - 14; page 228

5  184  14,    line 23 - page 230 line 6

6  185  9,    

7  193  16,18,25; page 144, line 5 - Also a call from Chief Scheopner

8  and another man who ask if Ernest was coming to work.

9  See page 205 line 1 - page 206 line 16; page 223

10  line 1 - 13; page 225 line 12 - 18.

11  *Page 123* - 16 - I purchased the weapon for the dept in Austin, TX

12  from GT Distributors and brought it back.

13  158  5    should be sig sauer P.239

14   I, RALPH DWAYNE MOORE, have read the foregoing
    transcript and hereby affix my signature that same is
15  true and correct, except as noted above.

16                          *Ralph Dwayne Moore*
                       RALPH DWAYNE MOORE

17

18  THE STATE OF TEXAS

19  COUNTY OF CAMERON

20           SUBSCRIBED AND SWORN TO BEFORE ME, the

21  undersigned authority on this the ___22nd___ day of

22  ___June_____ 2000.

23

24                          *Maria S. Martin*
                    Notary Public in and for
25                  The State of Texas

236

```
1        ERRATA SHEET/SIGNATURE PAGE - Volume 2

2    PAGE LINE   CHANGE                          REASON

3    201  15  answer should be  No

4    169  25  page 170 line 6 Larry was living grandmother

5    at the time

6    226  10  answer yes; line 12 answer is No;

7    line 14 answer is none. line 23 answer is the

8    number stayed the same.

9    _____

10   _____

11   _____

12   _____

13   _____

14      I, RALPH DWAYNE MOORE, have read the foregoing
     transcript and hereby affix my signature that same is
15   true and correct, except as noted above.

16                          Ralph Dwayne Moore
17                       RALPH DWAYNE MOORE

18   THE STATE OF TEXAS

19   COUNTY OF CAMERON

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21   undersigned authority on this the   22nd   day of

22      June                        2000.

23

24                       Maria S. Martinez
                        Notary Public in and for
25                      The State of Texas
```

BRYANT & STINGLEY, INC.
McAllen        Harlingen        Brownsville
(956)618-2366  (956)428-0755  (956)542-1020

# Exhibit H

©McPDF – www.fwiio.com

```
1              ERRATA SHEET/SIGNATURE PAGE

2    PAGE LINE  CHANGE                      REASON

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13

14       I, RONALD K. SAENZ, have read the foregoing
     transcript and hereby affix my signature that same is
15   true and correct, except as noted above.

16                   _____
                     RONALD K. SAENZ
17

18   THE STATE OF TEXAS

19   COUNTY OF CAMERON

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21   undersigned authority on this the _____ day of

22   _____, 2000.

23

24                   _____
                     Notary Public in and for
25                   The State of Texas
```

1                    REPORTER'S CERTIFICATE

2              I, MAUREEN STINGLEY, Certified Court

3    Reporter, certify that the witness, RONALD K. SAENZ,

4    was duly sworn by me, and that the deposition is a true

5    and correct record of the testimony given by the

6    witness on MAY 23, 2000; that the deposition was

7    reported by me in stenograph and was subsequently

8    transcribed under my supervision.

9              I FURTHER CERTIFY that I am not a

10   relative, employee, attorney or counsel of any of the

11   parties, nor a relative or employee of such attorney or

12   counsel, nor am I financially interested in the action.

13             WITNESS MY HAND on this the 31st day of

14   May                , 2000.

15

16

17   _Maureen Stingley by V.J._
     MAUREEN STINGLEY, CSR NO. 691
18   Expiration Date: 12/31/00
     Bryant & Stingley, Inc.
19   2010 East Harrison
     Harlingen, Texas 78550
20

21

22

23

24

25

BRYANT & STINGLEY, INC.
McAllen          Harlingen          Brownsville
(956)618-2366   (956)428-0755   (956)542-1020

# BRYANT & STINGLEY, INC.
## CERTIFIED COURT REPORTERS
4900 North 10ᵗʰ Street
Building A, Suite 3
McAllen, Texas 78504

McAllen Office
(956) 618-2366 Fax: (956) 618-0087
E-Mail: bryantandstingley@prodigy.net

Harlingen Office
(945) 428-0755 Fax: (956) 428-7133
E-mail:brysting@ix.netcom.com

