/21

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on July 19, 2001, the court **ORDERED** the Plaintiffs to submit a complete copy of the affidavit of Joe Rubio with numbered pages by Friday, July 20, 2001 at 4:00 p.m. The affidavit currently included as Exhibit R to Plaintiffs' Response to Defendant's Second Motion for Summary Judgment [Dkt. Nos. 106 and 110] is incomplete and it appears that the pages are not in the correct order.

DONE at Brownsville, Texas, this 19th day of July 2001.

Hilda G. Tagle
United States District Judge