12²c

United States District Court
Southern District of Texas
FILED

JUL 2 4 2001

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT**
**FOR PERMISSION TO FILE**
**SUPPLEMENTATION TO JOINT PRETRIAL ORDER**

Plaintiffs Gilberto M. Rodriguez, individually and on Behalf of his minor Daughter, Megan Suzanne Rodriguez and the Estate of his Wife Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on Behalf of the Estate of their Son Ricardo Guillermo Salinas, deceased; and Raul Rodriguez request leave of court to file a First Supplementation to the Joint Pre-Trial Order, and in support thereof will show the Court as follows:

I.

Plaintiffs filed their Motion to Compel Defendant City of Harlingen to Produce

-1-

the James Roberson (sic) Report on July 2, 2001. Plaintiffs and City of Harlingen, Defendant filed their Joint Pre-Trial Order on July 18, 2001. On the same day as the filing of the Joint Pre-Trial Order, this Court granted Plaintiffs' Motion to Compel and ordered Defendant to produce the James Robenson report to Plaintiffs. (Attached as Exhibit B to Supplementation to Joint Pretrial Order). After the parties filed the Joint Pre-Trial Order, Plaintiffs discovered the apparent existence of video and audio recordings from Cameron County Deputy Sheriff Heron Vidales' patrol vehicle recorded on the day of the incident in question, which have not been disclosed to Plaintiffs or their counsel.

II.

Plaintiffs request the Court to allow the filing of Plaintiffs' Supplementation to the Joint Pre-Trial Order because Plaintiff was not aware until after the filing of the Joint Pre-Trial Order that (a) the James Robenson report would be produced by the Defendant and (b) the video and audio recordings from Deputy Vidales' patrol vehicle ever existed.

Defendant will not be prejudiced by Plaintiffs' Supplementation to the Joint Pre-Trial Order because Defendant (a) possessed the James Robenson during the entire course of pre-trial discovery and (b) had an equal and ample opportunity to discover the existence of the video and audio recordings from Deputy Vidales' patrol vehicle.

Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 230 (1962).

Plaintiffs are filing their Supplementation to the Joint Pre-Trial Order contemporaneously with this motion.

**PRAYER**

WHEREFORE Plaintiffs pray that this Honorable Court:

A.   Grant this Motion for Leave of Court for Permission to File Plaintiffs' Frist Supplementation to the Joint Pre-Trial Order; and

-2-

B.     Allow Plaintiffs to file this First Supplementation.

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX  78701
512+474-6061
512+474-1605 (fax)

By   *Broadus Spivey*

Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS FOR PLAINTIFFS**
**Arturo G. Salinas, et al and**
**Gilberto M. Rodriguez, et al**

3163P.038-Mtn for Lv to File Supp PTO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on July 24, 2001, to all counsel of record and interested parties via facsimile and U.S. mail:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

RAMON GARCIA
SONJA LOPEZ
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, TX 78539

Broadus A. Spivey
Attorney for Plaintiffs
Arturo G. Salinas, et al and
Gilberto M. Rodriguez, et al