125

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Arturo Guillermo Salinas, et al, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-162 |
| § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED, that on July 25, 2001, the Court gave **NOTICE** to the Parties that it will consider the Robenson Report included in the Plaintiffs' Supplementation to Joint Pretrial Order [Dkt. No. 124] as part of the summary judgment record in ruling on the Defendant's Second Motion for Summary Judgment [Dkt. No. 100].

DONE at Brownsville, Texas, this 25th day of July 2001.

Hilda G. Tagle
United States District Judge