/29

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

01 JUL 31  PM 2: 48

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN, ET AL | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN, ET AL | { | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO
## FILE MOTION TO STRIKE EXPERT WITNESS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN ("Harlingen")** and files this
Unopposed Motion for Leave to File Motion to Strike Expert Witness and in support thereof
would show the Court as follows:

### I. CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with Plaintiffs' counsel and although they oppose the
Motion to Strike, Plaintiffs' counsel does not oppose the Court granting leave to file the Motion
to Strike for consideration by the Court.

## II. STATUS OF CASE AND ISSUES PRESENTED

Plaintiffs first designated Robert Rodriguez as an expert in their Witness List on July 17, 2001 to be attached to the Joint Pretrial Order. Defendant's Motion in Limine filed on July 18, 2001, requested the Court forbid Plaintiffs from calling any expert who is not timely designated and report provided in accordance with Fed. Rules of Civ. Procedure 26(a)(2). Because Defendant had so little time after receiving notice of Plaintiffs' intent to call Mr. Rodriguez as an expert, it was unable to set out detailed grounds and authorities in its motion concerning him. Defendant now requests leave to file its Motion to Strike Newly Designated Expert Witness Robert Rodriguez, which Motion provides more detailed background and authorities in order for the Court to rule on whether Mr. Rodriguez should be striken as a late designated witness for whom no report has been tendered.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that it be granted leave to files its Motion to Strike Newly Designated Expert Witness Robert Rodriguez and that the Court consider such motion at the Final Pretrial Conference scheduled for August 2, 2001 at 1:30 p.m.

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 31st day of July, 2001, to the following counsel of record and interested parties:

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

> Mr. Broadus A. Spivey  **Via CMRRR# 7099 3400 0018 1886 4419**
> **SPIVEY & AINSWORTH, P.C.**
> 48 East Avenue
> Austin, Texas  78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

> Ms. Sonia Lopez  **Via CMRRR# 7099 3400 0018 1886 4402**
> **LAW OFFICES OF RAMON GARCIA, P.C.**
> 222 West University Drive
> Edinburg, Texas  78539

_____
TOM LOCKHART