U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED
01 JUL 31 PM 2:49
MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO G. SALINAS, ET AL | |
| V. | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | JURY DEMANDED |
| and | |
| GILBERTO M. RODRIGUEZ, ET AL | |
| V. | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | |
| and | |
| RAUL RODRIGUEZ | |
| V. | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | |

## DEFENDANT'S UNOPPOSED MOTION
## TO FILE DEFENDANT'S MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **CITY OF HARLINGEN ("HARLINGEN")** and files this Motion and in support thereof would show the Court as follows:

## I.

Defendant seeks leave to file its Motion to Transfer Venue after the filing of a Joint Pretrial Order because of media development since July 18, 2001 and request that its Motion to Transfer Venue be considered at the Final Pretrial Conference on August 2, 2001.

## II.

### CERTIFICATE OF CONFERENCE

Defendant's counsel has conferred with Plaintiffs' counsel and they are not opposed to the filing of the Motion to Transfer Venue and it being considered at the Final Pretrial Conference.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court grant its Motion for Leave to File Defendant's Motion to Transfer Venue and consider such Motion at the Final Pretrial Conference on August 2, 2001.

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 31st day of July, 2001, to the following counsel of record and interested parties:

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey          **Via CMRRR# 7099 3400 0018 1886 4419**
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas  78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

    Ms. Sonia Lopez               **Via CMRRR# 7099 3400 0018 1886 4402**
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas  78539

_____
TOM LOCKHART