IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |

---

**DEFENDANT'S MOTION TO TRANSFER VENUE
UNDER 28 U.S.C. § 1404(a)**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, CITY OF HARLINGEN ("Harlingen") and files this Motion to Transfer Venue Under 23 U.S.C. § 1404(a) to another Division within the Southern District of Texas and in support thereof would show the Court as follows:

**I. CERTIFICATE OF CONFERENCE**

Defense counsel has conferred with lead counsel for Plaintiffs' Broadus Spivey and he is opposed to this Motion.

## II. STATUS OF CASE AND ISSUED PRESENTED

Discovery is closed, the parties have submitted their Pretrial Order, the case is currently set for Final Pretrial Conference on August 2, 2001, at 1:30 p.m.

The issue presented is whether the media coverage concerning this case, particularly concerning inadmissible matters and reasonable probability will preclude the selection of a fair and impartial jury, thereby requiring a transfer under 28 U.S.C. § 1404(a) in the interest of justice.

## III. BACKGROUND

During the course of this case Harlingen became increasingly concerned about media coverage of this litigation on TV, radio, and in the newspapers, primarily in Harlingen's *The Valley Morning Star*. As a result, Defendant filed its Unopposed Motion for Permission to Conduct Voir Dire Question by Counsel (Dkt No. 118). In the Joint Pretrial Order, filed July 18, 2001, (Dkt No. 117), Harlingen stated at ¶ f, "[d]epending upon the continued media coverage between now and trial, Defendant may be compelled to file a motion to transfer venue."

Continued media coverage of this litigation has occurred as evidenced by the attached: (1) *The Valley Morning Star* editions July 18, 19, 20, 26, 27, 28, 29 and 31; and (2) *The Brownsville Herald* edition July 26, 2001. The additional and cumulative effect of this publicity in reasonable probability preclude the selection of a fair and impartial jury.

As the attached articles demonstrate, there has been media coverage to pretrial rulings and collateral events.

The court may order a transfer under section 1404(a) when pretrial publicity jeopardizes the selection of a fair and impartial jury. *Andrade v. Chojnacki,* 934 F.Supp. 817, 834 (S.D. Tex. 1996). The publication of evidence that might be inadmissible during the trial is a consideration on whether the Court should exercise its discretion to transfer venue. *See Rideau v. State of*

*Louisiana*, 373 U.S. 723, 726, 730 (1963)(videotape of defendant's confession taken without advising him of right to counsel shown extensively on TV pretrial).

In this case, the extensive publicity has not just dwelt on Plaintiffs' claims. It also has put before the pool of potential jurors inadmissible evidence. The Court's rulings on pretrial motions are usually not proper topics on which to voir dire the jury. Potential jurors have been exposed to a combination of extensive coverage and considerable reporting of matters that would be reversible error to admit at trial. This imperils Harlingen's right to selection of a fair and impartial panel.

**WHEREFORE, PREMISES CONSIDERED**, Harlingen prays that this Court grant this motion and transfer venue of this trial to another Division outside of the Rio Grande Valley in the Southern District of Texas.

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 31st day of July, 2001, to the following counsel of record and interested parties:

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey | **Via CMRRR# 7099 3400 0018 1886 4419** |
| **SPIVEY & AINSWORTH, P.C.** | |
| 48 East Avenue | |
| Austin, Texas 78701-4320 | |

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez | **Via CMRRR# 7099 3400 0018 1886 4402** |
| **LAW OFFICES OF RAMON GARCIA, P.C.** | |
| 222 West University Drive | |
| Edinburg, Texas 78539 | |

_____
TOM LOCKHART