136

# Civil Courtroom Minutes
# Final Pretrial Conference

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Fajardo   ■ Koerner |
| DATE | 08 / 02 / 01 |
| TIME | a.m. — a.m. <br> 3:42 p.m. — 4:20 p.m. |
| CIVIL ACTION | B / 98 / 162 |
| STYLE | SALINAS, et al. *versus* CITY OF HARLINGEN, et al |

DOCKET ENTRY – **1:98cv162 is the lead case for consolidated action including (1:98cv162, 1:98cv163, and 1:99cv70).**

(HGT)   ■ Final pretrial conference;        (Rptr.   Breck Record   )

Sonia Lopez, Ramon Garcia, + Price Ainsworth        for     ■ Plaintiffs

Tom Lockhart, Leslie Lockhart + Roger Hughes        for     ■ Defendant City of Harlingen

☐   All motions not expressly decided are denied without prejudice.

☐   Evidence taken [exhibits or testimony].

■   Argument heard on:    ☐ all pending motions;    ■ these topics:

Appeal of summary judgment order on § 1983 cause of action against Defendant City of Harlingen and staying other causes of action until Fifth Circuit decides the appeal.

☐   Motions taken under advisement:

■   Order to be entered.

    1.   Final judgment on § 1983 claim against the City of Harlingen

    2.   All pending motions were withdrawn and therefore are denied without prejudice. If necessary, the Parties can refile the motions after the Fifth Circuit has ruled on the appeal.

☐   Miscellaneous review set:

1

- Rulings orally rendered on:
    1. Plaintiffs and Defendant withdraw all pending motions with leave to refile if necessary at a later time. No additional discovery will be performed. No additional motions, other than the motions withdrawn, will be entertained if a trial is necessary once the Fifth Circuit rules on the appeal unless good cause is shown.
    2. The 42 U.S.C. § 1983 cause of action against the City of Harlingen will be severed and final judgment will be entered so that Plaintiffs can appeal to the Fifth Circuit.