137

United States District Court
Southern District of Texas
FILED

AUG 0 2 2001 @1:15p.

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER
WITH DESIGNATION OF PORTION OF WRITTEN AND VIDEO
DEPOSITIONS TO BE READ OR SHOWN
BY CITING PAGE AND LINE NUMBERS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Giberto M. Rodriguez, individually and on Behalf of his minor Daughter, Megan Suzanne Rodriguez and the Estate of his Wife Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on Behalf of the Estate of their Son Ricardo Guillermo Salinas, deceased, Raul Rodriguez, Plaintiffs and City of Harlingen, Defendant, in the above reference action and make and

file this Joint Motion to Supplement Joint Pretrial Order With Designation of Portion of Written and Video Depositions of Natalie F. Prim, Joe LaBeau, George Hupp and James Michael Riley To Be Read or Shown, By Citing Page and Line Numbers and in support thereof would show the Court as follows:

## I.

By mutual oversight, Plaintiffs and Defendant failed to conform with Local Rule 15(b) requiring designation of deposition portions to be read.

## II.

Plaintiffs and Defendant request leave to supplement the Pretrial Order by inclusion of the attachments entitled:

1) Designation of Portion of Natalie F. Prim Deposition to be Shown;

2) Designation of Portion of Joe LaBeau Deposition to be Read;

3) Designation of Portion of George Hupp Deposition to be Read; and

4) Designation of Portion of James Michael Riley Deposition to be Read.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendant request leave to supplement the Joint Pretrial Order by inclusion of the attached Designations of Deposition excerpts to be read.

# JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER
## WITH DESIGNATION OF PORTION OF WRITTEN AND VIDEO DEPOSITIONS
## TO BE READ OR SHOWN BY CITING PAGE AND LINE NUMBERS

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512-474-6061
512-474-1605 (fax)

By _____
   *[signature]*
**Broadus Spivey**
State Bar No. 00000076
Federal I.D. No. 11146
**Price Ainsworth**
State Bar No. 00950300
Federal I.D. No. 8065
**Francis Pan**
State Bar No. 15443300
Federal I.D. No. 26385

**ATTORNEYS-IN-CHARGE FOR
PLAINTIFFS, ARTURO G. SALINAS,
ET AL. and GILBERTO M.
RODRIGUEZ, ET AL.**

## JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER
## WITH DESIGNATION OF PORTION OF WRITTEN AND VIDEO DEPOSITIONS
## TO BE READ OR SHOWN BY CITING PAGE AND LINE NUMBERS

By: _____
**Tom Lockhart**
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANT, CITY OF HARLINGEN**

JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER
WITH DESIGNATION OF PORTION OF WRITTEN AND VIDEO DEPOSITIONS
TO BE READ OR SHOWN BY CITING PAGE AND LINE NUMBERS

By: _____

**Ramon Garcia**
State Bar No. 07641800
Federal I.D. No. 3936
**Sonia Lopez**
State Bar No. 24003862
Federal I.D. No. 23501
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539
Telephone: 956/383-7441
Telecopier: 956/381-0825

**ATTORNEYS-IN-CHARGE FOR**
**PLAINTIFF, RAUL RODRIGUEZ**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was hand delivered on this 2nd day of August, 2001, to the following counsel of record and interested parties:

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas  78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

    Ms. Sonia Lopez
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas  78539

_____
TOM LOCKHART

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## DESIGNATION OF PORTION OF NATALIE F. PRIM
## VIDEO DEPOSITION TO BE SHOWN

By Plaintiffs:

All Except:

  p. 12, (ll. 8-19);

  p. 13, (ll. 2-4);

  p. 13, (ll. 7, 8);

  p. 16, (l. 23) – p. 17, (l. 11);

  p. 21, (ll. 10-13);

  p.21, (ll. 18-25);

p. 51, (ll. 21-24);

p. 63, (l. 7);

p. 90, (l. 25) – p. 91, (l. 11);

p. 95, (ll. 5-8);

p. 98, (l. 21) – p. 99, (l. 13).

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § § | CIVIL ACTION NO. B-98-162 |
| vs. | § § § | |
| CITY OF HARLINGEN, TEXAS; | § § | |
| And | § § | |
| GILBERTO M. RODRIGUEZ, ET AL | § § | |
| vs. | § § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § § | (Consolidated with B-98-162) |
| And | § § | |
| RAUL RODRIGUEZ | § § | |
| vs. | § § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF JOSEPH LABEAU
DEPOSITION TO BE READ**

By Plaintiffs:

All Except:

    p. 19, (ll. 23, 24);

    p. 21, (ll. 7, 8);

    p. 37, (ll. 2-6);

    p. 38, (ll. 7, 8);

p. 42, (ll. 16-19);

p. 48, (ll. 9, 10);

p. 60, (ll. 8, 9);

p. 60, (l. 22) – p. 61, (l. 6);

p. 61, (ll. 15-19);

p. 64, (ll. 7-14);

p. 67, (l. 23);

p. 69, (ll. 21, 22);

p. 72, (ll. 13-17);

p. 74, (ll. 5-7);

p. 77, (ll. 1-18);

p. 80, (ll. 20, 21);

p. 82, (l. 4);

p. 84, (ll. 14-16);

p. 85, (ll. 24, 25);

p. 88, (ll. 11, 12);

p. 90, (ll. 9, 10);

p. 91, (ll. 13, 14).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF GEORGE HUPP
DEPOSITION TO BE READ**

By Plaintiffs:

   Pg. 9, (l. 24) – p.35, (l. 19)
   Pg. 36, (l. 12) – p. 43, (l. 17)
   Pg. 43, (l. 21) – p. 64, (l. 6).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## DESIGNATION OF PORTION OF GEORGE HUPP DEPOSITION TO BE READ

By Defendant:

    P. 4, (ll. 5-14);

    P. 5, (l. 11) - p. 7, (l. 16);

    P. 7, (l. 22) - p. 9, (l. 11);

    P. 9, (l. 24) - p. 16, (l. 25);

    P. 65, (l. 7) - p. 68, (l. 25);

    P. 69, (l. 11) - p. 70, (l. 21).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF JAMES MICHAEL RILEY
DEPOSITION TO BE READ**

By Plaintiffs:

    P. 20, (l. 22) - p. 29, (l. 8);

    P. 29, (l. 19) - p. 36, (l. 6).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

**DESIGNATION OF PORTION OF JAMES MICHAEL RILEY DEPOSITION TO BE READ**

By Defendant:

Pg. 4, (l. 5) - p. 20, (l. 18).