*139*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED
AUG 0 7 2001

## ORDER

BE IT REMEMBERED, that on August 6, 2001, upon the request of all Parties, the Court **STAYED** all proceedings on the pending state law claim until the Fifth Circuit rules on the Plaintiffs' appeal from the final judgment entered on the 42 U.S.C. § 1983 claim against the City of Harlingen. The Parties have withdrawn all pending motions.

DONE at Brownsville, Texas, this 6th day of August 2001.

Hilda G. Tagle
United States District Judge