140

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-162 |
| | § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

**ENTRY OF FINAL JUDGMENT ON THE 42 U.S.C. § 1983
CLAIM AGAINST THE CITY OF HARLINGEN**

BE IT REMEMBERED, that on August 6, 2001, the Court **GRANTED** the Parties' agreed oral motion for entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b) on the Plaintiffs' 42 U.S.C. § 1983 claim against the Defendant City of Harlingen.

The Court consolidated the three lawsuits filed by the Plaintiffs for all purposes including trial [B-98-162, Dkt. No. 45] [B-98-163, Dkt. No. 45] [B-99-70, Dkt. No. 39]. The Court thereafter granted the Defendant City of Harlingen's motion for summary judgment on the Plaintiffs' 42 U.S.C. § 1983 claim through a written memorandum opinion [Dkt. No. 134]. At the final pretrial conference in this case, all Parties requested that the Court enter final judgment on the § 1983 claim against the City so that the Plaintiffs may appeal the Court's summary judgment ruling [Dkt. No. 136]. The Court finds that "there is no just reason for delay" of the Plaintiffs' appeal and that the reasons given by the Parties for seeking immediate appeal outweigh the risk and burdens of piecemeal appellate review. FED. R. CIV. P. 54(b). See Eldredge v. Martin Marietta Corp., 207 F.3d 737, 740 (5th Cir. 2000); Briargrove Shopping Center Joint Venture v. Pilgrim Enterprises, Inc., 170 F.3d 536, 539-40 (5th Cir. 1999); McDermott Intern., Inc. v. Underwriters At Lloyds Subscribing To Memorandum of Ins. No. 104207, 981 F.2d 744, 747-48 (5th Cir. 1993); Road Sprinkler Fitters Local Union v. Continental Sprinkler Co., 967 F.2d 145, 150 (5th Cir. 1992).

DONE at Brownsville, Texas, this 6th day of August 2001.

Hilda G. Tagle
United States District Judge