142

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | (consolidated with B-98-163 and B-99-70) |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on August 21, 2001, the Court **INFORMED** Defendant City of Harlingen that if it wishes the Court to consider a response to Plaintiffs' Motion for Reconsideration of Partial Summary Judgment and Memorandum in Support Thereof [Dkt. No. 141] it must file one by August 30, 2001.

DONE at Brownsville, Texas, this 21st day of August 2001.

Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com