**ORIGINAL**

United States District Court
Southern District of Texas
FILED

AUG 2 8 2001

Michael N. Milby
Clerk of Court

```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                     BROWNSVILLE DIVISION

 3      _____
                                            )
        ARTURO GUILLERMO SALINAS, ET AL     )
 4                                          )
                                            )  CIVIL ACTION NO.
 5      VS.                                 )  B-98-CV-162
                                            )
 6      CITY OF HARLINGEN, ET AL            )
                                            )
 7      _____)


 8              .


 9                      PRE-TRIAL CONFERENCE
             BEFORE THE HONORABLE HILDA G. TAGLE
10                       AUGUST 2, 2001


11      APPEARANCES:


12      For the Plaintiffs,
        Salinas and Rodriguez
13      Families:                 MR. PRICE AINSWORTH
                                  Attorney at Law
14                                Austin, Texas


15      For the Plaintiff,
        Raul Rodriguez:           MRS. SONIA LOPEZ
16                                MR. RAMON GARICA
                                  Attorneys at Law
17                                Edinburg, Texas


18      For the Defendants:       MR. TOM LOCKHART
                                  MR. ROGER HUGHES
19                                Attorneys at Law
                                  Harlingen, Texas
20
        Transcribed by:           BRECK C. RECORD
21                                Official Court Reporter
                                  600 E. Harrison, Box 16
22                                Brownsville, Texas  78520
                                  (956)548-2510
23

24

25


          Captured and Transcribed by Computer - Eclipse
```