147

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

NOV 14 2001

ARTURO GUILLERMO SALINAS, et al    §
                                   §
versus                             §   CIVIL ACTION NO. B-98-162
                                   §   (consolidated with B-98-163 & B-99-70)
CITY OF HARLINGEN                  §

## Scheduling Order

1. If necessary, motions previously withdrawn, will be re-filed by:    12/14/01

2. Joint pretrial order is due:    1/22/02
   (*The plaintiff is responsible for filing the pretrial order on time.*)

3. Docket Call and final pretrial conference is set for 1:30 p.m. on:    2/7/02

4. Jury Selection is set for 9:00 a.m. on:    2/11/02
   (*The case will remain on standby until tried.*)

   Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

   Signed November 14, 2001 at Brownsville, Texas.

                                        Hilda G. Tagle
                                        United States District Judge