IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |

**DEFENDANT'S MOTION TO TRANSFER VENUE
UNDER 28 U.S.C. § 1404(a)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, CITY OF HARLINGEN ("Harlingen") and files this Motion to Transfer Venue Under 23 U.S.C. § 1404(a) to another Division within the Southern District of Texas and in support thereof would show the Court as follows:

**I. CERTIFICATE OF CONFERENCE**

Defense counsel has conferred with lead counsel for Plaintiffs' Broadus Spivey and he is opposed to this Motion.

## II. STATUS OF CASE AND ISSUE PRESENTED

Discovery is closed, deadline for filing Joint Pretrial Order is January 22, 2002, the case is currently set for Docket Call and Final Pretrial Conference on February 7, 2002. at 1:30 p.m. and Jury Selection on February 11, 2002, at 9:00 a.m.

The issue presented is whether the media coverage concerning this case, particularly concerning inadmissible matters and reasonable probability will preclude the selection of a fair and impartial jury, thereby requiring a transfer under 28 U.S.C. § 1404(a) in the interest of justice.

## III. BACKGROUND

During the course of this case Harlingen became increasingly concerned about media coverage of this litigation on TV, radio, and in the newspapers, primarily in Harlingen's *The Valley Morning Star.* As a result, Defendant is refiling its Unopposed Motion for Permission to Conduct Voir Dire Questioning by Counsel.

Substantial and prejudicial media coverage of this litigation has occurred as evidenced by the Exhibits to Defendant's Unopposed Motion for Permission to Conduct Voir Dire Questioning by Counsel. The continued and cumulative effect of this publicity, in reasonable probability, precludes the selection of a fair and impartial jury.

As the referenced newspaper articles demonstrate, there has been media coverage to pretrial rulings and collateral events.

The court may order a transfer under section 1404(a) when pretrial publicity jeopardizes the selection of a fair and impartial jury. *Andrade v. Chojnacki,* 934 F.Supp. 817, 834 (S.D. Tex. 1996). The publication of evidence that might be inadmissible during the trial is a consideration on whether the Court should exercise its discretion to transfer venue. *See Rideau v. State of Louisiana,* 373 U.S. 723, 726, 730 (1963) (videotape of

defendant's confession taken without advising him of right to counsel shown extensively on TV pretrial).

In this case, the extensive publicity has not just dwelt on Plaintiffs' claims. It also has put before the pool of potential jurors inadmissible evidence. The Court's rulings on pretrial motions are usually not proper topics on which to voir dire the jury. Potential jurors have been exposed to a combination of extensive coverage and considerable reporting of matters that would be reversible error to admit at trial. This imperils Harlingen's right to selection of a fair and impartial panel.

**WHEREFORE, PREMISES CONSIDERED**, Harlingen prays that this Court grant this motion and transfer venue of this trial to another Division outside of the Rio Grande Valley in the Southern District of Texas.

Respectfully submitted,

By: _____

**Tom Lockhart**
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of December, 2001, a true and correct copy of the above and foregoing instrument was delivered to counsel of record for all parties, as indicated below.

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | **Via CMRRR# 7000 1670 0005 2563 2990** |

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | **Via CMRRR# 7000 1670 0005 2563 2983** |

_____
TOM LOCKHART