153

United States District Court
Southern District of Texas
FILED

DEC 1 7 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN, ET AL | { | |

**DEFENDANT'S SUPPLEMENT OF EXHIBITS TO RENEWAL AND
SUPPLEMENTATION TO DEFENDANT'S SECOND
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN ("Harlingen")** and Supplements Exhibits X and Z to its Renewal and Supplementation to Defendant's Second Motion for Summary Judgment as follows:

1) Defendant tenders and files the enclosed 3-page certification of the Court Reporter to the deposition of Julie Lynn Cox given on December 12, 2001, excerpts and Exhibits of which are attached to the Renewal of and

Supplementation to Defendant's Second Motion for Summary Judgment as Exhibit X;

2) Defendant tenders and files the enclosed executed Errata Sheet/Signature Page of the Deposition of Joseph Bennett Vasquez, excerpts and exhibits of which are attached to the Renewal of and Supplementation to Defendant's Second Motion for Summary Judgment as Exhibit Z.

Respectfully submitted,

By: _____
**Tom Lockhart**
**Admissions ID No. 2257**
Texas State Bar No. 12473500
**Roger W. Hughes**
**Admissions ID No. 5950**
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2001, a true and correct copy of the above and foregoing instrument was delivered to counsel of record for all parties, as indicated below.

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | **Via CMRRR# 7000 1670 0005 2563 2648** |

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | **Via CMRRR# 7000 1670 0005 2563 2631** |

_____
TOM LOCKHART

**CERTIFIED COPY**

137

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | * | |
| VS. | * | CIVIL ACTION B-98-162 |
| CITY OF HARLINGEN | * | |
| GILBERTO RODRIGUEZ, ET AL | * | |
| VS. | * | |
| CITY OF HARLINGEN | * | |
| RAUL RODRIGUEZ | * | |
| VS. | * | |
| CITY OF HARLINGEN | * | |

DEPOSITION OF JULIE LYNN COX
DECEMBER 12, 2001
REPORTER'S CERTIFICATION

I, JUDITH HENNIGH, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, JULIE LYNN COX, was duly sworn by me and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on the 13th day of December, 2001, to the Deponent, % McAllen Country Club, McAllen, Texas, for examination, signature and return to me by the 11th day of January, 2002.

That the amount of time used by each party at the deposition is as follows:

```
        Ms. Lopez:       1:50
        Mr. Lockhart:    0:11
        Mr. Ainsworth:   0:49
```

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes Counsel for all parties of record:

**HENNIGH-QUIN COURT REPORTERS**
CERTIFIED SHORTHAND REPORTERS

138

     Ms. Sonia I. Lopez, Counsel for Raul Rodriguez, 222 West University, Edinburg, Texas 78539;

     Mr. Price Ainsworth, Spivey & Ainsworth, Counsel for Gilberto Rodriguez, et al, 48 East Avenue, Austin, Texas 78701;

     Mr. Tom Lockhart, Adams & Graham, Counsel for Defendants, 222 West Van Buren, Harlingen, Texas 78550.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 13th day of December, 2001.

_____
JUDITH HENNIGH, TEXAS CSR #1752
Expiration Date: 12/31/02
Hennigh-Quin Court Reporters
Box 3036, Edinburg, Texas 78539
956/383-8887 or 800/892-6305

COURT COST: $ 1384.00

**CERTIFIED COPY**

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | CAUSE NO. B-98-162 |
| | * | US DISTRICT COURT |
| COUNTY OF HIDALGO | * | BROWNSVILLE DIVISION |

    I, JUDITH HENNIGH, Texas Certified Shorthand Reporter #1752, do hereby certify that the foregoing copy of the deposition of JULIE LYNN COX, reported in the foregoing numbered and styled cause by me, is a true and correct copy of the original deposition herein as duly certified and delivered by me.

    CERTIFIED TO this the 13th day of December, 2001.

*[Signature: Judith Hennigh]*

JUDITH HENNIGH
Certified Shorthand Reporter
Texas CSR #1752
Expires 12/31/02
Hennigh-Quin Court Reporters
Box 3036, Edinburg, Texas  78540
956/383-8887 / Fax 380-2050
Toll Free 1 800/892-6305

**CERTIFIED COPY**

HENNIGH-QUIN COURT REPORTERS
CERTIFIED SHORTHAND REPORTERS

```
                    ERRATA SHEET/SIGNATURE PAGE

PAGE  LINE    CHANGE                              REASON

 29   13      delete (ANTONIO)
 41    4      denoted to donated                 misspelled
 46   19      Stern to Sturm                     misspelled
 63   19      Buzz to Buzzed                     misspelled
 64   13      Liability to Reliability           correction
 69   13+14   Grams to Grains                    correction
 84   17      First to Second                    correction
 96    7      Purchases to Purposes              correction
 99   15      ER to ERT                          correction
120    5      Add after Quantico 1976            correction
144    7      Seminoff to Simonov                correction
147   25      Add In The 1980's                  Addition
```

I, JOSEPH BENNETT VASQUEZ, have read the foregoing transcript and hereby affix my signature that same is true and correct, except as noted above.

_Joseph Bennett Vasquez_
JOSEPH BENNETT VASQUEZ

THE STATE OF TEXAS

COUNTY OF CAMERON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority on this the ___29th___ day of ___May___, 2001.

[Notary Seal: MARIA S. MARTINEZ, Notary Public, State of Texas, Comm. Exp. 11-14-2004]

_Maria S. Martinez_
Notary Public in and for
The State of Texas

ARTURO GUILLERMO SALINAS
VS.
CITY OF HARLINGEN, TX

TN_575

BRYANT & STINGLEY, INC.