15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs | § § | |
| v. | § § § | CIVIL CASE NO. B-98-162 (consolidated with B-98-163 & B-99-70) |
| City of Harlingen, et al, | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 7, 2002, the Court **DENIED** Defendant's Unopposed Motion for Permission to Conduct Voir Dire Questioning by Counsel and to Conduct Individual Questioning of Members Outside the Presence of the Remainder of the Panel on Coverage of Shootings and Litigation [Dkt. No. 151].

DONE this 7th day of January, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge