United States District Court
Southern District of Texas
FILED

JAN 1 4 2002

Michael N. Milby
Clerk of Court

159

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162 for all purposes) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162 for all pre-trial matters) |

**THIRD SUPPLEMENTATION OF PLAINTIFFS, ARTURO GUILLERMO SALINAS', ET AL. AND GILBERTO M. RODRIGUEZ'S, ET AL. RULE 26 (a) INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Arturo Guillermo Salinas, et al. and Gilberto M. Rodriguez, et al., pursuant to Fed. R. Civ. P. 26(e), supplement their Initial Disclosures to include the following information not previously contained in prior filings or supplementations:

**(A) Individuals likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:**

| Name | Knowledge |
|---|---|
| Dr. Thomas Emmett Pirtle, III and wife, Sylvia Pyrtle<br>2902 North Augusta National Dr.<br>Harlingen, TX 78550<br>956+425-7032 | The gun involved in the shooting. |
| Robert Rodriguez<br>13850 Magnolia Way<br>Helotes, TX 78023<br>210+695-3471 | The gun involved in the shooting incident. |
| Julie Cox<br>Mailing: Rt. 2 Box 227-A<br>         Alamo, TX 78516<br>Physical: 6.5 Miles south of Tower Rd. on East border of the city of Alamo, TX | Ernest Moore, and shooting incident. |
| Mr. & Mrs. Leslie Cox<br>Rt. 2 Box 227-A<br>Alamo, TX 78516 | Julie Cox's parents |
| Javier Reyna<br>State Bar of Texas Harlingen Field Office<br>1109 N. 77 sunshine Strip<br>Harlingen, TX 78550<br>956+423-6890 | Former Criminal Investigator for CCSD; investigated & wrote report on murders and attempted murder in Rio Hondo; also at scene of shootings in San Benito. Ranger Jaramillo asked him to collect & deliver radio logbooks & tape recordings for CCSO; participated in re-enactment of chase of Ernest Moore. |
| Heron Vidales<br>315 Valle Alto Drive<br>Los Fresnos, TX 78566<br>Home phone: Non published | Former CCSD Deputy; shooting incident. Made video with a dash mounted video camera in his vehicle during the shooting incident in San Benito. |
| Freddy Vela<br>Federal Bureau of Investigation<br>1700 Paredes Line Rd.<br>Brownsville, Texas 78521<br>956+546-6922 | At scene of shootings in San Benito; inventoried Ernest Moore's pickup; has knowledge of the video taken by the dash mounted video camera in Heron Vidales' CCSD vehicle at the shooting scene in San Benito. |

3163D.082-Third Supplementation of     Page 2
Plaintiffs' Rule 26(a) Initial Disclosures

| | |
|---|---|
| John Wood<br>Federal Bureau of Investigation<br>615 East Houston, Ste. 200<br>San Antonio, Texas 78205<br>210+225-6741 | Special agent in charge of the crime in San Benito for FBI; present at Ernest Moore's autopsy; may have knowledge of the video that was taken by a dash mounted video camera in Heron Vidales' CCSD vehicle at the shooting scene in San Benito. |
| Mark Rich<br>Chief Division Counsel<br>Federal Bureau of Investigation<br>615 East Houston, Ste. 200<br>San Antonio, Texas 78205<br>210+225-6741 | May have knowledge of the video that was taken by a dash mounted video camera in Heron Vidales' CCSD vehicle at the shooting scene in San Benito. |

Respectfully Submitted,

**SPIVEY & AINSWORTH, P.C.**

48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _____
Broadus Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

# CERTIFICATE OF SERVICE

I hereby certify that the original of the above and foregoing document was forwarded on this 10th day of January 2001, to the following counsel of record and interested parties certified mail, return receipt requested:

Mr. Tom Lockhart **Via CMRRR# 7000 1670 0004 0279 7217**
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

Mr. Roman Garcia **Via CMRRR# 7001 1140 0000 7376 8601**
Ms. Sonia Lopez
LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
ATTORNEY FOR PLAINTIFF RAUL RODRIGUEZ

_____
Price Ainsworth