United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

## JOINT MOTION TO LATE FILE
## JOINT PRETRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Plaintiffs and Defendant in this case and jointly move the Court for leave to file the Joint Pretrial Order and in support thereof would show the Court as follows:

## I.

The parties, through respective attorneys of record and support staff, made the best effort to coordinate preparation of the Joint Pretrial Order for timely filing on January 22, 2002. Because of the magnitude and volume of the Pretrial Order and attached documents, it could not be finalized and signed by the attorneys of record in time for filing prior to 5:00 p.m. on January 22, 2002.

**WHEREAS**, the parties jointly request leave of Court to late file the Pretrial Order, which accompanies this joint motion.

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

# JOINT MOTION TO LATE FILE
# JOINT PRETRIAL ORDER

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701
512/474-6061
512/474-1605 fax

By: _/s/ Broadus Spivey_
Broadus Spivey
Federal I.D. No. 11146
State Bar No. 00000076
Price Ainsworth
Federal I.D. No. 8065
State Bar No. 00950300

Attorneys-in-Charge for Plaintiffs, Gilberto M. Rodriguez, et al. and Arturo Guillermo Salinas, et al.

# JOINT MOTION TO LATE FILE
# JOINT PRETRIAL ORDER

Respectfully submitted,

LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
956-383-7441
956-381-0825 (Fax)

By: _____
RAMON GARCIA
Federal I.D. No. 3936
State Bar No. 07641800
SONIA I. LOPEZ
Federal I.D. No. 23501
State Bar No. 24003862

Attorneys-in-Charge for Plaintiff, Raul Rodriguez