United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | |
| V. | § | |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| and | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | CIVIL ACTION NO. B-98-162 |
| V. | § | (For Discovery and Pretrial Matter Only) |
| CITY OF HARLINGEN, TEXAS, ET AL; | § | |
| and | § | |
| RAUL RODRIGUEZ | § | |
| V. | § | |
| CITY OF HARLINGEN, TEXAS, ET AL. | § | |

## PLAINTIFFS' MOTION IN LIMINE

Before the voir dire examination of the jury panel, Plaintiffs make this motion in limine. Plaintiffs seek to exclude matters that are inadmissible, irrelevant, or prejudicial to the material issues in this case. If Defendant injects these matters into the trial of this case through a party, an attorney, or a witness, Defendant will cause irreparable harm to Plaintiffs' case, which no jury instruction would cure. If any of these matters are directly or indirectly brought to the attention of the jury, Plaintiffs would be compelled to move for a mistrial. In an effort to avoid prejudice and possible mistrial, Plaintiffs urges this motion in limine. Plaintiffs ask the Court to prohibit Defendant from offering any of this evidence without first asking for a ruling from the Court, outside the jury's presence, on the admissibility of the evidence.

3163P.035 Motion in Limine

1.  That Plaintiffs have been entitled to receive, or will become entitled to receive, benefits of any kind or character from a collateral source, including, but not limited to, such collateral source benefits as the following:

   a.  Benefits under insurance policies generally or that there is or is not any insurance available to any party, as same is totally irrelevant.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   b.  Benefits from collateral insurance coverage.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   c.  Services furnished without charge.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   d.  Compensation for time not actually worked, including voluntary payment of wages by employer, paid absences, or accumulated sick leave.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   e.  Benefits from pensions.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   f.  Benefits from voluntary contribution by any employer of any Plaintiff or any other charitable entity.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   g.  Benefits from the Federal Government, Social Security, Veteran's Administration, tax exemption, military medical benefits, Medicare, Medicaid, or other government benefits.

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   h.  Unemployment benefits, welfare, or charity;

   **SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:**

   i.  Workers' compensation benefits.

**3163P.035 Motion in Limine**

SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:

2.  That Plaintiffs brought suit against (and later dismissed) individual Defendants Harlingen Police Detective R.D. Moore and Harlingen Police Chief Jim Schoepner.

SUSTAINED: ___ OVERRULED: ___ MODIFIED AS FOLLOWS:

3.  Plaintiffs ask the Court to instruct Defendant and all counsel not to mention, refer to, interrogate about, or attempt to convey to the jury in any manner, either directly or indirectly, any of these matters without first obtaining the permission of the Court, outside the presence and hearing of the jury, and to instruct the Defendants and all counsel to warn and caution each of their witnesses to follow the same instructions.

Respectfully submitted,

SPIVEY & AINSWORTH, P.C.
48 EAST AVENUE
AUSTIN, TEXAS 78701
512/474-6061
512/474-1605  fax

By _____
Broadus A. Spivey
State Bar No. 00000076
Price Ainsworth
State Bar No. 00950300

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on January 23, 2002 to all counsel of record and interested parties via Certified mail return receipt requested:

3163P.035 Motion in Limine

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS FOR DEFENDANT

*Broadus A. Spivey* (signature)
Broadus A. Spivey

3163P.035 Motion in Limine