165

United States District Court
Southern District of Texas
FILED

JAN 3 1 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

## JOINT MOTION FOR REFERRAL TO ADR

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the Plaintiffs and Defendant by authority of 28 U.S.C. § 652 (1998) and USDC/SDTX LR 16.4 (2000) and jointly move the Court to refer this case to mediation on February 6, 2002, by United States Magistrate Judge Felix Recio or, if he is not available, by a mediator selected by the parties.

-1-

## JOINT MOTION FOR REFERRAL TO ADR

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701
512/474-6061
512/474-1605 fax

By: *[signature]*
Broadus Spivey
Federal I.D. No. 11146
State Bar No. 00000076
Price Ainsworth
Federal I.D. No. 8065
State Bar No. 00950300

Attorneys-in-Charge for Plaintiffs, Gilberto M. Rodriguez, et al. and Arturo Guillermo Salinas, et al.

## JOINT MOTION FOR REFERRAL TO ADR

Respectfully submitted,

LAW OFFICE OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, Texas 78539
956-383-7441
956-381-0825 (Fax)

By: _____
    RAMON GARCIA
    Federal I.D. No. 3936
    State Bar No. 07641800
    SONIA I. LOPEZ
    Federal I.D. No. 23501
    State Bar No. 24003862

Attorneys-in-Charge for Plaintiff, Raul Rodriguez

TOTAL P.02

## JOINT MOTION FOR REFERRAL TO ADR

Respectfully submitted,

By: _____
**Tom Lockhart**
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

## ORDER

Pursuant to the Joint Motion of the parties, and by authority of 28 U.S.C. § 652 (1998) and USDC/SDTX LR 16.4 (2000), this case is referred to mediation on February 6, 2002 by

_____   United States Magistrate Judge Felix Recio.

_____   a mediator selected by the parties.

DONE this _____ day of _____, 2002, at Brownsville, Texas.

_____
Judge Presiding

cc:
    Mr. Broadus A. Spivey
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas 78701-4320

    Mr. Tom Lockhart
    **ADAMS & GRAHAM, L.L.P.**
    P. O. Drawer 1429
    Harlingen, Texas 78551

    Ms. Sonia Lopez
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas 78539

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

## ORDER

Pursuant to the Joint Motion of the parties, and by authority of 28 U.S.C. § 652 (1998) and USDC/SDTX LR 16.4 (2000), this case is referred to mediation on February 6, 2002 by

_____  United States Magistrate Judge Felix Recio.

_____  a mediator selected by the parties.

DONE this _____ day of _____, 2002, at Brownsville, Texas.

_____
Judge Presiding

cc:
    Mr. Broadus A. Spivey
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas  78701-4320

    Mr. Tom Lockhart
    **ADAMS & GRAHAM, L.L.P.**
    P. O. Drawer 1429
    Harlingen, Texas 78551

    Ms. Sonia Lopez
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas  78539