166

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN | { | |

## ORDER

Pursuant to the Joint Motion of the parties, and by authority of 28 U.S.C. § 652 (1998) and USDC/SDTX LR 16.4 (2000), this case is referred to mediation on February 6, 2002 by

☐ United States Magistrate Judge Felix Recio.

☑ James De Anda, a mediator selected by the parties.

DONE this 1st day of February, 2002, at Brownsville, Texas.

_____
Judge Presiding

[8]. H1023\ORDER009                                                    Page 1