16:

# Civil Courtroom Minutes



| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Lehrman |
| DATE | 02 / 01 / 02 |
| TIME | 10:30 a.m. — 10:43 a.m. |
| CIVIL ACTION | B / 98 / 162 |
| STYLE | SALINAS, et al. *versus* CITY OF HARLINGEN, et al |

United States District Court
Southern District of Texas
FILED
FEB 01 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY – **1:98cv162 is the lead case for consolidated action including (1:98cv162, 1:98cv163, and 1:99cv70).**

Teleconference (Rptr.-Breck Record   )

Sonia Lopez, Ramon Garcia, + Price Ainsworth     for     ■ Plaintiffs
Broadus Spivey

Tom Lockhart + Roger Hughes     for     ■ Defendant City of Harlingen

    The Court held teleconference on the Parties' Joint Motion for Referral to ADR [Dkt. No. 165]. The Court listed three names of mediators available for mediation on February 6, 2002. All Parties agreed to Judge James De Anda as mediator; **SO ORDERED**. The Court ordered Mr. Spivey to take care of all the necessary paperwork.

    The Court referred the Parties to mediation before Judge James De Anda on 2/6/02 at the Federal Courthouse, Brownsville Division.