467

United States District Court
Southern District of Texas
FILED

FEB 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | JURY DEMANDED |
| CITY OF HARLINGEN | { | |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

### NOTICE OF DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBITS WITH ATTACHED EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **CITY OF HARLINGEN** ("**HARLINGEN**") and makes the following Objections to Plaintiffs' Marked Exhibits:

a) Objection to Plaintiffs' Exhibit 2 on the basis of hearsay, FED.R.EVID. 802, relevancy FED.R.EVID. 401 & 402 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

b)   Objection to Plaintiffs' Exhibit 3 on the basis of hearsay, FED.R.EVID. 802, relevancy FED.R.EVID. 401 & 402 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602 ;

c)   Objection to Plaintiffs' Exhibit 4 on the basis of relevancy, FED.R.EVID. 401, 402 and unfair prejudice, FED.R.EVID. 403;

d)   Objection to Plaintiffs' Exhibit 5 on the basis of relevancy, FED.R.EVID. 401, 402 and on the basis of unfair prejudice, FED.R.EVID. 403;

e)   Objection to Plaintiffs' Exhibit 6 on the basis of relevancy, FED.R.EVID. 401, 402 and unfair prejudice, FED.R.EVID. 403;

f)   Objection to Plaintiffs' Exhibit 8 on the basis of relevancy, FED.R.EVID. 401, 402, unfair prejudice, FED.R.EVID. 403 and basis of hearsay, FED.R.EVID. 802;

g)   Objection to Plaintiffs' Exhibit 9 on the basis of relevancy, FED.R.EVID. 401, 402, unfair prejudice, FED.R.EVID. 403 and basis of hearsay, FED.R.EVID. 802;

h)   Objection to Plaintiffs' Exhibit 10 on the basis of relevancy, FED.R.EVID. 401, 402, unfair prejudice, FED.R.EVID. 403 and basis of hearsay, FED.R.EVID. 802;

i)   Objection to Plaintiffs' Exhibit 11 on the basis of relevancy, FED.R.EVID. 401, 402, unfair prejudice, FED.R.EVID. 403 and basis of hearsay, FED.R.EVID. 802;

j)   Objection to Plaintiffs' Exhibit 12 on the basis of relevancy, FED.R.EVID. 401, 402, unfair prejudice, FED.R.EVID. 403 and basis of hearsay, FED.R.EVID. 802;

k)   Objection to Plaintiffs' Exhibit 13 on the basis of relevancy, FED.R.EVID. 401, 402 and unfair prejudice, FED.R.EVID. 403;

l)   Objection to Plaintiffs' Exhibit 16 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

m)   Objection to Plaintiffs' Exhibit 17 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602

n)   Objection to Plaintiffs' Exhibit 18 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

o)   Objection to Plaintiffs' Exhibit 19 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

p)   Objection to Plaintiffs' Exhibit 20 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

q)   Objection to Plaintiffs' Exhibit 21 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

r)   Objection to Plaintiffs' Exhibit 22 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

s)  Objection to Plaintiffs' Exhibit 23 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

t)  Objection to Plaintiffs' Exhibit 24 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

u)  Objection to Plaintiffs' Exhibit 25 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

v)  Objection to Plaintiffs' Exhibit 26 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

w)  Objection to Plaintiffs' Exhibit 27 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

x)  Objection to Plaintiffs' Exhibit 28 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

y)  Objection to Plaintiffs' Exhibit 29 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

z)  Objection to Plaintiffs' Exhibit 30 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, and unfair prejudice, FED.R.EVID. 403;

aa) Objection to Plaintiffs' Exhibit 31 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

bb) Objection to Plaintiffs' Exhibit 32 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

cc) Objection to Plaintiffs' Exhibit 33 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

dd) Objection to Plaintiffs' Exhibit 34 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

ee) Objection to Plaintiffs' Exhibit 35 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

ff) Objection to Plaintiffs' Exhibit 36 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

gg) Objection to Plaintiffs' Exhibit 37 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

hh) Objection to Plaintiffs' Exhibit 38 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

ii) Objection to Plaintiffs' Exhibit 39 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

jj) Objection to Plaintiffs' Exhibit 40 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

kk) Objection to Plaintiffs' Exhibit 41 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

ll) Objection to Plaintiffs' Exhibit 42 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

mm) Objection to Plaintiffs' Exhibit 43 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

nn) Objection to Plaintiffs' Exhibit 44 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

oo)  Objection to Plaintiffs' Exhibit 45 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

pp)  Objection to Plaintiffs' Exhibit 46 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

qq)  Objection to Plaintiffs' Exhibit 47 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

rr)  Objection to Plaintiffs' Exhibit 64 on the basis of hearsay, FED.R.EVID. 802, cumulative, FED.R.EVID. 403, and the first sentence of the next to the last paragraph on p. 3 is speculative, contains an improper legal opinion and applies the wrong legal standard, FED.R.EVID. 702, 703 & 704;

ss)  Objection to Plaintiffs' Exhibit 66 on the basis of hearsay, FED.R.EVID. 802 and cumulative, FED.R.EVID. 403;

tt)  Objection to Plaintiffs' Exhibits 68 and 69 on the basis of relevancy and unfair prejudice, FED.R.EVID. 401, 402, 403. Evidence of unintended destruction is not admissible for the reasons set out in Defendant's Unopposed Joint Motion to Supplement Joint Pretrial Order, Exh. A (filed July 31, 2001);

