*United States District Court*
*Southern District of Texas*
*ENTERED*

FEB 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO SALINAS et al., <br> Plaintiff, | § § § | |
| v. | § | C.A. NO. B-98-162 |
| CITY OF HARLINGEN, TEXAS <br> Defendant. | § § § § | |

## ORDER

BE IT REMEMBERED that on February 8, 2002, the Court **ORDERED** the Parties to resubmit the Joint Pretrial Order [Dkt. No. 162] by 4 p.m. C.S.T. on February 8, 2002. Specifically, the Court **ORDERS** the Parties to make a good faith effort to include only contested facts in the "Contested Issues of Fact" section.

The Parties are forewarned that failure to comply with an order of the Court may result in sanctions.

DONE this 8th day of February, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge