*172*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN | § | United States District Court<br>Southern District of Texas<br>FILED<br>FEB 07 2002 3:30P<br>Michael N. Milby, Clerk of Court |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163<br>(Consolidated with B-98-162) |
| CITY OF HARLINGEN | § | |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70<br>(Consolidated with B-98-162) |
| CITY OF HARLINGEN | § | |

## JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER
## WITH ATTACHMENTS "I", "J","K" AND "L"

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Gilberto M. Rodriguez, individually and on Behalf of his minor Daughter, Megan Suzanne Rodriguez and the Estate of his Wife Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on Behalf of the Estate of their Son Ricardo Guillermo Salinas, deceased, Raul Rodriguez, Plaintiffs and City of

Harlingen, Defendant, in the above reference action and make and file this Joint Motion to Supplement Joint Pretrial Order as follows:

## I.

By inadvertence, attachments "I", "J", "K" and "L" [(which were referenced in the Joint Pretrial Order under ¶ 14(3)] were not attached to the Joint Pretrial Order delivered to the Clerk on January 23, 2002.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendant request leave to supplement the Joint Pretrial Order by inclusion of attachments "I", "J", "K" and "L".

# JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER WITH ATTACHMENTS "I", "J","K" AND "L"

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _____
    **Broadus Spivey**
    State Bar No. 00000076
    Federal I.D. No. 11146
    **Price Ainsworth**
    State Bar No. 00950300
    Federal I.D. No. 8065
    **Francis Pan**
    State Bar No. 15443300
    Federal I.D. No. 26385

    ATTORNEYS-IN-CHARGE FOR
    PLAINTIFFS, ARTURO G. SALINAS,
    ET AL. and GILBERTO M.
    RODRIGUEZ, ET AL.

## JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER WITH ATTACHMENTS "I", "J","K" AND "L"

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Telecopier: 956/428-2954

ATTORNEY-IN-CHARGE FOR
DEFENDANT, CITY OF HARLINGEN

# JOINT MOTION TO SUPPLEMENT JOINT PRETRIAL ORDER WITH ATTACHMENTS "I", "J","K" AND "L"

Respectfully submitted,

By: _____
    **Ramon Garcia**
    State Bar No. 07641800
    Federal I.D. No. 3936
    **Sonia Lopez**
    State Bar No. 24003862
    Federal I.D. No. 23501
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas 78539
    Telephone: 956/383-7441
    Telecopier: 956/381-0825

    **ATTORNEYS-IN-CHARGE FOR**
    **PLAINTIFF, RAUL RODRIGUEZ**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## DESIGNATION OF PORTION OF NATALIE F. PRIM VIDEO DEPOSITION TO BE SHOWN

By Plaintiffs:

All Except:

    p. 12, (ll. 8-19);

    p. 13, (ll. 2-4);

    p. 13, (ll. 7, 8);

    p. 16, (l. 23) – p. 17, (l. 11);

    p. 21, (ll. 10-13);

    p.21, (ll. 18-25);

p. 51, (ll. 21-24);

p. 63, (l. 7);

p. 90, (l. 25) – p. 91, (l. 11);

p. 95, (ll. 5-8);

p. 98, (l. 21) – p. 99, (l. 13).

J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF JOSEPH LABEAU
DEPOSITION TO BE READ**

By Plaintiffs:

All Except:

    p. 19, (ll. 23, 24);

    p. 21, (ll. 7, 8);

    p. 37, (ll. 2-6);

    p. 38, (ll. 7, 8);

p. 42, (ll. 16-19);

p. 48, (ll. 9, 10);

p. 60, (ll. 8, 9);

p. 60, (l. 22) – p. 61, (l. 6);

p. 61, (ll. 15-19);

p. 64, (ll. 7-14);

p. 67, (l. 23);

p. 69, (ll. 21, 22);

p. 72, (ll. 13-17);

p. 74, (ll. 5-7);

p. 77, (ll. 1-18);

p. 80, (ll. 20, 21);

p. 82, (l. 4);

p. 84, (ll. 14-16);

p. 85, (ll. 24, 25);

p. 88, (ll. 11, 12);

p. 90, (ll. 9, 10);

p. 91, (ll. 13, 14).

K

Case 1:98-cv-00162    Document 172    Filed in TXSD on 02/07/2002    Page 11 of 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF GEORGE HUPP
DEPOSITION TO BE READ**

By Plaintiffs:

    Pg. 9, (l. 24) – p.35, (l. 19)
    Pg. 36, (l. 12) – p. 43, (l. 17)
    Pg. 43, (l. 21) – p. 64, (l. 6).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## DESIGNATION OF PORTION OF GEORGE HUPP DEPOSITION TO BE READ

By Defendant:

P. 4, (ll. 5-14);

P. 5, (l. 11) - p. 7, (l. 16);

P. 7, (l. 22) - p. 9, (l. 11);

P. 9, (l. 24) - p. 16, (l. 25);

P. 65, (l. 7) - p. 68, (l. 25);

P. 69, (l. 11) - p. 70, (l. 21).

Case 1:98-cv-00162    Document 172    Filed in TXSD on 02/07/2002    Page 14 of 16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**DESIGNATION OF PORTION OF JAMES MICHAEL RILEY
DEPOSITION TO BE READ**

By Plaintiffs:

    P. 20, (l. 22) - p. 29, (l. 8);

    P. 29, (l. 19) - p. 36, (l. 6).

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § § | CIVIL ACTION NO. B-98-162 |
| vs. | § § § | |
| CITY OF HARLINGEN, TEXAS; | § § | |
| And | § § | |
| GILBERTO M. RODRIGUEZ, ET AL | § § | |
| vs. | § § | CIVIL ACTION NO. B-98-163 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § § | |
| And | § § | |
| RAUL RODRIGUEZ | § § | |
| vs. | § § | CIVIL ACTION NO. B-99-70 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

**DESIGNATION OF PORTION OF JAMES MICHAEL RILEY DEPOSITION TO BE READ**

By Defendant:

    Pg. 4, (l. 5) - p. 20, (l. 18).