United States District Court
Southern District of Texas
FILED

FEB 07 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | CIVIL ACTION NO. B-98-162 |
| V. | { | JURY DEMANDED |
| CITY OF HARLINGEN | { | |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |

## SUPPLEMENTAL NOTICE OF DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBITS WITH ATTACHED EXHIBITS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **CITY OF HARLINGEN** ("HARLINGEN") and makes the following Objections to Plaintiffs' Marked Exhibits:

    a)    Objection to Plaintiffs' Exhibit 258-M and 258-N on the basis of relevancy and unfair prejudice FED.R.EVID. 401, 402 and 403.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that these Objections be sustained by the Court.

Respectfully submitted,

By: _____
Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
Roger W. Hughes
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing "Supplemental Notice of Defendant's Objections to Plaintiffs' Exhibits with Attached Exhibits" was faxed on this 6th day of February, 2002, to the following counsel of record and interested parties:

---

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | *Via Hand Delivery* |

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | *Via Hand Delivery* |

_____
TOM LOCKHART





258-M



258-N