*176*



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

FEB 1 · 2002

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |

---

## DEFENDANT'S MOTION TO EQUALIZE PEREMPTORY CHALLENGES

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant **CITY OF HARLINGEN** and files Defendant's Motion to Equalize Peremptory Challenges and in support thereof would show the Court as follows:

### I. CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with counsel for Plaintiffs and they are opposed.

---

DEFENDANT'S MOTION FOR PEREMPTORY CHALLENGES
[18rb c:\files\h1023\trial prep\mtn equalize peremptory

## II.  Factual Background

There are three groups of Plaintiffs in this case.  They are (1) the parents of the deceased, Ricardo Salinas; (2) the spouse, child, and parents of the deceased, Susan Rodriguez; and (3) Raul Rodriguez.  There is only one Defendant, The City of Harlingen.

Before the commencement of jury selection, the Court should equalize the peremptory challenges.

## III.

The Court must allow each party three peremptory challenges.  FED. R. CIV. PROC. 47(b); 28 U.S.C. § 1870.  In a multiparty case, the Court may consider several plaintiffs or defendants as a "single party" for the purposes of making challenges, or may allow additional peremptory challenges and permit them to be exercised jointly or severally.  28 U.S.C. § 1870; *Goldstein v. Kellerher*, 728 F.2d 32, 36-37 (1st Cir. 1984), *cert. denied* 469 U.S. 852 (1985).

The Court has discretion to determine if multiple parties should be treated as a single party, or for allowing additional peremptory challenges.  *In re Aircrash Disaster*, 86 F.3d 498, 518 (6th Cir. 1996).  However, though that discretion is considerable, it is not unlimited.  *Goldstein*, 728 F.2d at 37.  If multiple parties on one side have identical interests, it is an abuse of discretion to not treat them as a single party and to not equalize the strikes in some manner.  *Goldstien*, 728 F.2d at 37.

Unless the Court equalizes peremptory challenges, the Plaintiffs may be entitled to possibly nine while the City would be entitled to only three.  The Court should consider all Plaintiffs to be a single party for the purposes of making peremptory challenges.  The Court should equalize peremptory challenges by either (1) treating all Plaintiffs as one side and

giving them a total of three strikes, or (2) giving the Defendant City the same number of peremptory strikes as it allocates to all Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, the Court should equalize the peremptory challenges allocated for jury selection to the parties in this case, grant the relief requested and any other such further relief Defendant shows itself entitled.

Respectfully submitted,

By: _____

Tom Lockhart
Admissions ID No. 2257
Texas State Bar No. 12473500
**Roger W. Hughes**
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 11th day of February, 2002, to the following counsel of record and interested parties:

Attorneys-in-Charge for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                              **Via Hand Delivery**
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas  78701-4320

Attorney-in-Charge for Plaintiff, RAUL RODRIGUEZ:

Ms. Sonia Lopez                                    **Via Hand Delivery**
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas  78539

_____
TOM LOCKHART