*177*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

## FIRST SUPPLEMENT TO DEFENDANT'S MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** ("City"), and files this its First Supplement to Defendant's Motion to Transfer Venue and would respectfully show the Court as follows:

**I.**

Defendant CITY OF HARLINGEN supplements its Motion to Transfer Venue with additional evidence concerning (1) local newspaper coverage of mediation and the Court's rulings

on the Motion in Limine, (2) articles published by local newspapers on the internet concerning same, and (3) local television and radio news coverage of the same.

## II.

On February 7, 2002, the *Valley Morning Star* newspaper published an article entitled "Mediation Fizzles." See attached Exhibit 2. This article reported that mediation occurred on February 6, 2002, published remarks by Plaintiffs concerning why mediation failed, references to the existence and amount of Defendant's insurance limits and to Defendant's counsel as "insurance attorneys."

## III.

On the evening of February 7, 2002, a Harlingen television station, Channel 4, carried a broadcast concerning both mediation and the Court's rulings at the pre-trial conference. See Exh. 1, Affidavit of Roger W. Hughes.

The report broadcast on KGBT-Channel 4 specifically mentioned that there had been months of negotiation or mediation between Plaintiffs and the City which had broken down and that the case now had gone to trial. Exh. 1.

## IV.

On February 8, 2002, an article appeared in the *Valley Morning Star* and also on its website entitled "Trial Set in Shooting Deaths." See attached Exhibits 3 & 4. The article again referred to the City's counsel as "the City's insurance attorney." Not only did the article get front page coverage on the Court's rulings concerning "Nazi Memorabilia," it gave similar coverage to the Court's rulings granting in part Defendant's Motion in Limine concerning the dispatcher's audio tapes. Exh. 3. The article is also published on the internet by that paper's website, www.valleystar.com. Exh. 4.

*The Monitor* published the same article by the same author and put it on its website, www.themonitor.com. See attached Exhibits 5 & 6. Because it was the same article, it also referred to the City's counsel as an "insurance attorney" and prominently discussed even the favorable rulings on Defendant's Motion in Limine. However, it bore the title "Judge: Nazi memorabilia is admissible."

## V.

On February 8, 2002, a local radio station, KURV "Talk Radio", carried an article on its website. Exh. 7. The same day, KURV conducted a call-in poll (the "People Poll") and the question of the day was "Should the lawsuit over the 1998 shooting deaths of the two Border Patrol agents be settled out of court?" Exh. 8. The poll results were published on the KURV website. Exh. 8. At about 5:30 p.m., during the KURV news broadcast, two of its announcers discussed the People Poll results, the failure to settle, the merits of likely evidence at trial, etc. Exh. 1, 9.

## VI.

The existence of any insurance coverage, the occurrence of settlement negations, that any party has filed a motion in limine, and the Court's ruling on any motion in limine (particularly rulings excluding or limiting evidence) are not admissible for jury consideration at trial. All of these subjects have now been published in the news paper and on the internet and broadcasted via TV and radio throughout the Valley. The fact that people responded to a voluntary call-in poll on whether the case should be settled is compelling proof that all these subjects have become common knowledge throughout the Valley.

**WHEREFORE, PREMISES CONSIDERED,** Defendant City of Harlingen prays the Court consider this additional evidence, grant its Motion to Transfer Venue and any other such further relief at law and equity to which it may show itself entitled to receive.

---

Respectfully submitted,

By: _____

TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas  78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF
HARLINGEN, TEXAS and Third Party
JAMES ROBENSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this ___11th___ day of February, 202, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

    Mr. Broadus A. Spivey                                   Hand Delivery
    **SPIVEY & AINSWORTH, P.C.**
    48 East Avenue
    Austin, Texas  78701-4320

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

    Mr. Ramon Garcia                                      Hand Delivery
    Ms. Sonia Lopez
    **LAW OFFICES OF RAMON GARCIA, P.C.**
    222 West University Drive
    Edinburg, Texas  78539

TOM LOCKHART

# AFFIDAVIT OF ROGER W. HUGHES

STATE OF TEXAS        §
                        §
COUNTY OF CAMERON    §

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared ROGER W. HUGHES, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

1. My name is ROGER W. HUGHES. I am over the age of 18 years and am competent to make this affidavit. I am associate counsel for the Defendant City of Harlingen in the above styled and referenced case.

2. On February 7, 2002, I was watching the 10:00 p.m. news on Channel 4, KGBT. Channel 4 is a news station located in Harlingen, Texas. It can be received in Cameron, Willacy and Hidalgo Counties. During the course of the newscast, one of the reporters reported on this case. To the best of my memory, the newscaster was Martha Benavides. To the best of my memory, I recall Ms. Benavides saying words to the effect that after the parties have been engaged in ten months of mediation, that the case had not settled and that the Court had ordered the parties to proceed to trial next week.

3. I have attempted to obtain a video tape of the broadcast. However, I have been informed that Channel 4's policy is that they do not duplicate copies of broadcast, except in response to a Court's subpoena.

4. Attached as Exhibit 2 is a true and correct copy of an article that appeared in the *Valley Morning Star* newspaper published on February 7, 2002.

5. Attached as Exhibit 3 is a true and correct copy of an article that appeared in the *Valley Morning Star* newspaper published on February 8, 2002. Attached as Exhibit 4 is a true and correct copy of an article I downloaded from that newspapers website, www.valleystar.com, the same day.

