# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 2 / 11 / 02 |
| TIME | 9:35 a.m. — 9:50 a.m. |
| CIVIL ACTION | B — 98 — 162 |
| STYLE | Salinas, et al *versus* City of Harlingen |

United States District Court
Southern District of Texas
FILED
FEB 1 1 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)   ☐ Final Pre-Trial Hearing;   (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):   Broaddus Spivey, Price Ainsworth, Richard Pena Sonia Lopez, Ramon Garcia for Raul Rodriguez

Attorney(s) for Defendant(s):   Tom Lockhart, Roger Hughes

☐ Comments:

    Ms. Lopez was designated as lead counsel. The Court asked Ms. Lopez why she sent someone in her place for docket call 2/7/02. Ms. Lopez said she was trying not to appear in McAllen. The Court said at least Ms. Lopez should have apprised the Court of the conflict. The Court said in the future to let the Court know.

    Housekeeping Matters: The Court has received the Motion to Equalize [Dkt. No. 176]: Mr. Spivey said the strikes are a matter of judicial discretion. Ms. Lopez said they also have no problem with the Court allocating strikes. The Court said the motion should have indicated there was no opposition. The Court gave the Parties notice that she wants to avoid contesting issues of fact just for the sake of contesting, like in the Joint Pretrial Order- The Court **GRANTS** the Motion to Equalize and grants 6 strikes for each side.

    The Court considered the Motion to Conduct Individual Questioning Outside the Presence of

the Panel [Dkt. No. 175]. The Court **DENIED** the Motion, but the Court will be attuned to problems, if there appears to be a need for it, she will adjust the way she conducts the voir dire. The Court told the attorneys that she will not entertain challenges for cause in the presence of the panel. The Court asked the attorneys to keep track of the people who they need to bring back for further questioning. The Motion to Transfer Venue [Dkt. No. ~~177~~ 150] is **DENIED** at this point unless it appears necessary at the time.

    The Court asked counsel to identify who they want to sit at counsel table. Mr. Spivey identified Ms. Merriman. He then said it has been brought to his attention that Mr. Pena is not a admitted to practice before the Southern District of Texas. Mr. Spivey's Motion for Mr. Pena to appear pro hac vice is **GRANTED**. Mr. Lockhart asked for Rita Balli and Mary Martinez to be seated at counsel table. The Court consented to all counsel table seatings.

    The Court recessed until the jury panel is brought in.