*17'*

**Jurors Selected on** <u>February 11, 2002</u>  **For Case #** <u>B-98-162</u>

United States District Court
Southern District of Texas

**Case Style** <u>Salinas, et al. vs. City of Harlingen, et al.</u>

FEB 1 1 2002

**Jury Trial Date** <u>February 19, 2002</u>

Michael N. Milby
Clerk of Court

**Judge** <u>Hilda G. Tagle</u>    **Time** <u>9:00 A.M.</u>

## JURY LIST

JUROR'S NAMES:

1. MARIA AMARO

2. AMELIA ESPARZA

3. OZIEL GONZALEZ

4. ROBERTO LONGORIA

5. RACHEL GARCIA ZUNIGA

6. IRMA E. WILD

7. SYLVIA L. CASTRO

8. MELVA PEREZ

9. SANDRA GONZALES