180

# Civil Courtroom Minutes

| | | | | |
|---|---|---|---|---|
| **Judge** | Hilda G. Tagle | | | |
| **Case Manager** | Stella Cavazos | | | |
| **Law Clerk** | ☐ Rick Roberts    ■ Julie Lehrman | | | |
| **Date** | 02 | 11 | 02 | |
| **Time** | 10:00 | a.m. | 12:59 | p.m. |
| | 2:05 | p.m. | 3:43 | p.m. |
| **Civil Action** | B | 98 | 162 | |
| **Style** | Salinas, et al *versus* City of Harlingen, et al | | | |

United States District Court
Southern District of Texas
FILED
FEB 1 1 2002
Michael N. Milby, Clerk of Court

**Docket Entry:**

**(HGT)   1st day Jury Trial**                                          (Court Reporter: Breck Record)

**Appearances:**
Plaintiff's Counsel: Broaddus Spivey, Price Ainsworth, Richard Pena, Ramon Garcia & Sonia Lopez
Defendant's Counsel: Tom Lockhart and Roger Hughes

   10:00 a.m. Court begins voir dire examination. Jury excused momentarily to hear challenges for cause. Parties agree to challenge for cause Juror Nos. 10, 11, 14, 16, 18, 23, 26, 30, 35, 36, 39, 50, 53, 59, 62, 65, 66, 67, 72 and 78. These jurors were excused. Remaining jurors brought into the courtroom to continue with voir dire examination.
   12:59 p.m. Lunch recess..
   2:05 p.m. Court reconvened and the parties agree to challenge for cause Juror Nos. 3, 5 and 9. Jurors brought in and the court continued with voir dire examination. Voir dire examination concluded and jurors excused momentarily. Mr. Spivey's challenge as to Juror No. 8 overruled. Ms. Lopez challenge as to Juror Nos. 12 and 37 overruled; Mr. Lockhart's challenge as to Juror Nos. 24 and 25 sustained. Court excused Juror No. 1.
   3:43 p.m. Jurors returned to the courtroom and the names of those selected to serve were called.

   **_Jury selected: 6 jurors and 3 alternates. Jury trial to commence on 2/19/02 at 9:00 a.m._**

Other: The Court instructs counsel that all witnesses are under the rule, eventhough they have not been sworn-expert witnesses are excluded from the rule. The Court orders summons to issue on those jurors that failed to appear today and to appear before the Magistrate Judge to show cause why they should not be held in contempt of court.