*181*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2002  9:34A

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Arturo Salinas, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| City of Harlingen, Texas, | § | |
| | § | |
| Defendant. | § | |

BE IT REMEMBERED that on February 20, 2002, the Court **ORDERED** Ms. Sonia Lopez to **SHOW CAUSE** why she should not be held in contempt of Court for her tardiness for trial on this day.

DONE at Brownsville, Texas this 20th day of February, 2002.

Hilda G. Tagle
United States District Judge