IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Arturo Salinas, et al.,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| **City of Harlingen, Texas,** | § | |
| | § | |
| Defendant. | § | |

BE IT REMEMBERED that on February 20, 2002, the Court **ORDERED** Mr. Ramon Garcia to appear instanter to **SHOW CAUSE** why he should not be held in contempt of Court for his absence from trial on this day and his absence from trial in the afternoon of February 19, 2002, without permission of the Court.

DONE at Brownsville, Texas this 20th day of February, 2002.

Hilda G. Tagle
United States District Judge