# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts    ■ Lehrman |
| DATE | 02 — 19 — 02 |
| TIME | 9:11 a.m. — 12:06 p.m. |
| | 1:32 p.m. — 5:16 p.m. |
| CIVIL ACTION | B — 98 — 162 |
| STYLE | Salinas, et al *versus* City of Harlingen |

United States District Court
Southern District of Texas
FILED
FEB 19 2002
Michael N. Milby, Clerk of Court

## DOCKET ENTRY

(HGT)  ■ 2nd Day Jury Trial                              (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes

  9:11 a.m. *(Outside Jury)* All parties appeared and announced ready. The Court asked who would be at counsel table. Mr. Lockhart indicated that Co-counsel Roger Hughes, City Manager Roy Rodriguez, and Mary Martinez, Legal Assistant. Mr. Spivey indicated that Price Ainsworth and Richard Pena; (sharing counsel table) Mr. Ramon Garcia and Sonia Lopez.

  The Court informed counsel regarding a juror who had a medical problem. The Court then ask for each juror to be brought in individually and questioned each juror about media coverage. The Court excused Juror No. 4 and No. 9.

  Mr. Ainsworth stated that disputed exhibits are now #26 (previously 85); #44(previously 18); #45 (previously 20); #49 (previously 151) Defendants offered 1-6 and 10. Defendants exhibits: 7, 8, 9, and 11 are objected to. The parties stated that they would try to work it out.

  9:45 a.m. Jury brought in and sworn. Preliminary instructions read to the jury.

February 19, 2002
Cause No. 98cv162
Salinas, et al vs. City of Harlingen
Minutes Continued--Page 2

      9:50 a.m. Opening statements made by Mr. Ainsworth.

      10:45 a.m. Recess taken.

      11:08 a.m. Opening statements made by Ms. Lopez and Mr. Lockhart.

      12:03 p.m. Opening statements concluded; witnesses sworn and placed under the rule are: Art Salinas, Raul Rodriguez, Stephen Williams, Gilbert Rodriguez, John Brinning, Julie Cox, George Kirkham, Joseph Vasquez, Jim Schoepner, Rudy Jaramillo, Sylvia Pirtle, R.D. Moore and Miguel Garcia. Parties in this lawsuit are exempt from the rule. Plaintiff's exhibits that have not been agreed to are 26, 45 and 49. Defendants exhibits that are undisputed are 1-6 and 10.

      12:06 p.m. Lunch recess taken.

      1:32 p.m. *(Outside jury)* Court reconvened and instructed attorneys that they are responsible for exhibits having to do with drugs, weapons or money during the time the court is in recess.

      1:33 p.m. Defense counsel made oral motion for mistrial or for cautionary statement to the jury to disregard Ms. Lopez statements regarding dispatcher tapes. Deft's motion for mistrial denied.

      1:38 p.m. Jury brought in. The Court instructed the jury as to Ms. Lopez statements. Offer of exhibits made at this time. Plaintiff's exhibits admitted without objection: 1-25; 27-43; 46-48 and 50 with subparts. Defendants exhibits admitted without objection: 1-6 and 10.

      1:42 p.m. Witness Sylvia Pirtle testified.

      1:55 p.m. Texas Ranger Rudy Jaramillo called to testified.

      3:11 p.m. Recess taken.

      3:37 p.m. Jury brought in and trial resumed; Mr. Jaramillo continues testifying.

      4:58 p.m. Testimony of Ranger Jaramillo concluded.

      4:59 p.m. Jury excused until *February 20, 2002 at 8:30 a.m.*

      5:00 p.m. Discussion had with counsel on remaining exhibits. Plaintiffs agree to withdraw Exhibit No. 26; Defendant agrees to withdraw Exhibit No. 11.

      5:16 p.m. Court recessed and reminded counsel of their responsibility to secure the weapons and any ammunition.