*184*

# Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| **JUDGE** | Hilda G. Tagle | | | | |
| **CASE MANAGER** | Stella Cavazos | | | | |
| **LAW CLERK** | ☐ Roberts   ■ Lehrman | | | | |
| **DATE** | 02 | 20 | 02 | | |
| **TIME** | 8:45 | a.m. | 12:01 | p.m. | |
| | 1:38 | p.m. | 5:30 | p.m. | |
| **CIVIL ACTION** | B | 98 | 162 | | |
| **STYLE** | Salinas, et al *versus* City of Harlingen | | | | |



United States District Court
Southern District of Texas
FILED
FEB 20 2002
Michael N. Milby, Clerk of C___

**DOCKET ENTRY**

(HGT)  ■ 3rd Day Jury Trial                      (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

<u>Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes</u>

    8:45 a.m. Jury brought in. Trial resumed; (Mr. Garcia and Ms. Lopez not present). Plaintiffs call Officer Jim Schoepner.

    *(8:48 a.m. Ms. Lopez walked into the courtroom and was not allowed to sit at counsel table. Show Cause Orders were issued to Ramon Garcia and Sonia Lopez)*

    10:12 a.m. Recess taken.

    10:42 a.m. Officer Schoepner continues testifying.

    12:01 p.m. Jurors excused for lunch *(outside jury)* Mr. Spivey ask for leave of Court to supplement expert's (George Kirkham) report. Defendant objected. Court has not read expert's report-Mr. Spivey will provide the Court with a copy. The Court also informed Mr. Garcia and Ms. Lopez that a show cause hearing would be held at the conclusion of the evidence today.

    1:38 p.m. Jury brought in; trial resumed. Officer Schoepner continues testifying.

    2:07 p.m. Officer R.D. Moore called to testify.

    3:10 p.m. Recess taken.

February 20, 2002
Cause No. 98cv162
Salinas, et al vs. City of Harlingen
Minutes Continued--Page 2

      3:40 p.m. Trial resumed. Officer Moore continues testifying.

      5:09 p.m. Julie Cox called to testified.

      5:17 p.m. Plaintiff's informed the Court that their next witness is Joe LeBeau by written deposition- approximately 50 pages. Defense counsel has a motion to present to the court.

      5:18 p.m. Jury excused until ***February 21, 2002 at 8:30 a.m.***

      5:19 p.m. Defendant's Rule 50 motion for judgment as a matter of law-Denied.

      5:22 p.m. Show Cause hearing held: Ms. Lopez was admonished for her tardiness this morning. Mr. Garcia was admonished for leaving early yesterday without permission of the Court and for being late this morning.

      5:30 p.m. Court adjourned.