# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | United States District Court |
| | § | Southern District of Texas |
| CITY OF HARLINGEN, TEXAS; | § | FILED |
| | § | |
| And | § | FEB 20 2002 |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | Michael N. Milby, Clerk of Court |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## REQUEST FOR AMENDMENT OF WRITTEN EXPERT REPORT
## OF
## DR. GEORGE KIRKHAM DATED MAY 3, 2001

COMES NOW the Plaintiffs and request leave of court to amend, and add to the Expert witness Report of Dr. George Kirkham dated May 3, 2001 in order that justice may be done.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

Add to paragraph 3, page 1:

"I have also been present in the courtroom during the testimony of Jim Schoepner and R. d. Moore and expect to be asked questions which impeaches the testimony of these two police officers."

And on page 3 insert:

1) "It is my opinion that the failure to follow the policies of the Harlingen Police Department, as identified in the Robenson Report (Plaintiffs' Exhibit No. 18), and following the unwritten, but identified policies (as identified by James Schoepner and R. D. Moore) relating to the maintenance, storage, assignment, and use of weapons by Harlingen Police Department police officers was causally connected to the killing of Officer Susan Rodriguez and Officer Ricardo Salinas and the wounding of Deputy Raul Rodriguez on July 7, 1998.

Page 1

2) A 'municipal custom or policy' had developed in the Harlingen Police Department, which exposed citizens to serious injury or death.

3) Serious incompetence and misbehavior was widespread and general in Harlingen Police Department on July 7, 1998.

4) In my opinion, based upon the testimony I have heard in open court in this case, and considering the findings in the Robenson Report and Texas Ranger Jaramillo's report, there was unmistakable culpability on the part of Officers Moore, Chief Schoepner and the Harlingen Police Department on, and prior to July 7, 2002."

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By /s/ Broadus A. Spivey
Broadus A. Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS–IN-CHARGE FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL and GILBERTO M.
RODRIGUEZ, ET AL**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the above and foregoing document was hand delivered on February 20, 2002 to counsel of record for Defendant.

    Mr. Tom Lockhart  
    Mr. Jim Denison  
    Mr. Roger W. Hughes  
    ADAMS & GRAHAM, L.L.P.  
    222 E. Van Buren, West Tower  
    Harlingen, Texas 78551-1429  
    ATTORNEYS-IN-CHARGE FOR  
    DEFENDANT CITY OF HARLINGEN

_____  
Broadus A. Spivey