HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

*182*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
RECEIVED

FEB 2 0 2002

ADR MEMORANDUM TO CLERK OF COURT
(To be submitted in duplicate within
10 days after completion of ADR)

| | |
|---|---|
| Arturo Guillermo Salinas, et al | BROWNSVILLE DIVISION |
| v. | |
| City of Harlingen | CIVIL ACTION NO. B-98-162 |
| AND | |
| Gilberto Rodriguez, et al | BROWNSVILLE DIVISION |
| v. | CIVIL ACTION NO. B-98-163 |
| City of Harlingen | (Consolidated with B-98-162) |
| AND | |
| Raul Rodriguez | BROWNSVILLE DIVISION |
| v. | CIVIL ACTION NO. B-99-70 |
| City of Harlingen | (Consolidated with B-98-162) |

**ADR METHOD:**  Mediation  __X__   Arbitration  _____
             Mini-Trial _____   Summary Jury Trial _____

**TYPE OF CASE:** _____

1. Please check one of the following:

    The case referred to ADR settled _____ or did not settle __X__ .

2. My total fee and expenses were: $5,600.00.

3. Names, addresses and telephone numbers of all parties and all counsel of record:

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| **Arturo Guillermo Salinas** | **Broadus A. Spivey** |
| c/o 48 East Avenue | Spivey & Ainsworth |
| Austin, Texas 78701 | 48 East Avenue |
| | Austin, Texas 78701 |
| | (512) 474-6061 |
| | (512) 474-1605 |

| Plaintiff(s): | Counsel for Plaintiff(s): |
|---|---|
| Gilberto Rodriguez<br>c/o 48 East Avenue<br>Austin, Texas 78701 | Broadus A. Spivey<br>Spivey & Ainsworth<br>48 East Avenue<br>Austin, Texas 78701<br>(512) 474-6061<br>(512) 474-1605 (Fax) |
| Stephen and Robyn Williams<br>c/o 48 East Avenue<br>Austin, Texas 78701 | Broadus A. Spivey<br>Spivey & Ainsworth<br>48 East Avenue<br>Austin, Texas 78701<br>(512) 474-6061<br>(512) 474-1605 (Fax)<br><br>Richard Pena<br>Law Offices of Richard Pena, P.C.<br>2028 E. Ben White, Suite 220<br>Austin, Texas 78741<br>(512) 327-6884<br>(512) 327-8354 (Fax)<br>Co-Counsel with Spivey & Ainsworth |
| Raul Rodriguez<br>14 Augusta Road<br>Brownsville, Texas<br>546-5700 | Ramon Garcia<br>Sonia Lopez<br>Law Offices of Ramon Garcia, P.C.<br>222 W. University Drive<br>Edinburg, Texas 78539<br>(956) 383-7441<br>(956) 381-0825 (Fax) |

| Defendant(s): | Attorney for Defendant(s): |
|---|---|
| City of Harlingen<br>Roel "Roy" Rodriguez<br>City Manager<br>P. O. Box 2207<br>Harlingen, Texas 78550<br>(956) 427-8800 | Tom Lockhart<br>Adams & Graham, L.L.P.<br>P. O. Drawer 1429<br>222 East Van Buren, West Tower<br>Harlingen, Texas 78551-1429<br>(956) 428-7495<br>(956) 428-2954 (Fax)<br><br>David Reagan<br>Texas Municipal League<br>Intergovernmental Risk Pool<br>1821 Rutherford Lane, 1st Floor<br>Austin, Texas 78754 |

**ADR Provider:**

**Name:** _____James DeAnda_____

**Date:** _2/7/02_    **Signature:** _/s/ J. DeAnda_