*187*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ARTURO GUILLERMO SALINAS, ET AL ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | B-98-162 |
| ) | |
| CITY OF HARLINGEN, ET AL ) | |

United States District Court
Southern District of Texas
FILED

**FEB 20 2002**

**Michael N. Milby, Clerk of Court**

VOLUME I
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 19, 2002

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs, Salinas and Rodriguez: | MR. BROADDUS A. SPIVEY<br>MR. PRICE AINSWORTH<br>Attorneys at Law<br>Austin, Texas |
| For the Plaintiff, Rodriguez: | MRS. SONIA LOPEZ<br>MR. RAMON GARCIA<br>Attorneys at Law<br>Edinburg, Texas |
| For the Defendants: | MR. TOM LOCKHART<br>MR. ROGER HUGHES<br>Attorneys at Law<br>Harlingen, Texas |
| Transcribed by: | BRECK C. RECORD<br>Official Court Reporter<br>600 E. Harrison, Box 16<br>Brownsville, Texas 78520<br>(956)548-2510 |

Captured and Transcribed by Computer - Eclipse