ARTURO GUILLERMO SALINAS, ET AL )
) CIVIL ACTION NO.
VS. ) B-98-162
)
CITY OF HARLINGEN, ET AL )
)
_____ )

United States District Court
Southern District of Texas
FILED

FEB 21 2002

Michael N. Milby, Clerk of Court

VOLUME II
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 20, 2002

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs,<br>Salinas and Rodriguez: | MR. BROADDUS A. SPIVEY<br>MR. PRICE AINSWORTH<br>Attorneys at Law<br>Austin, Texas |
| For the Plaintiff,<br>Rodriguez: | MRS. SONIA LOPEZ<br>MR. RAMON GARCIA<br>Attorneys at Law<br>Edinburg, Texas |
| For the Defendants: | MR. TOM LOCKHART<br>MR. ROGER HUGHES<br>Attorneys at Law<br>Harlingen, Texas |
| Transcribed by: | BRECK C. RECORD<br>Official Court Reporter<br>600 E. Harrison, Box 16<br>Brownsville, Texas 78520<br>(956)548-2510 |

Captured and Transcribed by Computer - Eclipse