191

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts   ■ Lehrman |
| DATE | 02 / 21 / 02 |
| TIME | 8:51 a.m. — 12:04 p.m. <br> 1:17 p.m. — 5:15 p.m. |
| CIVIL ACTION | B-98-162 |
| STYLE | Salinas, et al <br> *versus* <br> City of Harlingen |



United States District Court
Southern District of Texas
FILED

FEB 21 2002

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ 4th Day Jury Trial                    (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes

    8:51 a.m. Jury brought in. Trial resumed;

    10:03 a.m. Witness Joseph LaBeau testified by written deposition.

    10:04 a.m. Jury recessed. Discussion had with counsel.

    10:05 a.m. Recess taken.

    10:26 a.m. Trial resumed. Jose Rubio, Jr. was called. Witness sworn and testified.

    11:24-11:26 a.m. Bench conference.

    11:27 a.m. Mr. Rubio continued testifying.

    11:39 a.m. Plaintiffs played 911 tape — copy of transcript provided to jurors.

    11:50 a.m. Jury recessed for lunch until 1:30 p.m. Objections made to Plaintiff motion to supplement expert's opinion. Defendant's objection is overruled in part.

    12:04 p.m. Court recessed for lunch. All counsel to report at 1:00 p.m. to continue with hearing.

February 21, 2002
Cause No. 98cv162
Salinas, et al vs. City of Harlingen
Minutes Continued--Page 2

      1:17 p.m. *(Outside jury)* Plaintiffs expert George Kirkham called to testify. Arguments heard from counsel. Defendant objections overruled in part and sustained in part.

      2:08 p.m. Jury brought in.

      2:09 p.m. George Kirkman (expert witness) sworn and testified.

      2:59 p.m. Robert Rodriguez sworn and testified.

      3:35 p.m. Recess taken.

      4:04 p.m. Trial resumed; Officer Rodriguez continuing testifying.

      5:02 p.m. Jury excused until **_February 22, 2002 at 8:30 a.m._** Discussion had with counsel.

      5:15 p.m. Court adjourned.