192

# Civil Courtroom Minutes

| | | | | | |
|---|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | | |
| CASE MANAGER | Stella Cavazos | | | | |
| LAW CLERK | ☐ Roberts | | ■ Lehrman | | |
| DATE | 02 | 22 | 02 | | |
| TIME | 8:46 | a.m. | 12:01 | p.m. | |
| | 1:39 | p.m. | 3:04 | p.m. | |
| CIVIL ACTION | B | 98 | 162 | | |
| STYLE | Salinas, et al *versus* City of Harlingen | | | | |



United States District Court
Southern District of Texas
FILED
FEB 22 2002
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■ 5th Day Jury Trial                    (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes

    8:46 a.m. Jury brought in. Trial resumed;

    8:47 a.m. Lucy Prather; John Brinning; Dr. Phyllis Silvermann and Arturo Salinas testified.

    10:33 a.m. Jury recessed. Discussion had with counsel.

    10:37 a.m. Court recessed.

    11:02 a.m. Jury brought in. Witnesses Elisa Salinas and Robyn Williams.

    11:03 a.m. Elisa Salinas; Robyn Williams; Stephen Williams and Gilbert Rodriguez testified.

    11:57 a.m. Jury recessed for lunch. Discussion had with counsel.

    12:01 p.m. Court recessed for lunch.

    1:39 p.m. *(Outside jury)* Court reconvened; Mr. Garcia informed the Court that he will not be calling the City Manager, Roy Rodriguez as a witness.

February 22, 2002
Cause No. 98cv162
Salinas, et al vs. City of Harlingen
Minutes Continued--Page 2

      1:40 p.m. Raul Rodriguez testified.

      2:25 p.m. Plaintiff's rest.

      2:26 p.m. Defendant calls witness George Hupp by written deposition.

      2:37 p.m. Defendant's Exhibit No. 11 admitted without objection.

      2:38 p.m. Plaintiff's close; Defendant closes. Jury excused momentarily.

      2:40 p.m. Defendant's motion for judgment denied.

      2:49 p.m. Jury brought in and excused until *February 25, 2002 at 2:00 p.m.*

      3:00 p.m. Charge conference had with counsel. Attorneys agree to one hour each for final arguments. Attorneys to work on proposed charge and make arrangements with case manager to have something for the Court to review by Sunday afternoon.

      3:04 p.m. Court adjourned. (Attorneys advised to appear at 10:00 a.m. on 2/25/02)