194

```
         IN THE UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
                BROWNSVILLE DIVISION

_____
                                )
ARTURO GUILLERMO SALINAS, ET AL )
                                )
                                ) CIVIL ACTION NO.
VS.                             ) B-98-162
                                )
CITY OF HARLINGEN, ET AL        )
                                )
_____)
```

United States District Court
Southern District of Texas
FILED

FEB 25 2002

Michael N. Milby, Clerk of Court

VOLUME III
JURY TRIAL
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 21, 2002

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs,<br>Salinas and Rodriguez: | MR. BROADDUS A. SPIVEY<br>MR. PRICE AINSWORTH<br>Attorneys at Law<br>Austin, Texas |
| For the Plaintiff,<br>Rodriguez: | MRS. SONIA LOPEZ<br>MR. RAMON GARCIA<br>Attorneys at Law<br>Edinburg, Texas |
| For the Defendants: | MR. TOM LOCKHART<br>MR. ROGER HUGHES<br>Attorneys at Law<br>Harlingen, Texas |
| Transcribed by: | BRECK C. RECORD<br>Official Court Reporter<br>600 E. Harrison, Box 16<br>Brownsville, Texas 78520<br>(956)548-2510 |

Captured and Transcribed by Computer - Eclipse