*19C*

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts  ■ Lehrman |
| DATE | 02 – 25 – 02 |
| TIME | 9:57 a.m. – 10:35 a.m. |
| | 2:02 p.m. – 5:00 p.m. |
| CIVIL ACTION | B – 98 – 162 |
| STYLE | Salinas, et al *versus* City of Harlingen |



United States District Court
Southern District of Texas
FILED
FEB 25 2002
Michael N. Milby, Clerk of

DOCKET ENTRY

(HGT)   ■ 6th Day Jury Trial                              (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

<u>Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes</u>

    9:57 a.m. All counsel present–Court has reviewed proposed charge submitted. Charge has been formatted and copies to be provided to all counsel

    10:30-10:35 a.m. Attorneys have received their copies and reviewed same; charge conference had. Attorneys excused and to report at 2:00 p.m. today.

    2:02 p.m. All parties present. Discussion had regarding division of time for each counsel.

    2:06 p.m. Court granted permission for Ms. Lopez to re-open. Ms. Lopez request that Plaintiff's Exhibit No. 42 be withdrawn and that the 9-1-1 tape be numbered as Plaintiff's Exhibit 50I; no objections; so ordered. Defense counsel re-urged their motion for judgment as a matter of law; motion denied. No objections to the jury charge.

    2:09 p.m. Jury brought in. Court reads jury charge.

    2:44 p.m. Final arguments made.

February 25, 2002
Cause No. 98cv162
Salinas, et al vs. City of Harlingen
Minutes Continued--Page 2

      4:28 p.m. Jury retires to deliberate. Mr. Spivey excused from further attendance and Mr. Ainsworth to take verdict.

      4:48 p.m. Jury Note #1 received and filed. Jury will deliberate until 5:00 p.m. and will resume deliberations on February 26, 2002 at 9:00 a.m.- So Ordered.

      5:00 p.m. Jury excused for the evening. Attorneys responsible for securing weapons and returning them in the morning.