# UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 25 2002

Michael N. Milby, Clerk of Court

## JURY NOTE

Note Number: __#1__       Case Number: __B-98-162__

Dear Judge Tagle:

☐   We would like to take a break until ____:____.

☐   We have reached a verdict.

☒   We will deliberate today until 5:00pm. Then resume tomorrow 2/26/02 at 9:00 am until ~~Approximated~~ Approximately 5:00 pm

_____
Foreman

Date: __2/25/02__   Time: __4:45__

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*