198

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 25 2002

Michael N. Milby, Clerk of Court

| ARTURO G. SALINAS, ET AL | { | |
| --- | --- | --- |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |

_____ AMENDED _____

**DEFENDANT'S WITNESS LIST**

| | Name | Brief Statement of Nature of Testimony |
| --- | --- | --- |
| 1. | Captain Joseph Vasquez<br>1306 High St.<br>Harlingen, Texas  78550 | Assignment and handling of the subject AR-15 and opinions concerning Ernest's use of privately owned rifles |

| | Name | Brief Statement of Nature of Testimony |
|---|---|---|
| | | |
| 2. ✓ | Ronald K. Saenz<br>Personnel & Safety Risk Office<br>964 E. Harrison<br>Brownsville, Texas  78520 | Shooting incident |
| 3. ✓ | George A. Hupp<br>Tucson INS Investigations<br>P. O. Box 17221<br>Tucson, AZ  85731 | Shooting incident |
| 4. ✓ | Javier Reyna<br>Cameron County Sheriff's Department<br>954 E. Harrison<br>Brownsville, Texas  78520 | Shooting incident and follow up investigation |
| (5.) ✓ | Rodolfo C. Jaramillo<br>Texas Department of Public Safety<br>1630 N. 77 Sunshine Strip<br>Harlingen, Texas  78550 | Shooting incident and follow up investigation |
| 6. ✓ | Dr. DeWitt Davenport<br>Pathology<br>P. O. Drawer 2588<br>Harlingen, Texas  78551 | Autopsies of Susan Rodriguez and Ricardo Salinas |
| 7. ✓ | Dr. Marion Lawler, Jr.<br>2310 N. Ed Carey Drive<br>Harlingen, Texas  78550 | Medical opinions on Raul Rodriguez |
| (8.) | Michael James Riley<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas  78501 | Shooting incident<br><br>*By Deposition* |
| 9. | Orlando Sanchez<br>U.S. Border Patrol Agent<br>McAllen Sector<br>McAllen, Texas  78501 | Shooting incident |

| | Name | Brief Statement of Nature of Testimony |
|---|---|---|
| 10. | Kris Ledezma<br>Dispatcher<br>Cameron County Sheriff Department<br>954 E. Harrison<br>Brownsville, Texas  78520 | Shooting incident |
| 11. | Melody Matlock<br>Harlingen EMS<br>1705 Vermont<br>Harlingen, Texas  78550 | Shooting incident |
| 12. | R.D. Moore<br>City Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas  78550 | Relationship with Ernest Moore, assignment and possession of HPD AR-15, shooting incident and follow up activities |
| 13. | Patsy Moore<br>1604 Preston Trail<br>Harlingen, Texas  78552 | Personal relationship with Ernest Moore and shooting incident |
| 14. | James Joseph Scheopner<br>City Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas  78550 | Assignment and handling of the subject AR-15, activities on July 7, 1998, follow up investigation and activities |
| 15. | Miguel Garcia<br>City Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas  78550 | Shooting incident |
| 16. | Natalie Flores Prim<br>410 Tanglewood Drive<br>Pensacola, FL  32503 | Follow up investigation and action |
| 17. | Joe LaBeau<br>City Hall of Midlothian<br>104 West Avenue E.<br>Midlothian, Texas  76065 | Follow up investigation and action<br><br>By Deposition |

|  | Name | Brief Statement of Nature of Testimony |
|---|---|---|
|  |  |  |
| 18. | Robert Rodriguez<br>Cameron County Sheriff's Department<br>954 E. Harrison<br>Brownsville, Texas 78520 | Deputy Cameron County Sheriff's Department shooting incident |
| 18. | Gale Lynn Jones<br>City Harlingen Police Department<br>1102 S. Commerce St.<br>Harlingen, Texas 78550 | Dispatch procedures for reuse of master tapes |
| 19. | Antonio Medina<br>Rt. 1, Box 50<br>San Benito, Texas 78586 | Personal friend of Ernest Moore |