/99

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**FEB 25 2002**

**Michael N. Milby, Clerk of Court**

| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |

*AMENDED*

## DEFENDANT'S EXHIBIT LIST

| No. | Description | Exh. # in PTO | Admitted | Exd |
|-----|-------------|---------------|----------|-----|
|     |             |               |          |     |
| 1.  | Gun List Inventory at R.D. Moore's home | 1. | ✓ | |
| 2.  | Statement of Michael James Riley | 3. | ✓ | |
| 3.  | Photographs from Texas Ranger and CCSD (A-R) | 9. | ✓ | |

| No. | Description | Exh. # in PTO | Admitted | Exd |
|---|---|---|---|---|
|  |  |  |  |  |
| 4. | Cardiovascular Associates of Harlingen medical records on Raul Rodriguez | 20. | ✓ |  |
| 5. | Dr. Bliss W. Clark's medical records on Raul Rodriguez | 21. | ✓ |  |
| 6. | Privately owned Colt AR-15 (in the possession of R.D. Moore) | 26. | ✓ |  |
| 7. | ~~March 14, 2001 Order on Zamarron, et al. v.~~ City of Harlingen, Tex., et al. Civil Action No. B-00-178 |  |  |  |
| 8. | ~~March 14, 2001 Final Judgment on Zamarron,~~ et al. v. City of Harlingen, Tex., et al. Civil Action No. B-00-178 |  |  |  |
| 9. | ~~August 24, 2001 Fifth Circuit certified copy~~ of Judgment issued as mandate. |  |  |  |
| 10. | January 11, 2000 U.S. Department of Justice Memo re: Stolen M-4 Rifle |  | ✓ |  |
| ~~11.~~ | ~~197th Order and Certified Copy of Minutes of Grand Jury~~ |  |  |  |
| 11. | MAY 3, 2001 Letter to MR. FRANCIS PAN SPIVEY & AINSWORTH, P.C. FROM TOM LOCKHART |  | ✓ |  |