200

| UNITED STATES DISTRIC5-AT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Arturo G. Salinas et al<br>vs.<br>City of Harlingen, TX | | Case Nos. B-98-162; 98-163;<br>Consolidated as #B-98-162<br>*Amended* EXHIBIT LIST |
| Judge Hilda G. Tagle | | Case Manager: Stella Cavazos<br>Court Reporter: Breck Record |
| List of Plaintiffs' Exhibits | | Jury Trial February 11, 2000 |

United States District Court
Southern District of Texas
FILED
FEB 25 2002
Michael N. Milby, Clerk of C...

| No. | Description | Ex. # in PTO | Admitted | Excluded |
|---|---|---|---|---|
| 1 | The AR-15 rifle | 260 | ✓ | |
| 1A | Photo of the AR-15 rifle | 260 | ✓ | |
| 2 | HPD Receipt for rifle given to Mrs. Sylvia Pirtle | 104 | ✓ | |
| 3 | Map of Area | 285 | ✓ | |
| 4 | Map of Moore property | | ✓ | |
| 5A<br>5B | Drawing of scene of San Benito Shootings<br>Drawing of scene of San Benito Shootings (enlargement) | 169<br>170 | ✓ | |
| 6A-N | Photographs of exterior scene of San Benito Shootings | 156-AA, FF, D, VV, XX, L, GG, 160-L, E, B, 158-J | ✓ | |
| 7A-D | Photographs of Ernest Moore's Pickup (ext. & int.) | 157-L, C | ✓ | |
| 8A-F | Photographs of interior of Ernest Moore's room | 159-M, K, I, H, L, N | ✓ | |
| 9 | Autopsy & Photograph of Ernest Moore, dec'd | 258-N | ✓ | |
| 10 | Report of Texas Ranger Rudolfo Jaramillo | 262 | ✓ | |
| 11 | March 10, 2000 letter from DPS Crime Lab | Def's Exh. 22 | ✓ | |

3163NEX.026a

1

| | | | ADMITTED | EXCLUDED |
|---|---|---|---|---|
| 12 | July 14, 1998 Memo to LaBeau from Jim Scheopner | 191 | ✓ | |
| 13 | July 15, 1998 Memo to Jim Scheopner from LaBeau | 192 | ✓ | |
| 14 | October 1, 1998 Memo to LaBeau from Jim Scheopner | 195 | ✓ | |
| 15 | October 14, 1998 Memo for Natalie Prim to Jim Schoepner | 14 | ✓ | |
| 16 | November 5, 1998 Memo for Jim Scheopner to Natalie Prim | 193 | ✓ | |
| 17 | City of Harlingen Agreement with James Robenson | 78 | ✓ | |
| 18 | Report of James Robenson | 277 | ✓ | |
| 19A<br>19B | DOT Firearms Transaction Record<br>Receipt for sale of AR-15 by Vasquez to Moore | 182 | ✓ | |
| 20 | Oct. 4, 1999 HPD letter from Victor Rodriguez with Excerpts of New Regulations & Policies | 106 | ✓ | |
| 21 | Affidavit & the Report of Javier Reyna of CCSD | 70 | ✓ | |
| 22 | Statement of Border Patrol Agent George Hupp | 113 | ✓ | |
| 23A<br>23B | Statements of HPD Officer Shawn Foist July 8 1998<br>Statement of HPD Officer Shawn Foist Sept. 1, 1998 | 189<br>126, 188 | ✓ | |
| 24 | Statement of Harlingen City Manager | 6 | ✓ | |
| 25 | City Manager's Report to City Commission, Nov. 4, 1998 | 197 | ✓ | |
| 26 | July 7, 1999 Report / Dennis Zamarron | 85 | | ✓ |
| 27 | Life Expectancy Table | 88 | ✓ | |
| 28 | Death Certificate - Ricardo Salinas | 62 | ✓ | |
| 29 | Income Statement - Ricardo Salinas | 60 A | ✓ | |
| 30 | Funeral Expense Statement - Ricardo Salinas | 90 | ✓ | |
| 31 | Photographs - Ricardo Salinas & Family | 266 | ✓ | |
| 32 | Death Certificate - Susan Rodriguez | 58 | ✓ | |

3163NEX.026a

2

| | | | ADMITTED | EXCLUDED |
|---|---|---|---|---|
| 33 | Income Statement - Susan Rodriguez | 53 | ✓ | |
| 34 | Funeral Expense Statement - Susan Rodriguez | 87 | ✓ | |
| 35A-D | Photographs - Susan Rodriguez & Family | 257 | ✓ | |
| 36 | Birth Certificate - Megan Suzanne Rodriguez | 59 | ✓ | |
| 37 | Photograph - Megan Suzanne Rodriguez | 283 | ✓ | |
| 38 | Curriculum Vita for Dr. George Kirkham | 65 | ✓ | |
| 39 | Curriculum Vita for Phyllis R. Silverman | 67 | ✓ | |
| 40 | Medical Records - Raul Rodriguez | 266-275 | ✓ | |
| 41 | Medical Bills - Raul Rodriguez | 266-275 | ✓ | |
| 42 | Income Statement - Raul Rodriguez | | | ✓ |
| 43 | City of Harlingen Cell Phone Bill | | ✓ | |
| ✓ 44 | 10-14-98 Harlingen Police Association letter (Joe Rubio) | 18 | | ✓ |
| ✓ 45 | 11-29-98 Harlingen Police Association letter (Joe Rubio) | 20 | | ✓ |
| 46 | HPD Manual Provision On Weapons | 105 | ✓ | |
| 47 | TCLEOSE Rules on Firearms Proficiency | 247 | ✓ | |
| 48A<br>48B | 9-14-98 Statement of Suspension of Sgt. Foist<br>9-15-98 Suspension of Sgt. Foist by Chief Schoepner | 165<br>166 | ✓ | |
| ✓ 49 | Video of Shooting Scene | 151 | | ✓ |
| 50<br>50A<br>50B<br>50C<br>50D<br>50E<br>50F<br>50G<br>50H<br>50I | Transcripts of law enforcement radio transmissions<br>HPD Dispatch Log<br>Cameron County Sheriff's Office Teletype<br>Transcript of Cameron County Sheriff's Dept. Dispatch<br>Transcript of Cameron County Sheriff's Dept. Dispatch<br>Transcript of Cameron County Sheriff's Dept. Dispatch<br>Transcript of HPD Radio Traffic<br>Transcript of EMS Radio Traffic<br>Transcript of HPD calls<br>TAPE-911 | <br>100<br>217<br>152<br>152<br>152<br>208<br>209<br>210<br> | ✓ | |

3163NEX.026a

3