201

| UNITED STATES DISTRICT COURT | * | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Arturo G. Salinas et al  Versus  City of Harlingen, TX | | Case Nos. B-98-162  98-163  99-70  Consolidated as #B-98-162  AMENDED WITNESS LIST |
| Judge Hilda G. Tagle | | Case Manager: Stella Cavazos  Court Reporter: Breck Record |
| List of Plaintiffs' Witnesses | | Proceeding     Date  Jury Trial     February 11, 2000 |

United States District Court
Southern District of Texas
FILED
FEB 25 2002
Michael N. Milby, Clerk of C

| # | Name | # | Name |
|---|---|---|---|
| 1 | Pirtle, Sylvia | 13 | Kirkham, George |
| 2 | Jaramillo, Rodolfo C. | 14 | Hupp, George A. (Deposition) |
| 3 | Schoepner, Jim | 15 | Brinning, John C. |
| 4 | Moore, R. D. | 16 | Rodriguez, Raul |
| 5 | LaBeau, Joe (by deposition) | 17 | Salinas, Art |
| 6 | Cox, Julie | 18 | Salinas, Elsa |
| 7 | Reyna, Javier | 19 | Williams, Stephen |
| 8 | Foist, Shawn | 20 | Williams, Robyn |
| 9 | Robenson, James (by Report Only) | 21 | Rodriguez, Gilbert |
| 10 | Rodriguez, Arnold | 22 | Silverman, Dr. Phyllis |
| 11 | Rodriguez, Robert | 23 | Rubio, Joe |
| 12 | Prather, Lucy | 24 | Perry, Albert |
| 25 | Rodriguez, Victor | 29 | Saenz, Ronald |
| 26 | Garcia, Miguel (Mike) | 30 | Walence, Jason |
| 27 | Ladezma, Chris | 31 | Matlock, Melody |
| 28 | Moore, Patsy | 32 | Prim, Natalie (By Video Deposition) |

3163W.008-Plaintiffs' Witness List for Court 2-19-02