202

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

FEB 25 2002

Michael N. Milby, Clerk of Court

_Salinas, et al_ §
§
vs. §   CIVIL ACTION: B- 98-162
§
_City of Harlingen_ §   (Consolidated 98-161 + 99-70)
§

## Certification of Trial Exhibits

We find the trial exhibits admitted into evidence for all parties to be accurate and ready for presentation to the jury for use during their deliberations.

Date 2/25/02

Attorney for Plaintiff(s)

[signature]
[signature]

Attorney for Defendant(s)

[signature]