204

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Roberts  ■ Lehrman |
| DATE | 02 — 26 — 02 |
| TIME | 9:15 a.m. — 11:15 a.m. |
| | 1:13 p.m. — 3:12 p.m. |
| CIVIL ACTION | B — 98 — 162 |
| STYLE | Salinas, et al *versus* City of Harlingen |

United States District Court
Southern District of Texas
FILED
FEB 26 2002
Michael N. Milby, Clerk of ?...

DOCKET ENTRY

(HGT)  ■ 7th Day Jury Trial                              (Court Reporter: Breck Record)

Attorneys for Plaintiffs Salinas & Rodriguez: Broaddus Spivey, Price Ainsworth, Richard Pena

Attorneys for Plaintiff Raul Rodriguez: Ramon Garcia and Sonia Lopez

Attorneys for Defendant City of Harlingen: Tom Lockhart and Roger Hughes

    8:50 a.m. *(Juror called, having car problems and unable to be here at 9:00 am)*

    9:15 a.m. All jurors present and began deliberations.

    11:15 a.m. Jury Note #2 received and filed. Jurors to take their lunch break from 11:15 a.m. to 1:15 p.m. All counsel advised and responsible for weapons.

    1:13 p.m. Jurors reconvened and resumed deliberations.

    2:48 p.m. Jury Note #3 received and filed. Verdict reached.

    3:06 p.m. Jury brought in. Court read answers to interrogatories.

    3:08 p.m. Defense counsel requests that jury be polled. Jury polled by Clerk of Court. Verdict unanimous; verdict filed. Jury discharged.

    3:10 p.m. Court ordered that weapons be secured by United States Marshal and returned to each respective attorney and ordered that photographs be substituted for Plaintiff's Exhibit No. 1 and for Defendant's Exhibit No. 6. Mr. Ainsworth requested that Plaintiff's Exhibit No. 2 (which is photo of weapon and in evidence) be substituted for said weapon. So Ordered.

    3:12 p.m. Court adjourned.