205

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: **#2**              Case Number: **B-98-162**

United States District Court
Southern District of Texas
FILED

FEB 26 2002  11:15 A

Michael N. Milby, Clerk of Court

Dear Judge Tagle:

☐ We would like to take a break until ____:____.

☐ We have reached a verdict.

☑ *Have lunch from 11:15 to 1:15 and continue dileberation until 5:00 pm.*

_____
Foreman

Date: **2/26/02**   Time: **11:10**

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*