20

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## JURY NOTE

Note Number: #3            Case Number: B-98-162

Dear Judge Tagle:

☐  We would like to take a break until ____:____.

☑  We have reached a verdict.

☐  _____

_____

_____

_____

_____

United States District Court
Southern District of Texas
FILED

FEB 26 2002  2:48 p

Michael N. Milby, Clerk of Court

_____
Foreman

Date: 2/26/02   Time: 2:45

*If you need to communicate with the judge,
please complete this form and hand it to the marshal.*