*Verdict*

CAB-98-162    20

United States District Court
Southern District of Texas
FILED

FEB 26 2002

Michael N. Milby
Clerk of Court

## V. INTERROGATORIES

### QUESTION NO. 1

Was any negligent use of the Harlingen Police Department rifle by an employee of the City of Harlingen in the scope of his employment for the City a proximate cause of the deaths of Susan Rodriguez and Ricardo Salinas and bodily injury to Raul Rodriguez?

Answer "Yes" or "No": _____yes_____

### QUESTION NO. 2

Did a custom or policy made or adopted by the City of Harlingen with deliberate indifference cause a "state created" danger that was a proximate cause of the deaths of Susan Rodriguez and Ricardo Salinas and bodily injury to Raul Rodriguez?

Answer "Yes" or "No": _____yes_____

-21-

**If you answered "yes" to Question No. 1 or Question No. 2, then answer Question No. 3. Otherwise, do not answer Question No. 3.**

## QUESTION NO. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiffs Gilbert Rodriguez, Megan Rodriguez, Stephen Williams and Robyn Williams for their injuries, if any, resulting from the death of Susan Rodriguez?

Consider the following elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element.

Answer separately, in dollars and cents, for damages, if any.

A.  **Gilbert Rodriguez**
Funeral expenses paid or incurred; loss of support and services; loss of companionship and society; and mental anguish:

Answer: $ _____5 million_____

B.  **Megan Rodriguez**
Loss of support and services; loss of companionship, instruction and guidance; mental anguish; loss of inheritance:

Answer: $ _____10 million_____

C.  **Stephen Williams**
Loss of support and services; loss of companionship and society; mental anguish:

Answer: $ _____2.5 million_____

D.  **Robyn Williams**
Loss of support and services; loss of companionship and society; mental anguish:

Answer: $ _____2.5 million_____

-22-

**If you answered "yes" to Question No. 1 or Question No. 2, then answer Question No. 4. Otherwise, do not answer Question No. 4.**

QUESTION NO. 4

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiffs Arturo Salinas and Elisa Salinas for their injuries, if any, resulting from the death of Ricardo Salinas?

Consider the following elements of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element.

Answer separately, in dollars and cents, for damages, if any.

    A.    **Arturo Salinas**
Funeral expenses paid or incurred; loss of support and services; loss of companionship and society; mental anguish:

    Answer: $ _____2.5 million_____

    B.    **Elisa Salinas**
Loss of support and services; loss of companionship and society; mental anguish:

    Answer: $ _____2.5 million_____

-24-

**If you answered "yes" to Question No. 1 or Question No. 2, then answer Question No. 5. Otherwise, do not answer Question No. 5.**

QUESTION NO. 5

What sum of money, if paid now in cash, would fairly and reasonably compensate Raul Rodriguez for his injuries, if any, resulting from the occurrence in question?

Consider the elements of damages listed below and none other. Consider each element separately. Do not include interest on any amount of damages you may find.

Answer in dollars and cents, for damages, if any.

Physical pain; mental anguish; loss of earning capacity; physical impairment; loss of enjoyment of life; physical disfigurement; medical care:

Answer: $ *10 million*

-25-

## VI. CERTIFICATE

United States District Court
Southern District of Texas
FILED

FEB 26 2002  3:08P.

Michael N. Milby, Clerk of Court

**SO SAY WE ALL**

_____
Presiding Juror

Date  2/26/02