209

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-162 |
| | §(consolidated with B-98-163 and B-99-70) | |
| City of Harlingen, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED that on March 5, 2002, the Court considered Plaintiffs' Motion for Judgment [Dkt. No. 208]. For the reasons that follow, the Court **STRIKES** the Motion.

First, no Certificate of Service is attached to this Motion. Local Rule 5.4 requires a Certificate of Service. Under this Rule, papers must have at the end a certificate reflecting how and when service has been made or why service is not required. Fed. R. Civ. P. 5(b). Second, there is no Certificate of Conference attached. Local Rule 7 requires that opposed Motions include an averment that the movant has conferred with the respondent and that Motions without opposition and their proposed orders must bear in their caption "unopposed." See Local Rules 7.1 and 7.2. Pursuant to Local Rule 11.4, which states that a paper that does not conform to the local or federal rules or that is otherwise objectionable may be struck on the motion of a party or by the Court, the Court hereby **STRIKES** Plaintiffs' Motion for Judgment [Dkt. No. 208].

-2-

Plaintiffs are **ORDERED** to resubmit the Motion for Judgment in conformance with this Order.

DONE at Brownsville, Texas, this 5th day of March, 2002.

_____
Hilda G. Tagle
United States District Judge