IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

214

|  |  |
|---|---|
| ARTURO GUILLERMO SALINAS, ET AL ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. B-98-162 |
| ) | |
| CITY OF HARLINGEN, ET AL ) | |

VOLUME VI
JURY TRIAL (VERDICT)
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 26, 2002

APPEARANCES:

For the Plaintiffs,                MR. BROADUS A. SPIVEY
Salinas and Rodriguez:             MR. PRICE AINSWORTH
                                   Attorneys at Law
                                   Austin, Texas

For the Plaintiff,                 MRS. SONIA LOPEZ
Rodriguez:                         MR. RAMON GARCIA
                                   Attorneys at Law
                                   Edinburg, Texas

For the Defendants:                MR. TOM LOCKHART
                                   MR. ROGER HUGHES
                                   Attorneys at Law
                                   Harlingen, Texas

Transcribed by:                    BRECK C. RECORD
                                   Official Court Reporter
                                   600 E. Harrison, Box 16
                                   Brownsville, Texas  78520
                                   (956)548-2510

Captured and Transcribed by Computer - Eclipse