United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN | { | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CITY OF HARLINGEN and files this its Unopposed Motion for Leave to File Brief in Excess of Twenty-five Pages and would show the Court as follows:

## I.

### Certificate of Conference

The undersigned has confer with counsel for all Plaintiffs and they do not oppose this Motion.

## II.

At the same time as this Motion, Defendant files a Renewed Motion for Judgment as a Matter of Law. The Court's Bench Rules on Civil Procedure, Rule 5.H.1., provides that any brief or memorandum shall be limited to twenty-five pages, unless permitted by the Court to exceed that limit.

Defendant's Renewed Motion for Judgment as a Matter of Law exceeds the limit and Defendant seeks leave to file it.

## III.

As good cause, Defendant will show the Court as follows:

A.  Defendant obtained a transcript of trial; the Motion gives page and line citation, as the Court prefers. See Bench Rule 5.I. This has lengthened the brief.

B.  Because Defendant has the record, it believes an extensive, detailed discussion of the evidence is appropriate. Providing more detail summary of the testimony has lengthened the brief.

C.  After trial, the 5th Circuit granted the petition for rehearing en banc in *McClenden vs. City of Columbia*, 258 F.3d 432 (5th Cir. 2001), *m. reh. en banc granted*, ___, F.3d

\_\_\_\_, 2002 WL398361 (5th Cir. March 13, 2002). This has the effect of vacating the prior opinion, which considerably changes 5th Circuit jurisprudence on "state created danger" under 42 U.S.C. section 1983. Because there is no longer any 5th Circuit case recognizing that exception, discussion of that issue has lengthened the brief.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court granted leave to file its Motion for Judgment as a Matter of Law and any other such further relief at law or in equity to which it may show itself entitled.

        Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 28th day of March, 2002, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | CMRRR # 7001 2510 0004 2061 2481 |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Mr. Ramon Garcia<br>Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | CMRRR # 7001 2510 0004 2061 2498 |

_____
TOM LOCKHART