IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | JURY DEMANDED |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE
BRIEF IN EXCESS OF TWENTY-FIVE PAGES**

BE IT REMEMBERED that on the _2_ day of _April_, 2002, came to be considered Defendant's Unopposed Motion for Leave to File Brief in Excess of Twenty-five Pages, the Court upon consideration is of the opinion that said Motion should be granted.

IT IS THEREFORE ORDERED that the page limit is extended and Defendant is permitted to file its Renewed Motion for Judgment as a Matter of Law.

SIGNED FOR ENTRY THIS 2 day of April, 2002 at Brownsville, Texas.

_____
JUDGE PRESIDING

COMES NOW, Defendant CITY OF HARLINGEN and files this its Response to