IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 5 2002

Michael N. Milby
Clerk of Court

ARTURO GUILLERMO SALINAS, ET AL )
)
) CIVIL ACTION NO.
VS. ) B-98-162
)
CITY OF HARLINGEN, ET AL )
)

PRETRIAL CONFERENCE HEARING
AND MOTION HEARING
BEFORE THE HONORABLE HILDA G. TAGLE
FEBRUARY 7, 2002

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs, Salinas and Rodriguez: | MR. BROADUS A. SPIVEY<br>MR. PRICE AINSWORTH<br>Attorneys at Law<br>Austin, Texas |
| For the Plaintiff, Rodriguez: | MRS. SONIA LOPEZ<br>MR. RAMON GARCIA<br>Attorneys at Law<br>Edinburg, Texas |
| For the Defendants: | MR. TOM LOCKHART<br>MR. ROGER HUGHES<br>Attorneys at Law<br>Harlingen, Texas |
| Transcribed by: | BRECK C. RECORD<br>Official Court Reporter<br>600 E. Harrison, Box 16<br>Brownsville, Texas 78520<br>(956)548-2510 |

Captured and Transcribed by Computer - Eclipse