22

United States District Court
Southern District of Texas
FILED

APR 16 2002

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE BRIEF IN EXECSS OF TWENTY-FIVE PAGES

**COMES NOW** Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez and the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, surviving parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the Estate of their son, Ricardo Guillermo Salinas, deceased, Raul Rodriguez, Plaintiffs, and file this Unopposed Motion For Leave to File Response Brief in Excess of Twenty-Five Pages.

I.

The undersigned has conferred with counsel for all Defendants and they do not oppose this motion.

II.

Together with the filing of this Motion, Plaintiffs file their Response To Defendant's Renewed Motion Under Rule 50 For Judgment As A Matter Of Law. The Court's Bench Rule 5.H.1., provides that any brief or memorandum shall be limited to twenty-five pages, unless permitted by the Court to exceed that limit.

Plaintiffs' Response To Defendant's Renewed Motion Under Rule 50 For Judgment As A Matter Of Law exceeds the limit and Plaintiffs seek leave to file it.

III.

As good cause, Plaintiffs will show the Court as follows:

A. Plaintiff obtained a transcript of trial; the Response gives page and line citation, as the Court prefers. See Bench Rule 5.I. This has lengthened the response brief.

B. Defendant's motion, which was in excess of twenty-five pages, provided detailed summaries of the evidence and detailed discussions of the evidence. Plaintiffs have addressed each of Defendant's arguments with detailed discussions of the evidence in response, lengthening their response brief.

C. Defendant's motion discussed the 5th Circuits granting of the petition for rehearing en banc in *McClendon v. City of Columbia*, 258 F.3d 432 (5th Cir. 2001), *m. reh. en banc granted*, ____ F.3d ____, 2002 WL398361 (5th Cir. March 13, 2002).

Plaintiffs' detailed response to Defendant's discussions of this case has also lengthened their response.

IV.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs' pray that the Court grant leave to file Plaintiffs' Response To Defendant's Renewed Motion Under Rule 50 For Judgment As A Matter Of Law in excess of twenty-five pages and any other such further relief at law or in equity to which they may show themselves entitled.

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By ______________________
Broadus A. Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS–IN-CHARGE FOR PLAINTIFFS ARTURO G. SALINAS, ET AL and GILBERTO M. RODRIGUEZ, ET AL**

**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)

By ______________________
Ramon Garcia
State Bar No. 07641800
Federal I.D. No. 3936
Sonia I. Lopez
State Bar No. 24003862
Federal I.D. No. 23501

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF RAUL RODRIGUEZ**

## CERTIFICATE OF CONFERENCE

On April 15, 2002, Plaintiffs' counsel held a telephone conference with Defendant's Attorney, Mr. Tom Lockhart. Mr. Lockhart does not oppose Plaintiffs' Motion For Leave to File Response Brief in Excess of Twenty-Five Pages.

Broadus A. Spivey

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded to counsel of record for Defendant via facsimile and United States mail on this 16th day of Apri, 2002:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS-IN-CHARGE FOR
DEFENDANT CITY OF HARLINGEN

Broadus A. Spivey

3163VJA.013