IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § § | |
| Plaintiffs | § § | |
| v. | § § | CIVIL CASE NO. B-98-162 |
| | § | (consolidated with B-98-163 & B-99-70) |
| City of Harlingen, et al, | § § | |
| Defendants. | § § | |

## ORDER

**BE IT REMEMBERED** that on June 3, 2002, the Court considered the Defendant's Renewed Motion under Rule 50 for Judgment as a Matter of Law [Dkt. No. 217] in the above referenced case. After considering the Motion, responses, and replies, the Court **DENIES** the motion in all respects. The Motion for Leave to File Response Brief in Excess of Twenty-five Pages [Dkt. No. 221] is therefore **MOOT**.

DONE this 3d day of June, 2002, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge