IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-98-162 |
| | § | (consolidated with B-98-163 & B-99-70) |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

**BE IT REMEMBERED** that on June _5_, 2002, the Court **ORDERED** the Parties to submit Proposed Final Judgments in this case. The proposed final judgments shall be submitted to the Court no later than 4:00 p.m. on June 14, 2002 and must include award amounts for state and federal claims.

DONE this _5th_ day of June, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1