United States District Court
Southern District of Texas
FILED

JUN 1 4 2002

Michael N. Milby
Clerk of Court

226

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## PLAINTIFFS' SUBMISSION OF
## PROPOSED FINAL JUDGMENT

TO THIS HONORABLE COURT:

Come Now all Plaintiffs in the above consolidated cases, and, pursuant to the Court's Order of June 5, 2002, submit the attached, proposed final judgment. As indicated in their previous motion for entry of judgment, Plaintiffs request that the Court enter a judgment for the full amount of the jury verdict together with prejudgment and postjudgment interest as allowed by law and costs of court. *See Exhibit "A."*

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the attached judgment be entered.

1

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX  78701
512+474-6061
512+474-1605 (fax)

By _____
       Broadus A. Spivey
       State Bar No. 00000076
       Federal I.D. No. 11146
       Price Ainsworth
       State Bar No. 00950300
       Federal I.D. No. 8065

       Richard Pena
       Law Offices of Richard Pena, P.C.
       Barton Oaks Plaza Two
       901 MoPac, Suite 325
       Austin, Texas 7746-5747
       512+327-6884
       512+327-8354 (fax)

**ATTORNEYS–IN-CHARGE FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL and GILBERTO M.
RODRIGUEZ, ET AL**

**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)

By _____
       Ramon Garcia
       State Bar No. 07641800              *By permission*
       Federal I.D. No. 3936
       Sonia I. Lopez                                00950300
       State Bar No. 24003862
       Federal I.D. No. 23501

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF
RAUL RODRIGUEZ**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded to counsel of record for Defendant via facsimile and United States mail on this 13th day of June, 2002:

> Mr. Tom Lockhart
> Mr. Roger W. Hughes
> ADAMS & GRAHAM, L.L.P.
> 222 E. Van Buren, West Tower
> Harlingen, Texas 78551-1429
> ATTORNEYS-IN-CHARGE FOR
> DEFENDANT CITY OF HARLINGEN

Price Ainsworth

3163VJA.019

3

# EXHIBIT "A"

# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| | § | |
| Vs. | § | |
| | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| | § | |
| And | § | |
| | § | |
| RAUL RODRIGUEZ | § | |
| | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## FINAL JUDGMENT

On February 11, 2002, the Court called these consolidated cases for a jury trial. Plaintiffs, Gilberto M. Rodriguez, individually, on behalf of his minor daughter Megan Suzanne Rodriguez, and for the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S, Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the Estate of their son Ricardo Guillermo Salinas, deceased; and Raul Rodriguez, appeared in person and through their attorneys and announced ready for trial. Defendant City of Harlingen, through its attorneys and City Manager Roy Rodriguez, announced ready for trial.

The jury found the Defendant City of Harlingen liable for the damages suffered by Plaintiffs under their federal claims, 42 U.S.C. § 1983, and state claims, Tex. Civ. Prac. & Rem. Code §101, and awarded damages for each Plaintiff. The Court received, filed, and entered of record the jury's verdict. The Defendant's post-trial motions were denied.

Plaintiffs are entitled to recover the greatest relief under any theory that the verdict supports. *Tompkins v. Cy*, 202 F.3d 770, 786 (5th Cir. 2000). As the federal claims support a verdict of $35,000.000.00, far in excess of the $750,000.00 that would be awarded in proportion to the jury's verdict pursuant to the state claims (Tex. Civ. Prac. & Rem. Code §101.023(c)), the Court hereby enters judgment based on the jury's verdict and the Plaintiffs' motion of entry of judgment as follows:

## I.

The Court orders that Plaintiffs Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez, and for the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the estate of their son, Ricardo Guillermo Salinas, deceased; and Raul Rodriguez, recover the total sum of $35,000,000.00 as follows:

| | |
|---|---|
| Gilberto M. Rodriguez, Individually | $5,000,000.00 |
| Gilberto M. Rodriguez, Individually and on Behalf of his Minor Daughter, Megan Rodriguez | $10,000,000.00 |
| Stephen Williams | $2,500,000.00 |
| Robyn Williams | $2,500,000.00 |
| Arturo Salinas | $2,500,000.00 |
| Elisa Salinas | $2,500,000.00 |
| Raul Rodriguez | $10,000,000.00 |

2

## II.

Additionally, the court awards prejudgment interest on the sum at the annual rate of ten percent (10%) per annum, to be paid from date of November 9, 1998, until the entry of this judgment.

## III.

Postjudgment interest is payable on all the above amounts allowable by law at the rate of ten percent (10%) per annum from the date this judgment is entered until the date the judgment is paid.

## IV.

The court orders that the Defendant pay all costs of court together with reasonable attorneys' fees in accordance with 42 U.S.C. §1988.

## V.

The court orders execution to issue for this judgment.

## VI.

The court denies all relief not granted in this judgment.

## VII.

This is a final judgment.

SIGNED ON _____, 2002.


_____
Hilda Tagle, United States District Judge

3163VJA.017

3