IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

**UNOPPOSED MOTION TO PERMIT EXAMINATION OF PLAINTIFFS' EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant CITY OF HARLINGEN and files this its Unopposed Motion to Permit Examination of Plaintiffs' Exhibits and would show the Court as follows:

Unopposed Motion to Permit Examination of Plaintiffs' Exhibits
[18-fmg] c:\files\h1023\post-trial\Mtn4ExmExhs
Page 1 of 4

I.

Defendant has conferred with Plaintiffs' counsel and there is no opposition to this Motion.

II.

Defendant respectfully requests the Court to examine Plaintiffs' trial exhibits, currently in the custody of the Court. Defense counsel wishes to examine certain exhibits in order to correctly cite and describe the evidence for the purposes of post-judgment motions.

Defendant does not wish to remove the exhibits from the custody of the Court. Rather, it requests permission that its counsel be permitted to examine them at the courthouse under the supervision of Court personnel.

III.

Specifically, Defendant requests leave to examine the medical records and wage statements submitted by Plaintiff Raul Rodriguez. Because these exhibits were fairly thick, duplicate copies were not provided to defense counsel before trial. Defendant's counsel are unsure if they have complete and accurate copies of them.

IV.

As good cause, Defendant represents that it intends to file a detailed motion for remittitur and/or new trial. Accurate citation to these exhibits would assist the Court in locating the pertinent parts.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this Motion be granted, be permitted to examine the exhibits and any other such further relief to which it is entitled.

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of July, 2002, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and

ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                             Via Facsimile: 512/474-1605
Mr. Price Ainsworth
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701-4320

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia <u>**Via Facsimile: 956/381-0825**</u>
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

_____
ROGER W. HUGHES