

United States District Court
Southern District of Texas
FILED

JUL 0 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**PLAINTIFFS' MOTION FOR CLARIFICATION OF JUDGMENT**

TO THE HONORABLE COURT:

Come now Plaintiffs Gilberto M. Rodriguez, individually and on Behalf of his minor Daughter, Megan Suzanne Rodriguez and the Estate of his Wife Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on Behalf of the Estate of their Son Ricardo Guillermo Salinas, deceased; and Raul Rodriguez and file this motion for clarification of judgment.

1. In accordance with Fed.R.Civ.P. 59(e), Plaintiffs in the above consolidated cases request that the Court enter an amended judgment in this matter. The suggested amendment does not alter the substance of the Court's Final Judgment signed and entered on June 28, 2002. The purpose of the suggested amendment is to facilitate collection of the judgment through enforcement of the Court's order issuing a writ of mandamus.

Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _____
Broadus A. Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065
Francis Pan
State Bar No. 15443300
Federal I.D. No. 26385

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS
ARTURO G. SALINAS, ET AL and GILBERTO M.
RODRIGUEZ, ET AL**

LAW OFFICES OF RAMON GARCIA, P.C.
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)

By /s/ Ramon Garcia w/permission by /s/
Ramon Garcia
State Bar No. 07641800
Federal I.D. No. 3936
Sonia I. Lopez
State Bar No. 24003862
Federal I.D. No. 23501

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF RUAL RODRIGUEZ**

## CERTIFICATE OF CONFERENCE

I have attempted to confer with Defendant's counsel Mr. Tom Lockhart and Mr. Roger Hughes by facsimile correspondence and by telephone in regards to the filing of this motion but have not been successful. Accordingly, I cannot represent to the Court whether Defendant's counsel opposes or does not oppose this motion. Therefore, this matter is presented to the court for determination.

/s/ Price Ainsworth
Price Ainsworth

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on July 3rd, 2002, to counsel of record for Defendant via facsimile and U.S. Certified Mail, Return Receipt Requested as shown below:

*__Via Facsimile & U.S. Certified Mail RRR# 70012510000350289302__*
Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS-IN-CHARGE FOR
DEFENDANT CITY OF HARLINGEN

_____
Price Ainsworth

3163P.055

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## WRIT OF MANADAMUS AND CLARIFICATION OF JUDGMENT

Pursuant to the Judgment entered on June 28, 2002, the Court hereby ORDERS that a Writ of Mandamus issue to order the Defendant City of Harlingen to pay to the Plaintiffs money damages as follows on their federal claims brought pursuant to 42 U.S.C. § 1983:

| | | |
|---|---|---|
| 1) | Gilberto M. Rodriquez, Individually | $ 5,000,000.00 |
| 2) | Gilberto M. Rodriquez, on behalf of his minor daughter Megan Rodriquez | $10,000,000.00 |
| 3) | Stephen Williams | $ 2,500,000.00 |
| 4) | Robyn Williams | $ 2,500,000.00 |
| 5) | Arturo Salinas | $ 2,500,000.00 |

| | | |
|---|---|---:|
| 6) | Elisa Salinas | $ 2,500,000.00 |
| 7) | Raul Rodriquez | $10,000,000.00 |

Further, the Defendant City of Harlingen is hereby ORDERED to pay (and a writ of mandamus shall issue for) prejudgment interest on each of the above sums at the rate of 2.13% per annum from November 9, 1998 through June 27, 2002. In addition, the Defendant City of Harlingen is hereby ORDERED to pay (and a wit of mandamus shall issue for) post judgment interest at the rate of 2.13% per annum on all sums above, together with the prejudgment interest added thereto, from June 28, 2002 until this writ and judgment are paid in full.

The Court ORDERS that a writ of mandamus issue for this judgment.

This is a final judgment.

Done this _____ day of _____ 2002, at Brownsville, Texas.

_____
Honorable Hilda G. Tagle
United States District Judge

3163P.056