IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

**ORDER GRANTING UNOPPOSED MOTION TO PERMIT
EXAMINATION OF PLAINTIFFS' EXHIBITS**

BE IT REMEMBERED that on July 10, 2002, came to be considered Unopposed Motion to Permit Examination of Plaintiffs' Exhibits and the court is of the opinion that it should be granted.

Defendant's counsel shall be permitted to examine the exhibits submitted by Plaintiff

Raul Rodriguez at the Federal Courthouse in Brownsville under the supervision of the Court's staff.

SIGNED FOR ENTRY this 10 day of July, 2002, in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:

Mr. Broadus A. Spivey
Mr. Price Ainsworth
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701-4320

Mr. Ramon Garcia
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

Mr. Roger W. Hughes
Mr. Tom Lockhart
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429