United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## WRIT OF MANADAMUS AND CLARIFICATION OF JUDGMENT

Pursuant to the Judgment entered on June 28, 2002, the Court hereby ORDERS that a Writ of Mandamus issue to order the Defendant City of Harlingen to pay to the Plaintiffs money damages as follows on their federal claims brought pursuant to 42 U.S.C. § 1983:

| | | |
|---|---|---|
| 1) | Gilberto M. Rodriquez, Individually | $ 5,000,000.00 |
| 2) | Gilberto M. Rodriquez, on behalf of his minor daughter Megan Rodriquez | $10,000,000.00 |
| 3) | Stephen Williams | $ 2,500,000.00 |
| 4) | Robyn Williams | $ 2,500,000.00 |
| 5) | Arturo Salinas | $ 2,500,000.00 |

| | | |
|---|---|---|
| 6) | Elisa Salinas | $ 2,500,000.00 |
| 7) | Raul Rodriquez | $10,000,000.00 |

Further, the Defendant City of Harlingen is hereby ORDERED to pay (and a writ of mandamus shall issue for) prejudgment interest on each of the above sums at the rate of 2.13% per annum from November 9, 1998 through June 27, 2002. In addition, the Defendant City of Harlingen is hereby ORDERED to pay (and a wit of mandamus shall issue for) post judgment interest at the rate of 2.13% per annum on all sums above, together with the prejudgment interest added thereto, from June 28, 2002 until this writ and judgment are paid in full.

The Court ORDERS that a writ of mandamus issue for this judgment.

This is a final judgment.

Done this ___11___ day of ___July___ 2002, at Brownsville, Texas.

_____
Honorable Hilda G. Tagle
United States District Judge

3163P.056

2