IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| V. | { | |
| | { | AN ORAL HEARING |
| CITY OF HARLINGEN | { | IS REQUESTED |

**DEFENDANT CITY OF HARLINGEN'S REPLY IN SUPPORT OF MOTION TO VACATE WRIT OF MANDAMUS OBJECTIONS TO FINAL JUDGMENT, AND MOTION TO STAY PENDING RULING ON POST-JUDGMENT MOTIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Reply In Support of Motion to Vacate Writ of Mandamus Objections to Final Judgment, and Motion to Stay Pending Ruling on Post-Judgment Motions, and would show the Court as follows:

## I. Status

Defendant City of Harlingen filed a Motion to Vacate Writ of Mandamus, Objections to Final Judgment (as Clarified), and Motion to Stay Pending Ruling on Post-Judgment Motions (Dkt # 235). Plaintiffs Arturo Salinas, et al., have filed a Notice of No Opposition to that motion (Dkt # 237). Plaintiff Raul Rodriguez did not file a response within twenty days; under Local Rule 7.4 his failure is taken as a representation of no opposition.

## II. Relief Requested

The City files this Reply under the Court's Civil Procedure Rule 5.C. to urge the Court grant the relief requested in its motion. The City suggests that, if the Court vacates the writ of mandamus in full, then no stay would be needed. As the Final Judgment (Dkt # 228) recognized, a writ of mandamus is the sole means of enforcement and a writ of execution may not issue. A draft order is submitted with this Reply for the Court's consideration.

In making its Motion to Vacate, the City reserves its right to challenge the substance of the judgment in all respects; the City does not seek the relief requested in its motion in lieu of the relief it has requested in its motions for judgment as a matter of law or for new trial or in any other motion or objection going to the merits of its defense.

WHEREFORE, PREMISES CONSIDERED, Defendant prays this motion be considered and the Court sustain its objections, vacate or modify the writ of mandamus, order that enforcement of the judgment, including the writ of mandamus, be stayed without bond until the post-judgment motions are decided or until 30 days after they are decided, and for such further relief to which the City may show itself entitled.

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 6th day of August, 2002, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and
ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>Mr. Price Ainsworth<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | CMRRR #7001 2510 0004 2061 2580<br>& Fax: 512/474-1605 |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

**CMRRR #7001 2510 0004 2061 2597
& Fax: 956/381-0825**

_____
ROGER W. HUGHES

Case 1:98-cv-00162   Document 239   Filed in TXSD on 08/06/2002   Page 4 of 4

Defendant City of Harlingen's Reply in Support of Motion to Vacate Writ of Mandamus Objections to Final Judgment, and Motion to Stay Pending Ruling on Post-Judgment Motions
[18-fmg] C \Files\H1023\post trial\Reply Mtn2Vacate                                                                                    Page 4 of 4