United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| V. | { | |
| | { | |
| CITY OF HARLINGEN | { | |

**DEFENDANT CITY OF HARLINGEN'S CORRECTION TO REPLY
IN SUPPORT OF MOTION FOR NEW TRIAL ON DAMAGES OR
REMITTITUR AS TO PLAINTIFF RAUL RODRIGUEZ**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Correction to

Reply In Support of Motion for New Trial on Damages or for Remittitur as to Plaintiff Raul

Rodriguez, and would show the Court as follows:

## I. Status

Defendant City of Harlingen filed a Motion for New Trial on Damages or for Remittitur (Dkt # 234) on July 12, 2001. On August 9, 2001, Plaintff Raul Rodriguez filed a Response to Defendant City of Harlingen's Motion for New Trial (Dkt. # 240). The City filed a Reply under the Court's Civil Procedure Rule 5.C. (Dkt. # 241).

## II. Correction

In the City's Reply (Dkt. # 241), p. 3, the City stated that Plaintiff Raul Rodriguez had received the City's earlier Reply (Dkt. # 238) before Raul Rodriguez filed his Response (Dkt # 240) to the motion for new trial/remittitur. This representation was based on the certificate of service to the City's Response (Dkt. # 238) which states that the Reply was faxed and sent certified/return receipt mail to Raul Rodriguez's counsel on August 6, 2002.

After filing that document, the City's counsel learned that the Reply (Dkt. # 238) was inadvertently not faxed on August 6, 2002. The City's counsel has received "green cards" showing that the City's earlier Reply (Dkt. # 238) was received by Raul Rodriguez's counsel on August 13, 2002, and received by the other plaintiffs' counsel on August 8, 2002. Therefore, it is unlikely that Plaintiff Raul Rodriguez had the City's earlier Reply to the other plaintiffs (Dkt. # 238) before drafting his response.

The City regrets this error. Its counsel made in good faith believing the document had

been faxed and that a letter mailed in Harlingen, Texas, would not take seven days to reach McAllen, Texas.

The Court should grant a new trial on damages as to his damages. Alternatively, the court should order him to remit a portion of the damages awarded in the amounts suggested earlier.

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

Defendant City of Harlingen's Correction to Reply in Support of Motion for New Trial on Damages or Remittitur as to Plaintiff Raul Rodriguez
[18-fmg] C \Files\H1023\post trial\Reply2RR Correct
Page 3 of 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 16th day of August, 2002, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey | CMRRR #7001 2510 0004 2061 7622 |
| Mr. Price Ainsworth | & Fax: 512/474-1605 |
| **SPIVEY & AINSWORTH, P.C.** | |
| 48 East Avenue | |
| Austin, Texas 78701-4320 | |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Mr. Ramon Garcia | CMRRR #7001 2510 0004 2061 7639 |
| Ms. Sonia Lopez | & Fax: 956/381-0825 |
| **LAW OFFICES OF RAMON GARCIA, P.C.** | |
| 222 West University Drive | |
| Edinburg, Texas 78539 | |

_____
ROGER W. HUGHES