IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 21 2002
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| CITY OF HARLINGEN | { | |
| and | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN | { | |
| and | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| V. | { | |
| CITY OF HARLINGEN | { | |

**DEFENDANT CITY OF HARLINGEN'S NON-OPPOSITION TO PLAINTIFF
RAUL RODRIGUEZ'S MOTION FOR LEAVE TO FILE RESPONSE TO
DEFENDANT'S MOTION FOR NEW TRIAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Non-

Defendant City of Harlingen's Non-Opposition to Plaintiff Raul Rodriguez's Motion for Leave to File a
Response to Defendant's Motion for New Trial
[18-fmg] C:\Files\H1023\post trial\Non-Opp2PltRR'sRsp.                                        Page 1 of 3

Opposition to Plaintiff Raul Rodriguez's Motion for Leave to File Response to Defendant's Motion for New Trial, and would show the Court as follows:

## I. Status

On July 12, 2002, Defendant filed its Motion for New Trial and/or Remittitur (Dkt # 234). On August 9, 2002, Plaintiff Raul Rodriguez filed his response to that motion (Dkt. # 240). On August 16, 2002, Plaintiff Raul Rodriguez filed a motion for leave to file his Response (Dkt. # 242).

## II.

Defendant City of Harlingen does not oppose Plaintiff Raul Rodriguez's motion for leave to file his response (Dkt. #242).

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

Defendant City of Harlingen's Non-Opposition to Plaintiff Raul Rodriguez's Motion for Leave to File a Response to Defendant's Motion for New Trial
[18-fmg] C:\Files\H1023\post trial\Non-Opp2PltRR'sRsp.
Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 21st day of August, 2002, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>Mr. Price Ainsworth<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | **Via Ordinary Mail** |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Mr. Ramon Garcia<br>Ms. Sonia Lopez<br>**LAW OFFICES OF RAMON GARCIA, P.C.**<br>222 West University Drive<br>Edinburg, Texas 78539 | CMRRR #7001 2510 0000 6098 2517<br>& Fax: 956/381-0825 |

_____
ROGER W. HUGHES