IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

**ORDER GRANTING PLAINTIFF RAUL RODRIGUEZ' MOTION FOR LEAVE TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT CITY OF HARLINGEN'S MOTION FOR NEW TRIAL ON DAMAGES OR IN THE ALTERNATIVE, FOR REMITTITUR AND MEMORANDUM IN SUPPORT THEREOF**

BE IT REMEMBERED that on this the 23rd day of August, 2002, came to be considered Plaintiff Raul Rodriguez' Motion for Leave to File Plaintiff's Response to Defendant City of Harlingen's Motion for New Trial on Damages or in the Alternative, for Remittitur and Memorandum in Support Thereof. After considering the motion, the court GRANTS the motion and allows plaintiff leave to file its Response to Defendant City of Harlingen's Motion for New Trial on Damages or in the Alternative, for Remittitur and Memorandum in Support Thereof.

SIGNED this 23rd day of August, 2002 at Brownsville, Texas.

U.S. DISTRICT JUDGE

cc: Mr. Tom Lockhart, Adams & Graham, L.L.P., 222 E. Van Buren, West Tower, Harlingen, Texas 78551
    Mrs. Sonia I. Lopez, Law Office of Ramon Garcia, P.C., 222 W. University Drive, Edinburg, Texas 78539