IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| V. | { | |
| | { | AN ORAL HEARING |
| CITY OF HARLINGEN | { | IS REQUESTED |

**ORDER VACATING WRIT OF MANDAMUS
AND GRANT STAY PENDING RULING ON MOTION FOR NEW
TRIAL ON DAMAGES AND MOTION FOR REMITTITUR**

On 9-6-, 2002, came to be considered Defendant City of Harlingen's Motion to Vacate Writ of Mandamus, Objection to Final Judgment (as Clarified), and Motion for Stay of Execution Pending Ruling on Post-Judgment Motions, and the Court is of the opinion that said motions should be granted.

It is therefore Ordered that the Final Judgment [docket # 228] entered pm June 28, 2002, and the Writ of Mandamus and Clarification of Judgment [docket #232] entered on July 11, 2002, are modified that the writ of mandamus shall not issue and the orders granting such writ of mandamus are vacated.

SIGNED FOR ENTRY on the 6 of September, 2002, at Brownsville, Texas.

_____
JUDGE PRESIDING