IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| V. | { | |
| | { | |
| CITY OF HARLINGEN | { | |

**THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF
DEFENDANT'S MOTION TO RECONSIDER RENEWED MOTION FOR
JUDGMENT AS A MATTER OF LAW**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Third

Supplemental Brief in Support of Defendant's Motion to Reconsider Renewed Motion for

Judgment as a Matter of Law, and would show the Court as follows:

## I.

Attached is a copy of the United States Supreme Court's Orders for March 3, 2003. Page 3 shows that the Court denied the writ of certiorari in *McClendon v. City of Columbia,* Case No. 02-0861. Therefore, the U.S. Supreme Court has declined to review the 5th Circuit's decision in *McClendon v. City of Columbia,* 305 F.3d 314 (5th Cir. 2002), *cert. denied,* 537 U.S. ___ (March 3, 2003).

Therefore, this Court should reconsider its earlier ruling and grant Defendants' Renewed Motion for Judgment as a Matter of Law as to the federal theories.

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of March, 2003, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey | Via Facsimile: 512/474-1605 |
| Mr. Price Ainsworth | & Ordinary Mail |
| **SPIVEY & AINSWORTH, P.C.** | |
| 48 East Avenue | |
| Austin, Texas 78701-4320 | |

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

| | |
|---|---|
| Mr. Ramon Garcia | Via Facsimile: 956/381-0825 |
| Ms. Sonia Lopez | & Ordinary Mail |
| **LAW OFFICES OF RAMON GARCIA, P.C.** | |
| 222 West University Drive | |
| Edinburg, Texas 78539 | |

_____
ROGER W. HUGHES

(ORDER LIST: 537 U.S.)

MONDAY, MARCH 3, 2003

CERTIORARI -- SUMMARY DISPOSITION

01-8639   COULTER, DWAYNE V. ILLINOIS

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Appellate Court of Illinois, First District, for further consideration in light of *Miller-El v. Cockrell*, 537 U.S. ___ (2003).

02-782   WALLS, WARDEN V. HENDERSON, DEMETRIUS

The motion of respondent for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Woodford v. Visciotti*, 537 U.S. ___ (2002).

ORDERS IN PENDING CASES

105, ORIG.   KANSAS V. COLORADO

The motion of Special Master for Interim Fees and Expenses is granted. The Special Master is awarded a total of $239,652.85 for the period October 16, 2000, through January 17, 2003, to be paid equally by the parties.

01-1757   STOGNER, MARION R. V. CALIFORNIA

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

02-102   LAWRENCE, JOHN G., ET AL. V. TEXAS

The motion of Center for Marriage Law for leave to file a brief as *amicus curiae* is granted.

02-311   WIGGINS, KEVIN V. SMITH, WARDEN, ET AL.

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted.

02-428   DASTAR CORPORATION V. TWENTIETH CENTURY FOX FILM

The motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument is granted. Justice Breyer took no part in the consideration or decision of this motion.

02-479   MEDICAL BD. OF CA vs. HASON, MICHAEL J.

The motion of Lawrence C. Agee for leave to intervene is denied.

02-815   SACRAMENTO, CA, ET AL. V. BARDEN, JOAN, ET AL.

The Solicitor General is invited to file a brief in this case expressing the views of the United States.

## CERTIORARI GRANTED

02-811   GROH, JEFF V. RAMIREZ, JOSEPH R., ET AL.

The petition for a writ of certiorari is granted.

