IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 4 2003
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

**DEFENDANT CITY OF HARLINGEN'S NOTICE OF APPEAL**

Notice is hereby given that the Defendant City of Harlingen is appealing from the District Court's (1) final judgment entered June 28, 2002 (as modified by order entered on September 6, 2002), (2) writ of mandamus and clarification of judgment entered July 11, 2002 (as further modified on September 6, 2002), (3) order of March 13, 2003 refusing to rule conditionally on the City's motion for new trial on damages and/or remittitur, (4) orders denying Motion for Judgment as a Matter of Law at trial and the Renewed Motion for Judgment as a Matter of law on June 3, 2002, and (5) the amended judgment to be entered

consistent with the District Court's order of March 13, 2002. This appeal is being taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

By: _____
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 14th day of April, 2003, to the following counsel of record and interested parties:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | *CMRRR # 7002 2410 0002 3597 9908* |
| Ms. Sydney K. Powell<br>**LAW OFFICE OF SYDNEY POWELL**<br>1920 Abrams Parkway, Suite 369<br>Dallas, TX 75214 | *CMRRR # 7002 2410 0002 3597 9915* |

Mr. Ramon Garcia
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

CMRRR # 7002 2410 0002 3597 9922

_____
ROGER W. HUGHES