IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT FROM AN ORDER OF A DISTRICT COURT AND AMENDED JUDGMENT

Notice is hereby given that Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the estate of their son, Ricardo Guillermo Salinas, deceased; Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez and the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; and Raul Rodriguez, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from an order granting Defendant's Motion for Reconsideration of Renewed Motion for Judgment as a Matter of Law entered in this

action on the 13th day of March, 2003 and an amended judgment consistent with the order, by the United States District Court Judge.

                Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By _/s/ Broadus A. Spivey_
Broadus A. Spivey
State Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065

**SIDNEY POWELL**
Law Office of Sidney Powell
1920 Abrams Parkway, No. 369
Dallas, Texas 75214
Texas Bar # 16209700

**ATTORNEYS–IN-CHARGE FOR PLAINTIFFS ARTURO G. SALINAS, ET AL and GILBERTO M. RODRIGUEZ, ET AL**


**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)

By _/s/ Ramon Garcia_
Ramon Garcia
State Bar No. 07641800
Federal I.D. No. 3936
Sonia I. Lopez
State Bar No. 24003862
Federal I.D. No. 23501

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF RAUL RODRIGUEZ**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Plaintiffs' Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from an Order of a District Court and Amended Judgment was forwarded to counsel of record for Defendant via facsimile and United States mail on this 7th day of April, 2003:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
ATTORNEYS-IN-CHARGE FOR
DEFENDANT CITY OF HARLINGEN

Broadus A. Spivey