IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 21 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

---

**DEFENDANT CITY OF HARLINGEN'S MOTION TO RECONSIDER
AND CONDITIONALLY RULE ON MOTION FOR NEW TRIAL
ON DAMAGES OR, IN THE ALTERNATIVE, FOR REMITTITUR**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Motion to Reconsider and Conditionally Rule on its Motion for New Trial on Damages or, in the Alternative, for Remittitur, and would show the Court as follows:

## I. Certificate of Conference

Defense counsel has conferred with counsel for all plaintiffs and this motion is opposed.

## II. Status of the Case

On June 28, 2002, the court entered a Final Judgment [dkt # 228]. On July 11, 2002, the Court entered a clarification that issued a writ of mandamus [dkt # 232].

On July 12, 2002, the City filed a Motion for New Trial on Damages or In the Alternative For Remittitur [dkt # 234]. On Sept. 9, 2002, the City filed a Motion to Reconsider Renewed Motion for Judgment as a Matter of Law [dkt # 246].

On March 13, 2002, the court entered an order granting the Motion to Reconsider and vacating the earlier judgment [dkt # 253]. In that order the Court determined the Motion for New Trial on Damages was moot and thus did not rule on its merits. Order, p. 22.

## III. The Grounds for this Motion

The recent order determined the City's motion for new trial was moot and did not address its merits. However, Federal Rule Civil Procedure 50(c)(1) provides that the motion for new trial is not moot, even though the court vacated the liability findings by granting the

City's JMOL. Rule 50(c)(1) requires the court make a conditional ruling on the motion for new trial even if it grants a JMOL. It provides in part:

> If the renewed motion for judgment as a matter of law is granted, the court shall also rule on the motion for a new trial, if any, by determining whether it should be granted if the judgment is thereafter vacated or reversed, and *shall* specify the grounds for granting or denying the motion for new trial.

*Id.* [emphasis added]. It further provides that the conditional ruling does not affect the judgment's finality. FED. R. CIV. P. 50(c)(1). If the motion for new trial is conditionally denied, any error in denying that motion is preserved for appeal; if the motion is conditionally granted and the appellate court reverses the JMOL, the appellate court can then review the order conditionally granting the new trial and decide in a single appeal whether the new trial shall proceed as conditionally ordered. FED. R. CIV. P. 50(c)(1).

Thus, the trial court can grant the Rule 50 renewed motion for JMOL and conditionally grant (or deny) the motion for new trial. 9A Wright & Miller, FED. PRAC. & PROC. 2D, § 2540 (West 1995). The conditional grant of a new trial becomes effective only if the JMOL is reversed. Wright, § 2540, p. 375. A conditional denial of the new trial motion preserves any error in the denial for review. Wright, §2540, pp. 379-80.

Rule 50(c)(1) is mandatory and the court must rule on the motion for new trial. *Arenson v. Southern Univ. Law Center,* 43 F.3d 194, 196 (5th Cir. 1995). The purpose is to prevent piecemeal litigation and conserve judicial resources. *Arenson,* 43 F.3d at 194.

It is true, as this court has determined, that the question whether damages are

ADAMS & GRAHAM, L.L.P.
DEFENDANTS' TO RECONSIDER AND CONDITIONALLY GRANT
MOTION FOR REMITTITUR AND/OR MOTION FOR NEW TRIAL ON DAMAGES ALONE
[18-fmg]; C:\FILES\H1023\Post Trial\MtnReconMtnNewTrial.wpd;

Page6 of 6 Pages

excessive need not be reached so long as this court's liability determination standards. However, in the unlikely event that its liability determination is reversed, the City desires to preserve, as a fall-back position, its contentions about the excessiveness of that damage award.

## IV.

Solely for the purposes of obtaining a ruling, the City incorporates the grounds, arguments and authorities urged in the motion and its replies in support of that motion. Dkt # 234, 236, 238, 240, 241.

Therefore, Defendant City of Harlingen objects to the court's failure to rule on the merits of its Motion for New Trial on Damages or for Remittitur and requests the court make the conditional ruling on those motions as Rule 50(c)(1) requires.

ADAMS & GRAHAM, L.L.P.
DEFENDANTS' TO RECONSIDER AND CONDITIONALLY GRANT
MOTION FOR REMITTITUR AND/OR MOTION FOR NEW TRIAL ON DAMAGES ALONE
[18-fmg]; C:\FILES\H1023\Post Trial\MtnReconMtnNewTrial.wpd;

Page6 of 6 Pages

Respectfully submitted,

By: /s/ Roger W. Hughes

ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 21st day of April 2003, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

| | |
|---|---|
| Mr. Broadus A. Spivey<br>Mr. Price Ainsworth<br>**SPIVEY & AINSWORTH, P.C.**<br>48 East Avenue<br>Austin, Texas 78701-4320 | **Via Facsimile: 512/474-1605**<br>**& Ordinary Mail** |
| Ms. Sidney K. Powell<br>**LAW OFFICE OF SIDNEY POWELL**<br>1920 Abrams Parkway, Suite 369<br>Dallas, TX 75214 | **Via Facsimile: 214/319-2502**<br>**& Ordinary Mail** |

ADAMS & GRAHAM, L.L.P.
DEFENDANTS' TO RECONSIDER AND CONDITIONALLY GRANT
MOTION FOR REMITTITUR AND/OR MOTION FOR NEW TRIAL ON DAMAGES ALONE
[18-fmg]; C:\FILES\H1023\Post Trial\MtnReconMtnNewTrial.wpd;

Page 6 of 6 Pages

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia  
Ms. Sonia Lopez  
**LAW OFFICES OF RAMON GARCIA, P.C.**  
222 West University Drive  
Edinburg, Texas 78539

**Via Facsimile: 956/381-0825**  
**& Ordinary Mail**

_____  
ROGER W. HUGHES

ADAMS & GRAHAM, L.L.P.  
DEFENDANTS' TO RECONSIDER AND CONDITIONALLY GRANT  
MOTION FOR REMITTITUR AND/OR MOTION FOR NEW TRIAL ON DAMAGES ALONE  
[18-fmg]; C:\FILES\H1023\Post Trial\MtnReconMtnNewTrial.wpd;   V1

Page 6 of 6 Pages