United States District Court
Southern District of Texas
FILED

JUN 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | (Consolidated with B-98-162) |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| CITY OF HARLINGEN, TEXAS. | § | (Consolidated with B-98-162) |

## PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Gilberto M. Rodriguez, individually and on Behalf of his minor Daughter, Megan Suzanne Rodriguez and the Estate of his Wife Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on Behalf of the Estate of their Son Ricardo Guillermo Salinas, deceased; and Raul Rodriguez file this Motion for Entry of Amended Judgment.

**I.**

On March 13, 2003, this Court entered an Order granting Defendant's Motion for Reconsideration of Motion for Renewed Judgment as a Matter of Law on the federal claims. (Op. at 21). The Order specifically stated that "[t]he jury's verdict on the state law claims stands. The Court, therefore, **VACATES** its earlier judgment and will enter an amended judgment consistent with this memorandum decision." (Op. at 21). However, the intended final judgment has not been entered yet. A separate judgment is required by Rule 58, Fed. R. Civ. P.

**II.**

Plaintiffs filed notice of appeal from this Court's denial of Plaintiffs' federal law claims set forth in the Order of March 13, 2003, and Defendant appealed this Court's order sustaining Plaintiffs' state law claims. These notices, however, are premature because this Court has not yet entered a final judgment. Accordingly, the parties have filed a joint motion to dismiss their appeals in the Fifth Circuit, and jurisdiction remains in this Court to rule on all pending matters. Plaintiffs request that this Court enter the intended final judgment at its earliest convenience so that the parties may proceed with the appeal.

**III.**

Plaintiffs also urge reconsideration of their arguments that the judgment on the state law claims should be in the amount of $750,000 plus interest as outlined in Plaintiffs Reply to Defendants' Response to Plaintiffs' Motion for Judgment and Objections to Proposed Judgment. Further, Plaintiffs do not waive any of their prior arguments and re-urge that judgment should be entered in accordance with the jury's verdict of $35 million as has been briefed previously for this Court.

**CONCLUSION**

FOR THESE REASONS, Plaintiffs request that this Court grant this Motion, enter an

amended final judgment consistent with the Order of March 13, 2003, and grant any and all further relief that justice requires.

        Respectfully submitted,

**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

By *[signature]*
  Broadus A. Spivey
  State Bar No. 00000076
  Federal I.D. No. 11146
  Price Ainsworth
  State Bar No. 00950300
  Federal I.D. No. 8065

Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

**ATTORNEYS–IN-CHARGE FOR PLAINTIFFS ARTURO G. SALINAS, ET AL and GILBERTO M. RODRIGUEZ, ET AL**

**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)

By *[signature]*
  Ramon Garcia
  State Bar No. 07641800
  Federal I.D. No. 3936
  Sonia I. Lopez
  State Bar No. 24003862
  Federal I.D. No. 23501

**ATTORNEYS-IN-CHARGE FOR PLAINTIFF RAUL RODRIGUEZ**

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded on June 2, 2003, to counsel of record for Defendant via facsimile and U.S. mail:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429

Mr. Barry Abrams
Abrams, Scott & Bickley, LLP
700 Louisiana, Suite 1800
Houston, TX 77002-2727

_____
Broadus A. Spivey

3163P.064