IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| V. | { | |
| | { | |
| CITY OF HARLINGEN | { | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR ENTRY
OF FINAL JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, **CITY OF HARLINGEN** and files this its Response to

Plaintiffs' Motion for Entry of Final Judgment, and would show the Court as follows:

Defendant's Response to Plaintiffs' Motion for Entry of Judgment
[10-fmg] C:\Files\H1023B\Federal Filings\Rsp2PltsMtnEntJudgment　　Page 1 of 4

258

**I.**

Plaintiffs have moved for entry of a final judgment. Dkt # 257. Defendant City re-urges that any judgment should be different than what they request in ¶ III of their motion.

**II.**

Plaintiffs request an entry of a judgment for $750,000.00. This is based on their argument that there are three (3) "occurrences" for the purposes of calculating the cap under Texas Civil Practice and Remedies Code §101.023(c). The court ruled earlier (Dkt. # 228, 232) that there is only one "occurrence" for the purpose of calculating caps. Therefore, the total award should not exceed $500,000.00. Moreover, the cap must be allocated proportionately among the Plaintiffs.

Defendant City has moved that the court must make a conditional ruling on whether it would reduce the damages should the court of appeals reinstates the original judgment on the federal claims. FED. R. CIV. P. 50(a). Therefore, Defendant urges that the court make its conditional ruling contemporaneously with the entry of a final judgment.

**III.**

Plaintiffs' motion, ¶ III also asks for a judgment "plus interest". If by that, Plaintiffs mean *post*-judgment, then the court should enter judgment using federal rates. 28 U.S.C. § 1961. The court may consult its own website to determine that the current post-judgment interest rate is 1.13% per annum.

However, if Plaintiffs are also asking for *pre*-judgment, the cap on damages precludes

it. The statutory cap at section 101.023(c) also applies to any additional sums for pre-judgment interest. *Weller v. State*, 682 S.W.2d 234 (Tex. 1984). If actual damages exceed the cap, there can be no award for pre-judgment interest.[1] *Id.*

## CONCLUSION

For these reasons, Defendant requests the Court enter a judgment and rule on this conditional request for remittitur and any other further relief to which Defendant may show itself entitled.

Respectfully submitted,

By: _____
ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
TOM LOCKHART
Admissions ID No. 2257
Texas State Bar No. 12473500
**ADAMS & GRAHAM, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Attorney-in-Charge for Defendant, CITY OF HARLINGEN, TEXAS

---

[1] In any event, pre-judgment interest would be calculated at the post-judgment rate. TEX. FIN. CODE ANN. § 404.103 (Vernon Supp. 2003). The federal rate is calculated under 28 U.S.C. § 1961.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 11th day of June, 2003, to the following counsel of record and interested parties:

---

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

Mr. Broadus A. Spivey                                         **Via Ordinary Mail**
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas 78701-4320

Ms. Sydney K. Powell                                          CM/RRR 7002 2410 0002 3598 0447
**LAW OFFICE OF SYDNEY POWELL**
1920 Abrams Parkway, Suite 369
Dallas, TX 75214

Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia                                              CM/RRR 7002 2410 0002 3598 0454
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas 78539

_____
ROGER W. HUGHES