IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40610

```
                                              U.S. COURT OF APPEALS
                                                    FILED
                                                  JUN 1 8 2003
                                              CHARLES R. FULBRUGE III
                                                      CLERK
```

CAB-98-162

ARTURO GUILLERMO SALINAS; ELISA HERNANDEZ HERRERA SALINAS,

        Plaintiffs - Appellees-Cross-Appellants,

v.

CITY OF HARLINGEN; ET AL,

        Defendants,

CITY OF HARLINGEN,

        Defendant - Appellant-Cross-Appellee.

---------------------------------------

GILBERTO M RODRIGUEZ, Individually and on behalf of his minor daughter, Megan Suzanne Rodriguez; STEPHEN L WILLIAMS, surviving Natural Parent of Susan Lynn Rodriguez; ROBYN S WILLIAMS, surviving Natural Parent of Susan Lynn Rodriguez,

        Plaintiffs - Appellees-Cross-Appellants,

v.

CITY OF HARLINGEN, TEXAS; ET AL,

        Defendants,

CITY OF HARLINGEN, TEXAS,

        Defendant - Appellant-Cross-Appellee.

---------------------------------------

RAUL RODRIGUEZ,

        Plaintiff - Appellee-Cross-Appellant,

v.

CITY OF HARLINGEN; ET AL,

       Defendants,

CITY OF HARLINGEN,

       Defendant - Appellant-Cross-Appellee.

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

BY THE COURT:

IT IS ORDERED that the joint motion to dismiss the appeals without prejudice is GRANTED.

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit

By_____
Deputy

New Orleans, Louisiana     JUN 18 2003

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

June 18, 2003

MAIL

United States District Court
Southern District of Texas
RECEIVED
JUN 23 2003
Michael N. Milby, Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 03-40610 Salinas v. City of Harlingen
    USDC No.  B-98-CV-162
              B-98-CV-163
              B-99-CV-70

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
    Jodi Rodrigue, Deputy Clerk
    504-310-7718

cc: w/encl:
    Mr Broadus A Spivey
    Ms Sidney Katherine Powell
    Mr Ramon L Garcia
    Mr Barry Abrams
    Mr Roger W Hughes

MDT-1