IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs | § | Civil Case No. B-98-162 |
| | § | (consolidated with B-98-163 & |
| v. | § | B-99-70) |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 26, 2003, the Court ORDERED Plaintiffs to submit a proposed final judgment with any necessary authority by 4:00 p.m. July 7, 2003. Defendants will file objections by 4:00 p.m. July 18, 2003. In addition, at the time of entering final judgment, the Court will enter a conditional ruling on Defendants' Motion for New Trial on Damages in the event the Fifth Circuit reinstates the Court's original judgment on the federal claims.

DONE this 26th day of June, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge