

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| Vs. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. B-98-163 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

### PLAINTIFFS' MOTION FOR ORAL ARUMENT

**COMES NOW** Gilberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez and the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, surviving parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the Estate of their son, Ricardo Guillermo Salinas, deceased, and file this Motion for Oral Argument and request entry of judgment upon the verdict of the jury in this case.

1

**I.**

The events which gave rise to the Lawsuit occurred on July 7, 1998. The Plaintiffs' initially filed three separate Lawsuits and those Lawsuits were consolidated in May 2000 under the above Cause Number.

**II.**

Many pre-trial motions were filed, heard by the Court, and orders were rendered upon them. This case proceeded to trial before a jury in the above Court, and the Jury returned its verdict on February 26, 2002. Since that time, many motions and briefs have been submitted and the Court has rendered rulings on some of those motions. The critical issues of Police Created Danger and remedies under the Texas Tort Claims Act have been extensively briefed and argued.

**III.**

The Appeal proceeded and the Fifth Circuit determined that a final judgment had not been entered and remanded the case to the trial court. Since then, many motions and briefs have been filed with this Court. Additionally, the Fifth Circuit has ruled on several cases that impact the entry of the proper judgment in this case, as set out in the multiple briefs of all parties.

**IV.**

In order to proceed with the appeal of this case to the Fifth Circuit, this Court and all parties are concerned that a proper judgment with proper findings be rendered as soon as possible

This litigation affects the lives of several families and a young child. Plaintiffs request this Court render that appropriate final judgment, and that the Court schedule Oral Argument to address these issues.

THEREFORE, Plaintiffs request that this Court schedule a hearing upon all pending motions and enter final judgment on those motions and the verdict of the jury.

LAW OFFICE OF BROADUS A. SPIVEY &
LAW OFFICES OF PRICE AINSWORTH, P.C.
48 East Avenue
Austin, TX 78701
512+474-6061
512+474-1605 (fax)

Mr. Richard Pena
Law Offices of Richard Pena, P.C.
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, Texas 7746-5747
512+327-6884
512+327-8354 (fax)

Ms. Sidney K. Powell
LAW OFFICE OF SIDNEY POWELL
1920 Abrams Parkway, Suite 369
Dallas, Texas 75214

By /s/ Broadus A. Spivey
Broadus A. Spivey
Attorney In Charge for these Plaintiffs
State Bar No. 00000076
Federal I.D. No. 11146

## CERTIFICATE OF CONFERENCE

On this, the 4th day of March, 2004, the undersigned held a telephone conference with Defendant's Attorney, Mr. Tom Lockhart, and with Co-Plaintiff's Attorney, Ms. Sonia Lopez. Neither Mr. Lockhart nor Ms. Lopez object to Plaintiffs' filing this Motion for Oral Argument.

_____
Broadus A. Spivey

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded to the following counsel of record via facsimile and United States mail on this 4th day of March, 2004:

Mr. Tom Lockhart, Mr. Jim Denison & Mr. Roger W. Hughes
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551-1429
**Attorneys-In-Charge for Defendant**
**City of Harlingen, Texas**

Mr. Ramon Garcia & Sonia Lopez
Law Offices Of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539
956+383-7441
956+381-0825 (Fax)
**Attorney-In-Charge for**
**Plaintiff Raul Rodriguez**

_____
Broadus A. Spivey

3163VJA.031