IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| | § | |
| Plaintiffs | § | Civil Case No. B-98-162 |
| | § | (consolidated with B-98-163 & |
| v. | § | B-99-70) |
| | § | |
| City of Harlingen, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on September 30, 2004, the Court **DENIED** Plaintiff's Motion for Oral Argument [Dkt. No. 272]; **DENIED** Plaintiff's Motion for Reconsideration [Dkt. No. 270]; and **DENIED** Defendant's Motion to Reconsider [Dkt. No. 269]. The parties have thoroughly briefed the issues involved at each stage of this litigation, and thus further oral argument is not necessary.

The Court will enter final judgment on this case on October 29, 2004 and close this case. Any filings the parties wish the Court to consider, in addition to those already submitted, should be filed no later than October 15, 2004.

DONE this 30th day of September, 2004, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge