IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 21 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL CASE NO. B-98-162 |
| | § | (consolidated with B-98-163 & B-99-70) |
| | § | |
| | § | |
| City of Harlingen, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

BE IT REMEMBERED that on December 21, 2004, the Court issued its **FINAL JUDGMENT** in this case.

This action came on for trial before the Court and a jury, Honorable Hilda G. Tagle presiding, and the issue having been duly tried and the jury having duly rendered its verdict,

It is Ordered and Adjudged

that the Plaintiffs Gilberto Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez and the estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, surviving parents of Susan Lynn Rodriguez, deceased; Arturo Guillermo Salinas and Elisa Herrera Salinas, individually and on behalf of their son, Ricardo Guillermo Salinas, deceased; and Raul Rodriguez recover of the Defendant the following sums,

| | |
|---|---|
| 1. Gilberto M. Rodriguez, Individually | $62,500.00 |
| 2. Gilberto M. Rodriguez, on Behalf of his minor daughter, Megan Rodriguez | $125,000.00 |
| 3. Stephen Williams | $31,250.00 |
| 4. Robyn Williams | $31,250.00 |
| 5. Raul Rodriguez | $166,666.00 |
| 6. Arturo Salinas | $41,667.00 |

1

7. Elisa Salinas                                                                                          $41,667.00,

    with post-judgment interest thereon at the rate of 2.13 percent as provided by law.

    The Court denies all relief not granted in this judgment.

DONE this 21st day of December, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge