# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Michael Greenberg
Pena & Lerway
901 MoPac
Ste 325
Austin  TX  78746-5747



JAN 0 4 2005



Case: 1:98-cv-00162   Instrument: 276   (6 pages)
Date: Dec 21, 2004
Control: 041231258
FAX number: 512-327-8354 fax   (7 Total pages including cover sheet)
Notice: The attached order has been entered.

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.