United States District Court
Southern District of Texas
FILED

JAN 1 8 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | § | CIVIL ACTION NO. B-98-162 |
| V. | § | |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| GILBERTO M. RODRIGUEZ, ET AL | § | |
| V. | § | CIVIL ACTION NO. B-98-163 |
| CITY OF HARLINGEN, TEXAS; | § | |
| And | § | |
| RAUL RODRIGUEZ | § | |
| Vs. | § | CIVIL ACTION NO. B-99-70 |
| | § | (Consolidated with B-98-162) |
| CITY OF HARLINGEN, TEXAS. | § | |

## NOTICE OF APPEAL

NOTICE is hereby given that Arturo Gillermo Salinas and Elisa Herrera Salinas, individually and on behalf of the estate of their son, Ricardo Guillermo Salinas, deceased; Gilberto M. Rodriguez, individually and on behalf of his minor

1

daughter, Megan Suzanne Rodriguez and the Estate of his wife, Susan Lynn Rodriguez, deceased; Stephen L. Williams and Robyn S. Williams, Surviving Parents of Susan Lynn Rodriguez, deceased; and Raul Rodriguez; Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 21st day of December, 2004, and the Memorandum Opinion Accompanying Final Judgment, and all orders of the district court subsumed under it denying Plaintiffs' judgment on the jury's verdict and recovery of their federal claims, including the district court's order of March 13, 2003, granting Defendant's Motion for Reconsideration of Motion for Renewed Judgment as a matter of law on the federal claims.

          Respectfully submitted,

          **POWELL & PEARCE**
          1854-A Hendersonville Road, #228
          Asheville, NC 28803
          (828) 651-9543
          (828) 684-5343

          By: _/s/ Sidney Powell_
          Sidney Powell
          Texas State Bar No. 16209700
          Deborah Pearce
          Louisiana State Bar No. 22577

**LAW OFFICES OF BROADUS A. SPIVEY**
**LAW OFFICES OF PRICE AINSWORTH, P.C.**
48 East Avenue
Austin, TX 78701
(512) 474-6061
(512) 474-1605 (fax)
Broadus A. Spivey
Sate Bar No. 00000076
Federal I.D. No. 11146
Price Ainsworth
State Bar No. 00950300
Federal I.D. No. 8065

**LAW OFFICES OF RICHARD PENA, P.C.**
Barton Oaks Plaza Two
901 MoPac, Suite 325
Austin, TX 78746-5747
(512) 327-6884
(512) 327-8354 (fax)
Richard Pena
State Bar No. 0000073

**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
(956) 383-7441
(956) 381-0825 (Fax)
Ramon Garcia
State Bar No. 07641800
Federal I.D. No. 3936
Sonia I. Lopez
State Bar No. 24003862
Federal I.D. No. 23501


**TRIAL ATTORNEYS-IN-CHARGE FOR PLAINTIFFS ARTURO G. SALINAS, ET. AL., GILBERTO M. RODRIGUEZ, ET. AL. And RAUL RODRIGUEZ**

3

## Certificate of Service

I HEREBY CERTIFY that a true copy of the above and foregoing document was forwarded to counsel of record for Defendant via United States mail on this 17th day January, 2005:

Mr. Tom Lockhart
Mr. Jim Denison
Mr. Roger W. Hughes
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, TX 78551-1429
**Attorneys-In-Charge for Defendant**
**City of Harlingen, Texas**

SIDNEY POWELL