**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JAN 24 2005

Michael N. Milby
Clerk of Court

January 24, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Arturo G. Salinas, Et al

VS City of Harlingen, Texas, et al

CA: B-98-cv-162
Consolidated with B-98-163 and B-99-70

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of  20  Volume(s) of the record;  10  Volume(s) of the transcript;

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee   X   HAS/_____HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[X] U.S. District Judge entering final order is  HILDA TAGLE

[X] Court reporter assigned to this case is Breck Record

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Bertha A. Vasquez, Deputy Clerk

cc: Broadus A. Spivey
    Sidney Powell
    Michael Greenberg
    Ramon Garcia
    Sonia I. Lopez
    Tom Arthur Lockhart
    Ronaldo Samuel Lozano
    Sean F. O'Neill
    File