United States District Court
Southern District of Texas
FILED

JAN 2 4 2005

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-162 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| GILBERTO M. RODRIGUEZ, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-98-163 |
| | { | |
| CITY OF HARLINGEN | { | |
| | { | |
| and | { | |
| | { | |
| RAUL RODRIGUEZ | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-99-70 |
| | { | |
| CITY OF HARLINGEN | { | |

## DEFENDANT CITY OF HARLINGEN'S NOTICE OF APPEAL

Notice is hereby given that the Defendant City of Harlingen is appealing from the District Court's final judgment entered December 21, 2004 (Docket Entry # 277) and from each and every ruling of the District Court as set forth in its order, entered December 21, 2004 on the City's conditional motion for new trial on damages or, alternatively for remittitur (Docket Entry # 275). This appeal is being taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

By: _____

ROGER W. HUGHES
Admissions ID No. 5950
Texas State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

Mr. Ramon G. Viada III
Texas State Bar No. 20559350
ABRAMS SCOTT & BICKLEY, L.L.P.
700 Louisiana, Suite 1800
Houston, TX 77002-2727
(713) 228-6624; FAX: (713) 228-6605

Attorneys-in-Charge for Defendant, CITY
OF HARLINGEN, TEXAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 24th day of January, 2005, to the following counsel of record and interested parties:

Attorneys of record for Plaintiffs, GILBERTO M. RODRIGUEZ, et al and ARTURO GUILLERMO SALINAS, et al:

|  |  |
|---|---|
| Mr. Broadus A. Spivey | *CMRRR # 7003 0500 0002 3732 4758* |
| Mr. Price Ainsworth | |
| **SPIVEY & AINSWORTH, P.C.** | |
| 48 East Avenue | |
| Austin, Texas 78701-4320 | |
| | |
| Mr. Richard Pena | *CMRRR 7003 0500 0002 3732 4765* |
| **LAW OFFICES OF RICHARD PENA, P.C.** | |
| Barton Oaks Plaza Two | |
| 901 MoPac, Suite 325 | |
| Austin, TX 78746-5747 | |

Ms. Sidney Powell                            CMRRR  7003 0500 0002 3732 4772
**POWELL & PEARCE**
1854-A Hendersonville Road, #228
Asheville, NC 28803


Attorney of record for Plaintiff, RAUL RODRIGUEZ:

Mr. Ramon Garcia                         *CMRRR 7003 0500 0002 3732 4789*
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas  78539

ROGER W. HUGHES