Mon Jan 24 11:42:46 2005

UNITED STATES DISTRICT COURT

HOUSTON                TX

Receipt No.    1 119598
Cashier        gabriela

Check Number:  78297

D0 Code    Div No
  4679       1

Sub Acct Type Tender         Amount
1:086900   N     2           105.00
2:510000   N     2           150.00

Total Amount         $    255.00

Adams e Graham  222 E Van Buren West
t Tower  Harlingen, Tx 78551

Ntc of Appeal Fee (CA B 94-162)

bn

Mon Jan 24 11:42:46 2005

Check No.  78297
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4679