UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 11, 2005

Mr. Charles R. Fulbruge, III, Clerk  Re: Arturo G. Salinas, et al
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102  VS City of Harlingen, et al
New Orleans, Louisiana 70130

CA B-98-162
**Consolidated with B-98-163 and B-99-70**

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ____ Volume(s) of the record; ____ Volume(s) of the transcript;

[X] Supplemental record consisting of 2 volumes of docket entries. (Member Case B-98-CV-163)

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/ ____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is_____Hilda G. Tagle_____

[X] Court reporter assigned to this case is_____Breck Record_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: /s/ Bertha A. Vasquez
Bertha A. Vasquez, Deputy Clerk

cc: Broadus A. Spivey        Tom Arthur Lopez
    Sidney Powell            Ronaldo Samuel Lozano
    Michael Greenberg        Sean F. O'Neill
    Ramon Garcia             File
    Sonia I. Lopez