CLOSED

# U.S. District Court
## Southern District of Texas (Brownsville)
### CIVIL DOCKET FOR CASE #: 1:98-cv-00163
### Internal Use Only

Rodriguez, et al v. City of Harlingen, et al
Assigned to: Judge Hilda G Tagle
Demand: $0
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/09/1998
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**Gilberto M Rodriguez**
*Individually and on behalf of his minor
daughter, Megan Suzanne Rodriguez*

represented by **Broadus a Spivey**
Attorney at Law
48 E Ave
Austin, TX 78701
512-474-6061
Fax: 512-474-1605 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Greenberg**
Pena & Lerway
901 MoPac
Ste 325
Austin, TX 78746-5747
512-327-6884
Fax: 512-327-8354 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Stephen L Williams**
*Surviving Natural Parent of Susan Lynn
Rodriguez*

represented by **Broadus a Spivey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Robyn S Williams**
*surviving Natural Parent of Susan Lynn
Rodriguez*

represented by **Broadus a Spivey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Michael Greenberg
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Texas City Of Harlingen**                  represented by  **Tom Arthur Lockhart**
                                                             Adams & Graham
                                                             P O Drawer 1429
                                                             Harlingen, TX 78551-1429
                                                             956-428-7495
                                                             Fax: 956-428-2954 fax
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**R D Moore**                                represented by  **Tom Arthur Lockhart**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Sheopner**                             represented by  **Tom Arthur Lockhart**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/1998 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 111937 (fmremp) (Entered: 11/19/1998) |
| 11/09/1998 | 2 | MOTION for Michael Greenberg to appear pro hac vice by Gilberto M Rodriguez, Motion Docket Date 11/29/98 [2-1] motion , filed. (fmremp) (Entered: 11/19/1998) |
| 11/09/1998 | 3 | ORDER set pretrial conference for 11:00 3/18/99 before Judge Hilda G. Tagle , entered; Parties notified. () (fmremp) (Entered: 11/19/1998) |
| 12/09/1998 | 4 | Unopposed MOTION to extend time to file answer and other responsive pleadings by Texas City Of Harlingen, R D Moore, Jim Sheopner Michael Greenberg for plaintiff Gilberto M Rodriguez, Motion Docket Date 12/29/98 [4-1] motion , filed. (ogutierrez) (Entered: 12/09/1998) |
| 12/14/1998 | 5 | ORDER granting [4-1] motion to extend time to file answer and other responsive pleadings , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (fmremp) (Entered: 12/14/1998) |

