# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Michael Greenberg
Pena & Lerway
901 MoPac
Ste 325
Austin TX 78746-5747

---

Case: 1:98-cv-00162   Instrument: 286   (7 pages)
Date: Mar 14, 2005
Control: 050319687
FAX number: 512-327-8354 fax   (8 Total pages including cover sheet)
Notice: The attached order has been entered.

---

You could have received this notice faster by e-mail,
        and
You can serve other parties through the court's electronic filing system.

Electronic Noticing and Filing is authorized in Civil, Criminal and Bankruptcy Cases.

Read more about it at www.txs.uscourts.gov under CM/ECF - Electronic Filing,
        and
Register on-line for a training class to receive your user privileges.


If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 11, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Arturo G. Salinas, et al

VS City of Harlingen, et al

CA B-98-162
**Consolidated with B-98-163 and B-99-70**

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ____ Volume(s) of the record; ____ Volume(s) of the transcript;

[X] Supplemental record consisting of 2 volumes of docket entries. (Member Case B-98-CV-163)

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/ ____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is_____Hilda G. Tagle_____

[X] Court reporter assigned to this case is_____Breck Record_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: /s/ Bertha A. Vasquez
Bertha A. Vasquez, Deputy Clerk

cc: Broadus A. Spivey      Tom Arthur Lopez
    Sidney Powell          Ronaldo Samuel Lozano
    Michael Greenberg      Sean F. O'Neill
    Ramon Garcia           File
    Sonia I. Lopez

CLOSED

# U.S. District Court
## Southern District of Texas (Brownsville)
### CIVIL DOCKET FOR CASE #: 1:99-cv-00070
### Internal Use Only

Rodriguez v. City of Harlingen, et al
Assigned to: Judge Hilda G Tagle
Demand: $0
Case in other court:
Cause: 42:1983 Civil Rights Act

Date Filed: 04/21/1999
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Raul Rodriguez**     represented by     **Ramon Garcia**
Attorney at Law
222 W University Dr
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia I Lopez**
Law office of Ramon Garcia PC
222 W University
Edinburg, TX 78539
956-383-7441
Fax: 956-381-0825
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Harlingen**     represented by     **Tom Arthur Lockhart**
Adams & Graham
P O Drawer 1429
Harlingen, TX 78551-1429
956-428-7495
Fax: 956-428-2954 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R D Moore**     represented by     **Tom Arthur Lockhart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Walter J Passmore
Law Office of Walter J Passmore PC
PO Drawer 3187
McAllen, TX 78502-3187
956-668-8750
Fax: 956-668-1714 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Jim Scheopner                              represented by  **Tom Arthur Lockhart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/1999 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 112544 (ogutierrez) (Entered: 04/22/1999) |
| 04/21/1999 |  | SUMMONS issued for City of Harlingen, R D Moore, Jim Scheopner (ogutierrez) (Entered: 04/22/1999) |
| 04/22/1999 | 2 | NOTICE of Hearing: set initial pretrial conference for 9:30 7/23/99 before Judge Hilda G. Tagle before Judge Hilda G. Tagle , filed. (ogutierrez) (Entered: 04/22/1999) |
| 04/22/1999 | 3 | RETURN OF SERVICE executed as to Jim Scheopner 4/22/99 filed Answer due on 5/12/99 for Jim Scheopner (ogutierrez) (Entered: 04/22/1999) |
| 04/22/1999 | 4 | RETURN OF SERVICE executed as to City of Harlingen 4/22/99 filed Answer due on 5/12/99 for City of Harlingen (ogutierrez) (Entered: 04/22/1999) |
| 04/22/1999 | 5 | RETURN OF SERVICE executed as to R D Moore 4/22/99 filed Answer due on 5/12/99 for R D Moore (ogutierrez) (Entered: 04/23/1999) |
| 05/10/1999 | 6 | ANSWER to Complaint by City of Harlingen, R D Moore, Jim Scheopner (Added attorney Tom Arthur Lockhart, Walter J Passmore), filed. (ogutierrez) (Entered: 05/11/1999) |
| 05/10/1999 | 7 | MOTION to dismiss under FRCP 12(b)(6) by City of Harlingen, R D Moore, Jim Scheopner, Motion Docket Date 5/30/99 [7-1] motion , filed. (ogutierrez) (Entered: 05/11/1999) |
| 05/10/1999 | 8 | MOTION to dismiss under FRCP 12(b)(6) based ib qualified immunity by City of Harlingen, R D Moore, Jim Scheopner, Motion Docket Date 5/30/99 [8-1] motion , filed. (ogutierrez) (Entered: 05/11/1999) |
| 05/10/1999 | 9 | NOTICE OF DISCLOSURE by Raul Rodriguez , filed. (ogutierrez) |

