**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520**

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

APR 1 2 2005

Michael N. Milby
Clerk of Court

March 10, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Arturo G. Salinas, et al  05-40196

VS City of Harlingen, et al

CA B-98-162
Consolidated with B-98-163 and B-99-70

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of _____ Volume(s) of the record; _____ Volume(s) of the transcript;

[X] Supplemental record consisting of 1 volume of updated docket entries.

[ ] Other: _____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee _____ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is_____Hilda G. Tagle_____

[X] Court reporter assigned to this case is_____Breck Record_____

[ ] If criminal case, number and names of defendants:_____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,
MICHAEL N. MILBY, CLERK

BY: Bertha Vasquez
Bertha A. Vasquez, Deputy Clerk

cc: Broadus A. Spivey
    Sidney Powell
    Michael Greenberg
    Ramon Garcia
    Sonia I. Lopez

    Tom Arthur Lopez
    Ronaldo Samuel Lozano
    Sean F. O'Neill
    File

0001