**Spivey & Ainsworth**

# Memo

To:     Roger W. Hughes

From:   Price Ainsworth

Date:   August 20, 2005

Re:     Rodriguez & Salinas

---

**Total Settlement - $1,014,361.21**

*Please have the following checks cut:*

| | |
|---|---:|
| 1. Spivey & Ainsworth, P.C. – Reimbursement for Taxable Court Cost | $14,361.21 |
| 2. Stephen Williams and Spivey & Ainsworth, P.C. | $68,700.00 |
| 3. Robyn Williams and Spivey & Ainsworth, P.C. | $68,700.00 |
| 4. Arturo Salinas and Spivey & Ainsworth, P.C. | $79,117.00 |
| 5. Elisa Salinas and Spivey & Ainsworth, P.C. | $79,117.00 |
| 7. PASSCORP for the use and benefit of Megan Rodriguez (fund the structure for Megan) | $241,076.11 |
| 8. Gilbert Rodriguez and Spivey & Ainsworth, P.C. | $171,173.89 |
| 6. Raul Rodriguez and Attorney Roman Garcia | $292,116.00 |
| | **Total: $1,014,361.21** |

Exhibit 1