RECEIVED

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

AUG 18 2005

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

August 16, 2005

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 05-40196 Salinas v. City of Harlingen
     USDC No.  1:99-CV-70
                 1:98-CV-163
                 1:98-CV-162

The court has taken the following action in this case: the joint motion to stay further proceedings in this court pending settlement is GRANTED.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
      Kalanit Oded, Deputy Clerk
      504-310-7799

Ms Sidney Katherine Powell
Mr Barry Abrams

MOT-2

Exhibit 3