IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NOS. B-98-162, |
| | { | |
| | { | B-98-163, B-98-164 |
| CITY OF HARLINGEN | { | |
| | { | |

## ORDER APPOINTING ATTORNEY AD LITEM
## FOR MINOR PLAINTIFF MEGAN RODRIGUEZ
## AND SETTING A FAIRNESS HEARING

The Court, having considered the parties' joint motion for expedited consideration of their

proposed settlement for the minor plaintiff, Megan Rodriguez, hereby determines that:

In light of the potential conflict of the parent of said minor, Gilberto Rodriguez, who

seeks to recover from a settlement fund as next friend and in his personal capacity, the Court

determines that an attorney ad litem is necessary to protect the interests of the minor

plaintiff, and hereby ORDERS that the Honorable _____is appointed as

attorney ad litem for plaintiff Megan Rodriguez, for determining the fairness of the

settlement for the minor. Counsel for the parties shall forthwith notify said attorney ad litem

of this appointment.

It is further ORDERED that a fairness hearing on the proposed settlement shall be

set for hearing before the Court on _____, 2005, at _____

o'clock __.m. in Brownsville, Texas.

Signed on _____, 2005, at Brownsville, Texas.


_____
Hilda G. Tagle
United States District Judge