United States District Court
Southern District of Texas
ENTERED

AUG 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, Plaintiffs | § § § | |
| v. | § § § § | CIVIL CASE NO. B-98-162 (consolidated with B-98-163 & B-99-70) |
| City of Harlingen, Defendant. | § § § | |

## ORDER

BE IT REMEMBERED that on August 23, 2005, the Court considered the parties' "Emergency Joint Motion for Expedited Hearing to Determine Fairness of Minor Settlement and Emergency Joint Motion to Amend Final Judgment to Effectuate Settlement Agreement." Dkt. No. 292.

The parties request, pursuant to Federal Rules of Civil Procedure, Rule 60(b), that the Court indicate "its intent to vacate the existing December 21, 2004, final judgment and to replace it with a final judgment in accord with the parties' settlement agreement, to be submitted by the parties after the settlement has been fully funded." After reviewing the parties' joint motion, the Court indicates its inclination to grant the motion, subject to the approval of the of the proposed settlement agreement by an attorney ad litem for the minor plaintiff. See Winchester v. United States Atty for the Southern District of Texas, 68 F.3d 947, (5th Cir. 1996) ("[T]he district court retains jurisdiction to consider and deny [Rule 60(b)] motions, . . . [and] if it indicates that it will grant the motion, the appellant should then make a motion in the Court of Appeals for a remand of the case in order that the district court may grant such motion." (quoting Ferrell v. Trailmobile, Inc., 223 F.2d 697, 699 (5th Cir. 1992))).

The Court, having considered the parties' joint motion for expedited consideration of the proposed settlement for the minor plaintiff, Megan Rodriguez, determines that in light

1

of the potential conflict of Gilberto Rodriguez, the parent of the minor child, who seeks to recover from a settlement fund as next of friend and in his personal capacity, that an attorney ad litem is necessary to protect the interests of the minor plaintiff. Therefore, the Court **ORDERS** that the Honorable Luis V. Saenz, Esq., is appointed as attorney ad litem for plaintiff Megan Rodriguez, to determine the fairness of the settlement for the minor. Counsel for all parties shall notify the attorney ad litem of this appointment immediately. It is further **ORDERED** that a fairness hearing on the proposed settlement shall be set for hearing before this Court on August 31st, 2005, at 9:00 a.m.

DONE this 23rd day of August, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge