# Civil Courtroom Minutes



|  |  |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Mitchell  ☐ Patterson |
| DATE | 08 / 31 / 05 |
| TIME | 9:05 a.m. — 9:31 a.m. |
| CIVIL ACTION | B-98-162 |
| STYLE | Arturo Guillermo Salinas, et al. *versus* City of Harlingen |

United States District Court
Southern District of Texas
FILED
AUG 31 2005
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■ Motion Hearing;            (Court Reporter: Heather Hall )

**Appearances**:

| | |
|---|---|
| Broadus A. Spivey for: | Plaintiffs: Arturo G. Salinas, Elisa H. Salinas; Gilberto M. Rodriguez; Stephen Williams and Robyn Williams |
| Sonia I. Lopez for: | Plaintiff Raul Rodriguez |
| Luis Saenz, Attorney Ad-Litem for: | Megan Rodriguez, Minor Child |
| Tom Lockhart and Roger Hughes for: | Defendant: City of Harlingen |

■       Rulings orally rendered on:

1. The Court found the proposed settlement between the parties to be fair as it pertains to the minor plaintiff Megan Rodriguez.

2. The Court indicated its intent to vacate its previous final judgment of December 21, 2004 and to approve the proposed settlement between the parties.

3. The Court indicated its willingness, upon remand of the case from the Fifth Circuit, to order the AR15 rifle to be returned to its owner, Mr. Moore, and to order the AK15 rifle destroyed.

1

August 31, 2005
Civil Action No. B-98-162
Salinas, et al vs. City of Harlingen
Civil Courtroom Minutes
Page 2

■ Comments:

1. The proposed settlement was stated to consist of $1 million dollars to be divided amongst the plaintiffs, the allocation of which Mr. Spivey read into the record.

2. The parties stated that Gilberto Rodriguez has stated he is giving his recovery to his daughter, Megan Rodriguez and that the claimants' lawyers are not charging a fee for her representation.

3. Mr. Saenz, the court-appointed ad litem for the minor child, Megan Rodriguez, found the settlement to be fair and in the best interest of his client. He perceived there to be no remaining conflict between the interests of the child and the father. He found the annuity to be fair and approved of the method of allocating the settlement proceeds. He recommended that the court approve the settlement.

4. The plaintiffs' attorney wanted it on the record that the settlement amount was based on a number of recent cases which had undermined and weakened his clients' claims. Therefore, the settlement amount was proper ($1 million settlement from a $37 million jury verdict) based on this new case law.