United States Court of Appeals
for the Fifth Circuit
FILED
9/7/05
Charles R. Fulbruge III, Clerk

# 05-40196

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

SEP 1 2 2005

Michael N. Milby
Clerk of Court

ARTURO GUILLERMO SALINAS; ELISA HERNANDEZ
HERRERA SALINAS, Plaintiffs-Appellants-Cross-Appellees,

v.

CITY OF HARLINGEN; ET AL, Defendants
CITY OF HARLINGEN, Defendant-Appellee-Cross-Appellant

---

GILBERTO M. RODRIGUEZ, Individually, and on behalf of his minor daughter, Megan Suzanne Rodriguez; STEPHEN L. WILLIAMS, Surviving Natural Parent of Susan Lynn Rodriguez; ROBIN S. WILLIAMS, Surviving Natural Parent of Susan Lynn Rodriguez, Plaintiffs-Appellants-Cross-Appellees

v.

CITY OF HARLINGEN, TEXAS, ET AL, Defendants
CITY OF HARLINGEN, TEXAS, Defendant-Appellee-Cross-Appellant

---

RAUL RODRIGUEZ, Plaintiff-Appellant-Cross-Appellee

v.

CITY OF HARLINGEN, ET AL, Defendants
CITY OF HARLINGEN, Defendant-Appellee-Cross-Appellant

---

On Appeal From The United States District Court
For The Southern District Of Texas

---

AGREED ORDER

## AGREED ORDER

Pursuant to the agreement of the parties and to further settlement of this case, in light of the district court's order of August 23, 2005, this case is remanded to the district court instanter.

Dated: September 7, 2005

_____
United States Circuit Judge

Agreed as to form and substance:

_____
Barry Abrams  by permission
Ramon G. Viada III
Abrams, Scott & Bickley, L.L.P.
700 Louisiana, Suite 4000
Houston, TX 77002-2727
(713) 228-6601
Fax: (713) 228-6605

_____
Sidney Powell
POWELL & PEARCE
1854 A Hendersonville Rd., No. 228
Asheville, NC 28803
(828) 651-9543
Fax: (828) 684-5343

**UNITED STATES COURT OF APPEALS**
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 713-250-5750
P.O. BOX 610160
HOUSTON, TX 77208

September 7, 2005

Ms Sidney K Powell
Law Offices of Sidney Powell
1854 A Hendersonville Road
Asheville, NC 28803

Mr Barry Abrams
700 Louisiana, Ste. 4000
Houston, TX 77002

        No. 05-40196 Salinas v. City of Harlingen
        (USDC No. 1:98-CV-162)

Dear Counsel:

Enclosed is the court's order entered this date.

        Very truly yours,

        CHARLES R. FULBRUGE III, CLERK

By: /s/ Amanda M Sutton
     Amanda Maria Sutton
     Deputy Clerk