United States District Court
Southern District of Texas

SEP 13 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Arturo Guillermo Salinas, et al, | § § | |
| Plaintiffs, | § | |
| v. | § § | CIVIL CASE NO. B-98-162 (consolidated with B-98-163 & B-99-70) |
| City of Harlingen, | § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on September 13, 2005, the Court **GRANTED** the parties' "Emergency Joint Motion to Amend Final Judgment to Effectuate Settlement Agreement." Dkt. No. 292. It is therefore **ORDERED** that the final judgment of December 21, 2004 is hereby vacated. It is also **ORDERED** that the court finds the parties' settlement is fair and just regarding Megan Rodriguez and that judgment be entered pursuant to the parties' settlement agreement.

FURTHERMORE, it is **ORDERED** that a take nothing judgment be entered for the City.

FURTHERMORE, it is **ORDERED** that the AR15 rifle be returned to its owner, Mr. Moore, and that the AK15 rifle be destroyed.

DONE this 13 day of September, 2005 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge