IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NOS. B-98-162, |
| | { | B-98-163, B-98-164 |
| CITY OF HARLINGEN | { | |
| | { | |

**UNOPPOSED MOTION TO AWARD FEES TO ATTORNEY AD LITEM**

COME NOW Luis V. Saenz attorney ad litem for Megan Rodriguez and the City of Harlingen and file this their Unopposed Motion to Award Fees to Attorney Ad Litem and would show the Court as follows:

**I. CERTIFICATE CONFERENCE**

This Motion is filed jointly by the Attorney Ad Litem Saenz and the City of Harlingen. Plaintiffs do not oppose the motion.

**II.**

Attached is the Attorney Ad Litem's statement of his services performed under his appointment by the Court. The Ad Litem and the City agree that $200.00 an hour is reasonable hourly rate for his services. The parties urge the Court to award ad litem fees in the amount of $4,872.00.

WHEREFORE, PREMISES CONSIDERED, the Attorney Ad Litem Saenz and the City of Harlingen pray the Court make an award of the ad litem fees.

Respectfully submitted,

By: _____

LUIS V. SAENZ
State Bar No. 17524880
ATTORNEY & COUNSELOR AT LAW
117 E. Price Road
Brownsville TX 78521
Phone: (956) 550-9550
Fax: (956) 550-9553

Attorney Ad Litem for Plaintiff Megan Rodriguez

By: _____

TOM LOCKHART
State Bar No. 12473500
ROGER W. HUGHES
State Bar No. 10229500
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Phone: (956) 428-7495
Fax: (956) 428-2954

Attorneys for the City of Harlingen

## CERTIFICATE OF SERVICE

I hereby certify that two true and correct copies of this joint motion were served on counsel of defendants/appellees, by first class mail, postage prepaid, this 26 day of September, 2005.

Mr. Broadus A. Spivey
Mr. Price Ainsworth
**SPIVEY & AINSWORTH**
48 East Avenue
Austin, TX 78701
**Attorney in charge for Plaintiffs**

Mr. Ramon Garcia
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, TX 78539
**Attorneys in charge for Plaintiffs**

M. Barry Abrams
Mr. Ramon G. Viada, III
**ABRAMS, SCOTT & BICKLEY, L.L.P.**
700 Louisiana, Suite 4000
Houston, TX 77002-2727
**Attorneys in charge for Defendant**
**City of Harlingen, Texas**

Roger W. Hughes