My Social Security No. 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

*Civil Action Nos. B-98-162, B-98-163, B-98-164*
*Arturo G. Salinas, et al vs. City of Harlingen*

*Attorney Ad Litem for Megan Rodriguez, Minor*

## TIME LOG

| DATE | DESCRIPTION/ACTIVITY | TIME |
|---|---|---|
| 08/23/05 | Order Appointing Ad Litem | |
| 08/24/05 | Called Plaintiff's Attorney<br>Called Defendant's Attorney | .25 |
| 08/25/05 | Meeting with Defendant's Attorney (Harlingen, Texas) | 3.00 |
| 08/26/05 | Meeting with Plaintiff's Attorney (Travelled to Austin, Texas) | 15.00 |
| 08/29/05 | Meeting with Financial Advisor (Bob Cackley - A.G. Edwards) | 1.00 |
| 08/30/05 | Meeting with Financial Advisor | 1.00 |
| 08/30/05 | Preparation | 2.00 |
| 08/31/05 | Court Hearing | 1.00 |
| | Total time: | 23.00 |

[HOURLY RATE: $200.00/HR]

TOTAL BILLED: $200.00 X 23 HRS.

| | |
|---|---|
| Hourly Total: | $ 4,600.00 |
| Expenses: | $ 272.80 |
| **TOTAL DUE:** | **$ 4,872.00** |