LAW OFFICES OF
# ADAMS & GRAHAM, L.L.P.

**ROGER W. HUGHES**
RHughes@adamsgraham.com

222 E. VAN BUREN, WEST TOWER (78550)
P. O. DRAWER 1429
HARLINGEN, TEXAS 78551-1429

TEL. (956) 428-7495
FAX (956) 428-2954
adamsgraham.com

September 26, 2005

Mr. Michael Milby *Via E-Filing*
**UNITED STATES DISTRICT CLERK**
600 E. Harrison, #304
Brownsville, TX 78520

**Re:   Cause No. B-98-162; Salinas, et al v. City of Harlingen
         Our File: H-1023**

Dear Mr. Milby:

Enclosed for filing is Unopposed Motion to Award Fees to Attorney Ad Litem and Order on said motion in connection with the above-referenced case.

By copy hereof, we are forwarding a copy of same to all counsel of record as shown below.

Thank you for your kind courtesies.

Sincerely,

**ADAMS & GRAHAM, L.L.P.**

*Roger W. Hughes*
**ROGER W. HUGHES**

RWH:fmg
Enclosure(s):  As stated.

cc:
Mr. Broadus A. Spivey
Mr. Price Ainsworth
**SPIVEY & AINSWORTH, P.C.**
48 East Avenue
Austin, Texas  78701-4320

Mr. Michael Milby, Clerk
Re: Salinas, et al v. City of Harlingen, et al
September 26, 2005
Page 2


Mr. Ramon Garcia
Ms. Sonia Lopez
**LAW OFFICES OF RAMON GARCIA, P.C.**
222 West University Drive
Edinburg, Texas  78539

Mr. Barry Abrams
Mr. Ramon G. Viada, III
**ABRAMS SCOTT & BICKLEY, L.L.P.**
700 Louisiana, Suite 4000
Houston TX 77002-2727