United States District Court
Southern District of Texas
ENTERED

SEP 28 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARTURO G. SALINAS, ET AL | { | |
| | { | |
| V. | { | CIVIL ACTION NOS. B-98-162, |
| | { | B-98-163, B-98-164 |
| CITY OF HARLINGEN | { | |
| | { | |

## ORDER ON UNOPPOSED MOTION TO AWARD FEES
## TO ATTORNEY AD LITEM

BE IT REMEMBERED that on this 28 day of September 2005, came to be heard Unopposed Motion to Award Fees to Attorney Ad Litem and the Court is of the opinion that the attorney ad litem Luis V. Saenz be awarded the sum of $4,872.00 which will be taxed as costs against the City of Harlingen.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Attorney Ad Litem Luis V. Saenz is hereby awarded the sum of $4,872.00 for his fees and expenses, which sum is taxed against Defendant the City of Harlingen.

Signed this 28 day of September, 2005 at Brownsville, Texas.

_____
Judge Tagle