| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | OCT 5 2005 DUE DATE: Michael N. Milby Clerk of Court |

| 1. NAME Roger W. Hughes/Adams & Graham, LLP | 2. PHONE NUMBER 956/428-7495 | 3. DATE 10/04/2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS P.O. Drawer 1429 | 5. CITY Harlingen, | 6. STATE TX | 7. ZIP CODE 78551-1429 |
| 8. CASE NUMBER 98-162 | 9. JUDICIAL OFFICIAL Tagle | DATES OF PROCEEDINGS 10. FROM 08/29/05 | 11. TO 08/29/05 |
| 12. CASE NAME Salinas, et al. v. City of Harlingen | | LOCATION OF PROCEEDINGS 13. CITY Brownsville | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing to approve settlement | 08/29/2005 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [x] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE October 4, 2005

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY                COURT ADDRESS

| ORDER RECEIVED | 10/5/05 PV | | |
|---|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY