United States District Court
Southern District of Texas
FILED

NOV 21 2005

Michael N. Milby
Clerk of Court

-----------------
No. 05-40196
-----------------

ARTURO GUILLERMO SALINAS; ELISA HERNANDEZ HERRERA SALINAS

        Plaintiffs - Appellants - Cross - Appellees     B-98-CV-162

  v.

CITY OF HARLINGEN; ET AL

        Defendants

CITY OF HARLINGEN

        Defendant - Appellee - Cross - Appellant

-----------------------------------------------------------------

GILBERTO M RODRIGUEZ, Individually, and on behalf of his
minor daughter, Megan Suzanne Rodriguez; STEPHEN L WILLIAMS,
Surviving Natural Parent of Susan Lynn Rodriguez;
ROBYN S WILLIAMS, Surviving Natural Parent of
Susan Lynn Rodriguez

        Plaintiffs - Appellants - Cross - Appellees

  v.

CITY OF HARLINGEN, TEXAS, ET AL

        Defendants

CITY OF HARLINGEN, TEXAS

        Defendant - Appellee - Cross - Appellant

-----------------------------------------------------------------

RAUL RODRIGUEZ

        Plaintiff - Appellant - Cross - Appellee

  v.

CITY OF HARLINGEN, ET AL

Defendants

CITY OF HARLINGEN

    Defendant - Appellee - Cross - Appellant

ENTRY OF DISMISSAL

Pursuant to the joint motion of the parties this appeal is dismissed this 15th day of November, 2005, see FED. R. APP. P. 42(b).

    CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: /s/ Linda Miles
Linda Miles, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-4



United States District Court
Southern District of Texas
FILED

NOV 21 2005

Michael N. Milby
Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEMP. U.S.P.S. ADDRESS: P.O. BOX 610160
HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
HOUSTON, TX 77002

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 15, 2005

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

        No. 05-40196   Salinas v. City of Harlingen
        USDC No.  1:99-CV-70
                  1:98-CV-163
                  1:98-CV-162

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits to be returned.

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                        By: _____
                                Linda Miles, Deputy Clerk
                                713-250-5440

cc: w/encl:
    Mr Ramon L Garcia
    Ms Sonia I Lopez
    Ms Deborah Ann Pearce
    Mr Richard Pena
    Ms Sidney Katherine Powell
    Mr Broadus A Spivey
    Mr Barry Abrams
    Mr Roger W Hughes
    Mr Tom Lockhart
    Mr Ramon Gustave Viada III

MDT-1