05-40196

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
NOV - 4 2005
CHARLES R. FULBRUGE III
CLERK

ARTURO GUILLERMO SALINAS and ELISA HERRERA SALINAS, individually; GIBERTO M. RODRIGUEZ, individually and on behalf of his minor daughter, MEGAN SUZANNE RODRIGUEZ; STEPHEN L. WILLIAMS and ROBYN S. WILLIAMS; and RAUL RODRIGUEZ,
Plaintiffs/Appellants/Cross-Appellees

v.

CITY OF HARLINGEN, TEXAS,
Defendant/Appellee/Cross-Appellant

On Appeal From The United States District Court
For The Southern District of Texas

JOINT MOTION TO DISMISS APPEALS

Broadus A. Spivey
Texas Bar #00000076
Law Offices of Broadus A. Spivey
48 East Avenue
Austin, TX 78701
Phone: 512-474-6061
Fax: 512-474-1605

Attorney for Plaintiffs/
Appellants/Cross-Appellees

-1-

## CERTIFICATE OF INTERESTED PERSONS

In compliance with Fifth Circuit Rule 28.2.1, undersigned counsel for appellants certifies that the following persons have an interest in the outcome of this case:

1. Roger W. Hughes, Attorney for Defendant/Appellee/Cross-Appellant

2. Barry Abrams, Attorney for Defendant/Appellee/Cross-Appellant

3. Ramon G. viada, III, Attorney for Defendant/Appellee/Cross-Appellant

4. Tom Lockhart, Trial Attorney for Defendant/Appellee/Cross-Appellant

5. Broadus A. Spivey, Trial Attorney for Plaintiffs/Appellants/Cross-Appellees Arturo Guillermo Salinas and Elisa Herrera Salinas, individually; Giberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez; Stephen L. Williams and Robyn S. Williams

6. Sonia I. Lopez, Trial Attorney for Plaintiff/Appellant/Cross-Appellee Raul Rodroguez

7. Ramon L. Garcia, Trial Attorney for Plaintiffs/Appellants/Cross-Appellees Raul Rodroguez

8. Richard Pena, Trial Attorney for Plaintiffs/Appellants/Cross-Appellees Arturo Guillermo Salinas and Elisa Herrera Salinas, individually; Giberto M. Rodriguez, individually and on behalf of his minor daughter, Megan Suzanne Rodriguez; Stephen L. Williams and Robyn S. Williams

Respectfully Submitted,

*/s/ Broadus A. Spivey*
Broadus A. Spivey

-3-

## JOINT MOTION TO DISMISS APPEALS

After filing their notices of appeal respectively, Plaintiffs and Defendant settled their disputes and entered a settlement agreement. The settlement agreement has been approved by the district court judge. Pursuant to the settlement agreement, Plaintiffs and Defendant stipulate that both sides' appeal should be dismissed. Accordingly, the parties request that the Court dismiss their respective appeal with prejudice.

Respectfully submitted,

_____
Barry Abrams
Texas Bar #00822700
Ramon G. Viada, III
Texas Bar #20559350
ABRAMS, SCOTT & BICKLEY, L.L.P.
700 Louisiana, Suite 1800
Houston, TX 77002-2727
Phone: 713+228-6601
Fax: 713+228-6605

Attorneys for
Defendant/Appellee/Cross-Appellant

_____
Broadus A. Spivey
Texas Bar #00000076
LAW OFFICES OF BROADUS A. SPIVEY
48 East Avenue
Austin, TX 78701
Phone: 512-474-6061
Fax: 512-474-1605

Attorney for
Plaintiffs/Appellants/Cross-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copies of this joint motion were served on all counsel of record by fax this 4th day of November, 2005.

Mr. Sidney Powell
Powell & Pearce
1854 A Hendersonville Rd., No. 228
Asheville, NC 28803
**Attorneys in charge for Defendant**
**Arthuro G. Salinas, Elisa Herrera Salinas,**
**Gilberto M. Rodriguez, Stephen Williams,**
**Roby Williams, and Raul Rodriguez**

Mr. Tom Lockhart
Mr. Roger W. Hughes
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, TX 78551-1429
**Attorneys in charge for Defendant**
**City of Harlingen, Texas**

Mr. Broadus A. Spivey
Law Offices of Broadus A. Spivey
48 East Avenue
Austin, TX 78701
**Attorney in charge for Plaintiffs**

Mr. Ramon Garcia
Ms. Sonia Lopez
Law Offices of Ramon Garcia, P.C.
222 West University Drive
Edinburg, TX 78539
**Attorneys in charge for Plaintiff**

Ramon G. Viada, III