1  IN THE UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF TEXAS
2  BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 5 2005

Michael N. Milby
Clerk of Court

3  _____
                                   )
4  ARTURO GUILLERMO SALINAS, ET AL. )
                                    ) CIVIL ACTION NOS.
5  VS.                              ) B-98-162, B-98-163
                                    ) AND B-98-164
6  CITY OF HARLINGEN                )
   _____ )

7

8

9        HEARING TO APPROVE SETTLEMENT FOR MINOR CHILD
          BEFORE THE HONORABLE HILDA G. TAGLE
10               AUGUST 31, 2005

11

12  APPEARANCES:

13  For the plaintiffs Arturo G. Salinas, Elisa H. Salinas; Gilberto
    M. Rodriguez; Stephen Williams and Robyn Williams:
14                        MR. BROADUS A. SPIVEY
                          Attorney at Law
15                        48 East Avenue
                          Austin, Texas   78701
16                        (512)474-6061

17  For the plaintiff, Raul Rodriguez:
                          MS. SONIA L. LOPEZ
18                        Law Office of Ramon Garcia, PC
                          222 West University
19                        Edinburg, Texas   78539
                          (956)383-7441
20
    For Megan Rodriguez, minor child:
21                        Luis Saenz, Attorney Ad Litem
                          Attorney at Law
22                        117 East Price Road, Suite B
                          Brownsville, Texas   78520
23                        (956)550-9550

24

25

ORIGINAL