# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 27, 2006

United States District Court
Southern District of Texas
FILED

JUL 3 1 2006

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-40196 Salinas v. City of Harlingen
       USDC No.  1:99-CV-70
                   1:98-CV-163
                   1:98-CV-162

Original Record on Appeal,   ( 30 ) Vols.

Supplemental Record,   ( 4 ) Vols.

                   Sincerely,

                   CHARLES R. FULBRUGE III, Clerk

                   By: _____
                        Linda Miles, Deputy Clerk
                        504-310-7709

REC-3