# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 22, 2006

United States District Court
Southern District of Texas
FILED

AUG 2 4 2006

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-40196 Salinas v. City of Harlingen
    USDC No. 1:99-CV-70
             1:98-CV-163
             1:98-CV-162

The following is (are) returned:

Supplemental Record, ( 1 ) Vols.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

        By: _____
            Timothy E. Phares, Jr., Deputy Clerk

        504-310-7665

REC-3