In Texas: (800) 462-0253

June 1, 2000

Ronald K. Saenz
964 E. Harrison
Personnel Department/ 2ⁿᵈ Floor
Brownsville, Texas 78521

Via PDQ: 527627

RE:   CIVIL ACTION NO. B-98-162
      ARTURO GUILLERMO SALINAS, ET AL. VS. CITY OF HARLINGEN, ET AL.
      IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
      DISTRICT OF TEXAS BROWNSVILLE DIVISION

Dear Mr. Saenz:

Enclosed please find your original deposition transcript taken on May 23, 2000.
Please read the transcript carefully, and if you wish to make any changes or corrections, list them on
the Changes and Signature Page of the deposition, stating the reasons therefor.

**PLEASE DO NOT MAKE ANY CHANGES OR CORRECTIONS ON THE TEXT OF
THE TRANSCRIPT.**

Once you have reviewed the transcript and made any necessary changes or corrections, please sign
before a Notary Public and return the transcript to our office on or before June 15, 2000, in the
enclosed self-addressed, stamped envelope. For your convenience, we have a Notary Public on staff
in our Harlingen and McAllen offices.

If you have any questions, please contact our office. Thank you for your cooperation in this matter.

Sincerely,

BRYANT & STINGLEY, INC.

Yadi Jauregui
Enclosures

cc:   Broadus A. Spivey
      Tom Lockhart
      Sonia Lopez

# Exhibit M

CtrlPDF - www.fastio.com

```
 1                ERRATA SHEET/SIGNATURE PAGE

 2    PAGE LINE  CHANGE                        REASON

 3    _____

 4    _____

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14       I, MIGUEL P. GARCIA, have read the foregoing
      transcript and hereby affix my signature that same is
15    true and correct, except as noted above.

16                        _____

17                        MIGUEL P. GARCIA

18    THE STATE OF TEXAS

19    COUNTY OF CAMERON

20            SUBSCRIBED AND SWORN TO BEFORE ME, the

21    undersigned authority on this the _____ day of

22    _____, 2001.

23

24                        _____

25                        Notary Public in and for
                          The State of Texas
```

1               REPORTER'S CERTIFICATE

2           I, MAUREEN STINGLEY, Certified Court

3  Reporter, certify that the witness, MIGUEL P. GARCIA,

4  was duly sworn by me, and that the  deposition is a

5  true and correct record of the  testimony given by the

6  witness on MARCH 28, 2001; that the deposition was

7  reported by me in stenograph and was subsequently

8  transcribed under my supervision.

9          I FURTHER CERTIFY that I am not a

10  relative, employee, attorney or counsel of any of the

11  parties, nor a relative or employee of such attorney or

12  counsel, nor am I financially interested in the action.

13

14             WITNESS MY HAND on this the _7th_ day of

15  _April_____, 2001.

16

17

18

19

20

21

               MAUREEN STINGLEY, CSR NO. 691

22           Expiration Date: 12/31/02

               Bryant & Stingley, Inc.

23           2010 East Harrison

               Harlingen, Texas 78550

24

25

BRYANT & STINGLEY, INC.
McAllen     Harlingen     Brownsville
(956)618-2366  (956)428-0755  (956)542-1020

# Exhibit Y

CVISPDF – www.fastio.com

ERRATA SHEET/SIGNATURE PAGE

| PAGE | LINE | CHANGE | REASON |
|------|------|--------|--------|
| 6 | 21 | One year | did not remember |
| 9 | 12 | No | lived with Grandmother 1997 |
| 10 | 17 | No | lived with Grandmother 1997 |
| 49 | 3 | looking for Ernest | typing error |
| 76 | 4 | talk to me. | typing error |
| 157 | 19 | Until I came | |

I, PATSY GAIL MOORE, have read the foregoing transcript and hereby affix my signature that same is true and correct, except as noted above.

*Patsy Gail Moore*
PATSY GAIL MOORE

THE STATE OF TEXAS

COUNTY OF CAMERON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this the 1st day of Mar , 2001.

HENRY J. FRAILING
Notary Public
STATE OF TEXAS
My Comm. Exp. Oct 21, 2001

*Henry J. Frailing*
Notary Public in and for
The State of Texas

**RECEIVED** 5-1-01 **DATE**

TN-575 (FED)

ARTURO GUILLERMO SALINAS, ET AL.
VS.
CITY OF HARLINGEN, ET AL.