uu)  Objection to Plaintiffs' Exhibit 84 on the basis of relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403, hearsay, FED.R.EVID. 802, authentication, FED.R.EVID. 901 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

vv) Objection to Plaintiffs' Exhibit 96 on the basis of relevancy, FED.R.EVID. 401, 402. First, the exhibit does not show the regulations were in effect at an relevant time. Second, none of the regulations create a standard for any common law duty. See Defendant's arguments concerning negligence *per se* contained in the Pre-Trial Order;

ww) Objection to Plaintiffs' Exhibit 115 on the basis of hearsay, FED.R.EVID. 802;

xx) Objection to Plaintiffs' Exhibit 117 on the basis of hearsay, FED.R.EVID. 802;

yy) Objection to Plaintiffs' Exhibit 126 on the basis of hearsay, FED.R.EVID. 802 and lack of personal knowledge, FED.R.EVID. 602;

zz) Objection to Plaintiffs' Exhibit 133 on the basis of hearsay, FED.R.EVID. 802 and lack of personal knowledge, FED.R.EVID. 602;

aaa) Objection to Plaintiffs' Exhibit 155 II on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

bbb) Objection to Plaintiffs' Exhibit 155 JJ on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

ccc) Objection to Plaintiffs' Exhibit 155 YY on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

ddd) Objection to Plaintiffs' Exhibit 155 ZZ on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

eee) Objection to Plaintiffs' Exhibit 155 AAA on the basis of relevancy, FED.R.EVID.401 & 402 and unfair prejudice, FED.R.EVID. 403;

fff) Objection to Plaintiffs' Exhibit 155 BBB on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

ggg) Objection to Plaintiffs' Exhibit 155 CCC on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

hhh) Objection to Plaintiffs' Exhibit 155 DDD on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

iii) Objection to Plaintiffs' Exhibit 162 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403, authentication, FED.R.EVID. 901 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

jjj) Objection to Plaintiffs' Exhibits 165 and 166 on the basis relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403;

kkk) Objection to Plaintiffs' Exhibit 167 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and authentication, FED.R.EVID. 901;

lll) Objection to Plaintiffs' Exhibit 188 on the basis of hearsay, FED.R.EVID. 802 and lack of personal knowledge, FED.R.EVID. 602;

mmm) Objection to Plaintiffs' Exhibit 189 on the basis of hearsay, FED.R.EVID. 802 and lack of personal knowledge, FED.R.EVID. 602;

nnn) Objection to Plaintiffs' Exhibit 236 on the basis of relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403. Evidence concerning record retention and unintended destruction is not admissible for the reasons set out in Defendant's Unopposed Motion to Supplement Joint Pretrial Order, Exh. A (filed July 31, 2001). Second, there is no showing the regulation was in effect at any relevant time.

ooo) Objection to Plaintiffs' Exhibit 247 on the basis of relevancy, FED.R.EVID. 401 & 402. First, the exhibit does not show the regulations were in effect at an relevant time. Second, none of the regulations create a standard for any common law duty. See Defendant's arguments concerning negligence *per se* contained in the Pre-Trial Order.

ppp) Objection to that portion of Plaintiffs' Exhibit 249 entitled "Arlington, Texas Police Department General Orders", pp. 209-5, 7 and 9 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, FED.R.EVID. 403 and authentication, FED.R.EVID. 901;

qqq) Objection to that portion of Plaintiffs' Exhibit 250 on the basis of hearsay, FED.R.EVID. 802, relevancy, FED.R.EVID. 401 & 402, unfair prejudice, confusion and waste of time, FED.R.EVID. 403, authentication, FED.R.EVID. 901 and author[s] or quoted person[s] lack personal knowledge, FED.R.EVID. 602;

rrr) Objection to that portion of Plaintiffs' Exhibit 251 on the basis relevancy, FED.R.EVID. 401 & 402 and pretrial communications between attorneys;

sss) Objection to Plaintiffs' Exhibit 276 on the basis of relevancy, FED.R.EVID. 401 & 402 and unfair prejudice, FED.R.EVID. 403. There is nothing to show the source of the document, when it went into effect, or how it bears on Defendant. Defendant further objects that the basis that it is not proper opinion testimony, FED.R.EVID. 701, 702, 703. It is not a proper subject for lay or expert opinion testimony. There is no showing the authority is qualified to give the opinions or that the author has a reliable basis for the opinions;

ttt) Objection to Plaintiffs' Exhibit 277 on the basis of privileged consultant status under Rule FED.R.CIV.PROC. 26(b)(3), (b)(4)(A);

uuu) Objection to Plaintiffs' Exhibit 279 on the basis of hearsay, FED.R.EVID. 801(d) and 802;

vvv) Objection to Plaintiffs' Exhibit 280 on the basis of hearsay, FED.R.EVID. 801(d) and 802;

www) Objection to Plaintiffs' Exhibit 282 on the basis of hearsay, FED.R.EVID. 802.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that these Objections be sustained by the Court.

Respectfully submitted,

By: _____
**Tom Lockhart**
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Notice of Defendant's Objections to Plaintiffs' Exhibits with Attached Exhibits" was faxed (without attachments) on this 5th day of February, 2002, to the following counsel of record and interested parties:

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey                              *Via Fax No. 512-474-1605*
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas 78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

    Ms. Sonia Lopez                                   *Via Fax No. 956-381-0825*
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas 78539

_____
TOM LOCKHART