6. Attached as Exhibit 5 is a true and correct copy of an article that appeared in the *McAllen Monitor* newspaper published on February 8, 2002. Attached as

Exhibit 6 is a true and correct copy of an article I downloaded from that newspapers website, www.themonitor.com, the same day.

7.    Attached as Exhibit 7 is a copy of an article I downloaded on February 8, 2002, from the website for KURV radio, www.kurv.com. KURV radio is an AM radio station located in Cameron County, broadcasting on AM frequency 710. It has a "talk radio" format and can be received in Cameron, Willacy, and Hidalgo County. Attached as Exhibit. 8, is the People Poll and its results conducted by KURV on the same date; I downloaded Exhibit 8 from the KURV website on February 8 & 9, 2002.

8.    During KURV's 5:00 p.m. news broadcast on February 8, 2002, the two news commentators discussed the People Poll result. I listened to it. Attached as Exhibit 9 is a transcript of the discussion prepared by my secretary from a tape of the broadcast and reviewed by me for accuracy. It it is correct except that the tape ended during the discussion and had to be flipped over to record the remainder; this caused about 10 seconds not to be recorded.

9.    The above and foregoing is true to my personal knowledge.

_____
ROGER W. HUGHES

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said

Affiant, on the ___10th___ day of February, 2002, to certify which witness my hand and seal

of office.

RITA BALLI
Notary Public
State of Texas
My Comm. Exp. 03-14-2005

_____
Notary Public, State of Texas
Printed Name: _Rita Balli_
My Commission Expires: _03-14-05_

Powell talks tough about Iraq / Page C6



# Valley Morning St

Serving the
Rio Grande Valley

**THURSDAY, FEBRUARY 7, 2002**       www.valleystar.com

# City bar district takes a

## Owners say their businesses are unfairly targeted

**By FERNANDO DEL VALLE**
Valley Morning Star

HARLINGEN — City commissioners Wednesday took sweeping action in a campaign to clean up the city's old bar district, shutting down one of the area's biggest saloons and imposing a moratorium on bar permits there.

In a meeting, commissioners denied La Tejana Bar's request for a liquor license renewal.

In another move, they denied a bar permit to a woman who applied to open a saloon at the site of the old Laredo Bar, which the city closed after it denied a request for a liquor license renewal in December.

But commissioners approved three requests to open bars in other parts of town.

Before a crowd that packed commission chambers, a lawyer representing La Tejana Bar accused city officials of targeting the area known as La Placita.

"We're not singling out La Tejana. We're singling out the incidents that occur there," said Roy Alvarez, chairman of the La Placita Advisory Board, the citizens committee that oversees the an overlay

"We're n of people Alvarez said the crime

A city i for 45 p from Janua



**VIDEO SLOT MACHINE:** Joey Eddeek sits near the video slot machines inside his convenience store in Harlingen, where many people play the arcade games. After police raids at some Harlingen, San Benito and Brownsville arcades, some of the facilities closed, leaving the false impression that all the shops were operating illegally.                    Star photo by Christy De La Garza

# A Different Spin

## Gambling arcades close for fear of losing machines

**By VANESA SALINAS**
Valley Morning Star

"So long as it does not pay out more

Austin, said that gambling is a local law enforcement issue.

"We only get involved when we're

# Mediat
# talks f

## City, plaintiffs er
## shooting death o

**By FERNANDO DEL VALLE**
Valley Morning Star

BROWNSVILLE — After about 10 hours of negotiations, Harlingen officials and plaintiffs Wednesday evening failed to reach a settlement in the $20 million lawsuit that claims a detective's son deliberately picked a police-issued rifle to kill two U.S. Border Patrol agents and injure a sheriff's deputy.

"The parties went in there in good faith and it didn't happen," City Manager Roy Rodriguez said Wednesday night.

A pre-trial hearing is set for 1:30 p.m. today in U.S. District Court.

The case will go to trial Monday.

At city hall, officials were anxiously awaiting the outcome of the mediation hearing between Tom Lockhart, the city's insurance attorney, plaintiffs' attorneys Broadus Spivey and Sonia Lopez and the families of victims of the 1998 shootings.

"There's a lot of anxiety, I'm

# Water de

**Powell talks tough about Iraq / Page C6**

# ley Morning Star

www.valleystar.com

**50 cents**

# r district takes a hit

## ers say their businesses are unfairly targeted

jana Bar's request for a
· renewal.
· move, they denied a bar
woman who applied to
n at the site of the old
which the city closed
d a request for a liquor

license renewal in December.
But commissioners approved
three requests to open bars in other
parts of town.
Before a crowd that packed com-
mission chambers, a lawyer repre-
senting La Tejana Bar accused city

officials of targeting the area known
as La Placita.
"We're not singling out La Tejana.
We're singling out the incidents that
occur there," said Roy Alvarez, chair-
man of the La Placita Advisory
Board, the citizens committee that

oversees the area the city designated
an overlay district in 1999.
"We're trying to improve the types
of people coming through the area,"
Alvarez said. "We're trying to reduce
the crime incidence we're having."
A city investigation cited the bar
for 45 public intoxication arrests
from January to November 2001, said

**Please see 'BARS,' Page A8**



Star photo by Christy De La Garza

video          raids at some Harlingen, San Benito and Brownsville
ngen,          arcades, some of the facilities closed, leaving the false
olice          impression that all the shops were operating illegally.