**CERTIORARI DENIED**

| | |
|---|---|
| 01-1653 | MASON, IVY V. HAMILTON, JOHN, ET AL. |
| 01-7293 | PUCKETT, LARRY M. V. MISSISSIPPI |
| 01-10305 | STEVENS, BENNY J. V. MISSISSIPPI |
| 02-787 | PERNA, MICHAEL D. V. UNITED STATES, ET AL. |
| 02-801 | PA DOC V. KOSLOW, GEORGE, ET AL. |
| 02-816 | SADOUX, ROLAND J. V. WESTMORELAND, JAMES H. |
| 02-817 | STEAM PRESS HOLDINGS, INC. V. HAWAII TEAMSTERS, ET AL. |
| 02-861 | McCLENDON, PETER C. V. COLUMBIA, MS, ET AL. |
| 02-968 | ALLAH, SHATIEK V. NY DEPT. OF PARKS & RECREAT. |
| 02-971 | McFARLING, HOMAN V. MONSANTO CO. |
| 02-972 | NEW RAILHEAD MFG., L.L.C. vs. VERMEER MFG. CO., ET AL. |
| 02-974 | DOE, SALLY, ETC. V. ROSEVILLE COMMUNITY SCHOOLS |
| 02-976 | DURAND, EDWIN, ET UX. V. ARIF, SYED M., ET AL. |
| 02-977 | BRIDGESTONE CORP. V. T&T TRUCK & CRANE, ET AL. |
| 02-979 | BROPHY, BEVERLY V. PA UNEMPLOY. COMP. BD. |
| 02-981 | DAMRON, FREDERICK C. V. FOWLER, MARY D. |
| 02-987 | FURCAL-PEGUERO, RAFAEL A. V. GEORGIA |
| 02-988 | HARTFORD INS. CO. V. HUTH, CATT M. |
| 02-994 | BISHOP, DWAYNE V. HUNTER, BRUCE |
| 02-1006 | FRANCOIS, MARIE B. V. PUTNAM INVESTMENTS, LLC |
| 02-1010 | LOBERG, ERNEST, ET AL. V. HALLWOOD REALTY PARTNERS |
| 02-1011 | KIFER, JOHN, ETC. V. FRIEBIS, KATHRYN |
| 02-1015 | BERRAFATO, PAUL J. V. PRUDENTIAL INS. CO. |
| 02-1056 | BURT, BURT & RENTZ PENSION V. DOUGHERTY COUNTY TAX ASSESS. |
| 02-1063 | BRADY, ROBERT J. V. BARNHART, COMM'R, SSA |
| 02-1072 | KOCH, RANDOLPH S. V. SEC |

| | |
|---|---|
| 02-1077 | HARDING, MARLA V. HARDING, MICHAEL S. |
| 02-1083 | KHAN, NASRULLA V. WHITE, PAULA, ET AL. |
| 02-1115 | PORTER, SALEEM V. UNITED STATES |
| 02-1119 | YOUNG, WILLIAM E. V. UNITED STATES |
| 02-1148 | BRECKENRIDGE, WILMER K. V. UNITED STATES |
| 02-7150 | HUNT, JOHN L. V. UNITED STATES |
| 02-7182 | JOHNSON, JOCELYN V. SMART & FINAL STORES CORP. |
| 02-7464 | LANZOTTI, DAVID V. UNITED STATES |
| 02-7510 | BANDY, CAROLYN V. SPRINT MID-ATLANTIC TELECOM |
| 02-7635 | CAHN, HERBERT V. UNITED STATES, ET AL. |
| 02-7657 | LEWIS, DAVID L. V. COCKRELL, DIR., TX DCJ |
| 02-7722 | MINDOMBE, JEAN-PIERRE V. UNITED STATES |
| 02-7752 | TARAMONA, ALEJANDRO V. UNITED STATES |
| 02-7765 | PEEPLES, WILLIAM V. ILLINOIS |
| 02-8142 | WILLIAMS, ELVIN R. V. ROY O. MARTIN LUMBER CO. |
| 02-8176 | STEELE, WILLIAM S. V. CROSBY, SEC., FL DOC |
| 02-8177 | JACKSON, TONY V. CROSBY, SEC., FL DOC |
| 02-8183 | SPRINKLE, JIMMIE D. V. LOUISIANA |
| 02-8186 | CASSANO, AUGUST A. V. OHIO |
| 02-8192 | RANKINE, DERRICK V. SERVER, GARY, ET AL. |
| 02-8198 | REED, ANTWAN K. V. WISCONSIN |
| 02-8203 | LADNER, MICHAEL V. COURTESY IMPORTS, INC. |
| 02-8204 | LEWIS, GLENN O. V. HALL, WARDEN |
| 02-8207 | BUTLER, CARL A. V. COCKRELL, DIR., TX DCJ |
| 02-8208 | ARMANT, EDDIE V. LENSING, WARDEN |
| 02-8212 | BRYSON, LESTER D., ET AL. V. JOHNSTON, JUDGE, ETC. |
| 02-8222 | MEEKS, DANNY R. V. BELL, WARDEN, ET AL. |