| 12/14/1998 | 6 | ANSWER to Complaint by Texas City Of Harlingen, R D Moore, Jim Sheopner (Added attorney Tom Arthur Lockhart), filed. (ogutierrez) (Entered: 12/21/1998) |
|---|---|---|
| 12/14/1998 | 7 | MOTION to dismiss under FRCP 12(b)(6) by Texas City Of Harlingen, R D Moore, Jim Sheopner, Motion Docket Date 1/3/99 [7-1] motion , filed. (ogutierrez) (Entered: 12/21/1998) |
| 12/14/1998 | 8 | MOTION to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity by Texas City Of Harlingen, R D Moore, Jim Sheopner, Motion Docket Date 1/3/99 [8-1] motion , filed. (ogutierrez) (Entered: 12/21/1998) |
| 12/22/1998 | 9 | MOTION for continuance of motions to dismiss/motion for summary judgment by Gilberto M Rodriguez, Motion Docket Date 1/11/99 [9-1] motion , filed. (fmremp) (Entered: 12/30/1998) |
| 12/23/1998 | 10 | RESPONSE by Texas City Of Harlingen, R D Moore, Jim Sheopner to [9-1] motion for continuance of motions to dismiss/motion for summary judgment , filed. (fmremp) (Entered: 12/30/1998) |
| 02/02/1999 | 11 | ORDER reset pretrial conference for 10:30 3/17/99 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 02/02/1999) |
| 03/05/1999 | 12 | JOINT MOTION for leave to file Joint Discovery Plan within 14 days of initial pretrial conference by Gilberto M Rodriguez, Texas City Of Harlingen, R D Moore, Jim Sheopner , filed (ogutierrez) (Entered: 03/09/1999) |
| 03/05/1999 | 17 | JOINT DISCOVERY/Case Management Plan by Gilberto M Rodriguez, Texas City Of Harlingen, R D Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 03/15/1999) |
| 03/10/1999 | 13 | ORDER granting [12-1] joint motion for leave to file Joint Discovery Plan within 14 days of initial pretrial , entered; Parties notified. (signed by Judge Hilda G.Tagle ) (fmremp) (Entered: 03/11/1999) |
| 03/12/1999 | 14 | DESIGNATION by Gilberto M Rodriguez designating Broadus A Spivey as attorney in charge, filed. (ogutierrez) (Entered: 03/15/1999) |
| 03/12/1999 | 15 | MOTION for leave to file First Amended Complaint by Gilberto M Rodriguez, Motion Docket Date 4/1/99 [15-1] motion , filed. (ogutierrez) (Entered: 03/15/1999) |
| 03/12/1999 | 16 | AMENDED COMPLAINT by Gilberto M Rodriguez ,(Answer due 3/22/99 for Jim Sheopner, for R D Moore, for Texas City Of Harlingen ) amending [1-1] complaint , filed. (ogutierrez) (Entered: 03/15/1999) |
| 03/17/1999 | 18 | Minute entry: Initial pretrial conference b/Judge Tagle; Law clerk Trevino present; Broadus Spivey f/pltf; Tom Lockhart and Walter Passmore f/dft. Motion no.7 motion to dismiss under FRCP 12(b)(6)& 8 motion to dismiss by individual dft under FRCP 12(b)(6) taken under advisement. Court granted dkt no. 15 motion for leave to file 1st amended |

| | | |
|---|---|---|
| | | complaint & 2 mimotion for Michael Greenberg to appear pro hac vice; Pltf counsel withdrew document no.9 Motion for continuance to obtain depositions in response to motion to dismiss/Rule 56 motion for summary judgment terminated deadlines , set review deadline for 3/30/99 before Judge Hilda G. Tagle Ct Reporter: Breck Record (ogutierrez) Modified on 03/29/1999 (Entered: 03/18/1999) |
| 03/17/1999 | 19 | RESPONSE by Texas City Of Harlingen, R D Moore, Jim Sheopner to [15-1] motion for leave to file First Amended Complaint , filed. (ogutierrez) (Entered: 03/18/1999) |
| 03/17/1999 | 19 | SUPPLEMENT to [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity by Texas City Of Harlingen, R D Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 03/18/1999) |
| 03/18/1999 | | Deadline updated; granting [15-1] motion for leave to file First Amended Complaint withdrawing [9-1] motion for continuance of motions to dismiss/motion for summary judgment [8-1] motion to dismiss by individual dft under FRCP 12(b)(6) based on qualified immunity taken under advisement, [7-1] motion to dismiss under FRCP 12(b)(6) taken under advisement, granting [2-1] motion for Michael Greenberg to appear pro hac vice (ogutierrez) Modified on 03/29/1999 (Entered: 03/18/1999) |
| 03/22/1999 | 20 | UNOPPOSED MOTION for extension of deadline for filing answer to 1st amended complaint by Texas City Of Harlingen, R D Moore, Jim Sheopner, Motion Docket Date 4/11/99 [20-1] motion , filed. (ogutierrez) Modified on 03/22/1999 (Entered: 03/22/1999) |
| 03/22/1999 | 21 | ORDER granting [15-1] motion for leave to file First Amended Complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/23/1999) |
| 03/22/1999 | 22 | ORDER granting [20-1] motion for extension of deadline for filing answer to 1st amended complaint , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/23/1999) |
| 03/26/1999 | 23 | RESPONSE by Gilberto M Rodriguez to [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity, [7-1] motion to dismiss under FRCP 12(b)(6) , filed. (ogutierrez) (Entered: 03/26/1999) |
| 03/29/1999 | 24 | Amended ANSWER by Texas City Of Harlingen, R D Moore, Jim Sheopner (Added attorney ) to amended complaint, filed. (ogutierrez) (Entered: 03/29/1999) |
| 04/01/1999 | 25 | REPLY BRIEF by Texas City Of Harlingen, R D Moore, Jim Sheopner in support of [8-1] motion to dismiss by individual dfta under FRCP 12 (b)(6) based on qualified immunity , filed. (ogutierrez) (Entered: 04/01/1999) |
| 05/03/1999 | 26 | RESPONSE by Gilberto M Rodriguez to [25-1] brief, [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified |

| | | |
|---|---|---|
| | | immunity , filed. (ogutierrez) (Entered: 05/04/1999) |
| 05/24/1999 | | **Address labels only (ogutierrez) (Entered: 05/24/1999) |
| 07/15/1999 | 27 | ORDER Motion hearing set for 11:00 7/30/99 for [8-1] motion hearing , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/16/1999) |
| 07/23/1999 | 28 | AGREED MOTION for continuance of motion hearing of July 30,1999 until later date by Gilberto M Rodriguez, Texas City Of Harlingen, R D Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 07/26/1999) |
| 07/26/1999 | 29 | ORDER granting [28-1] agreed motion for continuance of motion hearing of July 30,1999 until later date Motion hearing set for 3:00 8/12/99 for [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/27/1999) |
| 08/05/1999 | 30 | SUPPLEMENTAL BRIEF by Texas City Of Harlingen, R D Moore, Jim Sheopner in support of [8-1] motion to dismiss by individual dft under FRCP 12(b)(6) based on qualified immunity , filed. (ogutierrez) (Entered: 08/05/1999) |
| 08/11/1999 | 31 | OBJECTION and Reply to [26-1] response to second supplemental brief by Texas City Of Harlingen, R Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 08/11/1999) |
| 08/12/1999 | 33 | Minute entry: Motion Hearing b/Judge Tagle held. Attys Price Ainsworth f/pltfs; Tom Lockhart and Walter Passmore f/dfts; Court orders parties to breif issue of whether dft RD Moore was acting under color of law on 7/7/98. Court orders parties to brief the special relationship exception in relation to law enforcement officers. Atty Lockhart WITHDRAWS dft objections to pltfs Response Dkt.31 based on Answorth representaitons that The City of Harlingen did not summon the Border Patrol Agents on 7/7/98 and that Answorth's client is not asking the Court to consider Jose Rubio Jr's Affidavit for the 12(b)(6) motions currently before the Court. [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity taken under advisement, [7-1] motion to dismiss under FRCP 12(b)(6) taken under advisement terminated deadlines , reset review deadline for 8/27/99 before Judge Hilda G. Tagle Ct Reporter: Breck Record (ogutierrez) (Entered: 08/24/1999) |
| 08/16/1999 | 32 | RESPONSE by Gilberto M Rodriguez to [30-1] second supplemental brief , filed. (ogutierrez) (Entered: 08/16/1999) |
| 08/25/1999 | 34 | SUPPLEMENTAL [32-1] response to dft's second supplemental brief by Gilberto M Rodriguez , filed. (ogutierrez) (Entered: 08/25/1999) |
| 08/25/1999 | 35 | POST-SUBMISSION BRIEF by Texas City Of Harlingen, R D Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 08/26/1999) |
| 03/02/2000 | 36 | ORDER Response to motion reset to 12:00 3/20/00 for [8-1] motion to dismiss by individual dfta under FRCP 12(b)(6) based on qualified immunity , entered; The reply is to be filed by March 20,2000 at 12pm. |