| | | |
|---|---|---|
| | | (Entered: 05/11/1999) |
| 06/03/1999 | 10 | MOTION to extend time to respond to Motions to dismiss by Raul Rodriguez, Motion Docket Date 6/23/99 [10-1] motion , filed. (fmremp) (Entered: 06/10/1999) |
| 06/03/1999 | 11 | MOTION for leave to file Mtn to extend time to respond by Raul Rodriguez, Motion Docket Date 6/23/99 [11-1] motion , filed. (fmremp) (Entered: 06/10/1999) |
| 06/09/1999 | 12 | ORDER granting [11-1] motion for leave to file Mtn to extend time to respond , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/15/1999) |
| 06/09/1999 | 13 | ORDER Response to motion reset to 6/21/99 for [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity, reset to 6/21/99 for [7-1] motion to dismiss under FRCP 12(b)(6) , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 06/15/1999) |
| 06/28/1999 | 14 | RESPONSE filed by Raul Rodriguez to [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity and [7-1] motion to dismiss under FRCP 12(b)(6). (fmremp) (Entered: 06/30/1999) |
| 07/08/1999 | 15 | JOINT DISCOVERY/Case Management Plan filed by Raul Rodriguez, City of Harlingen, R D Moore, and Jim Scheopner. (fmremp) (Entered: 07/13/1999) |
| 07/09/1999 | 16 | REPLY filed by City of Harlingen, R D Moore, and Jim Scheopner in support of [8-1] motion to dismiss under FRCP 12(b)(6) ib qualified immunity and [7-1] motion to dismiss under FRCP 12(b)(6). (fmremp) (Entered: 07/13/1999) |
| 07/22/1999 | 17 | ORDER set hearing 11:00 7/30/99 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/22/1999) |
| 07/26/1999 | 18 | ORDER reset miscellaneous hearing 3:00 8/12/99 before Judge Hilda G. Tagle , entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 07/27/1999) |
| 07/27/1999 | 19 | UNOPPOSED MOTION for continuance of initial pretrial conference until later date by Raul Rodriguez, Motion Docket Date 8/16/99 [19-1] motion , filed. (ogutierrez) (Entered: 07/28/1999) |
| 07/30/1999 | | Deadline updated; mooting [19-1] motion for continuance of initial pretrial conference until later date mooting [10-1] motion to extend time to respond to Motions to dismiss. Case already been reset to a later date. (ogutierrez) (Entered: 08/02/1999) |
| 08/05/1999 | 20 | SUPPLEMENTAL BRIEF by City of Harlingen, R D Moore, Jim Scheopner in support of [8-1] motion to dismiss under FRCP 12(b)(6) ib qualified immunity , filed. (ogutierrez) (Entered: 08/05/1999) |
| 08/12/1999 | 21 | MOTION for Sonia Lopez to appear pro hac vice until the conclusion of |

| | | |
|---|---|---|
| | | this case by Raul Rodriguez, Motion Docket Date 9/1/99 [21-1] motion, filed. (ogutierrez) (Entered: 08/24/1999) |
| 08/12/1999 | 22 | Minute entry: Motion hearing b/Judge Tagle; Atty Donia Lopez f/pltf; Tom Lockhart and Walter Passmore f/dfts; granting [21-1] motion for Sonia Lopez to appear pro hac vice until the conclusion of this case [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity taken under advisement, [7-1] motion to dismiss under FRCP 12(b)(6) taken under advisement terminated deadlines, reset review deadline for 8/27/99 before Judge Hilda G. Tagle Court orders parties to brief issue of whether dft R D Moore was acting under color of law on 7/7/78. Court orders parties to brief the special relationship exception in relation to law enforcement officers. Ct Reporter: Breck Record (ogutierrez) (Entered: 08/24/1999) |
| 08/25/1999 | 23 | SUPPLEMENTAL [20-1] brief supporting the denial of dft's Rule 12(b)(6) motion by Raul Rodriguez, filed. (ogutierrez) (Entered: 08/26/1999) |
| 08/25/1999 | 24 | POST-SUBMISSION BRIEF by City of Harlingen, R D Moore, Jim Scheopner, filed. (ogutierrez) (Entered: 08/26/1999) |
| 08/26/1999 | 25 | OBJECTION to [23-1] supplement by City of Harlingen, R D Moore, Jim Scheopner, filed. (ogutierrez) (Entered: 08/30/1999) |
| 03/02/2000 | 26 | ORDER Response to motion reset to 12:00 3/20/00 for [8-1] motion to dismiss under FRCP 12(b)(6) based of qualified immunity, entered; This deadline will be strictly enforced, and the reply will be stricken if it is not filed in a timely manner. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/02/2000) |
| 03/21/2000 | 27 | Unopposed MOTION to extend time to reply to dfts' assertion of qualified immunity by Raul Rodriguez, Motion Docket Date [27-1] motion, filed. (ogutierrez) (Entered: 03/21/2000) |
| 03/21/2000 | 28 | MOTION for leave to file unopposed motion to exttime to file reply by Raul Rodriguez, Motion Docket Date 4/10/00 [28-1] motion filed. (ogutierrez) (Entered: 03/21/2000) |
| 03/22/2000 | 29 | ORDER denying [28-1] motion for leave to file unopposed motion to exttime to file reply Reply to Response to Motion set to 4:00 3/24/00 for [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/22/2000) |
| 03/22/2000 | | Deadline updated; denying [27-1] motion to extend time to reply to dfts' assertion of qualified immunity (ogutierrez) (Entered: 03/28/2000) |
| 03/28/2000 | 30 | ORDER Reply to Response to Motion set to 3:00 3/28/00 for [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity, entered; Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/28/2000) |
| 03/28/2000 | 31 | COPY OF REPLY by Raul Rodriguez to response to [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity, filed. |