# Exhibit BB

CVISPDF – www.fastio.com

92

1   I, JOSEPH D. LaBEAU, have read the foregoing

2   deposition and hereby affix my signature that same is

3   true and correct, except as noted herein.

4   CORRECTIONS AND/OR CHANGES AND SIGNATURE

5   PAGE     LINE     CORRECTION        REASON FOR CHANGE

| PAGE | LINE | CORRECTION | REASON FOR CHANGE |
|---|---|---|---|
| 36 | 2 | "what is" to "that" | correction of error |
| 36 | 5 | comma after "is" | read correctly |
| 36 | 7 | question mark after "Department" | read correctly |
| 36 | 8 | dashes to "me" | correction |
| 52 | 1 | dashes to "mean" | word missing |
| 60 | 15 | "is" after understanding | word missing |
| 63 | 1 | Never to "even" | correction |
| 63 | 22 | "I" to "He" | correction |
| 73 | 7 | dashes to full statement | words missing |
| 73 | 8 | "made" deleted + correct word put in | |
| 73 | 24 | dashes replaced with correct words | |
| 75 | 15 | "me" to "Jim" | what I said |
| 75 | 16 | "of" before which | what I said |
| 75 | 21 | dashes to full statement | words missing |
| 84 | 20 | "it" after support | word missing |
| 84 | 24 | "we've" to "we'd have" | what I said |

1 _____

2 _____

3 _____

4 _____

5 _____

6 _____

7 _____

8 _____

9 _____

10 _____

11 _____

12 _____

13

14

15 _____

16 JOSEPH D. LaBEAU

17

18 STATE   OF   TEXAS        )
                               )
19 COUNTY OF Ellis         )

20    SUBSCRIBED AND SWORN to before me by the said JOSEPH
   D. LaBEAU, on this the __30__ day of __May_____,
21 A.D., 2001.

22

23 | LINDA SIBLEY | _____
   | NOTARY PUBLIC | Notary Public in and for
24 | STATE OF TEXAS | Ellis____ County, Texas
   | My Comm Exp. 02-06-2004 | My Commission Expires: 2-6-04

25

# DOCUMENT FOR (2)

The signature of Natalie Flores Prim for her deposition labeled as Exhibit AA.

CVisPDF – www.fastio.com

# DO NOT WRITE ON TRANSCRIPT – ENTER CHANGES HERE

**In Re: Salinas vs City of Harlington**

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 89 | 10 | "m y " — should be "me " |
| 96 | 18 | "in " — ? delete |

Under Penalties of perjury, I declare I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

5/21/01
Date

Natalie Prim
Deponent: Natalie Prim

# DOCUMENT FOR (3) AND (4)

Stipulation by attorneys for Plaintiffs Arturo G. Salinas, et al and Gilberto M. Rodriguez, et al and for Defendant the City of Harlingen, Texas for the authenticity of documents identified in (3) and (4)

Case 1:98-cv-00162   Document 114   Filed in TXSD on 07/16/2001   Page 30 of 41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |

## STIPULATION OF AUTHENTICATION OF DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs, **Arturo G. Salinas, et al. and Gilberto M. Rodriguez**, et al. and Defendant, **City of Harlingen**, and stipulate to the authentication of the following documents.

I.

Defendant's Second Motion for Summary Judgment Exhibit G, which is the "Gun List Inventory" (Schropner's Deposition Exhibit No. 5).

## II.

Plaintiffs' Exhibits (referenced according to the exhibits letter attached to the Plaintiffs'

Response to Defendant's Second Motion for Summary Judgment):

| EXHIBIT REF. | EXHIBITS |
|---|---|
| B. | Sylvia Pirtle's Sworn Statement (Scheopner's Deposition Exhibit 9-L) |
| D | TCLEOSE § 211.104 Minimum Standards for Annual Firearms Proficiency |
| E. | Sgt. T. Hushen's Memo to Captain L. Rubio |
| I | Shawn Foist's Sworn Statement (Scheopner's Deposition Exhibit 9-N) |
| J | Shawn Foist's Sworn Statement (Scheopner's Deposition Exhibit 9-U) |
| K | Calibre Press Street Survival Newsline No. 288 (Scheopner's Deposition Exhibit 22) |
| L. | Computer Printout (Melody Matlock's Deposition Exhibit 47) |
| N. | Albert Daniel Perry's Sworn Statement (Scheopner's Deposition Exhibit 9-E) |
| O | Harlingen Police Department Departmental Directives - Excluding the 3 pages of the Arlington, Texas Police Department General Orders pages 209-5, 209-7, and 209-9, inadvertently included therein |
| P. | Memorandum for Jose E. Garza, Chief Patrol Agent, McAllen, Texas from Hector Gonzalez, San Benito shooting Report (Scheopner's Deposition Exhibit 9-DD) |
| Q. | Robert Rodriguez's Sworn Statement (Scheopner's Exhibit 9-CC) |
| W | Labels of Tape Housing (Gale Lynn Jones' Deposition Exhibits 61-A and B, and 62-A and B) |

Case 1:98-cv-00162   Document 114   Filed in TXSD on 07/16/2001   Page 32 of 41

Z.        Raul Rodriguez's Sworn Statement (Scheopner's Deposition Exhibit 9-P)

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _____
Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS,
ARTURO G. SALINAS, ET AL. and
GILBERTO M. RODRIGUEZ, ET AL.**

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone· 956/428-7495
Telecopier: 956/428-2954

**ATTORNEY-IN-CHARGE FOR DEFENDANT,
CITY OF HARLINGEN**

Case 1:98-cv-00162  Document 114  Filed in TXSD on 07/16/2001  Page 33 of 41

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _____ day of July, 2001, to the following counsel of record and interested parties:

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas 78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

    Ms. Sonia Lopez
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas 78539

TOM LOCKHART

# DOCUMENT FOR (5)

Affidavit of the author of Exhibit R stating that he has personal knowledge and is competent to testify.

ClibPDF - www.fastio.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS, ET AL. | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

## VERIFICATION

On this day, Jose Rubio, Jr.. appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said the facts and opinion stated in the affidavit he made on June 4, 1999, a copy of which is attached hereto as Exhibit "A," are within his personal knowledge and are true and correct.

Jose Rubio, Jr.

SWORN TO and SUBSCRIBER before me by Jose Rubio, Jr. on July 12 , 2001.

Notary Public in and for
the State of Texas



CYNTHIA CORTEZ
Notary Public, State of Texas
My Commission Expires
**January 22, 2004**

# DOCUMENT FOR (6)

The exicuted verification sheets:

Exhibit T       Jose Rubio, Jr.'s Affidavit
Exhibit U       Affidavit and Report of Dr. George L. Kirkam

# Exhibit T

CVisPDF – www.fastio.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS, ET AL. | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF Cameron | § |

## VERIFICATION

On this day, Jose Rubio, Jr. appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he read the "Letter to the citizens of this community." a copy of which is attached hereto as Exhibit "A," and the facts stated in it are within his personal knowledge and are true and correct.

_Jose Rubio_

Jose Rubio, Jr.

SWORN TO and SUBSCRIBER before me by am Jose Rubio, Jr. on July 8th, 2001.

Ann Merriman

ANN MERRIMAN
MY COMMISSION EXPIRES
July 15, 2004

Notary Public in and for the State of Texas

*Sunday November 29, 1998 V.M.S.*



# HARLINGEN POLICE ASSOCIATION
*"To Protect & To Serve"*
422 E. Harrison • Harlingen, Texas 78550
(956) 412-8267

### Letter to the citizens of this community

We would like to take this opportunity to explain why the Executive Board of the Harlingen Police Officers Association went public on the issue of the tragic Border Patrol shootings that occurred on July 7, 1998. A private citizen turned in a weapon (an AR-15) to the Harlingen Police Department for disposal on June 23, 1995. This same weapon was used in the shootings of the Border Patrol Officers, Susan Lynn Rodriguez and Raul Salinas. On July 10, 1998, the news media reported the weapon was registered to the Harlingen Police Department and Chief Schoopner gave a press release announcing why detective RD Moore was in possession of the AR-15. Chief Schoopner reported that Detective RD Moore was on-call 24 hours a day as the department's sharpshooter and that he was on the Special Weapons and Tactics (SWAT) team. This statement would trigger the events that have lead to us asking for a formal inquiry into how the weapon came to be in Detective RD Moore's residence. The following are the facts that have surfaced as of this date:

* There was no SWAT team in the Harlingen Police Department on the 7th of July 1998. In 1993, Chief Schoopner officially disbanded the ERT (Emergency Response Team) due to FLSA (Fair Labor Standards Act) problems, and DetectiveRD Moore was not a part of the ERT then.
* Detective RD Moore was not on 24-hour call for emergency purposes. He carried no pager and no one was aware that he was on call. There is no documentation within the Harlingen Police Department directing supervisors and or subordinates indicating that Moore was the department's sharpshooter by Chief Schoopner and or Captain Joseph Vasquez.
* Harlingen Police Officers are governed under the Texas Commission of Law Enforcement Standards and Education rules. The rules stipulate that any law enforcement officer who uses a rifle must comply with the yearly qualifications at a 100-yard range with the minimum of twenty duty rounds. The Harlingen Police Department borrows the indoor MMA gun range to comply with the yearly qualifications with the department issued Beretta 9mm handgun and the department issued shotguns assigned to the patrol units and to detectives. Any officer not complying with the rules is subject to having his peace officer's license revoked. We have no 100-yard range to comply with the requirements and no records exist that Detective RD Moore complied with the rules.
* The rifle and the caliber does not lend itself for sharpshooter's responsibilities. The rifle had no scope and the Harlingen Police Department did not supply the ammunition for the rifle. The common calibers accepted by law enforcement sharpshooters are the 308 caliber or the 30.06 caliber. The 223 caliber is not adequate for sharpshooter's responsibilities. The AR-15 rifle may be used as an assault rifle but only after meeting the qualifications set forth by TCLEOSE and proper approval by the department head. It would require the development of departmental policy (rules) so as to avoid vicarious liability. We have no such policy in place.
* The fact that the weapon was turned in for disposal and then issued by Captain Vasquez to Detective RD Moore goes against the original request by the person asking us to properly dispose of the weapon.
* There were numerous violations of the Harlingen Police Department Departmental Directives committed by persons associated with this tragic incident and yet no one has been disciplined as of this date.
* In March of 1996 during a joint meeting between the Association and the Harlingen City Commission, the Harlingen Police Association asked for the Harlingen Police Departmental Directives to be revised. Assignments were made by City management to revise the directives. the resistance by Chief Schoopner not to revise the directives led us to forego this issue in 1997.

Each one of us in the Harlingen Police Department that has any knowledge of any wrongdoing has a responsibility to bring forward the truth in this matter. There should be limits on loyalty. When an officer engages in unethical or inappropriate behavior, all of us are tainted in the same manner. Unfortunately, those who would hide behind the banner of "loyalty at all costs" are misguided. There are no winners in this tragedy. Doing the right thing is not always popular and it often places a heavy burden on us. Quoting from FBI Director Freeh, "Ultimately, it is the public that must demand from their elected officials and law enforcement executives an absolute commitment to integrity." Our inquiry has asked for accountability and the truth to be told.

Jose Rubio Jr./President
Harlingen Police Association

Dennis M. Zengston/Vice President
Harlingen Police Association

Robert Silva /Secretary
Harlingen Police Association

Antonio Sanchez/Treasurer
Harlingen Police Association

# Exhibit U

CVISPDF – www.fastio.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162 for all purposes) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162 for all pre-trial matters) |
| CITY OF HARLINGEN, TEXAS, ET AL. | § | |

| | |
|---|---|
| STATE OF FLORIDA | § |
| | § |
| COUNTY OF PALM BEACH | § |

## VERIFICATION

On this day, George Kirkham. appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said he was the author of the report, a copy of which is attached hereto as Exhibit "A," and the facts and opinion stated in it are within his personal knowledge and are true and correct.

_George Kirkham_
George Kirkham

SWORN TO and SUBSCRIBER before me by George Kirkham on ___7/9___, 2001.

_____
Notary Public in and for
the State of Florida

ALVIN L. DANIELS
Notary Public, State of Florida
My Comm. #CC847306
Expires: June 17, 2003
Notary Service & Bonding Co.