# erent Spin

## ose for fear of losing machines

o long as it does
) not pay out more

Austin, said that gambling is a local
law enforcement issue.
"We only get involved when we're
wanted to come to help " Keller said

# Mediation talks fizzle

## City, plaintiffs end talks in shooting death of BP agents

**By FERNANDO DEL VALLE**
Valley Morning Star

BROWNSVILLE — After
about 10 hours of negotiations,
Harlingen officials and plain-
tiffs Wednesday evening failed
to reach a settlement in the
$20 million lawsuit that
claims a detective's son delib-
erately picked a police-issued
rifle to kill two U.S. Border
Patrol agents and injure a
sheriff's deputy.
"The parties went in there
in good faith and it didn't hap-
pen," City Manager Roy
Rodriguez said Wednesday
night.
A pre-trial hearing is set for
1:30 p.m. today in U.S. District
Court.
The case will go to trial
Monday.
At city hall, officials were
anxiously awaiting the out-
come of the mediation hearing
between Tom Lockhart, the
city's insurance attorney,
plaintiffs' attorneys Broadus
Spivey and Sonia Lopez and
the families of victims of the
1998 shootings.
"There's a lot of anxiety, I'm

sure on both sides," Rodriguez
said Tuesday evening.
The mediation hearing
began at 8 a.m. Wednesday
and ran until 5:45 p.m.
Faced with the biggest law-
suit in the city's recent history,
Mayor Connie de la Garza
said Tuesday that it was "in
the city's best interest to go
into mediation and hopefully
we can settle this once and for
all."
But the families of slain
Border Patrol agents Susan
Lynn Rodriguez and Ricardo
Guillermo Salinas repeatedly
said they would not settle the
case out of court. Instead, they
planned to go to trial "to get to
the truth," Arturo Salinas, the
father of the rookie agent,
repeatedly said in past inter-
views. "It's not about money."
Both parties chose Judge
James De Anda, former chief
judge of the Southern District
of Texas, to serve as mediator
for the hearing at the U.S.
District Courthouse here,
court documents show.
"Our insurance representa-

**Please see 'MEDIATE,' Page A8**

# Water debt leads



**Dobra VODKA**

WINE Mix or Match
3 bottles .750 **10% off**

rray Gin 1 75 94 6°   $28.99

Vodka
$7.98

Job Beer
3 bottles $3.99

**FELDMAN'S**

| McALLEN | SOUTH |
|---|---|
| 1910 S 10th | PADRE ISLAND |
| 3010 N 10th | 1514 Padre Blvd. |

www.valleyspirits.com   **VALLEYWIDE**

## MEDIATE / Mediation talks fizzle

**Continued from Page A1**

tives along with (the plaintiffs') legal counsels have mutually agreed to mediation," de la Garza said Tuesday.

Before entering the mediation hearing, plaintiffs' lawyers remained prepared to take their case to trial.

"We're getting ready to go to trial on Monday — definitely," said Lopez, the Edinburg lawyer representing Cameron County Sheriff's Deputy Raul Rodriguez, who was critically injured in the shootout.

If the plaintiffs win the requested $20 million judgment, the city's insurance premium, carried by the Texas Municipal League, would cover as many as $10 million in damages.

It was the second time the parties failed to settle the case out of court.

In December 1998, the parties entered into mediation, failing to reach a settlement after seven hours of negotiations.

On July 7, 1998, Ernest Moore used his father's police-issued assault rifle to kill the

two Border Patrol agents and injure the sheriff's deputy. In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home.

In their lawsuit, plaintiffs charge Ernest Moore deliberately picked his father's police-issued rifle because practice had made him comfortable with the weapon.

But the city argues Ernest Moore could have used other semiautomatic rifles stored in the gun vault in his bedroom.

On Aug. 2, U.S. District Judge Hilda Tagle dismissed the federal lawsuit, ruling Ernest Moore could have used another semiautomatic rifle in the shootings.

But on Oct. 19, Tagle reversed her decision based on the testimony of Moore's ex-fiancée, Julie Lynn Cox, who claimed Moore regularly practiced with the police-issued rifle and kept the gun in his pickup.

## ARCADES / Gambling

**Continued from Page A1**

mately $15. Each ticket he received in exchange is equivalent to $1. The player could exchange the tickets for food, gas and merchandise at the store.

"They are not here to get rich or the gambling part of it. They have a little time to spare," Eddeek said.

A man playing the video slot machine at Joe's Quick Stop, who asked to remain anonymous, said he has won a television and a VCR.

Eddeek said that after gambling arcades offering money started opening in the area, he lost about 50 percent of his clientele.

The illegal gambling machines also affected Valley Race Park.

Charlie McIntosh, director of operations for VRP, said the track is at a disadvantage because it is regulated by the Texas Leasing Commission and can't operate such gambling machines.

That disadvantage disappeared with the seizure of many of the illegal slot machines.

McIntosh said that Wednesday was VRP's best day since it opened for the season in November. Attendance was more than 1,500.

The boost in attendance he attributes directly to the closing of some gambling arcades.




*winter apparel*

# SAVE 75%
## America's favorite Designer Sweaters
Save on a collection of wear-now designer winter sweaters in lots of colors and styles.
Orig. $49-$118. **now 24.50-59.00.**

# SAVE 50%
## All-American Designer Sweaters
A great selection of crewnecks and V-necks in solids or stripes with flag logo detailing
Orig $59-$89. **now 29.50-44.50.**

# SAVE 50%
## Westbound Knits
Choose from mocknecks, turtlenecks and scrunchnecks in assorted colors and styles for the winter weather. Orig $18. **now 9.00.**

# SAVE 50%
## Joan Leslie Career Sportswear
Great savings on career jackets, pants, skirts, blouses and knits
Orig. $40-$80. **now 20.00-40.00.**

# SAVE 50%
## Bechamel Novelty Knit Dressings
Select from a large assortment of fall novelty knit tunics, henleys and cardigans
Orig. $28-$48. **now 14.00-24.00.**

m shown represents department and may no longer be available
age savings based on original prices. All items subject to prior sale.

a, MasterCard, American Express, Discover or Diners Club card.
) P.M ; SUNDAY, NOON TO 6 P.M. - Valle Vista Mall - 428-8181


# Dillard's

**Lawsuit claims contaminated water supply caused miscarriages / Page A3**

Serving the
Rio Grande Valley

# Valley Morning Star

**FRIDAY, FEBRUARY 8, 2002**

www.valleystar.com

**50 cents**

# Trial set in shooting deaths

## Judge rules on what evidence can be presented

**By FERNANDO DEL VALLE**
Valley Morning Star

BROWNSVILLE — A federal judge Thursday told attorneys she would allow plaintiffs to present evidence that shows a detective's son may have been influenced by Nazi doctrine when he killed two U.S. Border Patrol agents and injured a

sheriff's deputy.

In a pre-trial hearing, U.S. District Judge Hilda Tagle said she would also allow plaintiffs to present a city contention's report that found police officials violated standard policy when

they allowed the semiautomatic rifle to reach the hands of Ernest Moore.

Tagle set jury selection for Monday in the case that stems from a $20 million lawsuit. She set the trial for Feb. 19.

The plaintiff' attorney, Broadus Spivey, told Tagle he could call as many as 32 witnesses to the stand.

In the 90-minute hearing, Tom Lockhart, the city's insurance attorney, requested Tagle consider moving

the trial to another part of the state because the *Valley Morning Star's* coverage of the case could influence jurors. Tagle said she would determine if media coverage influenced jurors after attorneys select a jury Monday.

As attorneys examined evidence in the case, Lockhart requested that the

**Please see TRIAL, Page A8**

**Please see TRIAL, Page A8**



## TECHNOLOGY ON PARADE



## Blaze leaves family in need

### 16 people lived in home destroyed by deadly fire

**By VANESA SALINAS**
Valley Morning Star

SANTA ROSA — Lisa Moreno feels devastated that she will no longer see her 18-year-old brother roam around her house.

Ramon Garza Jr. died early Wednesday morning in a house fire. He was the third youngest of 20 brothers and sisters and the family's baby

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 15 of 33



**Albertsons**
© Copyright 2002 by Albertson's, Inc.

FRI. FEB. 8
THRU SUN.
FEB. 10

Your Choice

3 Days Only!

Boneless
New York
Strip Steak
In Our Butcher Block

Small
Cooked Shrimp
In Our Butcher Block

BONUS BUY

**4.99** lb.
SAVE UP TO $5.00 LB.

BUY

SAVE 60¢ LB.

69¢

## TRIAL / Trial date set in shooting deaths

**Continued from Page A1**

Tagle block the plaintiff's plan to present evidence that shows Moore was an avid collector of Nazi paraphernalia.

"What that would only do is taint the jury (to believe) that this was a hate crime, a race crime," Lockhart told Tagle.

"That is so volatile an issue before Moore shot the three officers outside the parents of the Rio Hondo home of his ex-fiancée's boyfriend, Dan Morin, and mortally wounded his mother and sister.

"There's no question Moore had all kinds of World War II memorabilia in his room," Lockhart said. "There's no question he had more Nazi stuff than anything else. But Price is Ainsworth, the plaintiff's attorney, argued it was critical to show jurors that despite Moore's mental state, police allowed the police-issued rifle to fall into his hands.

"His thought process, beliefs go to this cause of action," Ainsworth told Tagle. "This gun was put in the hands of this deranged man."

Tagle also allowed plaintiffs to present city consultant James Rodenberg, a former Border Patrol agents Susan Lynn Rodriguez and Ricardo Guillermo Salinas and injured sheriff's deputy Raul Rodriguez.

In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home, where his son kept it in a gun vault in his room.

In their lawsuit, plaintiffs charge Ernest Moore deliberately disobeyed his father's order to destroy it. But Tagle said she would not allow plaintiffs' attorneys to suggest to jurors that the police department deliberately erased police audiotapes recorded the morning of the shootings.

The police department provided a Texas Rangers investigation with the tapes before they were reused, Lockhart told Tagle.

The suggestion that the police department deliberately erased the tapes would create a "prejudicial effect," Lockhart said.

"There's no evidence they did it in bad faith," he said. "They reuse tapes. It was their routine."

Wednesday, city officials and plaintiffs failed to settle the case out of court after about 10 hours of negotiations in a court-ordered mediation hearing.

On July 7, 1998, Ernest Moore used his father's police-issued assault rifle to kill his former fiancée and three standard policies in the chain turned over to the police department for destruction in 1995.

In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home, where his son kept the semiautomatic rifle in his room.

comfortable with the weapon.

But the city argues Ernest Moore could have used other semiautomatic rifles stored in the gun vault he shared with his father.

On Aug. 2, Tagle dismissed the federal lawsuit, ruling Ernest Moore could have used another semiautomatic rifle to commit the shootings.

But on Oct. 19, Tagle reversed her decision based on the testimony of Moore's ex-fiancée, Julie Lynn Cox, who claimed he regularly practiced with the police-issued rifle and kept the gun in his pickup truck.

## DEBATE / Morales ready to debate Sanchez on TV

**Continued from Page A1**

office were not returned.

Previously, Sanchez said he would appear in two TV debates, one in English and one in Spanish. Morales said he wants a minimum of six Spanish language channels Univision and Telemundo are vying to host the Spanish-language debate.

Emilio Nicolas Jr., general manager and executive producer of Telemundo's San Antonio station KVDA-TV, said he was ready to host a debate and had a panel of experienced reporters lined up.

"All we need is for the candidates to confirm their participation," Nicolas said. "This is part of Texas history. It is Texas children's history. It's

> Previously, Sanchez said he would appear in two TV debates, one in English and one in Spanish. Morales said he wants a minimum of six.

raphical theme, he refers to his period as Texas attorney general and the $17 billion legal victory he won over the tobacco industry. The largest damage award in American history for a state, the other 42, which focused away, is part of state history.

would be aired on Spanish TV stations during the last two weeks of the campaign.

Meanwhile, the first authentic poll in the gubernatorial race, conducted by Survey USA and released Wednesday by KSAT/TV in San Antonio, shows Sanchez and Morales in a statistical dead heat.

Sanchez, a Laredo businessman, garnered 35 percent of likely Democratic primary voters while Morales got 32 percent.

Waxahachie businessman Bill Lyon was selected by 2 percent of those polled, while Houston lawyer John Worldfleece had 6 percent.

Seventeen percent of the voters remained undecided.

# Valley Morning Star

# NEWS

E-mail t

Updated Thursday, February 07, 2002 23:33:53 CST

## Trial set in shooting deaths

### Judge rules on what evidence can be presented

By FERNANDO DEL VALLE
Valley Morning Star

BROWNSVILLE — A federal judge Thursday told attorneys she would allow plaintiffs to present evidence that shows a detective's son may have been influenced by Nazi doctrine when he killed two U.S. Border Patrol agents and injured a sheriff's deputy.

In a pre-trial hearing, U.S. District Judge Hilda Tagle said she would also allow plaintiffs to present a city consultant's report that found police officials violated standard policy when they allowed the semiautomatic rifle to reach the hands of Ernest Moore.

Tagle set jury selection for Monday in the case that stems from a $20 million lawsuit. She set the trial for Feb. 19.

The plaintiffs' attorney, Broadus Spivey, told Tagle he could call as many as 32 witnesses to the stand.

In the 90-minute hearing, Tom Lockhart, the city's insurance attorney, requested Tagle consider moving the trial to another part of the state because the Valley Morning Star's coverage of the case could influence jurors. Tagle said she woul determine if media coverage influenced jurors after attorneys select a jury Monday.

As attorneys examined evidence in the case, Lockhart requested that Tagle block the plaintiffs' plan to present evidence that shows Moore was an avid collector of Nazi paraphernalia.

"What that would only do is taint the jury (to believe) that this was a hate crime, a race crime," Lockhart told Tagle. "That is so volatile an issue that it can so inflame a jury."

Before Moore shot the three officers outside his parents' San Benito home, he broke into the Rio Hondo home of his ex-fiancée's boyfriend, Dan Morin, and mortally wounded his mother and sister.

"There's no question Moore had all kinds of World War II memorabilia in his room," Lockhart said. "There's no question he had more Nazi stuff than anythin else. But that was a crime of passion."

But Price Ainsworth, the plaintiffs' attorney, argued it was critical to show juror that despite Moore's mental state, police allowed the police-issued rifle to fall

2/8/2002 10:09 AM

Valley Morning Star - News



that despite Moore's mental state, police allowed the police-issued rifle to fall into his hands.

"His thought process, beliefs go to this cause of action," Ainsworth told Tagle. "This gun was put in the hands of this deranged man."

Tagle also allowed plaintiffs to present city consultant James Robenson's report that found police officials violated standard policies in the chain of custody of the rifle that a citizen turned over to the police department for destruction in 1995.

But Tagle said she would not allow plaintiffs' attorneys to suggest to jurors that the police department deliberately erased police audiotapes recorded on the morning of the shootings.

The police department provided a Texas Rangers investigation with the tapes before they were reused, Lockhart told Tagle.

The suggestion that the police department deliberately erased the tapes would create a "prejudicial effect," Lockhart said.

"There's no evidence they did it in bad faith," he said. "They reuse tapes. It was their routine."

Wednesday, city officials and plaintiffs failed to settle the case out of court after about 10 hours of negotiations in a court-ordered mediation hearing.

On July 7, 1998, Ernest Moore used his father's police-issued assault rifle to kill Border Patrol agents Susan Lynn Rodriguez and Ricardo Guillermo Salinas and injure sheriff's deputy Raul Rodriguez.

In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home, where his son kept it in a gun vault in his room.

In their lawsuit, plaintiffs charge Ernest Moore deliberately chose his father's police-issued rifle for the shootings because practice had made him comfortable with the weapon.

But the city argues Ernest Moore could have used other semiautomatic rifles stored in the gun vault he shared with his father.

On Aug. 2, Tagle dismissed the federal lawsuit, ruling Ernest Moore could have used another semiautomatic rifle in the shootings.

But on Oct. 19, Tagle reversed her decision based on the testimony of Moore's ex-fiancée, Julie Lynn Cox, who claimed he regularly practiced with the police-issued rifle and kept the gun in his pickup truck.

E-ma

©2000, Valley Morning Star, a Freedom Communications, Inc. Company. All rights res

This article appeared in the Valley Morning Star, the Rio Grande Valley's ne
Subscribe to Valley Morning Star.

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 20 of 33

# THE MONITOR
# VALLEY & STATE

**FRIDAY, FEBRUARY 8, 2002**

SECTION C
Obituaries: 2C
PSJA Monitor: 3C
Weather: 12C

□ **MARDI GRAS**

## Austin woman organizing bare breast protest for fest: 11C

□ **BORDER PATROL SLAYINGS**

# Judge: Nazi memorabilia is admissible

By FERNANDO DEL VALLE
Valley Freedom Newspapers

BROWNSVILLE — A federal judge Thursday told attorneys she would allow plaintiffs to present evidence that shows a detective's son might have been influenced by Nazi doctrine when he killed two U.S. Border Patrol agents and injured a deputy sheriff.

In a pre-trial hearing, U.S. District Judge Hilda Tagle said she would also allow plaintiffs

to present a city consultant's report that found police officials violated standard policy when they allowed the semiautomatic rifle to reach the hands of Ernest Moore.

Tagle set jury selection for Monday in the case that stems from a $20 million lawsuit. She set the trial for Feb. 19.

Plaintiffs' attorney Broadus Spivey told Tagle he could call as many as 12 witnesses to the stand.

In the 90-minute hearing,

Tom Lockhart, the city's insurance attorney, requested Tagle consider moving the trial to another part of the state because the *Valley Morning Star's* coverage of the case could influence jurors. Tagle said she would determine if media coverage influenced jurors after attorney's select a jury Monday.

As attorneys examined evidence in the case, Lockhart requested that Tagle block the plaintiffs' plan to present evidence that shows Moore was an

avid collector of Nazi paraphernalia.

"What that would only do is taint the jury (to believe) that this was a hate crime, a race crime," Lockhart told Tagle. "That is so volatile an issue that it can so inflame a jury."

Before Moore shot the three officers outside his parents' San Benito home, he broke into the Rio Hondo home of his ex-fiancée's boyfriend, Dan Morin, and fatally wounded his mother and sister.

"There's no question Moore had all kinds of World War II memorabilia in his room," Lockhart said. "There's no question he had more Nazi stuff than anything else. But that was a crime of passion."

But Price Ainsworth, the plaintiffs' attorney, argued it was critical to show jurors that despite Moore's mental state, police allowed the police-issued rifle to fall into his hands.

"His thought process, beliefs go to this cause of action,"

Ainsworth told Tagle. "This gun was put in the hands of this deranged man."

Tagle also allowed plaintiffs to present city consultant James Robertson's report that found police officials violated standard policies in the chain of custody of the rifle that a citizen turned over to the police department for destruction in 1995.

But Tagle said she would not

See SLAYINGS page 12C

□ **GOVERNMENT**

## Workshop strengthens relations between



# HOMEWORK HELPERS

FEB 10 '02 05:07PM
956 668 1276   P.02

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 21 of 33

□ FATALITY

# Family tries to rebuild after house fire

By VANESSA SᴀʟɪɴAS
Valley Freedom Newspapers

SANTA ROSA — Lisa Moreno feels devastated that she will no longer see her 18-year-old brother around her house.

Ramon Garza Jr. died early Wednesday morning in a house fire. He was the third-youngest of 20 brothers and sisters and the family's baby boy. Sixteen people lived in the house located on Poncho Road.

## Slayings
Continued from page 1C

allow plaintiffs' attorneys to suggest to jurors that the police department deliberately erased police audiotapes recorded on the morning of the shootings.

The police department provided a Texas Rangers' investigation with the tapes before they were reused, Lockhart told Tagle.

The suggestion that the police department deliberately erased the tapes would create a "prejudicial effect," Lockhart said. "There's no evidence they did

## Learn
Continued from page 1C

Nationally, Project Learn began in 1999 and is sponsored

The family said Ramon, whom they call "Pollo," believed his mother was trapped in the burning house and went back inside to rescue her, only to die in the smoke and flames. His mother had escaped, but was on another side of the house, reside while he went back inside.

The residence was declared a total loss. All that remains of the house is charred black wood.

Since her family does not

it in bad faith," he said. "They reuse tapes. It was their routine."

Wednesday, city officials and plaintiffs failed to settle the case out of court after about 10 hours of negotiations in a court-ordered mediation hearing.

On July 7, 1998, Ernest Moore used his father's police-issued assault rifle to kill Border Patrol agents Susan Lynn Rodriguez and Ricardo Guillermo Salinas and injure deputy sheriff Raul Rodriguez.

26th street locations. Virginia Lovelace, a special education

have a place to stay, Moreno decided to take them all into her home. She will provide shelter to her parents, sisters, brother-in-laws and nieces and nephews as long as they need.

The Garza family is in terrible need. They lost everything in the house.

Thursday evening, friends and family joined the Garza family in Moreno's home for a rosary in honor of the 18-year-old.

So many people showed up that they overflowed the home.

In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home, where his son kept it in a gun vault in his room.

In their lawsuit, plaintiffs' attorneys chose his father's police-issued rifle for the shootings because practice had made him comfortable with the weapon.

But the city said that Ernest Moore could have used other

teachers' tutoring folders, which are filled with exercises aimed at

Many stood outside in the cold, tending emotional support to the family.

Moreno said that it's hard to cope with the death of her de-foot-2-inch brother, but it is also difficult since they don't know what caused the fire.

Moreno said that her family, who had been living in their home for seven years, must start from scratch and build a new home on the same site.

An account has been set up for the family at Texas State Bank.

semiautomatic rifles stored in the gun vault he shared with his father.

On Aug. 2, Tagle dismissed the federal lawsuit, ruling Ernest Moore could have used another semiautomatic rifle in the shootings.

But on Oct. 19, Tagle reversed her decision based on the testimony of Moore's ex-fiancée, Julie Lynn Cox, who claimed he regularly practiced with the police-issued rifle and kept the gun in his pickup.

benefits outweigh any playtime

# ACCU WEATHER

## Texas

**North Texas:**
Sunshine will dominate the area today, and it will be nice. Tonight will be clear to partly cloudy and breezy

**West Texas:**
Sunshine today with a breezy and warm afternoon. Tonight will bring a gusty northwest wind.

**South Texas:**
Today will be mostly sunny with a cool morning and a nice afternoon. Tonight will be mainly clear with fog late.



Mexico

## Five-Day Forecast for M



| Today | Saturday | Sunda |
|---|---|---|

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 23 of 33



themonitor.com   **Helping you write the story of your life**

| Home | | Sear |
| --- | --- | --- |

**Home**
**News**
- Local
- State/Nation
- Sports
- Business
- Opinion
- Obituaries
- Letters
- Politics
- Entertainment
- Weather
- Columnists
- Last 7 Days
- Photo Gallery
- Talk Back
- Archive Search
**Marketplace**
- Classifieds
- Place an Ad
- Special Sections
- myRGV.com
- Web Development
**Autos**
- Buy a Car
- Car Info
**Entertainment**
- Festiva
- Local Links
- Event Calendar
**Careers**
- Job Openings
- Employers
- Post Resumes
**The Monitor**
- Subscribe
- Terms of Use
- Privacy Policy
- About Us
- Contact Us
- Job Openings

The Monitor
1101 Ash Avenue
McAllen, Texas
78501
956-686-4343
800-366-4343
Email
Copyright © 2001

Home                                    Friday February 8, 2002

Friday, February 8, 2002 8:15 am

## Judge: Nazi memorabilia is admissible

By FERNANDO DEL VALLE
Valley Freedom Newspapers
BROWNSVILLE — A federal judge Thursday told attorneys she would allow plaintiffs to present evidence that shows a detective's son might have been influenced by Nazi doctrine when he killed two U.S. Border Patrol agents and injured a deputy sheriff.

In a pre-trial hearing, U.S. District Judge Hilda Tagle said she would also allow plaintiffs to present a city consultant's report that found police officials violated standard policy when they allowed the semiautomatic rifle to reach the hands of Ernest Moore.

Tagle set jury selection for Monday in the case that stems from a $20 million lawsuit. She set the trial for Feb. 19.

Plaintiffs' attorney Broadus Spivey told Tagle he could call as many as 32 witnesses to the stand.

In the 90-minute hearing, Tom Lockhart, the city's insurance attorney, requested that Tagle consider moving the trial to another part of the state because the Valley Morning Star's coverage of the case could influence jurors. Tagle said she would determine if media coverage influenced jurors after attorneys select a jury Monday.

As attorneys examined evidence in the case, Lockhart requested that Tagle block the plaintiffs' plan to present evidence that shows Moore was an avid collector of Nazi paraphernalia.

"What that would only do is taint the jury (to believe) that this was a hate crime, a race crime," Lockhart told Tagle. "That is so volatile an issue that it can so inflame a jury."

Before Moore shot the three officers outside his parents' San Benito home, he broke into the Rio Hondo home of his ex-fiancée's boyfriend, Dan Morin, and fatally wounded his mother and sister.

"There's no question Moore had all kinds of World War II memorabilia in his room," Lockhart said. "There's no question he had more Nazi stuff than anything else. But that was a crime of passion."

But Price Ainsworth, the plaintiffs' attorney, argued it was critical to show jurors that despite Moore's mental state, police allowed the police-issued rifle to fall into his hands.

"His thought process, beliefs go to this cause of action," Ainsworth told Tagle. "This gun was put in the hands of this deranged man."

Tagle also allowed plaintiffs to present city consultant James Robenson's report that found police officials violated standard policies in the chain of custody of the rifle that a citizen turned over to the police department for destruction in 1995.

But Tagle said she would not allow plaintiffs' attorneys to suggest to jurors that the police department deliberately erased police audiotapes recorded on the morning of the shootings.

The police department provided a Texas Rangers' investigation with the tapes before they were reused, Lockhart told Tagle.

The suggestion that the police department deliberately erased the tapes would create a "prejudicial effect," Lockhart said.

"There's no evidence they did it in bad faith," he said. "They reuse tapes. It was their routine."

Wednesday, city officials and plaintiffs failed to settle the case out of court after about 10 hours of negotiations in a court-ordered mediation hearing.

On July 7, 1998, Ernest Moore used his father's police-issued assault rifle to kill Border Patrol agents Susan Lynn Rodriguez and Ricardo Guillermo Salinas and injure deputy sheriff Raul Rodriguez.

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 24 of 33

In 1995, a citizen turned over the semiautomatic rifle to police for destruction. But detective R.D. Moore took the rifle home, where his son kept it in a gun vault in his room.

In their lawsuit, plaintiffs' charge Ernest Moore deliberately chose his father's police-issued rifle for the shootings because practice had made him comfortable with the weapon.

But the city said that Ernest Moore could have used other semiautomatic rifles stored in the gun vault he shared with his father.

On Aug. 2, Tagle dismissed the federal lawsuit, ruling Ernest Moore could have used another semiautomatic rifle in the shootings.

But on Oct. 19, Tagle reversed her decision based on the testimony of Moore's ex-fiancée, Julie Lynn Cox, who claimed he regularly practiced with the police-issued rifle and kept the gun in his pickup.

## LOCAL NEWS

Mission woman files suit in Alamo water case
STCC enrollment increases from last year
Four Enron execs plead the Fifth
Judge: Nazi memorabilia is admissible
Homework Helpers
Workshop strengthens relations between police, deaf
Democratic candidate gave to Perry camp
Truan moves to help Muñoz with lien
Area football players ink college deals



© Copyright The Monitor and Freedom Interactive Newspapers of Texas, Inc. Contents of this website may not be reproduced without written permission from The Monitor and Freedom Interactive Newspapers of Texas, Inc.
About Us | Contact Us | Terms of Use | Privacy Policy

**7**

Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 26 of 33

## Jury Selection To Start In Harlingen Lawsuit
**by KURV News-Tim Sullivan**

 

**[Harlingen] - Jury selection will begin Monday in a 20-million-dollar lawsuit against the city of Harlingen stemming from the 1998 shooting deaths of two Border Patrol agents. Also, Federal Judge Hilda Tagle says she may rule Monday on a motion to move the trial to another part of the state. Attorneys for the city argue pre-trial publicity could prevent the selection of an impartial jury. Yesterday, Judge Tagle ruled plaintiffs' attorneys may present as evidence a city consultant's report that found police officials violated department policy in failing to destroy a semi-automatic rifle that a citizen had turned in for destruction. Instead, police detective R-D Moore took it home. It wound up in the hands of his son, Ernest Moore, who used it to ambush two Border patrol agents and a Cameron County sheriff's deputy. An attempt to reach an out-of-court settlement this week was unsuccessful**

**CLOSE WINDOW**





Case 1:98-cv-00162   Document 177   Filed in TXSD on 02/11/2002   Page 30 of 33



## <u>PEOPLE'S POLL - KURV, 710 AM</u>
### FRIDAY, FEBRUARY 8, 2002

**Tim Sullivan:** OUR PEOPLE POLL QUESTION FOR THE DAY:

Should the lawsuit over the 1998 shooting deaths of two Border Patrol agents be settled out of court?  383-8255, # 710 on your Sprint PCS and voice your views on the air with us this afternoon.

This People Poll made possible by Tom Wingate and Staff at Security Land Title.  And admittedly, it , I guess almost four years after the fact, it's still a very touchy issue here. There have been a couple of attempts to settle this out of court.  The first just a few months after the incident, but a second one just this week, in fact.  And that's of that, despite that Plaintiffs maintaining they do not want a settlement.  They want the "truth" as they say to come out in the courtroom.

Harlingen Mayor Connie de la Garza reporting to the Valley Morning Star this week as saying going into mediation would be in the City's best interest.

**Sergio Sanchez:** Well there is a lot of information that would remain sealed, would remain private, I am sure, if this trial does not come.  But, I wonder if that's the motivation behind most folks saying "no."  It is almost 50 - 50 here.  I am surprised. It is half and half.

I would have suspected that the majority of everyone would have said, "yeah, let's get this settled out of Court."

**Tim Sullivan:** Well, 53% say yes, . . .

**Sergio Sanchez:** Its split 50 -50.  Half say yes, the other half say no we should go ahead and let this thing go to trial and see what comes of it.  I wonder it that's the motivation behind it.  See, to try and get more information out.  To see the whole story, and to know the whole truth.  Or whatever truth still needs to be discovered here.

**Tim Sullivan:**Yeah.  There has been a lot of publicity, pre-trial publicity as they call it and right now that is making both sides keep quiet.  At least right now.  Neither side saying much any more, what with jury selection to start on Monday.

The City's lawyer. . .

**Sergio Sanchez:** With so much publicity down here, do you think they can get a jury that is impartial of this?

**Tim Sullivan:** Well, we'll find out Monday.  I think the judge will select the panel on Monday and after that Federal Judge Hilda Tagle will decide on. . .

**[tape break to flip tape over]**

**Sergio Sanchez:**   . it comes out that, I thought that we had already gone over this issue enough to know what had happened with the rifle, the fact that the rifle was supposed to be destroyed, it wasn't, it left the department with Mr. Moore and his son got a hold of it and so all this mess. . . I thought that, what more can we find out from this, uh. . .

**Tim Sullivan:**  The consultant's report that, that was pretty vindictive against the City showed that, you know, police department policy was indeed violated because of all of that. Yeah, that's out.

**Sergio Sanchez:**  And we have seen all of that and I don't think there is much more we can learn from having a law suit.  I think this matter can be settled out of court.  Either way it looks like the City is in for some tough times in the near future legally.  They are really going to have to maneuver well to try to get out of this one, but, we'll see what comes out of this one.

We're surprised, 50-50 split on this one.