| | |
|---|---|
| 02-8223 | SHORT, CLARENCE V. CALIFORNIA |
| 02-8224 | RASHAD, RAHIM V. WALSH, SUPT., LEMUEL |
| 02-8228 | MOORE, FLOYD J. V. CAIN, WARDEN |
| 02-8239 | JONES, REGINALD V. TX BD. OF CRIMINAL JUSTICE |
| 02-8244 | CONWELL, JOHNNY V. ILLINOIS |
| 02-8248 | CARDOZA, STEPHEN C. V. CALIFORNIA |
| 02-8250 | COTHRON, GREGORY V. FLORIDA |
| 02-8251 | HENDERSON, DEMETRIUS V. WALLS, WARDEN |
| 02-8253 | HUNT, KENNETH V. LEE CTY. SHERIFF, ET AL. |
| 02-8254 | ELLIS, MARSHALL H. V. HARGETT, WARDEN, ET AL. |
| 02-8255 | FLANDERS, KENNETH M. V. GRAVES, WARDEN |
| 02-8257 | DeLEON, FELIPE V. COCKRELL, DIR., TX DCJ |
| 02-8267 | RIVERA, ARTURO V. COCKRELL, DIR., TX DCJ |
| 02-8272 | DOPP, RICHARD L. V. DOPP, TRISA K. |
| 02-8273 | GARCIA, OVIDIO V. TEXAS |
| 02-8274 | DENT, JAMES V. McLEMORE, WARDEN |
| 02-8275 | COOK, McCLENNON V. COCKRELL, DIR., TX DCJ |
| 02-8280 | LEWIS, SIDNEY T., ET AL. V. EMIGRANTS MORTGAGE COMPANY |
| 02-8291 | COMMODORE, ROY A. V. ILLINOIS |
| 02-8321 | DANDRIDGE, BENIAH A. V. HALEY, COMM'R, AL DOC, ET AL. |
| 02-8328 | DANIELS, SHEILA V. ILLINOIS |
| 02-8343 | YELLEN, MICHAEL S. V. MUELLER, GLENN A., ET AL. |
| 02-8351 | UKENI, MICHAEL V. ASHCROFT, ATT'Y GEN., ET AL. |
| 02-8367 | DAVIS, DANIEL J. V. FLORIDA |
| 02-8377 | THAMES, ERNEST J. V. HARKLEROAD, SUPT., MARION |
| 02-8411 | BUSH, PHILLIP R. V. TRENT, WARDEN |
| 02-8419 | DREW, SCOTT L. V. CROSBY, SEC., FL DOC |

| | |
|---|---|
| 02-8421 | RICHARDS, DAVID, ET UX. V. VALLEY PONTIAC-BUICK-GMC |
| 02-8445 | TATAII, STEVE V. YOSHINA, DWAYNE D. |
| 02-8449 | BARNES, JAMES G. vs. MO DOC, ET AL. |
| 02-8483 | EUFROSINA, DIACONU V. DEFENSE LOGISTICS AGENCY |
| 02-8523 | WILLIAMS, LAWRENCE E. vs. MD DOC, ET AL. |
| 02-8532 | HOPKINS, SEAN J. V. UNITED STATES |
| 02-8536 | ELLIOTT, DAMON E. V. GEISE, JOHN V., ET AL. |
| 02-8600 | QUEZADA, JUAN A. V. UNITED STATES |
| 02-8605 | WOLTERS, ANDREW V. UNITED STATES |
| 02-8608 | WINKFIELD, DARRYL A. V. UNITED STATES |
| 02-8614 | MALIK, MALCOLM V. UNITED STATES |
| 02-8617 | ORDUNO, JESUS J. V. UNITED STATES |
| 02-8618 | CORRADO, PAUL V. UNITED STATES |
| 02-8620 | BUTLER, RAYMOND A. V. UNITED STATES |
| 02-8629 | ROBINSON, CLARENCE V. UNITED STATES |
| 02-8649 | FRANKLIN, FRANK L. V. UNITED STATES |
| 02-8650 | SWYGERT, DARON B. V. UNITED STATES |
| 02-8665 | GRESHAM, ROGER E. V. CHANDLER, WARDEN |
| 02-8669 | LOPEZ, ANTONIO J. V. UNITED STATES |
| 02-8670 | LINDSEY, ANTHONY W. V. UNITED STATES |
| 02-8672 | THREATS, TIMOTHY L. V. UNITED STATES |
| 02-8673 | RUBIO-GUIDO, MARIO V. UNITED STATES |
| 02-8674 | CAMPBELL, CURTIS L. V. UNITED STATES |
| 02-8675 | WILLINGHAM, GARY L. V. UNITED STATES |
| 02-8679 | GADDIE, DERRICK L. V. UNITED STATES |
| 02-8684 | CRAWFORD, MICHAEL V. UNITED STATES |
| 02-8685 | CARLSEN, DENNIS V. UNITED STATES |

| | |
|---|---|
| 02-8689 | MORENO-FLORES, ROBERTO V. UNITED STATES |
| 02-8690 | MEJIA-DIAZ, OSCAR V. UNITED STATES |
| 02-8692 | LOPEZ-TREJO, ELEAZAR V. UNITED STATES |
| 02-8695 | MARTIN, ANDREW V. UNITED STATES |
| 02-8696 | LEONARD, PEIRRI B. V. UNITED STATES |
| 02-8697 | TORRES-HERNANDEZ, JOSE V. UNITED STATES |
| 02-8699 | RICHARDSON, TERENCE, ET AL. V. UNITED STATES |
| 02-8700 | REAL, NOEL V. UNITED STATES |
| 02-8705 | CAMACHO-MALDONADO, EMILIO V. UNITED STATES |
| 02-8707 | OWENS-EL, JAMES J. V. HEDRICK, WARDEN |
| 02-8708 | CRISP, RICKY J. V. UNITED STATES |
| 02-8709 | CASTRO-CARDONA, ELMER A. V. UNITED STATES |
| 02-8710 | EVANS, MARK A. V. UNITED STATES |
| 02-8712 | WILSON, BRYAIN C. V. UNITED STATES |
| 02-8713 | CARNES, WILLIAM L. V. UNITED STATES |
| 02-8715 | PENA-MEDINA, FRANCISCO V. UNITED STATES |
| 02-8718 | JONES, MICHAEL E. V. UNITED STATES |
| 02-8721 | BOUMAN, CHAD D. V. UNITED STATES |
| 02-8722 | DE AGUILAR, MARINA R. V. UNITED STATES |
| 02-8724 | BLAIR, JIM V. UNITED STATES |
| 02-8730 | ALMARAZ, RUBEN V. UNITED STATES |
| 02-8740 | ARRINGTON, DERREK E. V. UNITED STATES |
| 02-8743 | JENNINGS, GABRIEL V. UNITED STATES, ET AL. |
| 02-8749 | WESLEY, TANYA M. V. UNITED STATES |
| 02-8759 | FISHER, RONALD J. V. CASTERLINE, WARDEN |
| 02-8763 | BASS, SHAWN O. V. UNITED STATES |
| 02-8765 | BERNDT, STEVEN P. V. UNITED STATES |

| | |
|---|---|
| 02-8766 | PENA-GONZALEZ, MIGUEL V. UNITED STATES |
| 02-8768 | WESSON, THOMAS V. CHANDLER, WARDEN |
| 02-8771 | JOHNSON, KEITH M. V. UNITED STATES |
| 02-8774 | IGEIN, ABUDU J. V. UNITED STATES |
| 02-8776 | LOZA-LUNA, ALEJANDRO V. UNITED STATES |
| 02-8777 | CLARK, TROY E. V. UNITED STATES |
| 02-8779 | MAYDAK, KEITH V. USDC WD PA |
| 02-8780 | TIJERINA-QUEZADA, MARIA G. V. UNITED STATES |
| 02-8781 | THOMPSON, MICHELE R. V. UNITED STATES |
| 02-8782 | HERRERA, ISMAEL H. V. UNITED STATES |
| 02-8784 | WESLEY, ROY E. V. UNITED STATES |
| 02-8789 | DiMODICA, VINCENT V. UNITED STATES |
| 02-8793 | CALDERON, JOHNNY T. V. UNITED STATES |
| 02-8796 | JOHNSON, HARRY, ET AL. V. UNITED STATES |
| 02-8797 | SALAZAR-AVILA, JESUS V. UNITED STATES |
| 02-8798 | STAMPS, DON V. UNITED STATES |
| 02-8799 | REYES, JOSE V. UNITED STATES |
| 02-8803 | PENA, JAVIER V. UNITED STATES |
| 02-8804 | BARRAZA-CARRILLO, CIPRIANO V. UNITED STATES |
| 02-8806 | ANDERSON, TOMMIE V. UNITED STATES |
| 02-8808 | RAINEY, QUINTON D. V. UNITED STATES |
| 02-8811 | MILLIKEN, KATHERINE M. V. UNITED STATES |
| 02-8812 | SMITH, CALTON W. V. UNITED STATES |
| 02-8813 | CHERRY, TONY B. V. UNITED STATES |
| 02-8815 | ESTRADA-ZEA, PABLO V. UNITED STATES |
| 02-8816 | DORSEY, BENSON J. V. UNITED STATES |
| 02-8821 | MARQUEZ, ESTEBAN V. UNITED STATES |

| | |
|---|---|
| 02-8826 | RUIZ, HECTOR V. UNITED STATES |
| 02-8827 | STEARNS, JOHN M. V. UNITED STATES |
| 02-8829 | ARAUJO-SORIANO, LUIS A. V. UNITED STATES |
| 02-8835 | CARRANZA-MALDONADO, JUAN V. UNITED STATES |
| 02-8841 | BULLOCK, MALCOLM D. V. UNITED STATES |
| 02-8842 | ALAMILLA-HERNANDEZ, SERAFIN V. UNITED STATES |
| 02-8844 | ACOSTA, MICHELLE V. UNITED STATES |
| 02-8851 | MIRANDA-RAMIREZ, JOSE M. V. UNITED STATES |
| 02-8854 | LOPEZ, JOSEPH J. V. UNITED STATES |
| 02-8873 | WINGATE, LATIMUS V. UNITED STATES |
| 02-8881 | HARRIS, MICHAEL A. V. UNITED STATES |
| 02-8882 | HOPPE, EUGENE R. V. UNITED STATES |
| 02-8883 | HERRERA, RAYMOND C. V. UNITED STATES |
| 02-8884 | HERNANDEZ-ABREGO, GERMAN V. UNITED STATES |
| 02-8891 | MEAIS, ALFRED E. V. UNITED STATES |
| 02-8894 | D'SA, PREM J. M. vs. UNITED STATES |
| 02-8896 | ROSALES, ALBERTO A. V. UNITED STATES |
| 02-8907 | HINOJOSA, RUBEN V. UNITED STATES |

> The petitions for writs of certiorari are denied.

02-674  GREINER, SUPT., GREEN HAVEN V. MENDEZ, HILDEN

> The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

02-798  FABRI-CENTERS OF AM., INC. vs. CHAO, SEC. OF LABOR

> The petition for a writ of certiorari is denied. Justice Scalia took no part in the consideration or decision of this petition.

9

### HABEAS CORPUS DENIED

02-8965   IN RE JOSEPH SERIAN

    The petition for a writ of habeas corpus is denied.

### MANDAMUS DENIED

02-1074   IN RE EILEEN VEY

    The petition for writ of mandamus and/or prohibition is denied.

### PROHIBITION DENIED

02-8758   IN RE GEORGE C. HOOK

    The petition for a writ of prohibition is denied.

### REHEARINGS DENIED

01-10998  GILCHRIST, LONNIE L. V. ALLEN, SUPT., CEDAR JUNCTION

02-579    McDERMOTT, GEORGE E. V. MOORE, ANDREW C., ET AL.

02-694    JOHNSON, CHRISTOPHER L. V. EMERALD GREENS PROP. OWNERS

02-6963   KELCH, KENNETH F. V. COCKRELL, DIR., TX DCJ

02-7062   MOSS, KIM V. HOFBAUER, WARDEN

02-7260   MOON, LARRY E. V. HEAD, WARDEN

    The petitions for rehearing are denied.

02-6743   LYNCH, JANET E. V. NATIONAL CITY MORTGAGE

    The petition for rehearing is denied. Justice Breyer took no part in the consideration or decision of this petition.

**RECESS ORDER**

The Court will take a recess from Monday, March 10, 2003, until Monday, March 24, 2003.