| | | |
|---|---|---|
| | | This deadline will be strictly enforced, and the reply will be stricken if it is not filed in a timely manner. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/02/2000) |
| 03/02/2000 | 37 | ORDER for clarification response to dft's Motion to Dismiss and supporting brief Dkt.23 by 3/6/00 at 12pm , entered; It is therefore not clear to the court whether the Pltf meant to refer to the Fourth or Eight Amendment in the above cited sentence Dkt 23 p.10. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/03/2000) |
| 03/20/2000 | 38 | REPLY to [8-1] motion to dismiss by individual dfts under FRCP 12(b)(6) based on qualified immunity by Gilberto M Rodriguez , filed. (ogutierrez) (Entered: 03/20/2000) |
| 03/27/2000 | 39 | MOTION to strike [38-1] pltfs' reply to dfts' assertion of qualified immunity and dfts'response by Texas City Of Harlingen, R D Moore, Jim Sheopner, Motion Docket Date 4/16/00 [39-1] motion , filed. (ogutierrez) (Entered: 03/28/2000) |
| 03/28/2000 | 40 | ORDER granting in part, denying in part [39-1] motion to strike [38-1] pltfs' reply to dfts' assertion of qualified immunity and dfts'response , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/28/2000) |
| 03/30/2000 | 41 | SECOND SUPPLEMENT to [8-1] motion to dismiss by individual dfts under FRCP 12(b)(6) based on qualified immunity by R D Moore, Jim Sheopner , filed. (ogutierrez) (Entered: 03/31/2000) |
| 03/31/2000 | 42 | ORDER granting [8-1] motion to dismiss by individual dfts under FRCP 12(b)(6) based on qualified immunity granting in part, denying in part [7-1] motion to dismiss under FRCP 12(b)(6) , entered; Moot as to the pltfs 42:1983 claims alleged against dfts Moore and Scheopner because the Court has granted them qualified immunity; Granted as to the special relationship and special danger claims alleged against the City of Harlingen and Denied as to the pltfs state-creted danger claim against the city; and Denied as to the pltfs Texas Tort Claims Act cause of action against the City of Harlingen. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/31/2000) |
| 04/11/2000 | 43 | NUNC PRO TUNC ORDER, entered; Inadvertencies in the order signed and entered in this case on 3/31/00 (dkt.42) are hereby corrected by substituting therefore the following order as of 4/11/00 nunc pro tunc. Dft Moore and Scheopner's Motion to Dismiss based on qualified immunity is Granted. Dft's Motion to dismiss under Federal Rule of Civil Procuedue Dkt.7, Moot as to the pltfs' claims alleged against dft Moore and Scheopner because the court has granted them qualified immunity; Granted as to the special relationship and special danger claims and special danger claims alleged against the City of Harlingen, and Denied as to the Pltfs' state-created danger claim against the city; and Denied as to the pltfs'Texas Tort Claims Act cause of action against the City of Harlingen. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 04/11/2000) |

| | | |
|---|---|---|
| 04/25/2000 | 44 | AGREED MOTION to consolidate cases B-98-162,163,and B-99-70 and consolidate discovery by Gilberto M Rodriguez, Texas City Of Harlingen , filed. (ogutierrez) Modified on 04/27/2000 (Entered: 04/27/2000) |
| 05/10/2000 | 45 | ORDER granting [44-1] agreed motion to consolidate cases B-98-162,163,and B-99-70 are consolidated under Civil Action B-98-162 for purposes of discovery and all pre-trial matters. In addition, Civil Action B-98-a62 and B-98-163 are consolidated for all purposes, including trial, uncer cause number B-98-162. The Plaintiffs are ordered to advise the Court of which attorney will act as lead counsel in all pretrial matters on or before 5/19/2000. entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 05/11/2000) |
| 05/10/2000 | | Consolidated Member Case Lead Case Number: B-98-162 (ogutierrez) (Entered: 05/11/2000) |
| 07/25/2001 | 46 | ORDER , entered; Court gives notice to the Parties that it will consider the Robenson Report included in the Pltfs' Supplementation to Joint Pretrial Order (Dkt.124) as part of the summary judgment record in ruling on the Dft's Second Motion for Summary Judgment (Dkt.no.100) Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/25/2001) |
| 06/28/2002 | | Case closed (ogutierrez) (Entered: 06/28/2002) |