| | | |
|---|---|---|
| | | Received by the Clerk at 1:45pm on 3/28/00. (ogutierrez) Modified on 03/30/2000 (Entered: 03/28/2000) |
| 03/28/2000 | 32 | RESPONSE by Raul Rodriguez to the Honorable Judge Hilda G Tagle's order dated March 28,2000 , filed. (ogutierrez) (Entered: 03/28/2000) |
| 03/29/2000 | 33 | ORDER striking [32-1] response , entered; Pleading is not in compliance with LR2.C.1.(d) Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/29/2000) |
| 03/29/2000 | 34 | REPLY by Raul Rodriguez to response to [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity , filed. (original) (ogutierrez) Modified on 03/30/2000 (Entered: 03/29/2000) |
| 03/29/2000 | 35 | RESPONSE by Raul Rodriguez to the Honorable Judge Hilda G Tagle's [30-2] order dated March 28,2000, filed. (ogutierrez) (Entered: 03/29/2000) |
| 03/30/2000 | 36 | MOTION to strike [34-1] response reply by City of Harlingen, R D Moore, Jim Scheopner, Motion Docket Date 4/19/00 [36-1] motion , filed. (ogutierrez) (Entered: 03/31/2000) |
| 03/30/2000 | 36 | SECOND SUPPLEMENT to [8-1] motion to dismiss under FRCP 12(b)(6) based ib qualified immunity by City of Harlingen, R D Jim Scheopner , filed. (ogutierrez) (Entered: 03/31/2000) |
| 03/31/2000 | 37 | ORDER granting [8-1] motion to dismiss under FRCP 12(b)(6) based on qualified immunity granting in part, denying in part [7-1] motion to dismiss under FRCP 12(b)(6), entered; Moot as to the 42:1983 claims alleged against dfts Moore and Scheopner because the Court has granted them qualified immunity and Granted as to the special relationship and special danger claims alleged against the City of Harlingen, and Denied as to the pltf's state-created danger claim against the city. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) (Entered: 03/31/2000) |
| 04/25/2000 | 38 | AGREED MOTION to consolidate cases B-98-162,B-98-163, and B-99-70 and for Discovery by Raul Rodriguez, City of Harlingen , filed. (ogutierrez) (Entered: 04/27/2000) |
| 05/09/2000 | | Deadline updated; mooting [36-1] motion to strike [34-1] response reply (ogutierrez) (Entered: 05/09/2000) |
| 05/10/2000 | 39 | ORDER granting [38-1] agreed motion to consolidate cases B-98-162,B-98-163, and B-99-70 and for Discovery , entered; Civil Action B-98-162 and B-98-163 are consolidated for all purposes, including trial under cause number B-98-162. Pltfs are ordered to advise the Court of which attorney will act as lead counsel in all pretrial matters on or before 5/19/00. Parties notified. ( signed by Judge Hilda G. Tagle ) (ogutierrez) Modified on 05/11/2000 (Entered: 05/11/2000) |
| 05/19/2000 | 40 | MOTION to dismiss by Raul Rodriguez, R D Moore, Jim Scheopner, Motion Docket Date 6/8/00 [40-1] motion , filed. (ogutierrez) (Entered: 05/22/2000) |

| | | |
|---|---|---|
| 05/23/2000 | | Deadline updated; striking [40-1] motion to dismiss on B-98-162 lead case. (ogutierrez) (Entered: 05/23/2000) |
| 06/28/2002 | | Case closed (ogutierrez) (Entered: 06/28/2002) |



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS